UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

       Plaintiff,

V.

SECURE PHARMACY PLUS

       Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

FILED
SEP 1 03 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

OCTOBER 10, 2003

## DEFENDANT SECURE PHARMACY PLUS MOTION TO TAKE DEPOSITION OF PRISONER AND PLAINTIFF NOEL DAVILA

Pursuant to Fed. R. Civ. P. 30(a)(2), the defendant, Secure Pharmacy Plus, moves for permission from the court to depose plaintiff Noel Davila. Plaintiff Davila is currently incarcerated at Garner Correctional Institute in Newtown, Connecticut. The deposition is tentatively scheduled for Friday, November 14, 2003 at 9:30 a.m.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

Warden
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427