DISTRICT OF CONNECTICUT

NOEL DAVILA

        Plaintiff,

CIVIL ACTION CASE NO.
3:02CV652(MRK)

V.

SECURE PHARMACY PLUS

        Defendant.                      OCTOBER 10, 2003

### DEFENDANT SECURE PHARMACY PLUS MOTION FOR EXTENSION OF SCHEDULING ORDERS FROM OCTOBER 27, 2003 TO NOVEMBER 27, 2003 TO TAKE THE DEPOSITION OF PLAINTIFF NOEL DAVILA

On June 27, 2003, U.S. Magistrate William Garfinkel issued the First Scheduling Order. Section 2 of that order indicated that all discovery under Fed. R. Civ. P. 26 through 37 shall be completed by October 27, 2003. The defendant moves to extend the discovery deadline for an additional 30 days or until November 27, 2003 to complete the plaintiff's deposition that is currently scheduled for November 14, 2003. The delay is due to the need to file a motion with the court obtaining permission to take a prisoner's deposition and the desire to wait for the trial court to rule on a June 25, 2003 Motion to Amend Complaint and July 28, 2003 Objection to Motion to Amend and the Second Circuit Court of Appeals to rule on plaintiff's appeal of the granting of the defendant's motion to dismiss before taking plaintiff's deposition.

Pursuant to Local R. Civ. P. 9(b), the plaintiff's position on this motion cannot be ascertained as he is incarcerated. This is the first motion for extension of time of the discovery deadline by defendant.

DEFENDANT

SECURE/PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427