02CV652mor)269

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA

        Plaintiff,

V.

SECURE PHARMACY PLUS

        Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

Oct 15  1 07 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

OCTOBER 10, 2003

## DEFENDANT SECURE PHARMACY PLUS MOTION FOR RULE 26(g)(3) AWARD AGAINST PLAINTIFF NOEL DAVILA

Rule 26(g)(3) of the Federal Rules of Civil Procedure allows a party to file a motion if a certification is made in violation of Rule 26 without substantial justification. The possible remedies include an appropriate sanction, which may include an order to pay the amount of the reasonable expenses incurred because of the violation, including a reasonable attorney's fees. Fed. R. Civ. P. 26(g)(3).

In this case, the undersigned counsel received on October 8, 2003 a cover letter and three sets of written discovery that were each dated September 16, 2003 and certified as being mailed on September 16, 2003. (Copy of envelope postmarked October 6, 2003 attached as Exhibit A, cover letter attached as Exhibit B, and discovery attached as Exhibit C). Furthermore, the undersigned counsel received on October 2, 2003 a Notice of Motion for Partial Summary Judgment and Plaintiff's Motion for Partial Summary Judgment both dated July 14, 2003 and both certified as being mailed on July 14, 2003. (Copy of envelope postmarked September 30, 2003 attached as Exhibit D, cover letter attached as Exhibit E, notice attached as Exhibit F, and first and last three pages of motion attached as Exhibit G). Lastly, the June 1, 2003 Motion to Amend Complaint and the July 4, 2003 Notice of Appeal were never received from plaintiff's

counsel and were independently obtained from the Clerk's Office. (Copy of notice attached as Exhibit H and first and last two pages of motion attached as Exhibit I). As is readily apparent, these documents were either received well after the signing date and certification dates or not at all. For these reasons, the defendants' ask that the motion be granted and that the court award appropriate sanctions, including reasonable expenses and attorney's fee.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

EL DAVILA
N 212726
 INSTITUTION
 WAUK ROAD
CT 06470-5500

(PRIVILEGED)

received 10/8/03
(Discovery)

ATTORNEY AT LAW:
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

(CONFIDENTIAL)  COURT MAIL

Exhibit A

Exhibit B                                                                1 OF 1

TO: ATTORNEY AT LAW:
   M.R. THOMAS H. WINSLOW
   321 MAIN STREET
   FARMINGTON CT. 06032.                    DATE: SEPT 16, 2003.

FROM: NOEL DAVILA
   50 NUNNAWAUK Rd.
   P.O. BOX 5500
   NEWTOWN CT. 06470.

RE: DAVILA V. SECURE PHARMACY PLUS,
   AMERICAN SERVICE GROUP INC. AND AGENTS.
   (CIV NO: 302 CV 652 M.R.K).

DEAR ATTORNEY MR. WINSLOW:

   PLEASE, ENCLOSED FIND A FEW MOTIONS, (A LOT). REGARDING INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, REQUEST FOR DISCLOSURE.
   I HAVE SEND YOU AN MOTION FOR SUMMARY JUDGMENT AND A AMENDED COMPLAINT AND YOU STILL HAS NOT ANSWER ME YET.
   I LOOK FOWARD TO HEAR FROM YOU AT YOUR EARLIEST CONVINIENCE, THE CASE HAVE BEEN ASSING TO THE HONORABLE JUSTICE M.R. MARK R. KRAVITZ.

   RESPECTFULLY SUBMITTED,
   Noel Davila - PRO-SE                          DATED SEPT 16, 2003.

P.O. BOX 5500 NEWTOWN CT. 06470.               C.C. File. AND MOTIONS

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

1 OF 4

NOEL DAVILA  
    , PLAINTIFF  

CIV NO: 302 CV 652 (M.R.K.)

- AGAINST -

JURY DEMAND

SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS, DEFENDENT(S)

DATE: SEPT 16, 2003.

