UNITED STATES DISTRICT COURT DISTRICT
OF CONNECTICUT.

1 OF 4

NOEL DAVILA
, PLAINTIFF
—AGAINST—

CIV NO: 302 CV 652 (M.R.K.)

"JURY DEMAND"

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC AND AGENTS.
, DEFENDENT(S)

DATED: SEPT 16, 2003.

INTERROGATORIES AND
REQUEST FOR PRODUCTION
OF DOCUMENTS.

PLAINTIFF'S MOTION FOR INTERROGATORIES FOR PRODUCTION OF DOCUMENTS.

PURSUANT TO FEDERAL RULES CIVIL PROCEDURES 33, 34, THE SUBMITTING, BY PLAINTIFF, THE FOLLOWING INTERROGATORIES AND REQUEST FOR DOCUMENTS TO THE DEFENDENT(S).
YOU ARE DIRECTED TO ANSWER EACH OF THE INTERROGATORIES IN WRITING UNDER OATH, AND PRODUCE EACH OF THE REQUESTED DOCUMENTS FOR INSPECTION AND COPYING, WITHIN 30 DAYS OF SERVICE.

1. STATE THE DUTIES OF DEFENDENT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. PHARMACIST AND AGENT(S), ADDRESSES AND MEDICAL ADMINISTRATOR, EMPLOYEES. IF THOSE DUTIES ARE SET FORTH IN ANY JOB DESCRIPTION OR OTHER DOCUMENT, PRODUCE THE DOCUMENT.

2. STATE THE DUTIES OF DEFENDENT(S) FOR ADMINISTRATION

at Secure Pharmacy Plus, insofar as they pertain to providing medical care to prisoners or facilities, produce the document.

3. State the names, titles, and duties of all staff's members, employees, supervisor, when the incident occurred at Secure Pharmacy Plus, Pharmacist other than Defendant(s) who have responsibility for scheduling, packing, labeling, inspecting prisoners' medications before medications are sent outside the pharmacist (cy), or for evaluating the proper request for specialized inspection treatment or evaluation. If those duties are set forth in any job description or other document, produce the document.

4. State the names, titles, and duties of all staff's members at Secure Pharmacy Plus, Pharmacist, other than Defendant(s) who have responsibility for ensuring inmates well-being and ensuring that inmates' request for medical attention are responded to. If those duties are seth forth in any job description or other document, provide the document.

5. State the procedure in effect during the time of mis-labeling, packing, inspecting at Secure Pharmacy Plus, Pharmacist for or how staff members disregard or fail to perform their policies, practices and procedures, including but not limited the procedure by which Defendant(s) took on such incident. If the procedures is different for non-inmates than for the outside society general population. State both procedures, if those procedures are seth forth in any policy, directive, or other document, produce the document.

6. State the names, titles and duties of all

STAFF'S MEMBERS AT SECURE PHARMACY PLUS, PHARMACIST WHO ARE OR HAVE RESPONSIBILITY FOR RESPONDING TO INVESTIGATING OR DECIDING INMATES COMPLAINTS, GRIEVANCES. IF THOSE DUTIES ARE SETH FORTH IN ANY JOB DESCRIPTION, POLICY, DIRECTIVE, OR OTHER DOCUMENT, PRODUCE THE DOCUMENT.

7. STATE THE PROCEDURE IN EFFECT DURING, OR WHEN THE INCIDENT HAPPEN AT SECURE PHARMACY PLUS, PHARMACIST FOR RESPONDING TO, INVESTIGATING AND DECIDING COMPLAINTS GRIEVANCES, FOR ENSURING THAT INMATES MEDICATIONS ARE "SAFE" BEFORE BEING DISTRIBUTED BY STAFF'S MEMBERS. IF THE PROCEDURE FOR HANDLING COMPLAINTS, GRIEVANCES ON MEDICAL NEGLIGENCE, MALPRACTICE IS DIFFERENT FROM THE PROCEDURES FOR HANDLING OTHER KINDS OF COMPLAINTS, GRIEVANCES TOWARS INMATES, STATE BOTH PROCEDURES. IF THOSE PROCEDURES ARE SETH FORTH IN ANY DIRECTIVE, MANUAL, DATA OR OTHER DOCUMENT, PRODUCE THE DOCUMENT.

