UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

OCT 16  2 12 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

OCTOBER 14, 2003

DEFENDANT SECURE PHARMACY PLUS SUPPLEMENTAL MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR RULE 26(g)(3) AWARD AGAINST PLAINTIFF NOEL
DAVILA

On October 10, 2003, defendant, Secure Pharmacy Plus, filed a Motion for a Rule 26(g)(3) award

against plaintiff Noel Davila. Since the filing of that motion, the undersigned counsel has not

received documents filed on October 8, 2003 by plaintiff including a Motion to Show Cause,

Motion for Default, and Affidavits. Counsel for defendant independently ordered copies of these

documents and incurred costs in inspecting the file to compare the court's file with counsel's file.

For all the reasons set forth in the motion and this supplemental memorandum, the defendant

respectfully request that its Rule 26(g)(3) motion be granted.

DEFENDANT

SECURE PHARMACY PLUS

BY:

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

14th day of October, 2003 to:


Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510


Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427