1 OF 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 20 P 4: 39
US DISTRICT COURT
BRIDGEPORT CT

NOEL DAVILA
— AGAINST —

CIV NO: 302CV652 (M.R.K).

DATED: OCTOBER 15th, 2003.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS.

PLAINTIFF'S MOTION IN OPPOSITION OF DEFENDANT(S) MOTION FOR RULE 26(g)(3) AWARD AGAINST PLAINTIFF NOEL DAVILA.

1- PLAINTIFF NOEL DAVILA IS AN INCARCERATED INMATE CONFINED AT GARNER CORR. INST P.O. BOX 5500 NEWTOWN CT. 06470.

2- DEFENDANT(S) ARE SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS.

3- DEFENDANT(S) ARE IN DEFAULT-JUDGMENT. DEFENDANT(S) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS ISSUED AND HANDED U.S. MARSHAL FOR SERVICE IN ACCORDANCE WITH [5-1] ORDER RETURN OF SERVICE DUE 10/31/2002. (MEL) [ENTRY DATE 8/22/2002.

4- APPEARANCE OF ATTORNEY FOR SECURE PHARMACY PLUS, AND AGENTS ON [ENTRY DATE 11/13/2002, ATTORNEY FOR DEFENDANTS, MR. THOMAS H. WINSLOW

5- AN APPEARANCE FOR THE, THE DEFEDANT(S) WERE ALMOST 3 MONTHS AFTER SERVICE AND DUE DATE 10/31/2002. (PURSUANT TO RULE 4 SERVICE UPON CORPORATION REQUIRE ONLY 60 DAYS OR

UPON AN EXTENSION OF TIME, WAS NEVER FILED. DEFENDANT HAS FAILED TO ANSWER WITHIN THE TIME LIMIT AND THE COURT ALOUD IT, THAT WAS A DEFAULT.

6. ON 6-25/2003 PLAINTIFF NOEL DAVILA HAS FILED AN AMENDED COMPLAINT (MIC) [ENTRY DATE 6/25/2003. ON JUNE 27, 2003 HONORABLE JUSTICE U.S. MAGISTRATE WILLIAM GARFINKEL ISSUED THE FIRST SCHEDULING ORDER; ANSWER DUE 7/27/2003 FOR SECURE PHARMACY (SIGNED BY MAG. HONORABLE HOLLY B. FITZSIMMNS (MEL) [ENTRY DATE 7/3/2003. IT WAS NOT UNTIL 7/29/2003 THAT THE DEFENDANT(S) HAD ANSWER THE AMENDED COMPLAINT, WICH PLAINTIFFS DID NOT RECEIVE A COPY OF SUCH OBJECTION BY DEFENDANTS ATTORNEY SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP AND AGENTS. (OBJECTION FROM DEFENDANTS AMENDED COMPLAINT [ENTRY DATE 7/29/2003. DEFENDANTS HAS FAILED, DID NOT FILED AN EXTENSION OF TIME, AGAIN TO ANSWER WHITHIN THE TIME LIMIT, THIS IS ANOTHER DEFAULT.

7. DEFENDANTS ARE NOT MINOR, MENTALLY INCOMPETENT OR IN THE MILITARY SERVICE OF THE UNITED STATES NOR FILE AN EXTENSION OF TIME.

8. DEFENDANTS HAS NEGLECTED AND ARE NOT COOPERATING WITH YOUR HONORABLE COURT ORDERS, RULES AND PROCEDURES AND ARE NOT COMPLYING WITH PLAINTIFF DISCOVERY AND INTERROGATORIES, DISCLOUSURES.

9. PLAINTIFFS HAS ALREADY ANSWER DEFENDANT(S) INTERROGATORIES, ALSO A DEPT. OF CORRECTION AUTHORIZATION FOR RELEASE OF INFORMATION SUBMITTED TO RECORD SPECIALIST M.S. YOLANDA ZAYAS ACOSTA.

10. DEFENDANTS HAS DECLINE TO SETTLEMENT.

11. PLAINTIFF'S HAS SUFFERED AND STILL WITH SOME SIDE-EFFECTS AND SYMPTOMS FROM THE WRONG-DRUG GIVEN TO HIM, (MAKING FUNNY NOISES, ROLLING HIS EYES, FACIAL MOVEMENT THAT PLAINTIFF'S BEEN SUFFERING PLUS ANOTHER ONES NOT MENTIONES HEREIN.

12. ON July 14, 2003, PLAINTIFF NOEL DAVILA HAS SERVED THE HONORABLE COURT U.S. COURT HOUSE 915 LAFAYETTE B.L.Vd. BRIDGEPORT CT. 06604. TO HONORABLE JUSTICE, UNDERHILL, GARFINKEL WITH 1 ORIGINAL AND 2 EXTRA COPIES, ALSO A EXTRA COPY TO THE ATTORNEY FOR THE DEFENDANT(S) THOMAS H WINSLOW ON THE SAME DAY, COUNSELOR LYME HAS MAILED FOR ME. [ENTRY DATE 7/25/2003. UNTIL THIS DATE I HAVE NOT RECEIVE ANY RESPONSE AT ALL FROM THE DEFENDANT(S). THE DEFENDANTS AGAIN HAS FAIL TO OPPOSED ANSWER WITHIN THE TIME LIMIT, THI IS ANOTHER DEFAULT BY THE DEFENDANT(S).

