- 1 OF 3 -

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 28 P 4: 43

CIV NO: 302CV652 (M.R.K.)

NOEL DAVILA
             , PLAINTIFF

DATE: OCTOBER 17, 2003

- AGAINST -

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENT(S).

PLAINTIFF'S NOEL DAVILA MOTION FOR EXTENSION OF SCHEDULING ORDERS FROM OCTOBER 27, 2003 TO DECEMBER 25, 2003 TO COMPLETE OR OBTAIN DISCOVERY FROM THE DEFENDANT(S) AND AGENTS.

PURSUANT TO LOCAL RULE 6(b) OF FEDERAL RULE OF CIVIL PROCEDURES PLAINTIFF'S NOEL DAVILA, MOVES THIS HONORABLE COURT FOR AN ADDITIONAL, ENLARGEMENT OF TIME FROM OCTOBER 27, 2003, THROUGHOUT DECEMBER 25, 2003, TO COMPLETE OR OBTAIN DISCOVERY FROM DEFENDANT(S) SECURE PHARMACY, AMERICAN SERVICE GROUP AND AGENT(S).

1- ON JUNE 27, 2003 U.S. MAGISTRATE HONORABLE JUSTICE WILLIAM I. GARFINKEL ISSUE THE FIRST SCHEDULING ORDER. SECTION 2 OF THAT ORDER INDICATED THAT ALL DISCOVERY UNDER FED. R. CIV. P. 26 THROUGH 37 SHALL BE COMPLETED BY OCTOBER 27, 2003.

2- THE PLAINTIFF'S MOVE THIS HONORABLE COURT TO EXTEND THE DISCOVERY DEADLINE FOR OR UNTIL DECEMBER 25, 2003 TO COMPLETE THE PLAINTIFF DISCOVERY ISSUES FROM THE DEFENDANT(S) OBJECTIONS.

NOEL DAVILA —PRO-SE



3. THE DELAY IS DUE TO THE NEED OF THE DEFENDANT(S) HAS OBJECTED PLAINTIFF'S DISCOVERY ON OCTOBER 14, 2003, AND PLAINTIFF NEED TO FILE A MOTION REQUESTING PERMISSION TO THE HONORABLE COURT TO ORDER THE DEFENDANTS, OPPOSSING PARTY TO ANSWER PLAINTIFF INTERROGATORIES, PRODUCTION OF DOCUMENTS, DISCLOUSURE ISSUES FOR PLAINTIFF UP-COMING TRIAL.

4. PLAINTIFF HAS OBJECTED TO DEFENDANT(S) DEPOSITION SCHEDULING ORDER FOR NOVEMBER 14, 2003 AT 9:30 AM. AT GARNER CORR. INST. NEWTOWN CT. 06470, DUE TO THE FACT THAT PLAINTIFF HAS CHOOSE TO HAVE A JURY TRIAL AND IF A DEPOSITION IS TAKEN UNDER THIS RULE A COURT MAY BE TEMPTED TO REFUSE TO PRODUCE THE PLAINTIFF AS A WITNESS FOR TRIAL IF DEFENDANT(S) HAVE TAKEN THE DEPOSITION. ALSO DEFENDANTS HASN'T SENT AN ANSWER FOR THE AMENDED COMPLAINT DATED JULY 4, 2003, AND HAS NOT ANSWER PLAINTIFF'S NOTICE AND MOTION FOR SUMMARY JUDGMENT, DATED JULY 14, 2003.

5. ON OR ABOUT APRIL 2003 PLAINTIFF'S HAS ALREADY ANSWER THE DEFENDANTS INTERROGATORIES, ALSO SIGN AN AUTHORIZATION RELEASE FORM TO OBTAIN IN FULL PLAINTIFF MEDICAL FILES, WICH YOLANDA ZAYAS ACOSTA, (RECORDS SPECIALIST AT GARNER CORR. INST. HAS PROVITE THE DEFENDANT(S) ATTORNEY THOMAS H. WINSLOW.

6. THIS IS PLAINTIFF FIRST MOTION FOR ENLARGEMENT OF TIME OF DISCOVERY DEADLINE.

WHEREFORE, I RESPECTFULLY REQUEST THAT YOUR HONORABLE COURT ISSUE OR GRANT PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME UNTIL DECEMBER 25, 2003, TO OBTAIN DEFENDANT(S) DISCOVERY TO BE PREPARE FOR THE UP-COMING TRIAL

DATED: OCTOBER 17, 2003.

*Noel Davila*
NOEL DAVILA — PRO-SE

3.

# CERTIFICATION

I, PLAINTIFF NOEL DAVILA HEREBY CERTIFY THAT A TRUE COPY OF THE FOLLOWING WAS MAILED ON THE FOLLOWING: ON 17 DAY OF OCTOBER 2003 TO:

BY: Noel Davila

TO: HONORABLE JUSTICE
   M.R. MARK R. KRAVITZ
   U.S. COURTHOUSE
   141 CHURCH STREET
   NEW HAVEN CT. 06510.

TO: ATTORNEY FOR THE DEFENDANT(S)
   M.R. THOMAS H. WINSLOW
   321 MAIN STREET
   FARMINGTON CT. 06032

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

DATED: OCTOBER 17, 2003.