UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA

PRISONER OCT 27  4 11 PM '03
CIVIL ACTION CASE NO.
3:02CV652(MRK)

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.                                    OCTOBER 23, 2003

## DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO SHOW CAUSE AND DEFAULT JUDGMENT

On September 16, 2003, plaintiff Noel Davila prepared a Motion for Order to Show Cause, a

Motion for Default Judgment, Affirmations, Affirmations of Service, Affidavits, Notices, and an

Order to Show Cause. The entire group of documents, signed on September 16, 2003, were never

served on defendants' counsel as certified by plaintiff's counsel. Defendants' counsel only

learned of these motions and supporting papers when speaking with the Clerk's Office on

October 9, 2003. Defendant's counsel wrote to the Clerk's Office for copies of the motions and

supporting papers on October 14, 2003. Copies of the requested documents were sent to defense

counsel on October 21, 2003 and received on October 23, 2003. Counsel hereby objects to the

Plaintiff's September 16, 2003 Motion to Show Cause and September 16, 2003 Motion for

Default Judgment that are both time-stamped October 8, 2003 within 21 days of receipt of the

copies. The reasons for the objection are set forth below.

STATEMENT OF FACTS:

Plaintiff Davila claims that defendant is in default for failing to file an answer to plaintiff's

pleadings and for failing to respond to a Motion for Partial Summary Judgment. These assertions

are inaccurate.

As the court can observe in the docket and the court file, defendant filed a July 28, 2003

Objection to Plaintiff's June 25, 2003 Motion to Amend Complaint and Proposed Amended

Complaint. The objection is still pending and has not been ruled on by the court. In light of the

pending objection, it is clear that a default judgment should not enter against the defendant as an

answer is not due until the objection is decided by the court.

As to the claimed July 14, 2003 Motion for Partial Summary Judgment, individuals in the clerk's

office (New Haven, Bridgeport and Prisoner's Unit) have on two different dates in October

advised that plaintiff has only filed a July 14, 2003 Notice of Motion for Partial Summary

Judgment that was received on July 24, 2003 and entered on July 25, 2003. On both occasions,

these individuals have confirmed that the court has not received a Motion for Partial Summary

Judgment or any other pertinent documents to said motion. Accordingly, there is no Motion for

Summary Judgment that has been received and/or accepted by the court to which the defendant

must respond. In light of the lack of a filed motion for summary judgment and any other

pertinent documents in the court file, it is clear that a default judgment should not enter against

the defendant as claimed by plaintiff's counsel.

Finally, as noted in various previously filed pleadings and briefs, defendant's counsel is not

receiving documents at or near the dates certified in those documents signed by plaintiff Davila.

The latest example follows. The plaintiff's July 14, 2003 Notice of Motion for Partial Summary

Judgment was not sent to defendant's counsel on the July 14, 2003 date certified in the notice.
The July 14, 2003 Notice of Motion for Partial Summary Judgment was first received by
defendant's counsel as enclosures with a July 14, 2003 letter that was postmarked on the envelope
September 30, 2003 and received on October 2, 2003. Admittedly, one of those enclosures was
also a July 14, 2003 Motion for Partial Summary Judgment. Once received and reviewed by
defendant's counsel, that led to the phone calls about whether the Motion for Partial Summary
Judgment was accepted and filed with the Clerk's Office. As noted above, on two separate
occasions, individuals from the Clerk's Office have indicated no plaintiff's Motion for Partial
Summary Judgment has been accepted and filed with the Clerk's Office.

For all the above reasons, the defendant objects to the plaintiff's motion to show cause and
default judgment and asks that its objection to both motions be sustained.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

23rd day of October, 2003 to:


Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510



Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427