HR925 REV. 12/95

CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 218726 | 12/30/70 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Davila, noel |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CCIC |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   NSA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 10/18/01 | 6°° | Extent AM meds + one week<br>D-TC 11/15/01 | 10/18/01<br>6°° |
| 11/15/01 | 6:05 p | Paxil 20mg po @ AM,<br>Benadryl 50mg po @ HS    ] 30 day<br>RTC 12/13/01 | |
| 11/15/01 | 8PM | Orders noted by M Mag | |
| 11-16-01<br>450 | | Percocet 5/325 tab<br>one bid prn<br>(Non formulary agylite)<br>noted as 11/16/01 13N | ×3 order |
| 11-29-01<br>13N | | MRC, ampliled for other F/U,<br>t-Gel shampoo ad × 60 day<br>Basis Soap one bar 1 month | |
| | | JACK MAZER, MD | |
| | | JACK MAZER, MD | |
| noted + Randy 11/29/01 SP R Mape RN | | | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
Davila  Neol

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CCI-C |

| DATE/TIME | |
|---|---|
| 12/13/01
8:15 pm | We had a long discussion:
He is going to be 31 yrs shortly, at times tonight was on the verge of crying
He stated he has been having pain in left knee and current meds are not helping
He confided he and his sister have contacted the DOC Commiss— but no [?] no action taken
He had many complaints about DOC & Staff. He stated w/ his complaint to DOC setting he feels C.O. capt. etc. are against him and they do things so that he won't get the needed interv— & he hinted he was afraid of DOC, staff reaction to what he does
He also complained he was given a diff colored Paxil & has [?] diarrhea—
Was alert, orient, coherent, NR and responds w/ all ongoing meds— he is neither suicidal or [?]
    R/ Paxil 20 mg po QAM
    Benadryl 50 mg po QHS
RTC 1/10/02            [signature] |

HR925 REV. 12/95

CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**

| INMATE NUMBER 212726 | DATE OF BIRTH 12-30-7. |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davila, Noel | |
| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY CCC |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY

ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 12/10/01 9 50 | | Tylenol #3 _ , ii _ tid | X _ |
| | 12/10/01 9:00 | JACK MALEH, MD | |
| 12/13/01 | 935 | Paxil 20 mg po @ AM  Benadryl 50 mg po @ HS   30 days  1/10/02  Refill w/ medical | |
| 12/13/01 | 11a | order note | |
| 12/17/01 9:15 | | Percocet 5/325 , ii tab _ x30day  approved - approval faxed to pharmacy 12/17/01 745AM JS - aj JACK MALEH, MD | |
| 12/21/01 | | T.O. DR Sarosi / Patricia Byam CNW  D/C Tylenol #3. | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIV (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED**

HR201 REV. 5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**HEALTH CONSULTATION**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, (INITIAL)
Davila, Neil

| CONSULTANT SPECIALTY | DATE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| Medical - Dr. J. Haleh | 12/13/01 | (M) F | B W (H) O | CCI-C |

RELEVANT CLINICAL DATA/HISTORY/PREVIOUS WORK-UP:
☐ FOR OUTSIDE CONSULTATION SEE ATTACHED UTILIZATION REVIEW REQUEST FORM

Inmate, who will be 31 yrs (on 12/30/ ) is known to Medical. Has been stressed not due to pain in left knee. He asserts current medications are not helping and is in agony - He is on Paxil 20 mg po QD and Benadryl 50 mg po BHS - Has been more depressed. What can be done for this Inmate?

