UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OCT 0 8 2003

1 OF 2

NOEL DAVILA
, PLAINTIFF

CIV NO: 302CV652 (M.R.K.)

— Against —

"JURY DEMAND"

SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS
, DEFENDENT(S)

DATE: SEPT 16, 2003.

## MOTION TO PRESERVE EVIDENCE

PURSUANT TO FED. R. CIV. P, ARTICLE I, SECTION EIGHT OF THE CONNECTICUT CONSTITUTION, AND THE FIFTH, SIXTH AND FOURTEETH AMENDMENTS OF THE UNITED STATES CONSTITUTIONS, PLAINTIFF'S HEREBY MOVES THIS HONORABLE COURT FOR AN ORDER DIRECTING THE COURT, CLERK AUTHORITY TO TAKE ALL REASONABLE STEPS TO PRESERVE ALL DOCUMENTS, INCLUDING ALL TAPES, TRANSCRIPTIONS OR OTHER RECORDING OR ANY OTHER WITNESS REPORTING THIS INCIDENT ALL HANDWRITTEN, TYPE WRITTEN OR ANY OTHER NOTES, INCLUDING ROUGH NOTES IN CONNECTION WITH THIS CASE AND ANY AND ALL OTHER RECORDS, REPORTS, STATEMENTS, TAPES, MOTIONS FILES (INCLUDING BOOKING TAPES). AND PHOTOGRAPHS PERTAINING TO THIS CASE, AND TO PRESERVE IN THEIR PRESENT FORM, OR MAKE A PERMANENT RECORD UTILIZED IN CONNECTION WITH THE PROCEDURE IN THIS CASE.

*Noel Davila*
PO BOX 5500
Newtown CT. 06470

## CERTIFICATION

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOREGOING ON THIS 16 DAY OF SEPT. 2003.

TO: ATTORNEY FOR DEFENDENT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

BY: Noel Davila

TO: HONORABLE JUSTICE
M.R. MARK R. KRAVITZ
U.S. DISTRICT JUDGE
141 CHURCH STREET
NEW HAVEN CT. 06510

DATED: SEPT 16, 2003.

BY: Noel Davila
Noel Davila - Pro-Se
P.O. Box 5500
New Haven CT. 06470