UNITED STATES DISTRICT COURT

1 OF 1

OCT 0 8 2003

DISTRICT OF CONNECTICUT

2003 OCT 29 P 3 08

NOEL DAVILA
, PLAINTIFF

—Against—

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENT(S)
, DEFENDENT(S)

CIV NO: 302CV652 (M.R.K).

"JURY DEMAND"

DATE: SEPT 16, 2003.

PLAINTIFF'S MOTION TO ALLOW JURORS TO ASK QUESTIONS AND TAKE NOTES.

PURSUANT TO FEDERAL RULES CIVIL PROCEDURES AND <u>SPITZER V. Haims & Co.</u> 217 Conn. 532, 587 A.2d 105 (1991) AND <u>STATE V. MEJIA</u>, 233 Conn. 215 (1995) THE PLAINTIFF'S MOVES THAT THE HONORABLE COURT EXERCISE ITS DISCRETION AND ALLOW THE JURORS TO SUBMIT QUESTIONS TO BE ASKED OF WITNESSES AND TO TAKE NOTES DURING THE TRIAL.

CERTIFICATION

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOLLOWING ON THIS 16, DAY OF SEPT. 2003.

TO: ATTORNEY FOR DEFENDENT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

TO: HONORABLE JUSTICE
M.R. MARK R. KRAVITZ
141 CHURCH STREET
NEW HAVEN CT. 06510

/s/ Noel Davila
P.O. BOX 5500
NEWTOWN CT. 06470.

BY: Noel Davila -PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.