UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT.

1 OF 1

OCT 0 8 2003

NOEL DAVILA

, PLAINTIFF

CIV NO: 302CV652 (M.R.K.)

— AGAINST —

"JURY DEMAND"

SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS

, DEFENDENT(S)

DATE SEPT 16, 2003.

PLAINTIFF MOTION FOR PERMISSION TO GIVE AN OPENING STATEMENT.

PURSUANT TO FEDERAL RULES CIVIL PROCEDURES THE PLAINTIFF'S MOVES THAT THE HONORABLE COURT EXERCISE ITS DISCRETION AND ALLOW THE PARTIES TO GIVE AN OPENING STATEMENT.

*Noel Davila*
P.O. BOX 5500
Newtown CT 06470

CERTIFICATION

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOREGOING ON THIS 16 DAY OF SEPT. 2003.

TO: ATTORNEY FOR DEFENDENT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032

TO: HONORABLE JUSTICE
M.R. MARK R. KRAVITZ
141 CHURCH STREET
NEW HAVEN CT. 06510.

BY: *Noel Davila* -PRO-SE
P.O. BOX 5000
NEWTOWN CT. 06470.

DATED: SEPT 16, 2003.