UNITED STATES DISTRICT COURT

OCT 0 8 2003

1 OF 1

DISTRICT OF CONNECTICUT

NOEL DAVILA

, PLAINTIFF

— Against —

CIV NO: 302 CV652 (M.R.K)

"JURY DEMAND"

SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC AND AGENT(S)

DATE: SEPT 16, 2003

## MOTION FOR RECORDING OF ARGUMENT OF COUNSEL (PLAINTIFF'S) (DEFENDENT'S)

THE PLAINTIFF'S, PURSUANT TO FED. R. CIV P, MOVES AND REQUEST THIS HONORABLE COURT TO ORDER THE COURT REPORTER TO ACCURATELY RECORD All ARGUMENTS OF COUNSEL, INCLUDING, BUT NOT LIMITED TO, FINAL JUDGMENT.

### CERTIFICATION

I, HEREBY CERTIFY THAT A COPY OF THE FOLLOWING WAS MAILED TO THE FOREGOING ON THIS 16 DAY OF SEPT 2003.

TO: ATTORNEY FOR DEFENDENT(S)
   M.R. THOMAS H. WINSLOW
   321 MAIN STREET
   FARMINGTONG CT. 06032.

TO: HONORABLE JUSTICE
   M.R. MARK R. KRAVITZ
   U.S. DISTRICT JUDGE
   141 CHURCH STREET
   NEW HAVEN CT. 06510.

Noel Davila
P.O. BOX 5500
Newtown CT 06470.

BY: Noel Davila
NOEL DAVILA / PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

DATED: SEPT 16, 2003.