UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

CIVIL NO: 302 CV 652 (M.R.K).

NOEL DAVILA
, PLAINTIFF

— Against —

DATED: OCTOBER 16, 2003.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS

### PLAINTIFF'S MOTION IN OPPOSSITION OF DEFENDANTS MOTION OF DEPOSITION. TO A PROTECTIVE ORDER.

PURSUANT TO FED. R. CIV. P. 30, THE PLAINTIFF NOEL DAVILA HEREBY GIVES NOTICE THAT THE UNDERSIGNED PLAINTIFF OPPOSSED TO THE DEFENDANT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS FOR THE FOLLOWING REASONS:

1) UNDER THIS RULE, A COURT MAY BE TEMPTED TO REFUSE TO PRODUCE THE PLAINTIFF, NOEL DAVILA AS A WITNESS FOR TRIAL IF DEFENDANTS HAVE TAKEN DEPOSITIONS.

2) I, NOEL DAVILA, PLAINTIFF, I AM ARGUING VIGOROUSLY THAT IT IS UNFAIR FOR PLAINTIFF TO PRESENT HIS CASE IN CHIEF THROUGHOUT DEPOSITIONS, WICH ARE WANT TO BE TAKEN BY THE OTHER SIDE TO PREPARE THEIR CASE AND THAT THESE DEPOSITIONS DO NOT ADEQUATELY REFLECT THE NATURE OF PLAINTIFF CASE.

3) I AM REQUESTING A JURY TRIAL AS MY CONSTITUTIONAL RIGHT AS A CITIZEN OF THE UNITED STATES UNDER THE EQUAL PROTECTION

OF THE LAW THROUGHOUT MY FOURTHEEN AMENDMEND OF THE U.S. CONSTITUTION DUE PROCESS CLAUSE.

4. I AM REQUESTING ANSWER TO MY INTERROGATORIES, (PRODUCTION OF DOCUMENTS AND DISCLOUSURE THAT THE DEFENDANT(S) HAD OPPOSED TO MOST OF THEM. I AM REQUESTING A CONFERENCE WITH THE JUDGE

5. I AM REQUESTING ALL INFORMATION SUBMITTED BY (PLAINTIFF, IF ANY INFORMATION BECOMES UNAVAILABLE, I WOULD LIKE TO SUBPOENA DUCES TECUM, REGARDING, MALPRACTICE, NEGLIGENCE OR MIS-LABELING MEDICATIONS IN THE PAST, ALSO BUT NOT LIMITED TO ANY CONTRACTS, AGREEMENTS, COMPROMISING, THIRD PARTIES AND All PERSONNEL INVOLVED AS BENEFICIARIES OF THE CONTRACT AS CARE PROVIDERS TO INMATES (DEFENDANT(S) HAD DECLINE TO SETTEMENT.).

6. PLAINTIFF, WITHOUT THE INFORMATION REQUESTED FROM THE DEFENDANTS, WOULD BE IN GREAT DISANVANTAGE TO PRESENT HIS CASE IN CHIEF AT TRIAL

7. PLAINTIFF SHOULD BE ABLE TO USE OF HIS PERSONAL TESTIMONY IN COURT PROCEEDING AT THE TRIAL OR UPON A HEARING OF A MOTION OR AN ITERLOCUTORY PROCEEDING. AND PLAINTIFF DID NOT WANT TO INCRIMINATE HIMSELF, TESTIMONY WILL BE PROVIDE AT TRIAL.

WHEREFORE, I RESPECTFULLY REQUEST AND MOVE YOUR HONORABLE COURT TO A PROMT WITHDRAW OF A DEPOSITION OF PLAINTIFF NOEL DAVILA ON FRIDAY, NOVEMBER 14, 2003, AT 9:30AM AT GARNER CORR. INST. P.O. BOX 5500 NEWTOWN CT. 06470, AND THE COURT TO GRANT PLAINTIFF THE WITHIN MOTION AND TO THE CASE IN CHIEF BE SCHEDULE FOR TRIAL AT YOUR EARLIEST CONVINIENCE, AS WELL AS SUCH OTHER AND FURTHER RELIEF AND MAY BE JUST AND PROPER.

Sincerely, Noel Davila 10-16, 2003

# CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED ON THE FOLLOWING 16, DAY OF OCTOBER 2003. TO:

TO: HONORABLE JUSTICE, MR. MARK R. KRAVITZ
U.S. COURT HOUSE
141 CHURCH STREET
NEW HAVEN CT. 06510

TO: ATTORNEY FOR THE DEFENDANT(S).
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

DATED: OCTOBER 16, 2003.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 550
NEWTOWN CT. 06470.