# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NOEL DAVILA
, PLAINTIFF

CIV NO: 3:02 CV 652 (M.R.K.)

— AGAINST —

"JURY DEMAND"

SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC AND AGENTS
, DEFENDENT(S)

DATE: SEPT 16, 2003.

## MOTION TO LIMIT IMPEACHMENT OF PLAINTIFF'S

THE PLAINTIFF'S, WHO WISHES TO TESTIFY AT THE TRIAL OF THIS ACTION, RESPECTFULLY MOVES THAT THE HONORABLE BE PRECLUDED FROM UTILIZING FOR THE PURPOSE OF IMPEACHMENT ANY PRIOR FELONY CONVICTIONS OF THE PLAINTIFF'S.

IN SUPPORT OF THIS MOTION, THE PLAINTIFF REPRESENTS THAT THE PREJUDICIAL EFFECT OF SUCH EVIDENCE WOULD OUTWEIGH ITS PROBATIVE VALUE AND THAT THE USE OF SUCH EVIDENCE WOULD PRELUDE THE PLAINTIFF FROM TESTIFYING.

THE RELIEF REQUESTED BY THIS MOTION IS MANDATED BY THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, BY ARTICLE I SECTION EIGHT OF THE CONNECTICUT CONSTITUTION, AND BY THE REASONING OF STATE V. IASEVOLI, 188 CONN. 325 (1982). THIS MOTION DOES NOT DUPLICATE ANY PREVIOUSLY FILED OR RULED UPON IN THIS CASE.

Noel Davila
P.O. BOX 5500
NEWTOWN CT 06470.

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THIS 16, DAY OF SEPT 2003.

TO: ATTORNEY FOR DEFENDENT(S)
   M.R. THOMAS H. WINSLOW
   321 MAIN STREET
   FARMINGTON CT. 06032.

                                BY: Noel Davila

TO: HONORABLE JUSTICE
   M.R. MARK R. KRAVITZ
   U.S. DISTRICT JUDGE.
   141 CHURCH STREET
   NEW HAVEN CT. 06510.

DATED: SEPT 16, 2003.

                                BY: Noel Davila
                                Noel Davila PRO-SE
                                P.O. BOX 5300
                                NEWTOWN CT. 06470.