UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NOEL DAVILA

     V.                                 PRISONER
                                    CASE NO. 3:02V652 (SRU) (WIG)

SECURE PHARMACY PLUS

### RULING ON PENDING MOTIONS

Pending before the court is the plaintiff's motion for extension of time and motions for default and defendant's motion for extension of time and objection to amended complaint. For the reasons set forth below, both motions for extension of time are granted, both motions for default are denied and the objection is overruled.

I. <u>Motions for Extension of Time [docs. ## 37, 42]
    Objection to Amended Complaint [doc. # 26]</u>

The defendant seeks an extension of the deadline for completing discovery in order to depose the plaintiff on November 14, 2003. The defendant's motion is granted. The plaintiff seeks an extension of time until December 25, 2003, to complete discovery. The plaintiff's motion is granted.

On June 25, 2003, the plaintiff filed an amended complaint in this action [doc. # 21]. The defendant has filed an objection

to the amended complaint.[1]  The defendant contends that despite the fact that the court dismissed the plaintiff's Eighth Amendment claims against it on June 23, 2003, the plaintiff's amended complaint reasserts those same claims.  Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may file an amended complaint once as of right before a responsive pleading is served.  Here, the defendant has not filed a pleading in response to the complaint.  Thus, the plaintiff may amend as of right.  The defendant's objection is overruled.  The defendant may raise in a motion to dismiss any arguments concerning claims that were previously dismissed by the court.

In view of the filing of the amended complaint, the defendant's representation that it did not receive a copy of the amended complaint from the plaintiff and the parties requests for extensions of time to complete discovery, the court will enter a new scheduling order.  Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. The defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. § 1915(e) or answer or other reply to the amended complaint within thirty days of the date of this order.  **Failure to respond to the amended complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil

---

[1] Counsel for the defendant references a motion to amend in his objection.  The docket sheet, however, reflects that the plaintiff filed an amended complaint and not a motion to amend.

        Procedure, Rules 26 through 37, shall be completed within four months (120 days) of the date of this order. Discovery requests need not be filed with the court.

3.    All motions for summary judgment shall be filed within five months (150) days of the date of this order.

4.    Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection.

II. <u>Motions for Default Judgment [docs. ## 30, 32]</u>

The plaintiff seeks a default judgment against the defendant for failure to plead to the amended complaint. Because an order of default has not entered against the defendant, the court construes the motions as motions for default. In response to the motions, the defendant claims that he never received a copy of the amended complaint from the plaintiff. In view of the new scheduling order, the motions for default are denied without prejudice. If the defendant fails to plead to the amended complaint within the time specified above, the plaintiff may renew his motion for default.

<u>Conclusion</u>

The Motions for Extension of Time [docs. ## 37, 42] to complete discovery are GRANTED. The defendant's Objection [doc. # 26] to the plaintiff's amended complaint is OVERRULED. The Motions for Default Judgment [docs. ## 30, 32] are DENIED without prejudice.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 12th day of November 2003.

/S/ *William I. Garfinkel*
_____
William I. Garfinkel
United States Magistrate Judge