UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

        Plaintiff,

V.

SECURE PHARMACY PLUS

        Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

NOVEMBER 7, 2003

FILED
2003 NOV 10  P 12: 28
US DISTRICT COURT
BRIDGEPORT CT

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO LIMIT IMPEACHMENT OF PLAINTIFF'S

On September 16, 2003, plaintiff Noel Davila prepared a Motion to Limit Impeachment of Plaintiff's. This document, as well as others dated September 16, 2003 and one dated October 17, 2003, were postmarked to defendant's counsel on October 27, 2003. The group of forwarded September 16, 2003 documents did not contain an individual certification but contained one undated certification at the end of all the September 16, 2003 documents. The October 17, 2003 document was certified as sent to defendant's counsel on October 17, 2003 by plaintiff. Counsel for defendant hereby objects to the Plaintiff's September 16, 2003 Motion to Limit Impeachment of Plaintiff's.

The plaintiff's motion seeks to prevent defense counsel from introducing into evidence the prior felony convictions of plaintiff at the time of trial. This evidence issue should be decided by the trial judge before the plaintiff testifies at trial or in a pre-trial motion in limine. It should not be decided before the plaintiff is deposed.

If the court overrules the defendant's procedural objection, defendant requests time to file a substantive memorandum of law in opposition to plaintiff's motion on the admissibility of the felony convictions.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
   Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 7th day of November, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427