UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 10 P 12: 28
US DISTRICT COURT
BRIDGEPORT CT

NOEL DAVILA                             PRISONER
                                        CIVIL ACTION CASE NO.
                                        3:02CV652(MRK)

       Plaintiff,

V.

SECURE PHARMACY PLUS

       Defendant.                      NOVEMBER 7, 2003

### DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION REQUESTING PERMISSION TO ORDER DEFENDANT'S TO ANSWER PLAINTIFF'S WRITTEN DISCOVERY OR SANCTIONS

On October 20, 2003, plaintiff Noel Davila prepared a Motion Requesting Permission to the Honorable Mark Kravitz to Order the Opposing Party Defendant(s) to Answer Plaintiff Interrogatories, Production of Documents, Disclosures and Discovery or Sanctions. This motion was certified to defendant's counsel on October 20, 2003. However, it came with a letter dated October 22, 2003 and was post marked October 27, 2003. Counsel for defendant hereby objects to the Plaintiff's October 20, 2003 Motion Requesting Permission to Order Defendant's To Answer Plaintiff's Written Discovery Or Sanctions.

On October 14, the undersigned defendant filed objections to three sets of written discovery from plaintiff. As the court can observe when reviewing the objections to the written discovery, the interrogatories and request for production are poorly framed and worded. They are, as phrased, irrelevant, immaterial, burdensome and not reasonably calculated to lead to the discovery of admissible evidence. They are not, as claimed by plaintiff Davila, relevant and non-burdensome. For example, two sets of the interrogatories and request for production do not refer to a specific date, time period or place. Two interrogatories make reference to an unclear incident and none

refer to plaintiff's claim. They also use terms that are uncertain, vague and unclear in meaning. Finally, some of plaintiff's interrogatories and requests for production, as written, could involve privileged materials and remedial measures. For all these reasons, the defendant requests that the plaintiff's motion be denied and this objection be sustained.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 7th day of November, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427