OCT 2 1 2003

1 OF 4

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 13 P 5: 31

US DISTRICT COURT
BRIDGEPORT

CIV NO: 302CV652(M.R.K.)

NOEL DAVILA
, PLAINTIFF

OCTOBER 16th, 2003

— AGAINST —

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC AND AGENTS.

PLAINTIFF'S NOEL DAVILA SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANT(S) MOTION FOR RULE 26(B)(3)

1. PLAINTIFF NOEL DAVILA IS AN INCARCERATED INMATE CONFINED AT GARNER CORR INST. P.O. BOX NEWTOWN CT 06470. WHO'S DOES NOT HAVE ANY CONTROL WHATSOEVER OF THE MAIL SERVICE, OR POSTAL SERVICE.

2. DEFENDANT(S) ARE SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS AND WERE SERVE AT ALL TIMES ALL MOTIONS THROUGHOUT THE MAIL SYSTEM.

3. PLAINTIFF HAS GAVE THE HONORABLE COURTS, AND THE DEFENDANT(S) NOTICE OF THE LITIGATION.

4. PLAINTIFF HAS SERVE DEFENDANT(S) WITH THE AMENDED COMPLAINT (ENTRY DATE 6/25/2003) WITH A COPY TO THE DEFENDANTS AND THE DEFENDANTS DID NOT PROVIDE PLAINTIFF WITH A COPY OF THE OBJECTION OF THE AMENDED COMPLAINT.

5. PLAINTIFF WROTE 2 LETTERS TO THE HONORABLE JUSTICE WILLIAM I GARFINKEL DATED ON July 7, 2003. AND SENT COPY TO THE DEFENDANTS

6. PLAINTIFF HAS COOPERATE WITH DEFENDANTS IN

WRITING LETTERS OF NEW ADDRESSES, ANSWER TO THE DEFENDANTS INTERROGATORIES AND PRODUCTION OF DOCUMENTS, ALSO PLAINTIFF SIGN AN AUTHORIZATION RELEASE FORM FOR INFORMATION

7. PLAINTIFF WROTE LETTER TO THE DEFENDANTS TO NOTIFY AT ALL TIMES OF THE PROCEEDING OF THE LITIGATION ON A NOTICE AND AMENDED COMPLAINT AND MOTION FOR SUMMARY JUDGMENT ON July 14, 2003. (SEE RECORD).

8. PLAINTIFF HAS WROTE ANOTHER LETTER TO DEFENDANTS ON August 15, 2003, WITH A LETTER FROM THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT DATED ON August 7, 2003. THE COURT NOTING THAT DOCKET NUMBER 03-2455 HAVING BEEN ASSIGNED IN ERROR TO THE RESPECTIVE NOTICE OF APPEAL, UPON CONSIDERATION THEREOF, BY ROSEANN B. MACKECHNIE CLERK AND WILSON DUDLEY, DEPUTY CLERK.

9. DEFENDANTS EXHIBITS ON THE SUMMARY JUDGMENT MOTION F, G, AND IN PAGE 27 SECTION [C] #3. HAS BEEN ERASED (REMOVED) FROM EXHIBIT

10. DEFENDANTS COPY OF NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT PAGE 28 DECLARATION UNDER PENALTY OF PERJURY STATES AS FOLLOWS: (I HAVE SENT 2 EXTRA COPIES TO THE COURT)

a) THAT HE HAS READ THE ABOVE SUMMARY JUDGMENT (BRIEF) THAT THE INFORMATION CONTAINED IN THE BRIEF IS TRUE AND CORRECT. I MAKE THIS DECLARATION IN SUPPORT OF MY MOTION FOR SUMMARY JUDGMENT TO ENSURE THAT I RECIEVE OR PRODUCE BY DEFENDANTS WITH A ANSWER LISTED HEREIN WITHIN 30 DAYS AFTER THE COURT TAKE NOTICE OF THE SUMMARY JUDGMENT PROCEDURES.
PURSUANT TO 28. U.S.C. § 1746; 18 USC § 1621

11. DEFENDANT(S) ATTORNEY THOMAS H. WINSLOW

HAS COMMITTED FORGERY TO THE HONORABLE COURT, AND ARE NOT PROVIDING RESPECT AS AN OFFICER OF THE COURT, AND DEFENDANTS AGAIN FAIL TO BE HONEST AND SHOWED FORGERY MY OATH MY DOCUMENTS AND LYING TO YOUR HONORABLE COURT AS YOU CAN CLEARLY OBSERVE. DEFENDANTS WERE AWARE AT ALL TIMES AND INSTEAD DID NOT TOOK THIS VERY SERIOUS INCIDENT VERY SERIOUSLY.

