1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 13 P 5:32
US DISTRICT COURT

CIV NO: 302CV652 (M.R.K.)

NOEL DAVILA
, PLAINTIFF

DATED: OCTOBER 28, 2003.

- AGAINST -

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS
, DEFENDANTS

PLAINTIFF'S RESPONSE TO DEFENDANTS OBJECTIONS TO PLAINTIFF MOTION TO SHOW CAUSE AND DEFAULT JUDGMENT.

1. DEFENDANTS ARE SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENT ARE IN "DEFAULT".

2. PLAINTIFF'S NOEL DAVILA STATING THAT THE DEFENDANT HAS BEEN AWARE AT ALL TIMES OF WHEREABOUTS, LEGAL DOCUMENTS AND PROCEDURES.

3. DEFENDANTS NOTICE OF LAWSUIT REQUEST FOR WAIVER OF SERVICE FOR SUMMONS ISSUED AND HANDED U.S. MARSHAL FOR SERVICE IN ACCORDANCE WITH [5-1] ORDER RETURN OF SERVICE DUE 10/31/2002 (MEL) [ENTRY DATE 8/22/2002.

4. AN APPEARANCE OF ATTORNEY FOR THE DEFENDANTS AND AGENTS ON [ENTRY DATE 11/13/2002, ATTORNEY THOMAS H. WINSLOW.

5. IT WAS ALMOST 3 MONTHS FOR AN APPEARANCE FROM THE DEFENDANTS AFTER SERVICE, THERE WASN'T AN EXTENTION OF TIME, FILE ON BEHALF OF DEFENDANT(S), (PURSUANT TO RULE 4 SERVICE UPON A CORPORATION REQUIRE "60 DAYS" TO ANSWER SUMMONS AND COMPLAINT,

DEFENDANT(S) HAS FAILED TO ANSWER WHITHIN THE TIME LIMIT, "THAT IS A DEFAULT."

6. ON 6/25/2003 PLAINTIFF HAS FILED AN AMENDED COMPLAINT (mic) [ENTRY DATE 06/25/2003]. ON JUNE 27, 2003 HONORABLE JUSTICE U.S. MAGISTRATE WILLIAM I. GARFINKEL ISSUED THE FIRST SCHEDULING ORDER; ANSWER DUE 7/27/2003 FOR SECURE PHARMACY (SIGNED BY Mag. Holly B. Fitzsimmons) (mel) [ENTRY DATE 07/03/2003] IT WAS NOT UNTIL 7/29/2003 THAT THE ATTORNEY FOR THE DEFENDANTS ANSWER THE AMENDED COMPLAINT. DEFENDANT(S) HASN'T FILE AN EXTENTION OF TIME, ALSO PLAINTIFF DID NOT RECEIVE A COPY OF SUCH OBJECTION BY THE DEFENDANTS [ENTRY DATE 7/29/2003]. "DEFENDANTS HAS FAILED AGAIN TO ANSWER WHITIN THE TIME LIMIT, THAT IS A DEFAULT."

7. DEFENDANTS ARE NOT COOPERATING WITH COURT ORDERS AND ARE NOT COMPLYING WITH YOUR HONORABLE COURT RULES AND PROCEDURES.

8. DEFENDANTS HAS DECLINE TO SETTLE.

9. PLAINTIFF HAS ANSWER DEFENDANTS DISCOVERY ISSUES

10. DEFENDANTS ARE NOT A MINOR, MENTALLY INCOMPETENT OR IN THE MILITARY SERVICE OF THE UNITED STATES, NOR FILE AN EXTENTION OF TIME.

