EXHIBIT H

**LAW OFFICES
OF
SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Michael A. Rubino, Jr.
Kenneth J. Speyer

July 17, 2002

Mr. Noel Davila
#212726
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Davila:

Although you have no outstanding correspondence, this letter is written in response to receipt and review of your medical records. Inmates' Legal Assistance Program received your medical records on April 4, 2002.

For your convenience, please find enclosed a copy of all records received by ILAP on April 4, 2002.

A review of your medical records shows that on December 12, 2001, you went to medical complaining that the *paxil*, which you were prescribed, was upsetting your stomach. You told medical that you wanted the "pink *paxil* which is 20 mg. tab." The pharmacy had sent ½ tab which was green and was 20 mg. also. Medical personnel noted that you had a bad experience with medications in the past and become distrustful when the pill is a different color than what you are used to. You were to see the doctor to discuss your medication issues.

You were seen on December 13, 2001, at which time you again complained that the pills you were given were a different color than what you were used to.

On December 26, 2001, the pharmacy informed the facility to check all blister packs of *paxil 40 mg. ½ tabs*. It was determined that the pharmacy had mistakenly sent *risperdal 4 mg. (½) tabs* in the blister packs rather than the labeled *paxil* tabs. Notes indicate that you stated you "had been feeling fine and had no complaints." You did inform medical that the medication "tasted funny" and that you had experienced diarrhea several times in the couple of weeks prior to the discovery. You were in no distress

On January 10, 2002, you were seen by the doctor. You were very angry and complaining of receiving the wrong medication which you reported caused you to vomit, have diarrhea, lose 15 pounds in weight, have abdominal pain, dizziness, pounding headaches, muscle tightness, weakness and your mind going blank. You were seen again on January 24, 2002, when

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel. No. (860) 808-5450
Fax. No. (860) 808-5591

EXHIBIT J

October 31, 2002

The Honorable James R. Smith
Claims Commissioner
Office of the Claims Commissioner
18-20 Trinity Street
Hartford, CT 06106

RE:   **Claim of Noel Davila, File No. 19268**

Dear Commissioner Smith:

    The claimant is an inmate currently confined to the custody of the Commissioner of Correction. The claimant filed a Notice of Claim on April 3, 2002, alleging that on December 12, 2001, his medication was changed from a pink 20 mg. Paxil pill to a green 20 mg. Paxil pill and the medication caused side effects. He alleges that approximately 3 weeks later he still complained of stomach pain, vomiting, diarrhea, severe headaches and a 15 to 20 lb., weight loss. He alleges that on December 24, 2001, he filed a medical grievance and that he finished his medication on or about December 26, 2001 and started taking a new pack. He alleges that he took two pills before he was called down to the medical unit and asked by the doctor on duty how he was feeling. He alleges that he told the doctor that he felt terrible and that he had been experiencing stomach pain, etc. He alleges that the doctor told him that he had been taking the wrong medication because the company that provides the medication had mislabeled the medication. The claimant alleges that he took the wrong medications for over one month. He alleges that the State was negligent. The claimant seeks $50,000.00 in damages and permission to sue the State.

    For the reasons set forth below, the Office of the Attorney General on behalf of the State of Connecticut, denies liability in this matter. The claimant cannot establish that the State was negligent or that the State was the sole proximate cause of his alleged injury. Therefore, this claim should be denied.

    Article Eleventh, Sec. 4 of the Connecticut Constitution provides that: "Claims against the state shall be resolved in such manner as may be provided by law." The legislation implementing this directive is set forth in Chapter 53 of the General Statutes. These provisions constitute a limited waiver of the sovereign immunity of the state. It is a well-established principle that statutes in derogation of sovereign immunity should be strictly construed. DeFonce Construction Corporation vs. State, 198 Conn. 185, 188 (1985); Berger Lehman Associates, Inc. v. State, 178 Conn. 352, 355-56 (1979). Where there is any doubt about their

EXHIBIT I

JAN 04 2002



# Inmate Grievance Form A, Level 1 RECEIVED
## Connecticut Department of Correction

CN 9601
1-14-94

| Inmate name NOEL DAVILA | Inmate no. 212726 |
| Housing location NORTH 416 | Date 12-24-01 |

☑ Line grievance   ☐ Line emergency   ☑ Health service grievance   ☐ Health emergency

IGP no. MIQS-010-02         T no.

