FILED

2003 NOV 25 A 11: 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA                                      PRISONER
                                                 CIVIL ACTION CASE NO.
                                                 3:02CV652(MRK)
        Plaintiff,

V.

SECURE PHARMACY PLUS

        Defendant.                           NOVEMBER 24, 2003

### SECOND MOTION TO DISMISS OF DEFENDANT SECURE PHARMACY PLUS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND FRIVOLOUS PLEADING IN THE AMENDED COMPLAINT

On June 25, 2003, plaintiff Noel Davila filed an Amended Complaint. In response to the Amended Complaint, defendant Secure Pharmacy Plus files this motion to dismiss under Fed. R. Civ. P. 12(b)(6) and Title 28 U.S.C. Section 1915(e). The grounds for the motion are that all causes of action except for the pharmacist malpractice and negligence fail to state claims upon which relief can be granted under Fed. R. Civ. P. 12(b)(6) and the refiling of claims that have already been dismissed and are on appeal is a frivolous action under Title 28 U.S.C. Section 1915(e). The grounds for the motion are more fully explained in the Memorandum of Law in Support of Defendant's Second Motion to Dismiss.

DEFENDANT

SECURE PHARMACY PLUS

BY: /s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 24th day of November, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

/s/ Thomas H. Winslow
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427