UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

Plaintiff,

2003 ... 26  P 2: 55

V.

SECURE PHARMACY PLUS

Defendant.                                NOVEMBER 25, 2003

LOCAL RULE 9(c) STATEMENT

The moving party did not prepare a Local Rule 9(c)1 Statement containing facts asserted by the

moving party which defendant, Secure Pharmacy Plus, must admit or deny.

DEFENDANT, SECURE PHARMACY PLUS, ISSUES OF MATERIAL FACT AS TO
WHICH THERE IS A GENUINE ISSUE TO BE TRIED

1. Plaintiff's Contributory Negligence

A. Claimant's use of Paxil 20 mg before November and December of 2001.

B. Claimant's concerns about the change of his Paxil 20 mg medication from pink

to green and whether the 20 mg green was proper.

CITATION TO THE AFFIDAVIT OF A WITNESS COMPETENT TO TESTIFY AS TO THE
FACTS AT TRIAL AND/OR EVIDENCE THAT WOULD BE ADMISSIBLE AT TRIAL

A. Claimant's use of Paxil 20 mg before November and December of 2001:

1.  Paxil taken in December of 1998, May of 2000 and October of 2000 as per attached documents (Exhibits A, B1, B2, and B3, and C).

2.  Paxil 20 mg or 40 ml taken in December of 1999, January of 2000, February of 2000, September of 2000, and March of 2001 as per attached documents (Exhibits D, E, F, G and H1 (Brand Name Necessary), H2 (Paxil Brand (Pink 20)), and H3 (Paxil 20 mg tab not ½ 40 mg)).

B.  Claimant's concerns about the change of his Paxil 20 mg medication from pink to green and whether the 20 mg green was proper.

1.  Davila's December 5, 2001 and December 12, 2001 written documents on the change of his Paxil 20 mg medication from pink to green and whether the 20 mg green was proper (Exhibits I (12/5/01-feeling weird since they change my medication from Paxil 20 mg (pink) to Paxil (green) 20 mg), J1 (12/12/01-my medication Paxil 20 mg is pink, please I no longer willing to take that generic, and willing to take the proper one) and J2 (12/12/01-discussed wanting pink Paxil which is 20 mg tab. Pharmacy sent (illegible) tab green which is 20 mg also but had bad experience with meds in past and becomes distrustful when pill is a different color than what he is used to)).

This contributory negligence evidence will also be supported by plaintiff's deposition transcript once the deposition is taken and the transcribed transcript is received.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

25th day of November, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
P.O. Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

SPECIFIC!!

B092

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Bed #    B70-2.

Facility/Unit: 39-9-B-2    Date: 12-22-98

Inmate Name: M~~~~~~~~~~~ Noel/David    Number: 212724

Request: MENTAl Health , I'm writing concerning about I cant sleep a night time I was drinking medication outside I was paxic AmBien *(originally)* for my sleep and stress I'm been feeling like this lately.

(continue on back if necessary)

Previous Action Taken: _____

(continue on back if necessary)

_____    Date Received:_____

Submitted to:_____

Acted on by:_____

Action Taken and/or Response: _____

_____
_____
_____
_____

(continue on back if necessary)

Date of Response to Inmate: _____

Signature of Staff Member: _____

Exhibit A

HR501 REV. 5/94

**CONNECTICUT DEPARTMENT OF CORRECTION**

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| Q12726 | |

| INMATE NAME (LAST, FIRST, INITIAL) | | | |
|---|---|---|---|
| Davila Noel | | | |

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 5-8-00 | (Y) N | B Phelps RN | (M) F | B W (H) O | Cheshire |

DESCRIBE REASON FOR REQUEST/REFERRAL:

Chief c/o depression. Requesting to be re-started on paxil.

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 5/9/00 | DLK | | |

SERVICE PROVIDED/RESPONSE:

See progress note

RESCHEDULE DATE:        YES ☐        NO ☐

---

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE                    DATE

Exhibit B

# Connecticut Correctional Institution
## Inmate Request to Staff Member

m   Noel Davila          Number  212726

rk Assignment  Menthal Health     Living Quarters  Morth 2-29

Date  5-25-00

State your request clearly and briefly. Failure to clearly state your request will require return further information)

ject: _____ I would like to know why medical took me off my medication Paxil, I need my medication please for my depression (Paxil)

thank you!

taken care of

Scheduled for DR

Signature _____

position: _____

Exhibit B2

noel Davila
North 7-29

I would like to Know why they took me off
my medication (Paxil) please a I need my
medication
        thank you !

