HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
PHYSICIAN'S ORDERS

| INMATE NUMBER | | DATE OF BIRTH |
|---|---|---|
| 218726 | | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
Davila, noel

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| (M) F | | B  W  (H)  O | | | | CCIC |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY     ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 10/18/01 | 6⁰⁰ P | Ex tent MM meds ↓ on wed DTC 11/15/01 | 10/18/01 6⁰⁰ |
| 11/15/01 | 605 P | Paxil 20 mg po Q AM Benadryl 50 mg po QHS x 30 days RTC 12/13/01 | |
| 11/15/01 | 8PM | Orders noted by M Mag | |
| 11-16-01 450 | | Percocet 5/325 tab one Q.d. i.p-i x3 cdys Mou tampon aswell noted as 11/16/01 13:45 | JACK MALEH, MD |
| 11-29-01 139P | | U/R C completed for other F/4 T-Gel shampoo Q.d x 60 days Baris soap. one bar 1 month | JACK MALEH, MD |
| | | noted + ???? 11/29/01 2P ?????? RN | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT  DESCRIBED IS CIRCLED.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212 72L | 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Davila Neol

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CCI-L |

| DATE/TIME | |
|---|---|
| 12/13/01<br>8:15 pm | We had a long discussion:<br>He is going to be 31 years shortly, at times<br>tonight was on the verge of crying —<br>He stated he has pelvic pain in left knee<br>and current meds are not helping —<br>He confided he and his wife have<br>contacted the DOC Commissioner but no plan no<br>action taken<br>He had many complaints about DOC & stated<br>He stated with his complaint to DOC setting<br>he feels C.O., captains etc are against him<br>and they do things so that he won't get<br>the needed interview — he hinted he was<br>afraid of DOC staff reaction to what he is doing<br>He also complained he is given a different<br>colored Paxil & has GI distress<br>Was also prompt reluct, AP etc & responded<br>will continue meds — he is neither suicide or hostile<br>Rx Paxil 20 po QAM<br>Benedryl 50 po QHS<br>RTC 1/10/02 _____ signature |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
PHYSICIAN'S ORDERS

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12-30-7. |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| Daorla, Noel | | |

| SEX | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|
| M. F | B   W   H   O | | | | CCC r |

INSTRUCTIONS FOR USE:   Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.   Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY

ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 12/10/01 9:50 | | Tylenol #3, 11 tid        X 30d JACK MALEH, MD | |
| 10/31/01 12/10/01 9:05 | | | |
| 12/13/01 | 0835 p | Paxil 20 mg po Q AM Benadryl 50 mg po QHS     30 days 1/10/02 RTW W/Mediual | |
| 12/13/01 | 11n | Order noted | |
| 12/17/01 0815 | | Percocet 5/325 mg 1 tab po tid        X 30d approved — approval faxed to pharmacy  12/17/01  74581/8 — aj JACK MALEH, MD | |
| 12/21/01 | | T.O. Dr Sarosi / Patricia Byam CNW D/C Tylenol #3. | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIV
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED

HR20 REV. 6/94
CONNECTICUT DEPARTMENT OF CORRECTION
HEALTH CONSULTATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, (INITIAL) Davila, Neol

| CONSULTANT SPECIALTY | DATE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| Medical - Dr. J. Maler | 12/13/01 | (M) F | B W (H) O | CCI-C |

RELEVANT CLINICAL DATA/HISTORY/PREVIOUS WORK-UP:
☐ FOR OUTSIDE CONSULTATION SEE ATTACHED UTILIZATION REVIEW REQUEST FORM

Inmate, who will be 31 years (on 12/30/) is known to Medical Has been stressed not due to pain in Lft knee. He asserts current medications are not helpful and is in agony - He is on Paxil 20. po QD and Benadryl 50 mg po QHS - Has been more depressed. What can be done for the Inmate?