PLAINTIFF'S MOTION REQUEST FOR PRODUCTION OF DOCUMENTS.

PLAINTIFF'S MOVES THE HONORABLE COURT PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, RULES 26 THROUGH 37, PLAINTIFF'S REQUEST THAT THE DEFENDENTS, SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS PRODUCE THE DOCUMENTS LISTED HEREIN WITHIN 30 DAYS, EITHER BY PROVIDING THE PLAINTIFF WITH COPIES OR BY MAKING THEM AVAILABLE TO THE PLAINTIFF FOR INSPECTION AND COPYING.

1- ANY AND ALL GRIEVANCES, COMPLAINTS, OR DOCUMENTS RECIEVED BY THE DEFENDENT(S) OR THEIR AGENTS AT SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC., CONCERNING MISTREATMENT, MALPRACTICES, NEGLIGENCES OF MIS-LABELING, INSPECTING, INMATES MEDICATIONS BEFORE SENDING THEM TO THE PRISON, BY DEFENDENT(S). EMPLOYEES AND ANY MEMORANDA, INVESTIGATIVE FILES, OR OTHER DOCUMENTS CREATED IN RESPONSE TO SUCH DOCUMENTS, SINCE THE CONTRACT(S) TOOK PLACE.

Exhibit C

2. Any and all policies, directives, or instructions to staff's concerning their policies, practices, procedures, methods used on inspections routine, labeling proceeding and dispensing medications before sending the proper (packing, labeling) medications out of the pharmacist to the inmates to the prison system.

3. Any and all policies, directives, or instructions to staff's concerning the labeling, packing and inspecting medications before it is sent out to inmates at Connecticut prison system. Any wrong-doing in the past, any complaints or negligence, malpractice claims against the pharmacist and agents on mis-labeling and sending the wrong medications to inmates at the prision system.

4. Any and all policies, directives, or instructions to staff's, employees governing the inspecting, labeling, packing procedures, both in the Connecticut prison or other prisons or other custumers, please provide shuch data.

5. All reports, request sheets from the period of the incident, or incident(s) took place, a memo stating that a mistake has been made in sending the wrong-prescribed medications to plaintiff's and other patients to the date of your response.

6. The plaintiff's complete medical orders, records from your pharmacist to the date of your response.

7. Any logs, list, or other documentation reflecting grievances filed, complaints filed against Secure Pharmacy plus pharmacist and agent(s) by custumers to the date of your response.

8- Any and all documents created by any Secure Pharmacy Plus, pharmacist, agents staff's members, employees in response to a grievances, wrong-doing(s) complaint(s) filed against Secure Pharmacy Plus, American Service Group Inc, pharmacist and agents concerning malpractice negligence on failing (packing, labeling and to inspect to sent the medications.

9- Any and all documents created by any Secure Pharmacy Plus, pharmacist and agent(s) staff members, employees from, or to date concerning plaintiff's medical care and not included in items 6, 7 or 8 of this request.

10- States the duties of defendent(s) Secure Pharmacy Plus, American Service Group Inc. pharmacist and agents, of care, regulations, policies, procedures pertaining but not limited all singing contract(s) agreements and compromising the duties of care and the distribution of medication to the Connecticut Department of Corrections facility

Wherefore, the plaintiff's motion for the request for the production of documents should be granted.

Dated: Sept 16, 2003.

By: Noel Davila
Noel Davila - Pro-Se
P.O. Box 5500
Newtown CT. 06470.

# CERTIFICATION

-4-

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOREGOING ON THIS 16, DAY OF SEPT. 2003.

TO: ATTORNEY FOR DEFENDENT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

BY: Noel Danla

TO: HONORABLE JUSTICE
M.R. MARK R. KRAVITZ
U.S. DISTRICT JUDGE
141 CHURCH STREET
NEW HAVEN CT. 06510.

DATED: SEPT 16, 2003.

BY: Noel Danla
NOEL DANILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.