8. STATES THE DUTIES OF DEFENDENT(S) ADDRESSES, SECURE PHARMACY, PLUS, AMERICAN SERVICE GROUP INC. PHARMACIST AND AGENTS OF CARE, REGULATIONS PERTAINING BUT NOT LIMITED ALL SINGING CONTRACT(S) AND AGREENMENT(S), COMPROMISING THE DUTIES OF CARE AND THE DISTRIBUTION OF MEDICATION TO THE CONNECTICUT DEPARTMENT OF CORRECTION FACILITY.

WHEREFORE, THE PLAINTIFF'S MOTION FOR INTERROGATORIES FOR PRODUCTION OF DOCUMENTS SHOULD BE GRANTED.

DATED: SEPT 16, 2003.           BY: Noel Davila -Pro-Se
                                P.O. BOX 5500
                                NEWTOWN CT. 06470.

## CERTIFICATION

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOLLOWING ON THIS 16 DAY OF SEPT. 2003.

TO: ATTORNEY FOR DEFENDENT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

BY: Noel Davila

TO: HONORABLE JUSTICE
M.R. MARK R. KRAVITZ
U.S. DISTRICT JUDGE
141 CHURCH STREET
NEW HAVEN CT. 06510.

DATED: SEPT 16, 2003.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

NOEL DAVILA,
                PLAINTIFF

— AGAINST —

SECUREPHARMACY PLUS, AMERICAN SERVICE GROUP INC AND AGENTS.
                , DEFENDENTS

CIV NO: 3:02 CV 652 (M.R.K.)

"JURY DEMAND"

DATE: SEPT 16, 2003.

### PLAINTIFF'S REQUEST FOR DISCLOUSURE.

PURSUANT TO FEDERAL RULES CIVIL PROCEDURES 26(a)(1), 26(a)(3), 26(b)(1), 26(a)(2), THE PLAINTIFF'S MOVES THIS HONORABLE COURT WITH THE AUTHORITY, REQUEST THAT THE DEFENDENT(S) DISCLOSE TO PLAINTIFF AND/OR DISCLOSE IN WRITTING TO THE DEFENDENT(S) AUTHORITY THE EXISTENCE OF MAKE AVAILABLE FOR EXAMINATION AND COPYING IN ACCORDANCE WITH THE FED. R. CIV. P. OF THE FOLLOWING:

1. THE NAME AND ADDRESSESS OF All WITNESSES OTHER THAN THE DEFENDENT(S), INTENDS TO CAll IN THE PLAINTIFF CASE IN CHIEF.

2. ANY STATEMENTS OF THE WITNESSES OF THE INCIDENT THAT THE DEFENDENT(S) INTENDS TO CAll IN THE PLAINTIFF'S CASE IN CHIEF, OTHER THAN THE DEFENDENT(S), WICH STATEMENTS RELATE TO THE SUBJECT MATTER ABOUT WICH EACH WITNESSES WILL TESTIFY.

3. THE NAMES AND ADDRESSES OF All DEFENDENT(S), WITNESSES THAT THE DEFENDENT(S) INTENDS TO CAll AS A PART OF REBUTTAl (WHEN KNOWN.)

4. ANY REPORTS STATEMENTS OF THE INCIDENT, WITNESSES

THAT THE DEFENDENT(S) INTENDS TO CALL AS (PART OF REBUTTAL (WHEN KNOWN), OTHER THAN THE DEFENDENT(S), WICH STATEMENTS RELATE TO THE SUBJECT MATTER ABOUT WICH EACH WITNESS WILL TESTIFY.