13. AT ALL TIMES DEFENDANT(S), ATTORNEY THOMAS H. WINSLOW HAS BEEN PROVIDE WITH ALL LEGAL MATERIALS SUBMITTED TO YOUR HONORABLE COURT, INSTEAD ATTORNEY FOR THE DEFENDANDS HAS NOT TAKEING THIS SERIOUS SUIT VERY SERIOUSLY, HE HAS BEEN GIVEN MORE THAN 3 OPPORTUNITIES, DUE TO THE FACT THAT I AM AN CONVICTED FELON, I AM A HUMAN BEING WHO STILL RETAIN AS A UNITED STATES CITIZEN UNDER THE EQUAL PROTECTION OF THE LAW MY ACCESS TO THE COURT THROUGHOUT MY FOURTHEEN AMENDMENT THE DUE PROCESS CLAUSE AND I WOULD PRAY TO YOUR HONORABLE COURT THAT JUSTICE CAN BE DONE. DEFENDANTS HAS EXTREMELY DISREGARD YOUR HONORABLE COURT REGULATION WITH HELDING INFORMATION ALSO FAIL TO

-4-

(PROVIDE, DISCOVERY, INTERROGATION, DISCLOUSURE, ALSO FAIL TO (PROVIDE PLAINTIFF WITH DEFENDANTS OBJECTION OF (PLAINTIFF AMENDED COMPLAINT, AND A ANSWER TO PLAINTIFF (PARTIAL SUMMARY JUDGMENT.

14. I AM NOT AN ATTORNEY, MY 2 REQUEST TO APPOINTMENT OF COUNSEL HAS BEEN DENIED, EVEN THOUGH I HAVE MADE SUFFICIENT EFFORTS TO OBTAIN ONE.

15. ATTORNEY FOR THE DEFENDANTS, M.R. THOMAS H. WINSLOW HIS CONDUCT, QUALIFICATION, REQUIREMENT, (PROCEDURES STANDARS FAIL BELOW HIS (PRACTICE TO COMPULSIN LYING TO AND TO DEVIATE THE COURT TO DISMISS PLAINTIFF'S SERIOUS CLAIMS OF GIVEN THE WRONG-MEDICATION FOR OVER A MONTH TO (PLAINTIFF BY DEFENDANT(S) SECURE PHARMACY, PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS' (RECORD SPECIALIST YOLANDA ZAYAS ACOSTA HAS (PROVIDE ATTORNEY FOR THE DEFENDANTS WITH THE PROPER MEDICAL DOCUMENTS THAT HE HAS REQUESTED.

16. AS YOU CAN EVEN SEE ON THE ATTORNEY THOMAS H. WINSLOW MOTION(S) DATED ON OCTOBER 10, 2003, I HAVE MADE HIM AWARE OF A LETTER THAT I RECIEVE FROM CLERK KEVIN F. ROWE THAT COUNSEL SHOULD FILE ALL FUTURE FILING WITH THE OFFICE OF THE CLERK 141 CHURCH STREET, NEW HAVEN CT. 06510. TO THE HONORABLE MARK R. KRAVITZ (M.R.K). DATED ON 8/22/2003.

17. DEFENDANTS SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS MOTION FOR RULE 26(9)/(3) AWAWARD AGAINST PLAINTIFF NOEL DAVILA ITS BEEN FILE TO **FRIVIOLOUSLY, MALICIOUSLY** WITH NO BASIS IN LAW OR FACTS SOLEY TO HARRASS YOUR HONORABLE COURT, (PLAINTIFF. THE DEFENDANT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC.

5.

AND AGENTS MAY REQUIRE TO PAY THE COST, EXPENSIVE LITIGATION, SANCTIONS, INCLUDING BUT NOT LIMITED ATTORNEY FEE'S TO THE PLAINTIFF AND COURT.

WHEREFORE, I RESPECTFULLY PRAYS REQUESTING YOUR HONORABLE COURT TO PROCEED AND ISSUE A DEFAULT-JUDGMENT AS DESCRIBED ABOVE, I ALREADY HAVE FILE A DEFAULT JUDGMENT, PLEASE SUBMITTED, AND TO DENIED THE DEFENDANT(S) MOTION IN FULL UNDER 26(g)(3) AND TO GRANT PLAINTIFF MOTION IN OPPOSITION OF DEFENDANTS, AND TO ORDER DEFENDAND TO PAY THE SANCTIONS THAT THE COURT MAY BE DEEM AND PROPER. AS WELL AS SUCH OTHER AND FURTHER RELEIF AND MAY BE JUST AND PROPER.

RESPECTFULLY SUBMITTED.

*Noel Davila*

OR: I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED THIS 15 DAY OF OCTOBER 2003 TO:

TO: HONORABLE JUSTICE (M.R. MARK R. KRAVITZ)(M.R. WILLIAM GARFINKEL):
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT. 06520

TO: ATTORNEY FOR DEFENDANTS (M.R. THOMAS H. WINSLOW)
321 MAIN STREET
FARMINGTON CT. 06032.

BY: *Noel Davila*
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.