E. Khorramzadeh MD                                                    12/13/01

DOC PRACTITIONER SIGNATURE/TITLE: _____     DATE _____

CONSULTANT'S REPORT/FINDINGS/RECOMMENDATIONS  (PLEASE NOTE: DIAGNOSTIC OR THERAPEUTIC PROCEDURES NEED PRIOR APPROVAL BY THE DOC UTILIZATION MANAGEMENT UNIT):

Dr. K.
All information - sewn of URC; under consultation so don't

RECOMMENDED TREATMENT PLAN:

CONSULTANT SIGNATURE _____          DATE _____

TREATMENT PLAN REVIEWED BY ATTENDING DOC PHYSICIAN/DENTIST:

☐ APPROVED

☐ ALTERNATIVE PLAN:

☐ ADDITIONAL OUTSIDE SERVICES REQUIRE UTILIZATION MANAGEMENT UNIT APPROVAL

DOC PRACTITIONER SIGNATURE/TITLE: _____     DATE _____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

MENTAL HEALTH

Facility/Unit_____    Date _12-5-01_

Inmate Name _NOEL DAVILA_    Number _212726_

Request _I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE_
_MEDICATION PAXIL 20 mg (PINK) TO PAXIL (GREEN) 20 mg. I_
_ANT TO SEE MY DOCTOR K._    _THANK YOU!_
                                                    _Noel Davila_
_____
(continue on back if necessary)

Previous Action Taken_____

_____

_____

_____
(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____
(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

MENTAL HEALTH

Facility/Unit_____    Date _12 - 11 - 01_

Inmate Name _NOEL DAVILA_    Number _212726_

Request _SINCE I'VE BEEN taking_    this, Paxil 40m, celexa 20mg
_Green 20mg)_

I am having this Pounding hedache, vomiting every thing I eat
hand be shaking a lot, and a lot of stomach Pain, Please I want
se the Doctor. thank You! Noel Davila

(continue on back if necessary)

Previous Action Taken_____

_____

_____

_____

(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

*Mentil Health or Medical Unit*

Facility/Unit _____    Date __12-17-01__

Inmate Name ___Noel Davila___    Number __212726__

Request ___Doctor K Iam still feeling weird I have alot of Stomach Pain, Diarrea, Vomiting, This Headache Dont want togo away ny body still trembling altot, I want to know whats wrong Jith me I want to see a Doctor Noel Davila___

(continue on back if necessary)

Previous Action Taken _____

_____

_____

_____

(continue on back if necessary)

Submitted to _____    Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit_____     Date _~~_____~~ 12-26-01

Inmate Name   Noel DAViLA                        Number  212726

Request___ I, TODay CAME to see Nurse Doctor Jim, and He sit Dawn
ith me and ask me How I was Doing so I TOLD Him that I have been
elin very bad, and also that I File a grievance. 2 DAYS Ago, and He
HECKed my blood Presure and told me that the Company HAd Send a memo
nt hal Sen the wrong medication ~~(continue on back if necessary)~~ no longer want that medication
ver again. ~~previous Action Taken~~ so I wouldn't See Doctor K. To Change my medication

                              noel Davila
_____

_____

_____

**(continue on back if necessary)**

Submitted to_____     Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

**(continue on back if necessary)**

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit _N-416_          Date _12/27/01_

Inmate Name _Noel Davila_          Number _212726_

Request _I need to see Dr Craine ASAP. or a_
_Mental Health Counselor please_
_____    _Thank You_
_____    _Noel Davila_
(continue on back if necessary)

Previous Action Taken_____
_____
_____
_____
(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____
_____
_____
_____
(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

HR601 REV.6/94

**CONNECTICUT DEPARTMENT OF CORRECTION**

# REQUEST FOR MENTAL HEALTH SERVICES

| | | | |
|---|---|---|---|
| INMATE NUMBER 212726 | | DATE OF BIRTH | |
| INMATE NAME (LAST, FIRST, INITIAL) Davila Noel | | | |

| DATE OF REQUEST 12/27/01 | INMATE REQUEST Ⓨ N | REFERRED BY/TITLE self | SEX Ⓜ F | RACE/ETHNIC B Ⓦ H O | FACILITY Cheshire |
|---|---|---|---|---|---|

DESCRIBE REASON FOR REQUEST/REFERRAL:

need to see DR

---

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| | | | |

SERVICE PROVIDED/RESPONSE:

DrK - S 1/10/02        noted by DrK —
                      RTC as Scheduled

RESCHEDULE DATE:     YES ☐     NO ☐

---

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE                    DATE

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit_____    Date  12-22-01

Inmate Name  Noel Davila_____    Number  212726

Request  I have told the nurses
_____ that I would like to have

xck my Pavil Pink 20mg Not Pavil Green 20mg is Causing me
deffects, Vomiting, Stomach Pain, Diarrea, Pounding Headache Body Trembling and
Body want to listen or Belive me. I want to see the Doctor again please
(continue on back if necessary)

Previous Action Taken_____
                                                    Noel Davila
_____
_____
_____

(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____
_____
_____
_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

## ATTACHMENT B
## CONNECTICUT DEPARTMENT OF CORRECTION

### INMATE REQUEST FORM

Facility/Unit __Mental Health and Medical unit__          Date __1-5-02__

Inmate Name __noel Davila__          Number __212726__

Request _____

_I no longer Want to take medication Paxil 20mg Green, and THE nurse staFF still expouse me to THAT medication I am afraid to take it, please Tell the doctor K to change it thank You noel Davila_

(continue on back if necessary)

Previous Action Taken _____

_____

_____

_____

(continue on back if necessary)

Submitted to _____ Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit _Mental Health and medical unit_____

Inmate Name _noel Davila_____

Date ___1-5-02___

Number ___212726___

Request _____

_I no longer Want to take medication Paxil 20mg Green, and THE Nuse staff still eypouse me to THAT medication I am afraid to take it, please Tell the doctor K to change it, thank You noel Davila_

(continue on back if necessary)

Previous Action Taken _____

_____

_____

_____

(continue on back if necessary)

Submitted to_____ Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12 / 30 |

INMATE NAME (LAST, FIRST, INITIAL)
Davilla Noel

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| (M) F | | B  W  (H)  O | | | | CCIC |

INSTRUCTIONS FOR USE: _Physicians must sign name and title under each order._ Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY  ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/10/02 | 8:30 pm | Discontinue Paxil start Remron 15 mg po QHS x 2 wks RTC 1/24/02 | |
| 1-15-02 6:15 am | | Percocet 5/325 mg PO one Tid | x 30 days JACK M LEUK MD |
| 1/24/02 | 9:40 pm | Discontinue Remron 15 mg QHS Start: Remron 30 mg po QHS x 15 days RTC 2/7/02 | |
| 1/24/02 | 10:30 | Verbale noted by M Maury | |
| 2/7/02 | 9:15 pm | Remron 30 mg po QHS x 30 days RTC 3/7/02 | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Davila, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | eez |

| DATE/TIME | |
|---|---|
| 1/10/02<br>10:00<sup>PM</sup> | A very angry Inmate who described in detail & repeated how he was given wrong medication which caused:<br>a. vomits, diarrhea, WT loss = 15 lbs<br>b. abdominal pain<br>c. dizziness<br>d. pounding headache<br>e. muscle tightening<br>f. weakness<br>g. mind goes blank + he's gonna be hungry<br>He state on many occasions: I stopped that fucking medicate — No more I take the pearls fucks me —<br>He state he was furious that no longer trust medical & medication in this ptc & that he has not slept for several days & is afraid of exploding.<br>We explore further. He agreed to take medication — in fact he said Trazadone a doxepin — but wanted to make sure there would be no change of the pills, color change of pharmacy.<br>He asked to tell Remeron 15 g at 8ff I showed him PDR a shape & color of Remeron —<br>RTC 2 weeks — |

HR503 REV.4/95

CONNECTICUT DEPARTMENT OF CORRECTION

## CONSENT FOR TREATMENT
## WITH PSYCHOACTIVE MEDICATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 21 2726 | 12/30 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Davila    Noel |

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| (M) | F | B | W | (H) | O | cd-c |

Dr. _____ has informed me that he/she recommends that I receive the

medication _____Remeron_____, for the treatment of my illness.  I have been

informed   of   the   nature   of   the   treatment   and   the   risks   of   possible   side   effects   including

_Sedation, dizziness, abnormal dreams, increased appetite, dry mouth_
_constipation, weight gain - These are more common side effects_

Side effects, caused by neuroleptics, may include the risk of tardive dyskinesia which is involuntary tic-like movements in the face, tongue, neck, arms and/or legs.  These symptoms may persist after  the medication has been discontinued.