12. PLAINTIFF ALSO WROTE ANOTHER LETTER TO THE DEFENDENTS ATTACHED WITH THE DEFAULT-JUDGMENT, ORDER TO SHOW CAUSE AND A AFFIDAVIT, WHY DEFENDANTS HAVE NOT ANSWER EITHER THE AMENDED COMPLAINT, DISCOVERY OR THE MOTION FOR SUMMARY JUDGMENT.

13. THE DEFENDANT(S) ARE NOT ENTITLED TO ANY AWARD AGAINST THE PLAINTIFF NOEL DAVILA, INSTEAD THE PLAINTIFF SHOULD BE ENTITLED TO THE SUMMARY JUDGMENT, A DEFAULT-JUDGMENT, TO AN AWARD. DEFENDANT(S) MOTION FOR RULE 26(g)(3) SHOULD BE ENTIRELY DENIED IN FULL, DUE TO THE FACT THAT DEFENDANT HAS DIS-RESPECT YOUR HONORABLE COURT, LYING, AND THE MOTIONS FROM THE DEFENDANTS HAVE BEEN MADE TO TAKE ADVANTAGES OF AN NON-ATTORNEY INMATE, FRIVIOUSLY, MALISIOUSLY DEFENDANT(S) IS BEING CONDUCTED IN BAD FAITH OR IN SUCH MANNER AS UNREASONABLE TO ANNOY, EMBARRASS, HARRASS OR OPPRESS THE COURT AND PLAINTIFF.

14. I WOULD LIKE OR MOVE THE HONORABLE COURT TO MAKE AN ORDER TO APPLY TO THE AWARD OF EXPENSSES INCURRED IN RELATION TO THE HOLE LITIGATION. MAY REQUIRE THE

DEFENDANTS TO PAY THE PLAINTIFF ALL THE COST, OF THE ENTIRE LITIGATION, Plus, COMPENSATORY DAMAGES, ACTUAL DAMAGES, PUNITIVE DAMAGES, NOMINAL DAMAGES, INCLUDING BUT NOT LIMITED ATTORNEY FEES PURSUANT TO 42, U.S.C. 1988.

WHEREFORE, I RESPECTFULLY PRAYS TO YOUR HONORABLE COURT TO ISSUE A DEFAULT-JUDGMENT AS DESCRIBED ABOVE AGAINST THE DEFENDANT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS, AND TO DENIED THE DEFENDANT(S) MOTION UNDER Rule 26(g)(B), AND TO GRANT PLAINTIFF MOTION IN OPPOSITION OF THE DEFENDANT(S), AS WELL AS SUCH OTHER AND FURTHER RELEIF AND MAY BE JUST AND PROPER TO THE PLAINTIFF.

CERTIFICATION.        X Noel Davila
                        P.O. BOX 5500
                        Newtown CT. 06470

THIS IS TO CERTIFY THAT A COPY (TRUE) OF THE FOREGOING WAS MAILED ON THE FOLLOWING 16th DAY OF OCTOBER 2003 TO:

TO: HONORABLE JUSTICE M.R. MARK R. KRAVITZ
    141 CHURCH STREET
    NEWHAVEN CT. 06510

TO: ATTORNEY FOR DEFENDANT(S)
    M.R. THOMAS H. WINSLOW
    321 MAIN STREET
    FARMINGTON CT. 06032.

BY: Noel Davila
    NOEL DAVILA-PRO-SE
    P.O. BOX 5500
    NEWTOWN CT. 06470.