11. ON JULY 14, 2003 PLAINTIFF'S HAS SERVE THE HONORABLE COURT AT BRIDGEPORT CT. 06604, TO HONORABLE JUSTICE, UNDERHILL, GARFINKEL WITH 1 ORIGINAL AND 2 EXTRA COPIES (CLERK) ALSO AN EXTRA COPIE TO DEFENDANTS ATTORNEY THOMAS H. WINSLOW ON THE SAME DAY [ENTRY DATE 7/25/2003] (SEE CIVIL DOCKET SHEET). UNTIL THIS DAY I HAVE NOT RECEIVE ANY RESPONSE AT ALL, THE DEFENDANTS HAS FAILED

AGAIN TO ANSWER WITHIN THE TIME LIMIT, AND DEFENDANT(S) DID NOT FILE A MOTION FOR EXTENTION OF TIME, THIS IS ANOTHER DEFAULT JUDGMENT, SEE DOCKET SHEET PAGE 3 ON THE BOTTON ("NOTICE OF SERVICE OF COPIES OF MOTION FOR PARTIAL SUMMARY JUDGMENT by NOEL DAVILA (mic) [ENTRY DATE 7/25/2003.]

12- DEFENDANT(S) AT ALL TIMES HAS BEEN GIVEN A LOT OF OPPORTUNITIES, AND PLAINTIFF HAVE PROVIDE DEFENDANTS WITH ALL LEGAL MATERIALS SUBMITTED TO YOUR HONORABLE COURT, INSTEAD ATTORNEY FOR THE DEFENDANTS HAS NOT TAKEING THIS VERY SERIOUSLY DUE TO THE FACT, BECAUSE I'M A CONVICT, BUT I STILL AM A HUMAN BEING, AN ATTORNEY FOR THE DEFENDANTS HAS DISREGARD THE COURT RULES AND REGULATIONS AND ALSO FAIL TO PROVIDE PLAINTIFF WITH DEFENDANT'S OBJECTION OF PLAINTIFF AMENDED COMPLAINT.

13- ATTORNEY FOR THE DEFENDANT(S) CLAIMS THAT ON BOTH OCCASIONS, THESE INDIVIDUALS HAS CONFIRMED THAT THE COURT HAS NOT RECEIVE A MOTION FOR PARTIAL SUMMARY JUDGMENT OR ANY OTHER PERTINENT DOCUMENTS TO SAID MOTION

14- PLAINTIFF'S VIGOROUSLY ARGUE THAT ON THE CIVIL DOCKET FOR CASE #: 02-CV-652 (M.R.K.)(WIG) PAGE 3, DOCKET AS OF SEPTEMBER ALL THE WAY ON THE BOTTON THE COURT HAS TAKE NOTICE AT ALL TIMES OF NOTICE OF SERVICE OF COPIES OF MOTION FOR PARTIAL SUMMARY JUDGMENT BY NOEL DAVILA (mic) [ENTRY DATE 7/25/2003.

15 CONTRARY TO ATTORNEYS FOR THE DEFENDANTS, AND DEFENDANT(S) WERE ALSO GIVEN 30 DAYS TO ANSWER THE SUMMARY JUDGMENT INCLUDING BUT NOT LIMITED A LETTER REQUESTING TO ANSWER IN A TIMELY MANER, INSTEAD DEFENDANTS HAS DISREGARD AND

IGNORED PLAINTIFF REQUEST FOR AN ANSWER ON MORE THAN A FEW TIMES. (SEE THE ATTACHED CIVIL DOCKET FOR CASE). EXHIBIT [A]

16. DEFENDANT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS, BASED ON LEGAL DOCUMENTS ATTACHED TO THIS MOTION, THEY HAVE NOTICE, AT ALL TIMES OF ALL LITIGATION ON PROGRESS AND DEFENDANTS THEIR CLAIMS ARE MADE WITH NO BASIS IN LAW OR FACTS SOLEY TO HARRASS PLAINTIFF, YOUR HONORABLE COURT.

17. DEFENDANT(S) ARE IN A "DEFAULT" AND MAY REQUIRE TO PAY THE COST OF THIS LITIGATION, INCLUDING BUT NOT LIMITED ATTORNEY FEES. PURSUANT TO 42.U.S.C.1988

WHEREFORE, I PLAINTIFF'S RESPECTFULLY PRAYS AND MOVES THIS HONORABLE COURT TO ISSUE A DEFAULT JUDGMENT AS DESCRIBED ABOVE AGAINST THE DEFENDANTS, SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENT FOR FAILING TO PLEA AND ANSWER, AND TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AFFIRMATION, AFFIDAVITS AND THE ORDER TO SHOW CAUSE.

x _Noel Davila_
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT, 06470

DATED: OCTOBER 28, 2003.

# CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED ON THE FOLLOWING DAY 28 OF OCTOBER 2003 TO:

TO: HONORABLE JUSTICE
M.R. MARK R. KRAVITZ
MR. WILLIAM I GARFINKEL
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT 06510

By: Noel Davila
Noel Davila - Pro-Se

TO: ATTORNEY FOR THE DEFENDANT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT 06032.

DATED: OCTOBER 28, 2003

BY: Noel Davila
Noel Davila - Pro-Se
P.O. BOX 5500
NEWTOWN CT 06470

```
                                                        PRIS    APPEAL
                         U.S. District Court
                   District of Connecticut (New Haven)

              CIVIL DOCKET FOR CASE #: 02-CV-652


Davila v. Secure Pharmacy                              Filed: 04/10/02
Assigned to: Judge Mark R. Kravitz        Jury demand: Plaintiff
       Referred to: Mag. Judge William I. Garfinkel
Demand: $0,000                            Nature of Suit: 550
Lead Docket: None                         Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


NOEL DAVILA                     Noel Davila
     plaintiff                  Inmate  212726
                                [COR LD NTC] [PRO SE]
                                Garner Correctional Facility
                                50 Nunnawauk Rd., PO Box 5500
                                Newtown, CT 06470-5500



   v.


SECURE PHARMACY                 Thomas H. Winslow
     defendant                  [COR LD NTC]
                                321 Main St.
                                Farmington, CT 06032-2976
                                860-678-4425
```

Docket as of September 26, 2003 1:54 pm                    Page 1

Proceedings include all events.                                               PRIS    APPEAL
3:02cv652 Davila v. Secure Pharmacy

| Date | # | Description |
|---|---|---|
| 4/10/02 | 1 | MOTION by Noel Davila to Proceed in Forma Pauperis (sad) [Entry date 04/11/02] |
| 4/10/02 | 2 | Prisoner Authorization Form by Noel Davila (sad) [Entry date 04/11/02] |
| 4/10/02 | 3 | COMPLAINT (sad) [Entry date 04/11/02] |
| 4/10/02 | 4 | MOTION by Noel Davila for Appointment of Counsel (sad) [Entry date 04/11/02] |
| 4/25/02 | -- | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (mel) [Entry date 04/25/02] |
| 8/12/02 | 5 | Order directing the plaintiff to complete and return within 20 days of the date of this order USM-285 form for deft. Secure Pharmacy Plus; complete Notice & Waiver. Upon receipt of the USM-285 forms the Clerk is directed to forward the appropriate papers to the US Marshal to serve the complaint on the defendant. ( signed by Mag. Judge Holly B. Fitzsimmons ) (mel) [Entry date 08/12/02] |
| 8/12/02 | -- | CASE referred to Mag. Judge William I. Garfinkel (mel) [Entry date 08/12/02] |
| 8/14/02 | 6 | RULING denying [4-1] motion for Appointment of Counsel ( signed by Mag. Judge Holly B. Fitzsimmons ) 1 Page(s) (mel) [Entry date 08/14/02] |
| 8/22/02 | -- | NOTICE of Lawsuit and Request for Waiver of Service for Summons issued and handed US Marshal for service in accordance with [5-1] order  Return of Service due 10/31/02 (mel) [Entry date 08/22/02] |
| 11/12/02 | 7 | APPEARANCE of Attorney for Secure Pharmacy -- Thomas H. Winslow (mel) [Entry date 11/13/02] |
| 11/12/02 | 8 | Disclosure Statement by Secure Pharmacy (mel) [Entry date 11/13/02] |
| 11/12/02 | 9 | MOTION by Secure Pharmacy to Dismiss (Brief Due 12/3/02 ) (mel) [Entry date 11/13/02] |
| 11/12/02 | 10 | MEMORANDUM by Secure Pharmacy in support of [9-1] motion to Dismiss (mel) [Entry date 11/13/02] |
| 11/21/02 | 11 | MEMORANDUM by Noel Davila in opposition to [9-1] motion to Dismiss by Secure Pharmacy (rjj) [Entry date 11/22/02] |
| 12/12/02 | 12 | REPLY by Secure Pharmacy to response to [9-1] motion to Dismiss by Secure Pharmacy (mic) [Entry date 12/13/02] |