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached: MY MEDICAL RECORDS OF MENTAL HEATH VISIT WILL REFLECT MY DISSCUSSION WITH DOCTOR KRANE CONCERNING THE SIDEFFECTS FROM MY MEDICATION PAXIL 20 green one.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by-11-inch sheet of paper and attach to this form.) I HAVE BEEN TRYING TO EXPLAIN THE DOCTOR KRANE Also HEAD NURSE OF MENTAL HEALTH CONCERNING THE SIDEFFECT THAT WHEN HE CHANGE MY MEDICATION PAXIL (PINK) TO PAXIL (Green) 20mg Causing me AND STILL EXPOSE TO CONTINUE THE MEDICATION For a PERIOD OF 1 MONTH, I HAVE BEEN VOMITING, AND DIARREA CONSTANTLY AND STOMACH PAIN, BUT NONE HAVE DONE ANYTHING NOT EVEN THE DOCTOR KRANE WHEN I TOLD HIM. THE NURSES HEAD NURSE For mental Health TOLD ME THAT WAS NOT HER Call when they order medication.

3. Action requested. Describe what action you want taken to remedy the grievance. I NO LONGER WANT TO TAKE PAXIL 20mg Green Capsule AND WANT MY PAXIL 20 mg PINK.

Inmate signature  Noel Davila — 12-24-01

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY
### LEVEL 1 REVIEW

| Date received 1/7/02 | Disposition: C | Date of disposition 1/7/02 |

Grievance issue: medication issue

Reasons: It is my understanding that your medication has been resolved. If you are not in agreement, please ask to see the psychiatrist again.

My copy letter to Attorney Winslow and Judge KRAVITZ Dated: Sept 16/a

To: attorney at law:                              EXHIBIT                                   (i)
    Mr. Tomas H. Winslow                             G
    321 main st.
    Farmington ct. 06032

From: Noel Davila                              Dated: October 16, 2003
      P.O. Box 500
      Newtown ct. 06470

RE: Davila V. Secure pharmacy plus, american
    service group Inc and agents
    (CIV NO. 3:02CV0652) (M.R.K.).

dear attorney mr. winslow;

   I am writing you regarding your motion For deposition and Interrogatories, Discovery, Disclosure and motion For Rule 26(g)(3) and supplemental memorandum of law For motion For Rule 26(g)(3), in wich I am in oppossition on all of them.
   I will begin telling you that enclosed is are motions In oppossitions of The defendants motion of Deposition, also I sent you copies of oppossitions motions For Rule 26(g)(3) and oppossitions supplemental memorandum of law For motion For rule 26(g)(B).
   We have been having a few mis-understanding, mr. winslow I have been providing you with everything or at my reach, I have sent you copies of my amended complaint, Notice of motion and motion For Summary Judgment, Interrogatories, Discovery, Disclousure, also an order to show cause, a DEFAULT Judgment with an affidavit Affirmation of Service, and you have not Answered.
   I have Been given all my paper work to the counselor Lyme here at GARNER C.I.; First THIS IS TRUE.
   I have also Serve you with the interrogatories, Production of Documents and Disclousure and you have objected to most of my information Requested.
   Mr Winslow without the information on the interrogatories, discovery, Disclousure that you have objected I won't be able to present my case in chief in our up comming trial.

Copy letter to Attorney Winslow
and Honorable Justice (M.R.K)

DATE: OCTOBER 16, 2003 (2)

Mr. Winslow I have spoke with Record specialist Yolanda Zayas Acosta and she has informe that she already provide you with the information that you requested when I answered your Request For Interrogatories, Production of Documents and I, myself Have sent you Copies also. I also sign the authorization Form to release my medical records.