200
5-26-00
BP

addressed
sch. for DR.
    Phelps MD, c

Mental Health

CONFIDENTIAL MEDICAL RECORDS

Exhibit B3

B25

HR501 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE |
|---|---|---|
| 10/31/00 | Y (N) | Jim Smith |

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL): Davilla Noel

SEX: (M) F   RACE/ETHNIC: B W (H) O   FACILITY: Bptcc

DESCRIBE REASON FOR REQUEST/REFERRAL:

Inmate on Paxil for Hx of depression

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 11/1/00 | MH. | 11/2/00 | |

SERVICE PROVIDED/RESPONSE:

MSW Clinical note

Placed on psych sick care 11/2/00
Addiction Services Encouraged

RESCHEDULE DATE:     YES ☐     NO ☐

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE          DATE 11/2/00

Exhibit C

HR501 REV.5/94

**CONNECTICUT DEPARTMENT OF CORRECTION**

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212736 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)

Darua Kost Noel

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 12/7/99 | Y (N) | Perry | (M) F | B (W) H O | CORRIGAN |

**DESCRIBE REASON FOR REQUEST/REFERRAL:**

Y/u, N Y meds. Transferred from NCI.

Y meds ordered. 12-7-99.
Paxil 20mg. A.M.
Doxepin 50mg. H.S. pills.

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 12/8/99 | MHU | 12-9-99 | Bill West, PSWA |

**SERVICE PROVIDED/RESPONSE:**

Crim Attempt, $600,000 bond, cont 12/31/22
MH1, Overall 4

?. m.H.3.

RESCHEDULE DATE:   YES ☑   NO ☐
~2 wks.

Bill West, PSWA                    12-9-99

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE          DATE

Exhibit D

ATTATCHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

UNIT/CELL #: _A-39_          DATE: _1-6-00_

INMATE NAME: _Davila, noel_      NUMBER: _212726_

*mental Health*  REQUEST: _I'm suppousse to be taking 40 ml of paxil, wich they are giving me only 20 ml._
_Thank you_

_(CONTINUE ON BACK IF NECESSARY)_

PREVIOUS ACTION TAKEN:_____

_(CONTINUE ON BACK IF NECESSARY)_

SUBMITTED TO:_____ DATE RECEIVED:_____

ACTED ON BY:_____

ACTION TAKEN AND/OR RESPONSE:_____

_See Ψ note 1/11/00_

_(CONTINUE ON BACK IF NECESSARY)_

DATE OF RESPONSE TO INMATE:_____

SIGNATURE OF STAFF MEMBER:_____

_Exhibit E_

HR501 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
DAVILLA, NOEL

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 2/18/00 | Y  N | M. TYSZKA LPN | (M)  F | B  W  (H)  O | BCC |

DESCRIBE REASON FOR REQUEST/REFERRAL:

I/M REFUSING PAXIL 10mg STATING "I'M NOT TAKING MEDICATION UNTILL I GET THE DOSE I'M SUPPOSE TO GET" (I/M SUGGESTING IT IS PROPER DOSE IS 20mg). BELIGERENT, AGITATED), MAKING A SCENE AT MED WINDOW.

PLEASE EVAL

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 2/18/00 | Mental Health | | J. Berkowitz MD |

SERVICE PROVIDED/RESPONSE:

Sick call.

RESCHEDULE DATE:        YES ☐        NO ☐

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE         Exhibit F         DATE

27
NDI 130

HR501 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/76 |

INMATE NAME (LAST, FIRST, INITIAL)

Danilla  n

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 9-6-00 | Y  Ⓝ | E. Sutten, CHa | Ⓜ  F | B  W  Ⓗ  O | CCTC |

DESCRIBE REASON FOR REQUEST/REFERRAL:

I/M has Hx. M.H. & on med. Paxil 20 mg  g Am
Diag. Depression c suicidal attempts Hx.

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| 9-6-00 | STEVEN M COHEN, Ph.D. | 9-8-00 | Steven M Cohen Ph. |

SERVICE PROVIDED/RESPONSE:

① MENTAL STATUS EVAL

② CONTINUE MONITORING OF PAXIL

SMC

RESCHEDULE DATE:        YES ☐        NO ☑

_Stn MCe_____            _9-8-00_____

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE            DATE

Exhibit G

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 212726 | | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
Davila, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B  W  (H)  O | B cc |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

---

## DRUG ALLERGIES / HYPERSENSITIVITY   ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 2-14-01 | | Paxil 20 mg PC q AM x 30 day | |
| | | NOTE 3/14/01 | |
| 3-9-01 | | Paxil 20 mg PC q AM x 30 day  Brand name necessary | |
| | | 3/9/01 | |
| 3-16 | 945 | Flexeril 10 mg PO 5 C x 30 day  Hydrocortisone 1% du  apply daily  x 30 d | |
| | | Dr. Jack D. Maler, M.D. | |
| noted + Randy 3/16/01 10A | | | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

Exhibit H1

HR401 REV.6/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | 212726 | DATE OF BIRTH 12/30/70 |
|---|---|---|