E. Khorramzadeh MD                    12/13/01

DOC PRACTITIONER SIGNATURE/TITLE:                    DATE

CONSULTANT'S REPORT/FINDINGS/RECOMMENDATIONS (PLEASE NOTE: DIAGNOSTIC OR THERAPEUTIC PROCEDURES NEED PRIOR APPROVAL BY THE DOC UTILIZATION MANAGEMENT UNIT):

Dr. K.
All information - sense of URC, under
consultation so desir

RECOMMENDED TREATMENT PLAN:

CONSULTANT SIGNATURE                    DATE

TREATMENT PLAN REVIEWED BY ATTENDING DOC PHYSICIAN/DENTIST:

☐ APPROVED

☐ ALTERNATIVE PLAN:

☐ ADDITIONAL OUTSIDE SERVICES REQUIRE UTILIZATION MANAGEMENT UNIT APPROVAL

DOC PRACTITIONER SIGNATURE/TITLE:                    DATE

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

MENTAL HEALTH

Facility/Unit_____     Date___12-5-01___

Inmate Name___NOEL DAVILA___     Number___217726___

Request___I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE MEDICATION PAXIL 20 mg (PINK) TO PAXIL (GREEN) 20 mg. I WANT TO SEE MY DOCTOR K.___     THANK YOU!

Noel Davila

(continue on back if necessary)

Previous Action Taken_____

_____

_____

(continue on back if necessary)

Submitted to_____     Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit MENTAL HEALTH

Date 12 - 11 - 01

Inmate Name NOEL DAVILA

Number 212726

Request SINCE I'VE BEEN taking this Pmie Green 20mg
I am having this Pounding hedache, vomiting everything I eat
hands be Shaking a lot, and a lot of stomach pain, Please I want
se the Doctor k thank You! Noel Davla

(continue on back if necessary)

Previous Action Taken_____

_____

_____

(continue on back if necessary)

Submitted to_____ Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

*Mental Health and Medical unit*

Facility/Unit_____   Date _12-17-01_

Inmate Name ____Noel Davila____   Number _212726_

Request ____Doctor K Iam still feeling weird I have a lot of Stomach Pain, Diarrea, Vomiting, THis Headache Don't want to go away ny body still trembling a lot, I want to know whats wrong Jith me I want to see a Doctor Noel Davila____

(continue on back if necessary)

Previous Action Taken_____

_____

_____

_____

(continue on back if necessary)

Submitted to_____   Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit_____    Date____12-22-01____

Inmate Name_Noel Davila_____    Number_212726____

Request___I have told the nurses_____

_____that I would like to have

xall my Paxil Pink 20mg NOT Paxil Green 20mg is Causing me
deffets, Vomiting, Stomach Pain, Diarreg, Pounding Headache Body Trembling and
Body want to listen or Beliveme. I want to se the Doctor again please

Previous Action Taken_____

Noel Davila

_____

_____

(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

JAN 0 4 2002



# Inmate Grievance Form A, Level 1 RECEIVED

CN 9601
1-14-94

## Connecticut Department of Correction

| Inmate name  NOEL DAVILA | Inmate no.  212726 |
|---|---|
| Housing location  NORTH 416 | Date 12-24-01 |

☑ Line grievance   ☐ Line emergency   ☑ Health service grievance   ☐ Health emergency

| IGP no.  M1QS-010-02 | T no. |
|---|---|

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached: MY MEDICAL RECORDS OF MENTAL HEATH VISIT WILL REFLECT MY DISSCUSSION with DOCTOR KRANE CONCERNING THE SIDEFFECTS FROM MY MEDICATION PAXIL 20 6termone.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by-11-inch sheet of paper and attach to this form.) I HAVE BEEN TRYING TO EXPLAIN THE DOCTOR KRANE ALSO HEAD NURSE OF MENTAL HEALTH CONCERNING THE SIDEFFECT THAT WHEN THEY CHANGE MY MEDICATION PAXIL (PINK) TO PAXIL (Green) 20mg CAUSING ME AND STILL EXPOSE TO CONTINUE THE MEDICATION FOR a PERIOD OF 1 MONTH, I HAVE BEEN VOMITING, AND DIARRHA CONSTANTLY AND STOMACH PAIN, BUT NONE HAVE DONE ANYTHING NOT EVEN THE DOCTOR KRANE WHEN I TOLD HIM. THE NURSES HEAD NURSE FOR mental Health TOLD ME THAT WAS NOT HER Call when they order medication.

3. Action requested. Describe what action you want taken to remedy the grievance. I NO LONGER WANT TO TAKE PAXIL 20mg Green Capsule AND WANT MY PAXIL 20 mg PINK.

Inmate signature  Noel Davila — 12-24-01

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY
### LEVEL 1 REVIEW

| Date received 1/7/02 | Disposition: C | Date of disposition 1/7/02 |
|---|---|---|

Grievance issue:

medication issue

Reasons: It is my understanding that your medication has been resolved. If you are not in agreement, please ask to see the psychiatrist again.