5. ANY BOOKS, DATA, PAPERS, CONTRACT, AGREEMENTS, DOCUMENTS, AS A CARE PROVIDER TO PRISONERS, PHOTOGRAPHS, OR TANGIBLE OBJECTS WICH THE DEFENDENT(S) INTENDS TO OFFER IN EVIDENCE AT TRIAL; AND.

6. ANY REPORTS OR STATEMENT, STATING THEIR WRONG-DOING AND EXPERTS MADE IN CONNECTION WITH THE CASE, INCLUDING RESULT OF PHYSICAL OR MENTAL EXAMINATIONS AND OF SCIENTIFIC TESTS, EXPERIMENTS, OR COMPARISON IN GENERIC MEDICATIONS, WICH THE DEFENDENTS INTENDS TO OFFER IN EVIDENCE AT TRIAL OR RELATING TO THE ANTICIPATED TESTIMONY OF A PERSON WHOM THE DEFENDENT(S) INTEND(S) TO CALL AS A WITNESS.

## CERTIFICATION

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOREGOING ON THIS DAY SEPT 16, 2003.

TO: ATTORNEY FOR DEFENDENT(S)
  MR. THOMAS H. WINSLOW
  321 MAIN STREET
  FARMINGTON CT. 06032.

TO: HONORABLE JUSTICE
  MR. MARK R. KRAVITZ
  U.S. DISTRICT JUDGE
  141 CHURCH STREET
  NEW HAVEN CT. 06510.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

NOEL DANILA #212120
50 NUNNAWAUK
P.O. BOX 5600
NEWTOWN CT- 06470

(PRIVILEGED MAIL)

received 10/2

not filed per
court -
10/2/03

ATTORNEY AT LAW:
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT- 06032

(CONFIDENTIAL)

Exhibit D

Exhibit E

-1 OF 2

NOEL DAVILA
GARNER CORR. INST
50 NUNNAWAUK
P.O. BOX 5500
NEWTOWN CT. 06470.

CIVIL ACTION CASE NO:
3 02 CV (SRU)(WIG)

DATE: July 14, 2003

TO: ATTORNEY AT LAW:
THOMAS H. WINSLOW, LLC
FEDERAL BAR NO: CT 00733
321 MAIN STREET
FARMINGTON, CT. 06032
TEL. NO. 860-678-4425
FAX NO: 860-678-4427

RE: DAVILA V. SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND ITS AGENTS.

DEAR: ATTORNEY MR. WINSLOW:
   PLEASE BE ADVISE THAT ON THE ABOVE DAY AND TIME, ATTACHED ARE, ENCLOSED A NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGEMENT AND PLAINTIFF'S FOR PARTIAL SUMMARY JUDGEMENT, PURSUANT TO FED.R.CIV.P, RULE 56, RULE 7b AND STATES THAT I HAVE SERVED A COPY OF THE NOTICE OF MOTION, AND MOTION FOR PARTIAL SUMMARY JUDGEMENT ON ALL PARTIES CONCERNED, INCLUDED BUT NOT LIMITED TO ALL DEFENDENT(S)
   UPON, PURSUANT TO RULE 16(C) OF THE FEDERAL RULES OF CIVIL COURT PROCEDURE, IT IS HEREBY ORDERED: BY HONORABLE

JUSTICE WILLIAM I. GARFINFEL U.S. MAGISTRATE JUDGE STATES A FOLLOWS:

PREPARATION FOR TRIAL SHOULD PROCEED AT THIS TIME ON CLAIMS IN THE COMPLAINT WICH HAVE NOT BEEN DISMISSED OR WITHDRAWN.

ALL MOTIONS FOR SUMMARY JUDGMENT SHALL BE FILED WITHIN FIVE MONTHS (150 DAYS) OF THE DATE OF THIS ORDER. SO ORDERED THIS 27 DAY OF JUNE 2003 AT BRIDGEPORT, AT 10:53 A.M. BY HONORABLE JUSTICE WILLIAM I GARFINKEL U.S MAGISTRATE JUDGE.