I understand that although mental health staff have explained to me the most common side effects of this treatment, there may be other side effects.  I agree to inform  a member of the staff immediately if there are any unexpected changes in my condition.

I understand that I may not be forced to take this medication and that I may decide to stop taking it at any time. I also understand that although health staff believes that this medication will help me, there is no guarantee as to the results that may be expected.

Should I discontinue my medication, I will inform mental health staff of my decision immediately.

I am willing to accept the above medication.

_Noel Davila_
INMATE SIGNATURE

_01 - 10 - 02_
DATE

_____
WITNESS SIGNATURE/TITLE

_____
DATE

_____
PHYSICIAN SIGNATURE

_1/10/02_
DATE

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
Davilla, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CdC |

| DATE/TIME | |
|---|---|
| 1/24/02 10:00 | Inmate continues having "losing it" — ever since his pink Paxil was changed to ½ tab green. "He states "just recently his eating in back but still periodically at nite feels funny, wakes up, with funny sensation in head — gets this to his calm, feels in daytime. Told the RN saw him ½ tab of Remron — says is not full green tablet — & he says not tried any change of medication color — He was angry but is time I ask — he has no adverse effect. Plan: Remron 30 mg po QHS — hopefully it would be some tab or not two yellow pills — RTC 2/9/02 |
| 2/7/02 9:15 | Inmate seen in Seg. He was angry verbalize in loud used profanity about the system — He did say he had no idea why he was in Seg & why there was investigate. He was hoping the MH would help him to get out of Seg. His tone was one of paranoi. W/V cont'in Remron 30 mg po QHS |



Month/Year

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

ASTIS SOAP    (BAR EA.)  BAR
SE AS DIRECTED DAILY
X:    577670 ESPOSITO M.D. , JOSEPH ,
Init.    START DATE  10/05/2001 STOP DATE  01/03/2002

HERAPEUTIC TAR SHAM. (TGEL-250 2.5% LOT
PPLY SPARINGLY TO AFFECTED AREAS DAILY
X:    601284 MALEH, M.D., JACK ,
Init.    START DATE  10/17/2001 STOP DATE  11/15/2001

CETAMINOPHEN W/COD W3 300/30MG TAB
AKE 2 TABLET(S) BY MOUTH  3 TIMES DAILY ***SIGN OUT EACH DOSE ON
ONTROL SHEET AND M.A.R. *
X:    601287 MALEH, M.D., JACK ,
Init.    START DATE  10/17/2001 STOP DATE  11/15/2001

AXIL (PAROXETINE) 20MG TAB
AKE 1 TABLET(S) BY MOUTH  EVERY MORNING  *MAY CAUSE DROWSINESS. AVOID
LCOHOL *
Init.    START DATE 11/5/01   STOP DATE 12/5/01

X:    602517 BLANCHETTE M.D., EDWARD 11/5/01
Init.    START DATE  10/17/2001 STOP DATE  11/20/2001

(PHENTERMINE (BONTRIL) 35MG CAP
AKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME
X:    602518 BLANCHETTE M.D., EDWARD 11/5/01
Init.    START DATE  10/20/2001 STOP DATE  12/5/01

ercocet 5/325 + QID x 30d
Awaiting approval
po   denied
Init.   Sent 11/16/01   START DATE   STOP DATE

Init.    START DATE   STOP DATE

LERGY    ASPIRIN

GNOSIS:

TIENT    DWILLA, NOEL    ID  212726    WING  1
AME

CUMENTATION CODES =
• Discontinued Order        R - Refused
• Dose Omitted              C - Court