Proceedings include all events.                                    PRIS    APPEAL
3:02cv652 Davila v. Secure Pharmacy

| Date | # | Entry |
|---|---|---|
| 12/27/02 | 13 | REPLY by Noel Davila to response to [9-1] motion to Dismiss by Secure Pharmacy (mel) [Entry date 12/30/02] |
| 1/16/03 | 14 | REPORT of Parties Planning Meeting (mic) [Entry date 01/16/03] |
| 1/29/03 | 15 | MOTION by Noel Davila for Appointment of Counsel (mic) [Entry date 01/29/03] |
| 1/29/03 | 16 | MEMORANDUM by Noel Davila in support of [15-1] motion for Appointment of Counsel (mic) [Entry date 02/05/03] |
| 3/6/03 | 17 | MARSHAL'S return of service on complaint executed as to Secure Pharmacy on 9/9/02 (mel) [Entry date 03/07/03] |
| 3/28/03 | 18 | MOTION by Secure Pharmacy to Compel Plaintiff's Answer to Defendant's 1/15/03 Written Discovery (Brief Due 4/18/03) (mic) [Entry date 04/09/03] |
| 3/28/03 | 19 | MEMORANDUM by Secure Pharmacy in support of [18-1] motion to Compel Plaintiff's Answer to Defendant's 1/15/03 Written Discovery (mic) [Entry date 04/09/03] |
| 6/23/03 | 20 | RULING granting [9-1] motion to Dismiss. Plaintiff's Eighth Amendment claims brought pursuant to 42 U.S.C. Sec. 1983 are DISMISSED. Complaint will proceed on plaintiff's state law claims pursuant to court's diversity jurisdiction. ( signed by Judge Stefan R. Underhill ) 7 Page(s) (mel) [Entry date 06/24/03] |
| 6/25/03 | 21 | AMENDED COMPLAINT by Noel Davila amending [3-1] complaint (mic) [Entry date 06/25/03] |
| 6/27/03 | 22 | RULING denying [15-1] motion for Appointment of Counsel, denying [18-1] motion to Compel Plaintiff's Answer to Defendant's 1/15/03 Written Discovery ( signed by Mag. Judge William I. Garfinkel ) 4 Page(s) (mel) [Entry date 07/03/03] |
| 6/27/03 | 23 | SCHEDULING ORDER setting Discovery cutoff 10/27/03 ; Dispositive Motions due 11/27/03 ; Answer due 7/27/03 for Secure Pharmacy ( Signed by Mag. Judge Holly B. Fitzsimmons ) (mel) [Entry date 07/03/03] |
| 7/10/03 | 24 | NOTICE OF APPEAL of [20-1] order by Noel Davila Certified Copy of Docket and copy of Appeal mailed to USCA (cdw) [Entry date 07/14/03] |
| 7/16/03 | -- | Record on Appeal Mailed to USCA: [24-1] appeal by Noel Davila (cdw) [Entry date 07/16/03] |
| 7/24/03 | 25 | NOTICE of service of copies of motion for partial summary judgment by Noel Davila (mic) [Entry date 07/25/03] |

Docket as of September 26, 2003 1:54 pm                           Page 3

Proceedings include all events.                                    PRIS    APPEAL
3:02cv652 Davila v. Secure Pharmacy

| | | |
|---|---|---|
| 7/29/03 | 26 | OBJECTION by Secure Pharmacy re: [21-1] amended complaint by Noel Davila (mic) [Entry date 07/29/03] |
| 8/1/03 | 28 | Acknowledgement of Receipt from Notice of Appeal of 7/28/03 (tms) [Entry date 08/18/03] |
| 8/13/03 | 27 | ACKNOWLEDGED receipt of Record on Appeal at USCA on 7/30/03 received re: [24-1] appeal by Noel Davila   USCA Number: 03-2415 (tms) [Entry date 08/18/03] |
| 8/22/03 | 29 | ORDER of Transfer ( signed by Judge Stefan R. Underhill ) to Judge Mark R. Kravitz (jxp) [Entry date 08/22/03] |