Mr. Winslow you never sent me a copy of your objection to my First Amended Complaint dated on July 4, 2003, AND you never sent me or answer me my Summary Judgment motion. That's why I took the option and File a default-Judgment.

I am sending you my most sincere apology For all this mis-understanding my legal mail sometimes comes open, I don't have any control, But in this circumstances I made you aware at all times of the progress of the litigation and I have to File a Default Judgment Because we all have to Follow the LAW.

I have spoke with Counselor Lyme, Captain Stack, also I Write to the mail clerk, But this people act like they don't even care about anything at all.

I would appreciate if you please place a call, I am always available that way We can Have a better understanding in the near Future.

I await your response to my request For my information needed By Plaintiff. IN the interim, if you have any further questions or concerns please, Feel Free to Contact me.

EXECUTED AT GARNER

DATED: 10-16, 2003

Sincerely,

Noel Davila
NOEL DAVILA PRO-SE
P.O BOX 5500
NEWTOWN CT. 06470

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA                        :

V.                                 :        PRISONER
                                            DOCKET NO.   3:02CV652(SRU)(WIG)

SECURE PHARMACY                    :

FILED
2003 JUN 27 A 10: 53
US DISTRICT COURT
BRIDGEPORT CT

FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s).

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 30 days of the date of this order. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within four months (120 days) of the date of this order. Discovery requests need not be filed with the court.

3. All motions for summary judgment shall be filed within five months (150 days) of the date of this order.

4. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 27 day of June, 2003, at Bridgeport.

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOEL DAVILA | PRISONER<br>CIVIL ACTION CASE NO.<br>3:02CV652(MRK) |
| Plaintiff, | |
| V. | |
| SECURE PHARMACY PLUS | |
| Defendant. | OCTOBER 10, 2003 |

## DEFENDANT SECURE PHARMACY PLUS NOTICE OF DEPOSITION OF PLAINTIFF NOEL DAVILA

Pursuant to Fed. R. Civ. P 30, the Defendant, Secure Pharmacy Plus, hereby gives notice that the undersigned defendant will take the deposition of plaintiff, Noel Davila, on Friday, November 14, 2003, at 9:30 a.m. at Garner Correctional Institute, 50 Nunnawauk Road, Newtown, Connecticut, 06470 before a notary public or other proper person who will stenographically record the deposition.

DEFENDANT

SECURE PHARMACY PLUS

BY /s/ _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Delvecchio Court Reporters
117 Randi Drive
Madison, CT 06443

Warden
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

DISTRICT OF CONNECTICUT

NOEL DAVILA                                    PRISONER
                                               CIVIL ACTION CASE NO.
                                               3:02CV652(MRK)

      Plaintiff,

V.

SECURE PHARMACY PLUS

      Defendant.                         OCTOBER 10, 2003

## DEFENDANT SECURE PHARMACY PLUS MOTION FOR EXTENSION OF SCHEDULING ORDERS FROM OCTOBER 27, 2003 TO NOVEMBER 27, 2003 TO TAKE THE DEPOSITION OF PLAINTIFF NOEL DAVILA

On June 27, 2003, U.S. Magistrate William Garfinkel issued the First Scheduling Order. Section 2 of that order indicated that all discovery under Fed. R. Civ. P. 26 through 37 shall be completed by October 27, 2003. The defendant moves to extend the discovery deadline for an additional 30 days or until November 27, 2003 to complete the plaintiff's deposition that is currently scheduled for November 14, 2003. The delay is due to the need to file a motion with the court obtaining permission to take a prisoner's deposition and the desire to wait for the trial court to rule on a June 25, 2003 Motion to Amend Complaint and July 28, 2003 Objection to Motion to Amend and the Second Circuit Court of Appeals to rule on plaintiff's appeal of the granting of the defendant's motion to dismiss before taking plaintiff's deposition.

Pursuant to Local R. Civ. P. 9(b), the plaintiff's position on this motion cannot be ascertained as he is incarcerated. This is the first motion for extension of time of the discovery deadline by defendant.

DEFENDANT

SECURE PHARMACY PLUS


BY:_____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427


CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510


_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA : PRISONER
: CIVIL ACTION CASE NO.
: 3:02CV652(MRK)
    Plaintiff,

V.