INMATE NAME(LAST, FIRST, INITIAL) Danila, Noel

| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY BRIDGEPORT |

| DATE/TIME | |
|---|---|
| 2-14-01 | Missed meds 2° to pain — |
| | (1) SE c/HA c/tab etc c/ Dolsen |
| | Cont. w/ Paxil |
| 3-9-01 | Cont. w/ meds |
| | Hasn't SE w/ generic |
| | Paxil Brand (Pink 20) |
| 3/15/01 100 | g/m Recvd @ CCIC fron CDU - Free at Injuries |
| | Dlx at Depression — R Paxil 20mg PO QD |
| | much... |
| 3-16-01 9:45 | Need refil on Flexeril |
| | Dr. Jack D. Malen, M.D. |

Exhibit H2

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 212726 | | 12/30/70 |
| INMATE NAME (LAST, FIRST, INITIAL) | | |
| Danler, Noel | | |
| SEX | RACE/ETHNIC | FACILITY |
| Ⓜ F | B W Ⓗ O | BRIDGEPORT |

| DATE/TIME | |
|---|---|
| 2-14-01 | Missed meds 2° to pain — <br> (1) SE ⊕ IHF ⊕ [illegible] ⊕ [illegible] <br> Continue of Paxil |
| 3-9-01 | Continue of meds <br> Haven't SE w/ generic <br> Paxil Brand (Pink 20) |
| 3/15/01 10P [illegible] | P/m Recur @ CCIC from CMI — free of injuries <br> O. Lx of Depression — fr Paxil 20mg P⊙ QD <br> Meds once ✓ #52 ⊂ MAR — Mental Health Referral Made <br> + Submitted Per Continuity of Care — Paxil mixture <br> ordered to be Paxil 20mg Tab Not ½ 20mg <br> Book for MD List to Restart Flexeril per <br> [illegible] reject pain to ⊕ Knee — Please Brace <br> intact on ⊕ Knee — f/u MD — [illegible] |
| 3-16-01 <br> 945 | [illegible] refill on Flexeril |

Dr. Jack D. Maleri, M.D.

Exhibit #3

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

*MENTAL HEALTH*

Facility/Unit _____    Date __12-5-01__

Inmate Name __NOEL DAVILA__    Number __212226__

Request __I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE__
__MY MEDICATION PAXIL 20 mg (PINK) TO PAXIL (GREEN) 20 mg. I__
__WANT TO SEE MY DOCTOR K._____ THANK YOU!__

_____ (continue on back if necessary) _Noel Davila_

Previous Action Taken _____

_____

_____

_____ (continue on back if necessary) _____

Submitted to _____    Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____

_____ (continue on back if necessary) _____

Date of Response to Inmate _____

Signature of Staff Member _____

Exhibit I

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit_ NORH 416_____    Date___12-12-01_____

Inmate Name_ N. DAVILA_____    Number__212726_____

Request_ I HAVE DISCUSS WITH DOCTOR KRANE CONCERNIN.
MY PAXIL 20 MG. TO MY STOMACH CANT HANDLE THAT GENERIC KIND, MY
MEDICATION PAXIL 20 MG IS PINK, PLEASE I NO longer WILLING TO TA
THAT Generic, AND WILLING TO TAKE THE PROPER ONE
(continue on back if necessary)    THANK YOU!

Previous Action Taken_____

_____

Per 12-12-01

B Phelps/JC
(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

_____
(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

Exhibit J,

HR401 REV.6/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12·30·70 |

INMATE NAME(LAST, FIRST, INITIAL): Davila Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | Cheshire |

| DATE/TIME | |
|---|---|
| 12·12·01 BP/WC | S- States Paxil may be upsetting his stomach. Discussed (warith) pink Paxil which is 20mg tab. Pharmacy sent K tab green which is 20mg also but had bad experience c meds in past and becomes distrustful when pill is a different color than what he is used to. Also on Tylenol #3 for leg injury. <br> O- Afx3 (cohesive) <br> A- Codeine (upsetting) stomach. <br> P- Instructed her to have food c Tylenol #3. will see Dr at next scheduled clinic and can discuss meds further. ___ Delpac, c. |
| 12·13·01 | URC NOTE: I/M's URC request Denied @ this time. Continue Conservative management, see URC report in Consult section ___ AS GM |
| 12-17-01 915 | S Pain (L) knee. <br> Diagnosis of chondromalacia <br> (Le patella) <br> Quads. exercises, ice ___ before. <br> & Prepart <br> JACK MALEH, MD |
| 12/26/01 CHN | 730 PM. S: MEDICATION VARIANCE INITIATED AFTER CALL FROM PHARMACY TO CHECK ALL BLISTER PACKS OF "PAXIL 40mg ½ tabs" <br> O. DISCOVERED RISPERDAL 4mg (½) tabs in blister pack labeled PAXIL 40mg TAKE ½ tab PO QAM. I/M STATES HE HAD BEEN FEELING FINE and had no c/o. But did state that the medication |

Exhibit J2