CN 9602
1/94

**ATTACHMENT B**
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit_____    Date ~~_____~~ 12-26-01

Inmate Name   Noel DAvilA             Number   212726

Request   I, TODAY CAme to see Nurse DocTor Jim, and He sit Down
ith me and ask me How I was Doing so I TolD Him that I have been
eling very bad, and also that I File a grievance. 2 DAYS Ago, and He
HeICK of my blood Presure, and tolD me that the company HAd send a memo
nt hal sen the wrong medication so I thougH An necesary no longer want that medication
Der any Previous Action Taken see DocTor K. to change my medication
                              Noel Davila

_____

_____

_____

(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit __N-416__    Date __12/27/01__

Inmate Name __Noel Davila__    Number __212726__

Request __I Need to see Dr Craine ASAP or a__
__Mental Health Counselor please__

_Thank You_
_Noel Davila_

(continue on back if necessary)

Previous Action Taken _____

_____

_____

(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CHS-601 REV. 6/94

CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | |

| | | INMATE NAME (LAST, FIRST, INITIAL) | | | |
|---|---|---|---|---|---|
| | | Davila Noel | | | |

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 12/27/01 | (Y) N | self | (M) F | B W H O | Cheshire |

DESCRIBE REASON FOR REQUEST/REFERRAL:

Need to see DR

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| | | | |

SERVICE PROVIDED/RESPONSE:

DRK - S 1/10/02    Added by DrK -
RTC as Scheduled

RESCHEDULE DATE:    YES ☐    NO ☐

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE                    DATE

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit _Mental Health / Medical unit_          Date _1-5-02_

Inmate Name _noel Dawila_          Number _212726_

Request _____

I no longer want to take medication Paxil 20mg Green, and THE use staFF still eypouse me to THAT medication I am afraid to take it, please Tell the doctor K to change it thank You noel Dawila

(continue on back if necessary)

Previous Action Taken _____

_____

_____

_____

(continue on back if necessary)

Submitted to _____          Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

HR525 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
PHYSICIAN'S ORDERS

| INMATE NUMBER 212726 | | | DATE OF BIRTH 12/30 |
|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davilla Noel | | | |
| SEX (M) F | RACE/ETHNIC B W (H) O | | FACILITY CCIC |

INSTRUCTIONS FOR USE:   Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.   Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY   ASA**

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/10/02 | 8³⁰ pm | Discontinue Paxil start Remron 15 mg po QHS x 2 week RTC 1/24/02 | 1/10/02 Dispo dan |
| 1-15-02 | 6:50 | Percocet 5/325 mg po one Ti'd x 30 day | JACK M. LEON MD |
| 1/24/02 | 9⁴⁰ pm | Discontinue Remron 15 mg QHS Start: Remron 30 mg po QHS x 15 day RTC 2/7/02 | |
| 1/24/02 | 10:30 | Order noted by M May | |
| 2/7/02 | 9¹⁵ pm | Remron 30 mg po QHS x 30 day RTC 3/7/02 | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

HR400 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 2/2726 | 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Davila Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | Cely |

| DATE/TIME | |
|---|---|
| 1/10/02 10:00 pm | A very angry Inmate who described in detail & repeated how he was given wrong medication which caused:<br>a. vomit, diarrhea, wt loss = 15 lbs =<br>b. abdominal pain<br>c. dizziness<br>d. [?] pounding headache<br>e. muscle tightening<br>f. weakness<br>g. mind goes blank + his gums bleed<br>He state on many occasions: I stopped that fucking medication - No more I take this damn fucking med -<br>He state he was furious that no longer trust medical & medication in this place & that he has not slept for several days & is afraid of exploding.<br>We calm personal he agreed to take medication - in jail he state Trazadone & doxepin - but wanted to make sure then word by any change of the pills, with change of pharmacy.<br>He told me he take Remeron 15 po QH<br>I checked in PDR a change & Sr dose of Remeron —<br>RTC 2 weeks —<br>[signature] |

HR50 REV.4/95
CONNECTICUT DEPARTMENT OF CORRECTION

## CONSENT FOR TREATMENT
## WITH PSYCHOACTIVE MEDICATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Davila Noel |

| SEX | | RACE/ETHNIC | | | | FACILITY |
|---|---|---|---|---|---|---|
| Ⓜ F | | B W Ⓗ O | | | | cd-c |

Dr. _____ has informed me that he/she recommends that I receive the

medication _____Remeron_____, for the treatment of my illness.  I have been

informed of the nature of the treatment and the risks of possible side effects including

*Sedation, dizziness, abnormal dreams, increased appetite, dry mouth, constipation, weight gain - These are more common side effects*

Side effects, caused by neuroleptics, may include the risk of tardive dyskinesia which is involuntary tic-like
movements in the face, tongue, neck, arms and/or legs.  These symptoms may persist after the medication has
been discontinued.