PURSUANT TO LOCAL CIVIL RULE 7(a) A NON-MOVING PARTY MUST RESPOND TO A DISPOSITIVE MOTION WITHIN 21 DAYS OF THE DATE OF THE MOTION WAS FILE, I HAVE MADE A DECLARATION IN SUPPORT OF MY MOTION FOR THE NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT TO ENSURE THAT I RECIEVE OR PRODUCE BY DEFENDENT(S) AND HIS ATTORNEY THOMAS H. WINSLOW WITH AN ANSWER LISTED HEREIN WITH 30 DAYS AFTER THE COURT TAKE NOTICE OF THE SUMMARY JUDGMENT PROCEDURES.

IF NO RESPONSE IS FILED, OR THE RESPONSE IS NOT TIMELY, THE DISPOSITIVE MOTION CAN BE GRANTED ABSENT OBJECTION. FAILURE TO RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT IN A TIMELY MANNER WILL RESULT IN THE ENTRY OF DEFAULT FOR FAILURE TO PLEAD.

I WILL LOOK FOWARD FOR AN ANSWER AT YOUR EARLIEST CONVIENIENCE.

DATED: July 14, 2003.                         Sincerely yours, Noel Davila
                                              NOEL DAVILA PRO-SE

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NOEL DAVILA

V.

SECURE PHARMACY PLUS

CIV # 302CV652(SRU)(WIG)

DATE: July 14, 2003

## NOTICE OF MOTION FOR MOTION FOR PARTIAL SUMMARY JUDGMENT.

Now, Comes Plaintiff Noel Davila, Pro-Se pursuant to Rule 56, F.D.R.Civ.P, pursuant to Rule 7b, Fed R.Civ.P. and states that he served copies of Notice of Motion and Motion for Partial Summary Judgment on all parties concerned.

Addressed as per below and placing the same in the postal facilities of Garner Corr. Inst. on or before 5:00 P.M. on 14 day of July 2003.

ADDRESSED TO:
HONORABLE JUDGE: STEFAN R. UNDERHILL
HONORABLE JUDGE: WILLIAM I. GARFINKEL
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT. 06604.

TO: DEFENDANTS ATTORNEY
THE LAW OFFICE OF:
THOMAS. H. WINSLOW, L.LC.
321 MAIN STREET
FARMINGTON, CT 06032.

Exhibit F

RESPECTFULLY SUBMITTED,
Noel Davila - PRO-SE
NOEL DAVILA
P.O. BOX 5500
NEWTOWN, CT. 06470.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NOEL DAVILA

V.

SECURE PHARMACY PLUS, AND ITS AGENTS.

Exhibit G

CIV NO: 3:02 CV 652

"JURY DEMAND"

TRIAL JUDGE:
HONORABLE, STEFAN R. UNDERHILL
HONORABLE, WILLIAM I GARFINKEL
(UNITED STATES MAGISTRATE JUDGE)

DATE: JULY 14, 2003.

## PLAINTIFF'S MOTION FOR PARTIAL SUMARY JUDGMENT:

Pursuant to Rule 56, Fed. R. Civ. P., Plaintiff, NOEL DAVILA request this Honorable Court to grant him Sumary Judgment as to the liability of Defendant's SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. for damages for their wrong-doing of prescribed medication wich plaintiff was allergic to, as a VIOLATION of the "EIGTH AMENDMENT TO THE "UNITED STATES CONSTITUTION. "CRUEL AND UNUSUAL PUNISHMENT."

Defendants cause plaintiff to suffer a number of side-effects that could "COST HIM HIS LIFE" "HUMILIATION, DISGRACE" by their actions subjected to "GREAT OF INDIGNITIES", PHYSICAL AND MENTAL ANGUISH" "FRIGHT, SHOCK, EMBARRASSMENT, MORTIFICATION, PSYCHOLOGICAL INJURY AND OTHER STOMACH RELATED CONSTANLY PAIN DISORDER INCLUDING HAND AND BODY TREMBLING.