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL

S - Self Administered
NS - No Show

THERAPEUTIC TAR 95ML (TGEL-250 2.5% LOT

USE AS DIRECTED EVERY OTHER DAY

614397 MALEH, M.D., JACK,
START DATE 11/30/2001 STOP DATE 01/28/2002

SOAP          (BAR EA.)          BAR
614399 ESPOSITO M.D., JOSEPH
START DATE 11/29/2001 STOP DATE 01/28/2002

AS DIRECTED DAILY *1/PER MONTH*

ACETAMINOPHEN W/COD #3 300/30MG TAB
TAKE 1 TABLET(S) BY MOUTH  3 TIMES DAILY **SIGN OUT EACH DOSE ON
CONTROL SHEET AND M.A.R.*
614399 MALEH, M.D., JACK
START DATE 12/11/2001 STOP DATE 01/09/2002

617580 SHEA, MD, WILLIAM, MD
START DATE 12/15/2001 STOP DATE 01/13/2002

CHLORPHENIRAMINE 4MG TAB
TAKE HALF (1/2) TABLET(S) BY MOUTH  EVERY MORNING >>>>SEND HALF
617583 SHEA, MD, WILLIAM, MD
START DATE 12/15/2001 STOP DATE 01/13/2002

BSKK&C *MAY CAUSE DROWSINESS; AVOID ALCOHOL*
CE 1CAPSULE(S) BY MOUTH  AT BEDTIME
START DATE 12/15/2001 STOP DATE 01/13/2002

ASPIRIN
START DATE 1/10/02 STOP DATE 1/24/02

| PATIENT | | | ID | WING |
|---|---|---|---|---|
| NAME | DAVILLA, NOEL | | 212726 | 1 |

DOCUMENTATION CODES =
· Discontinued Order
· Dose Omitted

R - Refused
C - Court
NS - No Show
S - Self Administered



Facility Name _____

| | START DATE 1/24/02 | STOP DATE 2/8/02 | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Remeron 30mg po 2x15days

HS

**START DATE** _____ **STOP DATE** _____

**START DATE** _____ **STOP DATE** _____

**START DATE** _____ **STOP DATE** _____

**START DATE** _____ **STOP DATE** _____

**START DATE** _____ **STOP DATE** _____

**START DATE** _____ **STOP DATE** _____

NURSE'S SIGNATURE _____ INITIAL ____

NURSE'S SIGNATURE _____ INITIAL ____

PATIENT NAME _____

ALLERGIES _____

ID 272726   WING M416

DOCUMENTATION CODES =
- Discontinued Order     R - Refused     S - Self Administered
- Dose Omitted           C - Court       NS - No Show

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SIG SDWP   (BAR EA.)  BAR
E AS DIRECTED DAILY
597670 ESPOSITO M.D., JOSEPH
nt.    START DATE    10/05/2001 STOP DATE    01/03/2002

XIL (PAROXETINE) 40MG TAB
KE ONE-HALF (1/2) TABLET(S) BY MOUTH   EVERY MORNING >>>>>SEND HALF
DR&XXX: MAY CAUSE DROWSINESS; AVOID ALCOHOL
nt.    START DATE          STOP DATE

611273 MALEH, M.D., JACK ,
    START DATE    11/17/2001 STOP DATE    12/16/2001
PHENHYDRATUNE (BENADRYL) 50MG CAP
KE 1 CAPSULE(S) BY MOUTH  AT BEDTIME
611274 MALEH, M.D., JACK ,  12/11/3|01
nt.    START DATE  11/17/2001 STOP DATE  12/16/2001

E - Gel  thompo @ oo9
nt.    START DATE  11/29/01 STOP DATE  1/08/02

Roxxo suco one than minute
nt.    START DATE  1/29/01 STOP DATE  1/29/02

1 gland # 3  po tid  x 30 dayo
nt.    START DATE  12/11/01 STOP DATE  1/09/07

Paxil 200spo gm x300 2
nt.    START DATE  12/11/01 STOP DATE  1/13/01

Percocet  5/325 (1)  po  tid  8a
   Approved  by URC        x 3 d  4p
nt.    START DATE  12/17/01 STOP DATE  1/17/01  8p

ASPIRIN

ERGY

NOSIS

TIENT
AME     DAVILLA, NOEL     | ID |   212726   | WING |   1

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|

CUMENTATION CODES =
 - Discontinued Order
 • Dose Omitted
R - Refused
C - Court
S - Self Administere
NS - No Show