SECURE PHARMACY PLUS

    Defendant. : OCTOBER 14, 2003

### DEFENDANT SECURE PHARMACY PLUS SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RULE 26(g)(3) AWARD AGAINST PLAINTIFF NOEL DAVILA

On October 10, 2003, defendant, Secure Pharmacy Plus, filed a Motion for a Rule 26(g)(3) award against plaintiff Noel Davila. Since the filing of that motion, the undersigned counsel has not received documents filed on October 8, 2003 by plaintiff including a Motion to Show Cause, Motion for Default, and Affidavits. Counsel for defendant independently ordered copies of these documents and incurred costs in inspecting the file to compare the court's file with counsel's file. For all the reasons set forth in the motion and this supplemental memorandum, the defendant respectfully request that its Rule 26(g)(3) motion be granted.

DEFENDANT

SECURE PHARMACY PLUS

BY:_____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 14th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOEL DAVILA | PRISONER<br>CIVIL ACTION CASE NO.<br>3:02CV652(MRK) |
| Plaintiff, | |
| V. | |
| SECURE PHARMACY PLUS | |
| Defendant. | OCTOBER 10, 2003 |

### DEFENDANT SECURE PHARMACY PLUS MOTION TO TAKE DEPOSITION OF PRISONER AND PLAINTIFF NOEL DAVILA

Pursuant to Fed. R. Civ. P. 30(a)(2), the defendant, Secure Pharmacy Plus, moves for permission from the court to depose plaintiff Noel Davila. Plaintiff Davila is currently incarcerated at Garner Correctional Institute in Newtown, Connecticut. The deposition is tentatively scheduled for Friday, November 14, 2003 at 9:30 a.m.

DEFENDANT

SECURE PHARMACY PLUS

BY:_____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 10th day of October, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

Warden
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EXHIBIT G

NOEL DAVILA

V.                                     Civ # 302CV652 (SRU)(WIG)

SECURE PHARMACY PLUS

DATE: July 14, 2003

## NOTICE OF MOTION FOR MOTION FOR PARTIAL SUMMARY JUDGMENT.

NOW, COMES PLAINTIFF NOEL DAVILA, PRO-SE PURSUANT TO RULE 56, F.R.CIV.P, PURSUANT TO RULE 7b, FED R.CIV.P. AND STATES THAT HE SERVED COPIES OF NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL PARTIES CONCERNED.

ADDRESSED AS PER BELOW AND PLACING THE SAME IN THE POSTAL FACILITIES OF GARNER CORR. INST. ON OR BEFORE 5:00 P.M. ON 14 DAY OF JULY 2003.

ADDRESSED TO:
HONORABLE JUDGE: STEFAN R. UNDERHILL
HONORABLE JUDGE: WILLIAM I. GARFINKEL
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT. 06604.

CC: DEFENDANTS ATTORNEY
THE LAW OFFICE OF:
THOMAS. H. WINSLOW, L.L.C.
321 MAIN STREET
FARMINGTON, CT. 06032.

RESPECTFULLY SUBMITTED,
Noel Davila - PRO-SE
NOEL DAVILA
P.O. BOX 5500
NEWTOWN, CT. 06470.

Exhibit F

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

J. DAVILA

V.

SECURE PHARMACY PLUS AND ITS AGENTS.

Exhibit G

CIV NO: 3:02CV652

"JURY DEMAND"

Trial Judge:
Honorable, STEFAN R. UNDERHILL
Honorable, WILLIAM I GARFINKEL
(UNITED STATES MAGISTRATE JUDGE)

DATE: JULY 14, 2003.

## PLAINTIFF'S MOTION FOR PARTIAL SUMARY JUDGMENT:

Pursuant to Rule 56, Fed. R. Civ. P., Plaintiff, JOEL DAVILA request this Honorable Court to grant him sumary judgment as to the liability of Defendant's SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. for damages for their wrong-doing of prescribed medication wich plaintiff was allergic to, as a VIOLATION of the "EIGTH AMENDMENT TO THE UNITED STATES CONSTITUTION. "CRUEL AND UNUSUAL PUNISHMENT."