I understand that although mental health staff have explained to me the most common side effects of this
treatment, there may be other side effects.  I agree to inform a member of the staff immediately if there are any
unexpected changes in my condition.

I understand that I may not be forced to take this medication and that I may decide to stop taking it at any time.
I also understand that although health staff believes that this medication will help me, there is no guarantee as to
the results that may be expected.

Should I discontinue my medication, I will inform mental health staff of my decision immediately.

I am willing to accept the above medication.


_____Noel Davila_____          _____01 - 10 - 02_____
INMATE SIGNATURE                                                          DATE


_____          _____
WITNESS SIGNATURE/TITLE                                              DATE


_____          _____1/10/02_____
PHYSICIAN SIGNATURE                                                    DATE

HR4?1 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER 212726 | DATE OF BIRTH 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Davilla, Noel

| SEX Ⓜ F | RACE/ETHNIC B W Ⓗ O | FACILITY cd-c |

| DATE/TIME | |
|---|---|
| 1/24/02 10:00 | Inmate continues having "losing it" ever since his pink Paxil was changed to ½ tab of green. He states "just recently he eating in back, but chill, periodically at nite feels funny, wakes up, with Burny sensation in head - at this he has pain feels in daytime. I talk to the RN saw him ½ tab of Remeron - Brown or not full green tablet - a he does not trust any change of medication color - He was angry half the time. Lawsuit ultimately he states he has 1 acheiver of pain. Plan: Remeron 30 mg po QHS - hopefully it would be Brown tab or not two yellow pill. RTC 2/7/02 [signature] |
| 2/7/02 9:15 | Inmate seen in Seg. He was angry, difficulties in jail, used profanity about the system - He did not he had no idea why he was in Seg a why there was investigated - He was hoping the MH would help him to get out of Seg. His tone was one of paranoia. W.ill continue Remeron 30 mg po QHS [signature] |

Month/Year

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

USIS SOAP     (BAR EA.)    BAR

AS DIRECTED DAILY

597670 ESPOSITO M.D., JOSEPH ,
START DATE  10/05/2001 STOP DATE  01/03/2002
ERAPEUTIG TAR SHAM. (TGL-250 2.5% LOT
PLY SPARINGLY TO AFFECTED AREAS DAILY

601284 MALEH, M.D., JACK ,
START DATE  10/17/2001 STOP DATE  11/15/2001
STATIN OPEN W/COD M3 300/30MG TAB
KE 2 TABLETS) BY MOUTH  3 TIMES DAILY ***SIGN OUT EACH DOSE ON
NTROL SHEET ARE M.A.R.*
START DATE     STOP DATE

601287 MALEH, M.D., JACK ,
START DATE  10/17/2001 STOP DATE  11/15/2001
XYL (PAROXETINE) 20MG TAB
KE 1 TABLET(S) BY MOUTH  EVERY MORNING *MAY CAUSE DROWSINESS, AVOID
LCOHOL*
START DATE 11/5/01 STOP DATE  12/5/01

602517 BLANCHETTE M.D., EDWARD  11/5/01
START DATE  10/20/2001 STOP DATE  11/20/2001
PHENTORANTINE (BENADRYL) 50MG CAP
KE 1 CAPSULE(S) BY MOUTH  AT BEDTIME
602518 BLANCHETTE M.D., EDWARD  11/5/01
START DATE  10/20/2001 STOP DATE  11/20/2001

Percocet 5/325 + QID X 30d
Awaiting approval  po
Sent  11/16/01  denied
START DATE     STOP DATE

ASPIRIN
START DATE     STOP DATE

ERGY

GNOSIS

TIENT
AME   DAVILLA, NOEL            ID  212726   WING  1

'CUMENTATION CODES =
  Discontinued Order          R - Refused
                              S - Self Administered
                              NS - No Show