Sumary Judgment is to be granted if the record before the court shows "that there is no genuine issue as to

195. F3d 584, 596 (10 cir. 1999)

GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED, OR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988;

C] 1) FOR THE REASONS STATED IN THE BRIEF SUBMITTED WITH THIS MOTION FOR PARTIAL SUMMARY JUDGMENT, THESE UNDISPUTED FACTS ESTABLISH THAT DEFENDANTS, AMERICAN SERVICE GROUP INC. WAS AT ALL TIME A "HIRED" "CONTRACTOR" IS A PUBLICLY TRADED STOCK COMPANY, AND "SECURE PHARMACY PLUS" IS OWNED BY PARENT CORPORATION, "AMERICAN SERVICE GROUP INC" TO PROVIDE PRESCRIPTION SERVICES TO PRISONER. SECURE PHARMACY PLUS HAS "CONSPIRE".

2) DEFENDANTS FAIL TO EXCERCISE THEIR PROPER "PROCEEDURE", "POLICIES" AND GAVE MEDICATION TO PLAINTIFF THAT HE WAS ALLERGIC TO, IT VIOLATED PLAINTIFF'S "CONSTITUTIONAL RIGHTS (8th AMENDMENT).

3) ACCORDINGLY, I AM ENTITLED TO SUMMARY JUDGMENT ON MY 8th AMENDMENT CONSTITUTIONAL RIGHTS VIOLATION CLAIMS.

D] ## CONCLUSION

1. FOR THE FOREGOING REASONS, THE COURT SHOULD GRANT PARTIAL SUMARY JUDGMENT ON LIABILITY TO THE PLAINTIFF ON HIS 8th AMENDMENT CONSTITUTIONAL RIGHT CLAIM.

2) THE AMOUNT OF DAMAGES DUE TO THE PLAINTIFF MUST BE DETERMINED AT TRIAL. PATTERSON V. COUGHLIN, 905 F2d 564, 570 (2d cir 1990

# "JURY DEMANDED"

NOEL DAVILA -PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

x _Noel Davila_
PRO-SE

## DECLARATION UNDER PENALTY OF PERJURY

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE PLAINTIFF IN THE ABOVE ACTION, THAT HE

PURSUANT 28 U.S.C. § 1746; 18 U.S.C. § 1621;

EXECUTED AT:
GARNER C.I
P.O. BOX 5500
NEWTOWN. CT. 06470.

ON JULY 14, 2003.

By _Noel Davila_ PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

## CERTIFICATION

I, HERBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED POSTAGE PREPAID AND/OR HAND DELIVERED ON JULY 14, 2003. TO THE FOLLOWING PARTIES OF RECORD:

TO: UNITED STATES DISTRICT COURT (HONORABLE JUDGE: STEFAN R. UNDERHILL
DISTRICT OF CONNECTICUT. (HONORABLE JUDGE: WILLIAM I. GARFINKEL)
915 LAFAYETTE BOULEVARD.
BRIDGEPORT, CT. 06470.

TO: ATTORNEY FOR DEFENDANTS:
THE LAW OFFICE OF:
THOMAS H. WINSLOW, LLC.
321 MAIN STREET
FARMINGTON, CT. 06032-2976

X _Noel Davila_ PRO-SE
NOEL DAVILA.
P.O. BOX 5500
NEWTOWN CT. 06470.

24

JUL 10 2003

Exhibit H

# UNITED STATES DISTRICT COURT
## District of FAIRFIELD

FILED
2003 JUL 10 P 3:30
US DISTRICT COURT
BRIDGEPORT CT

NOEL DAVILA #212726
Petitioner(s)

vs.

SECURE PHARMACY PLUS
AND ITS AGENTS.
Respondent(s)

DATE: July 4th, 2003.