Defendants cause plaintiff to suffer a number of side-effects that could "COST HIM HIS LIFE" "HUMILIATION, DISGRACE" by their actions subjected to "GREAT OF INDIGNITIES" PHYSICAL AND MENTAL ANGUISH" "FRIGHT, SHOCK, EMBARRASSMENT, MORTIFICATION, PSYCHOLOGICAL INJURY AND OTHER STOMACH RELATED CONSTANLY PAIN DISORDER INCLUDING HAND AND BODY TREMBLING.

Sumary judgment is to be granted if the record before the court shows "that there is no genuine issue as to

d 584, 596 (10 cir. 1996)

GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED, OR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988;

C] 1) FOR THE REASONS STATED IN THE BRIEF SUBMITTED WITH THIS MOTION FOR PARTIAL SUMMARY JUDGMENT, THESE UNDISPUTED FACTS ESTABLISH THAT DEFENDANTS, AMERICAN SERVICE GROUP INC. WAS AT ALL TIME A "HIRED" "CONTRACTOR" IS A PUBLICLY TRADED STOCK COMPANY, AND "SECURE PHARMACY PLUS" IS OWNED BY PARENT CORPORATION, "AMERICAN SERVICE GROUP INC." TO PROVIDE PRESCRIPTION SERVICES TO PRISONER. SECURE PHARMACY PLUS HAS "CONSPIRE".

2) DEFENDANT'S FAIL TO EXCERCISE THEIR PROPER "PROCEEDURE", "POLICIES" AND GAVE MEDICATION TO PLAINTIFF THAT HE WAS ALLERGIC TO, IT VIOLATED PLAINTIFF'S "CONSTITUTIONAL RIGHTS (8th AMENDMENT).

3) ACCORDINGLY, I AM ENTITLED TO SUMMARY JUDGMENT ON MY 8th AMENDMENT CONSTITUTIONAL RIGHTS VIOLATION CLAIMS.

D] ## CONCLUSION

1- FOR THE FOREGOING REASONS, THE COURT SHOULD GRANT PARTIAL SUMMARY JUDGMENT ON LIABILITY TO THE PLAINTIFF ON HIS 8th AMENDMENT CONSTITUTIONAL RIGHT CLAIM.

2) THE AMOUNT OF DAMAGES DUE TO THE PLAINTIFF MUST BE DETERMINED AT TRIAL. PATTERSON V. COUGHLIN, 905 F2d 564, 570 (2d Cir 1990

# "JURY DEMANDED"

DEL AVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

x _Noel Davila_
PRO-SE

## DECLARATION UNDER PENALTY OF PERJURY

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE PLAINTIFF IN THE ABOVE ACTION, THAT HE

PURSUANT 28 U.S.C. § 1746; 18 U.S.C. § 1621;

EXECUTED AT: GARNER C.I
P.O. BOX 5500
NEWTOWN. CT. 06470.

ON JULY 14, 2003.

BY _Noel Davila_ PROSE
P.O. BOX 5500
NEWTOWN CT. 06470.

-29-

## CERTIFICATION

I, HERBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED (POSTAGE PREPAID) AND/OR HAND DELIVERED ON JULY 14, 2003. TO THE FOLLOWING PARTIES OF RECORD:

TO: UNITED STATES DISTRICT COURT (HONORABLE JUDGE: STEFAN R. UNDERHILL)
DISTRICT OF CONNECTICUT. (HONORABLE JUDGE: WILLIAM I. GARFINKEL)
915 LAFAYETTE BOULEVARD.
BRIDGEPORT, CT. 06470.

TO: ATTORNEY FOR DEFENDANTS:
THE LAW OFFICE OF:
THOMAS H. WINSLOW, LLC.
321 MAIN STREET
FARMINGTON, CT. 06032-2976

X _Noel Davila_ PRO-SE
NOEL DAVILA.
P.O. BOX 5500
NEWTOWN CT. 06470.