THERAPEUTIC TAR SHAM (TGEL-250 2.5% LOT
E AS DIRECTED EVERY OTHER DAY

614377 MALEH, M.D., JACK,
START DATE  11/30/2001 STOP DATE  01/28/2002
(BAR EA.) BAR

AS DIRECTED DAILY #1/PER MONTH
614399 ESPOSITO M.D., JOSEPH
START DATE  11/29/2001 STOP DATE  01/28/2002

ACETAMINOPHEN W/COD #3 300/30MG TAB
614399 MALEH, M.D., JACK,
TAKE 2 TABLET(S) BY MOUTH  3 TIMES DAILY ***SIGN OUT EACH DOSE ON
NARCOL SHEET AND M.A.R.*
START DATE  11/29/2001 STOP DATE  01/28/2002

616999 MALEH, M.D., JACK,
START DATE  12/11/2001 STOP DATE  01/09/2002

617590 SHEA, M.D., WILLIAM J
(PAROXETINE) 40MG TAB
START DATE  12/15/2001 STOP DATE  01/13/2002
KENE-HALF (1/2) TABLET(S) BY MOUTH  EVERY MORNING >>>>>>SEND HALF
BOTTLE *MAY CAUSE DROWSINESS/AVOID ALCOHOL*
START DATE  12/15/2001 STOP DATE  01/13/2002

617593 SHEA, M.D., WILLIAM J
3 CAPSULE(S) BY MOUTH AT BEDTIME
START DATE  12/15/2001 STOP DATE  01/13/2002

617593 SHEA, M.D., WILLIAM, MD
START DATE  12/15/2001 STOP DATE  01/13/2002

TRAZODONE 15 MG PO 8 H.S. X8WKS

ASPIRIN
START DATE  1/10/02  STOP DATE  1/24/02

| | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MEDICATION CODES
- Discontinued Order
- Dose Omitted

R - Refused
C - Court

S - Self Administered
NS - No Show

NAME  DAVILLA, NOEL
ID  212726
WING

Vicnecan 30mg po 2X15days

START DATE 12/24/02   STOP DATE 2/8/02

| | START DATE | STOP DATE |
|---|---|---|
| | START DATE | STOP DATE |
| | START DATE | STOP DATE |
| | START DATE | STOP DATE |
| | START DATE | STOP DATE |
| | START DATE | STOP DATE |
| | START DATE | STOP DATE |
| | START DATE | STOP DATE |

HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S SIGNATURE   INITIAL   NURSE'S SIGNATURE   INITIAL

ID 272726   WING

CUMENTATION CODES =
- Discontinued Order          R - Refused          S - Self Administered
- Dose Omitted                C - Court            NS - No Show

| | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**ITS SOAP**   (BAR EA.)   BAR

597670 ESPOSITO M.D., JOSEPH ,
START DATE  10/05/2001 STOP DATE  01/03/2002

CL (PAROXETINE) 40MG TAB
GIVE HALF (1/2) TABLET(S) BY MOUTH - EVERY MORNING>>>>>SEND HALF
5X<<< MAY CAUSE DROWSINESS/AVOID ALCOHOL*
START DATE              STOP DATE

611273 MALEH, M.D., JACK ,
START DATE  11/17/2001 STOP DATE  12/16/2001

PHENTERMINE (BENHART.) 30MG CAP
GIVE 1 CAPSULE(S) BY MOUTH   AT BEDTIME
START DATE  12/13/01 STOP DATE

611274 MALEH, M.D., JACK ,  12/13/01
START DATE  11/17/2001 STOP DATE  12/16/2001

- Cel Rhampoo @ og

START DATE  11/29 STOP DATE  1/29/02

Roxers ancy one, show month

START DATE  1/29/01 STOP DATE  12/27/01

Paxil 20mg gm x30d
START DATE  11/16/01 STOP DATE  1/09/01

Percocet 5/325 (1) po tid
Approved by URE
START DATE  12/13/01 STOP DATE  1/17/01

ASPIRIN

NAME: DAVILLA, NOEL       ID: 212726       WING: 1

CUMENTATION CODES =
Discontinued Order
R - Refused
S - Self Administere
NS - No Show

NURSES SIGNATURE          INITIAL

NURSE'S SIGNATURE          INITIAL