CW

Case 3:02CV652    No. (SRU)

Now comes Noel Davila, (Pro-Se, Plaintiff's in the above captioned case, and pursuant to the Connecticut court civil Rules and Procedures, and gives notice to all parties is directed to Rule 4(a)(1) of Federal Rules of Appellate Procedure, wich plaintiff wish to appeal the judgment.

I am filing this notice of appeal with the requirement within 30 DAYS of the date of entry of the judgement ordered in Bridgeport Connecticut this 20th day of June 2003. From the Honorable Judge Stefan R. Underhill.

DATED: July 4th 2003.

Respectfully Submitted,

Noel Davila - PRO-SE

NOEL DAVILA
P.O BOX 5500
NEWTOWN CT. 06470.

UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

NOEL DAVILA

(PLAINTIFF)

V.

SECURE PHARMACY PLUS

(DEFENDENT)

FILED
2003 JUN 25 P 3:44
US DISTRICT COURT
BRIDGEPORT CT

Exhibit I

PRISONER:
CIVIL ACTION CASE NO:
302 CV 652 (SRU) mc WIG

# MOTION TO AMENDED COMPLAINT

## "AMENDED COMPLAINT" IN OPPOSITION OF DEFENDANTS MOTION TO DISMISS

COME NOW THE PLAINTIFF NOEL DAVILA PURSUANT TO RULE 15(a) Fed R CIV P. WITH HIS FIRST AMENDED COMPLAINT AS PRISONER IN GARNER CORR. INST.

(PLAINTIFF'S ALLEGES DELIBERATE INDIFFERENCE IN VIOLATION OF EIGHTH AMENDMENT PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT, NEGLIGENCE, PHARMACIST PROFESSIONAL MALPRACTICE, CIVIL RIGHTS VIOLATION UNDER COLOR OF STATE LAW, AND DECLARATORY AND INJUCTIVE RELIEF THAT ALL STEM FROM DISTRIBUTION OF AN INCORRECT MEDICATION.

## I PRELIMINARY STATEMENT

1) THIS IS A CIVIL RIGHT ACTION BEING BROUGHT BY A PRISONER IN THE STATE OF CONNECTICUT. PRISONER CHALLENGING THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS. 42 U.S.C. § 1985, 1986 : CIVIL RIGHTS CONSPIRACY CLAIMS

2) DEFENDANT INVOLVED IN THE WRONGFUL DOING

(b) By reason of the negligence, malpractice of plaintiff by the defendants Secure Pharmacy Plus an agents plaintiff was subjected to "great indignities, humiliation and disgrace by their conduct" and "caused to suffer" physical and mental anguish, fright, shock, embarrassment, mortification, psychological injury, loss weight 15 pounds, stomach pain and plaintiff is entitled to recover the sum of:

(1) One million dollars, actual damages
(2) One million dollars punitive damages.

(c) Award plaintiff attorney fees pursuant to 42. U.S.C. § 1988;

(d) Grant such other relief as it may appear that plaintiff is entitled.

In conclusion, the plaintiff respectfully pray your honorable court to deny the defendants motion for dismissal.

And this case remanded for trial as requested in the plaintiff's original complaint.

5. The plaintiff's Noel Davila declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; Executed at Garner Corr Inst on June 1st, 2003

P.O. Box 5500
Newtown, CT 06470

x Noel Davila Pro-s

## CERTIFICATION

THIS IS TO CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED, THIS 1st JUNE 2003. TO:

TO: THE HONORABLE STEFAN R. UNDERHILL
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT CT. 06604.

TO: THOMAS H. WINSLOW (ATTORNEY AT LAW)
FEDERAL BAR NO CT00733
321 MAIN STREET
FARMINGTON CT. 06032.
TEL (860) 678-4425

TO: THE HONORABLE WILLIAM I. GARFINKEL
UNITED STATES COURTHOUSE
915 LAFAYETTE BLVD.
BRIDGEPORT, CT. 06604.

By Noel Davila
NOEL DAVILA - PRO-SE
P.O BOX 5500
NEWTOWN CT. 06470.