# THE LAW OFFICE OF
# THOMAS H. WINSLOW, LLC

---

January 14, 2003

Clerk's Office
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Davila v. Secure Pharmacy Plus
Docket #: Prisoner Civil Action Case Number 3:02CV652(SRU)(WIG)

Dear Clerk of Court:

I have attached an executed Form 26(f) or proposed scheduling order for filing with the court.

Please call with any questions.

Very truly yours,



Thomas H. Winslow

Enclosure: Executed Report of Parties' Planning Meeting or Form 26(f)

cc:   Mr. Noel Davila (#212726) ✓
       The Honorable Stefan R. Underhill
       The Honorable William I. Garfinkel

321 MAIN STREET • FARMINGTON, CT • 06032-2976
PHONE: (860) 678-4425 • FAX: (860) 678-4427

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

        Plaintiff,

V.

SECURE PHARMACY PLUS

        Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(SRU)(WIG)

January 14, 2003

FORM 26(f). REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed: Civil Rights complaint signed March 25, 2002 and filed April 10, 2002 and hand-written complaint signed March 25, 2002 and filed on an unknown date.

Date Complaint Served: Unknown as defendant accepted service of summons in September of 2002.

Date of Defendant's Appearance: November 8, 2002.

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, a conference was held by exchanging letters. The participants were:

Noel Davila for Noel Davila, pro se plaintiff

Attorney Thomas H. Winslow for defendant, Secure Pharmacy Plus

    I.    Certification. Undersigned counsel and pro se plaintiff certify that, after consultation with themselves or their client, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with themselves or their client, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to themselves or the client.

    II.    Jurisdiction.

        A. Subject Matter Jurisdiction: 42 U.S.C. Section 1983

        B. Personal Jurisdiction: Plaintiff is incarcerated in Connecticut

III.    Brief Description of Case: Plaintiff is a prisoner in Cheshire and Defendant is Secure Pharmacy Plus. Davila alleges deliberate indifference in violation of the Eighth Amendment prohibition against cruel and unusual punishment, negligence, pharmacist professional malpractice, civil rights violations under color of state law, and declaratory and injunctive relief that all stem from distribution of an incorrect medication. Plaintiff claims compensatory and punitive damages in the amount of $1,000,000.

        A. Claims of Plaintiff: See above description.

        B. Defenses and Claims (Counterclaims, Third Party Claims, Cross-Claims) of Defendant. Motion to dismiss pending on the claims of deliberate indifference in violation of the Eighth Amendment prohibition against cruel and unusual punishment, civil rights violations under color of state law, and declaratory and injunctive relief. Defendant evaluating apportionment claims against nurse or nurses at the prison and their employer.

        C. Defenses and Claims of Third Party Defendant. No third-party defendant yet in case.

IV.    Statement of Undisputed Facts. Counsel and pro se plaintiff certify that they have made a good faith attempt to determine whether there are any material facts that are not in dispute. The parties state that the following material facts are undisputed: Plaintiff is a prisoner and consumed mediations while a prisoner. Secure Pharmacy Plus is not an employee of the prison system and was hired as an independent contractor by a third-party to provide prescription services to prisoners.

V.    Case Management Plan.

A. Standing Order on Scheduling in Civil Cases. The parties do request modification of the deadlines in the Standing Order on Scheduling in Civil Cases as follows:

B. Scheduling Conference With the Court. The parties do not request a pretrial conference with the Court before entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b).

C. Early Settlement Conference.

   1. The parties certify that they have considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice. Settlement is unlikely at this time.

   2. The parties do not request an early settlement conference.

   3. The parties prefer a settlement conference, when one is scheduled, with Judge Underhill.

   4. The parties do not request a referral for alternative dispute resolution pursuant to D. Conn. L. Civ. R. 36.

D. Joinder of Parties and Amendment of Pleadings.

   1. Plaintiff should be allowed until February 15, 2003 to file motions to join additional parties and until March 15, 2003 to file motions to amend the pleadings.

   2. Defendant should be allowed until April 1, 2003 to file motions to join additional parties and has filed a pending November 8, 2002 Motion to Dismiss that plaintiff has opposed with defendant filing a December 10, 2002 reply brief.

E. Discovery.

1. The parties anticipate that discovery will be needed on the following subjects: claimed civil rights and Eighth Amendment violations; claimed malpractice and negligence; prior use of medications; prior problems with other medications, especially changed ones; reported injuries and damages in the medical records, physicians orders, clinical records, and medication charts; and claimed damages/injuries sustained by plaintiff.

2. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced by 7/1/03 and completed by 12/31/03.

3. Discovery will not be conducted in phases.

4. Discovery consisting of interrogatories and requests for production will be filed once an order is issued by the court allowing the report of parties' planning meeting and will be completed by July 1, 2003.

5. The parties anticipate that the plaintiff will require a total of __ depositions of fact witnesses and that the defendant will require a total of 3 depositions of fact witnesses. The depositions will commence by March 1, 2003 and will be completed by September 1, 2003.

6. The parties will not request court permission to serve more than twenty-five (25) interrogatories and request for production as the agree to service of more than twenty-five (25) interrogatories and requests for production without court permission.

7. Plaintiff _____ to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by 7/1/03. Depositions of such experts will be completed by 12/31/03.

8. Defendant intends to call expert witnesses at trial. Defendant will designate all trial experts and provide pro se plaintiff with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by 1/31/04. Depositions of such experts will be completed by 7/31/04.

9. A damages analysis will be provided by any party who has a claim or counterclaim for damages by 8/31/04.

F. Dispositive Motions. Dispositive motions will be filed on or before 8/31/04.

G. Joint Trial Memorandum. The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by 10/31/04.

VI. Trial Readiness. The case will be ready for trial by 11/15/04.

As an officer of the court, the undersigned counsel for defendant agrees to cooperate with pro se plaintiff and the Court to promote the just, speedy and inexpensive determination of this action.

Counsel for Defendant

By _____

Thomas H. Winslow     Date

The undersigned pro se plaintiff certifies that he will cooperate with the parties, counsel of record and the Court to promote the just, speedy and inexpensive determination of this action.

Pro Se Plaintiff

By _____

Noel Davila     Date

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this ___ day of _____, 2003 to:

Mr. Noel Davila (#212726)
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

The Honorable Stefan R. Underhill
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

The Honorable William I. Garfinkel
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL): Davilla, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CCIC |

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY    ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 10/18/01 | 6⁰⁰ | Ex tent MH meds x one week  RTC 11/15/01 | 10/18/01 |
| 11/15/01 | 6⁰⁵ P | Paxil 20mg po QAM  Benadryl 50mg po QHS / 30 days  RTC 12/13/01 | |
| 11/15/01 | 8PM | Orders noted by M Mag | |
| 11-16-01 | 450 | Percocet 5/325 tab  one PO prn  Non formulary  noted as 11/16/01 12N  JACK MAZEH, MD | x3 od |
| 11-29-01 | 13³⁰ | URC completed by other P14  T-Gel shampoo 1 bot x 60 days  Bars soap one bar / month  JACK MAZEH, MD | |

medical T. Ready 11/29/01 SP LR Knipe RN

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL): Davila Noel

SEX: (M) F   RACE/ETHNIC: B W (H) O   FACILITY: CCI-C

| DATE/TIME | |
|---|---|
| 12/13/01 8:45 pm | We had a long discussion: He is going to be 31 years shortly, at times tonight was on the verge of crying. He stated he has serious pain in left knee and current meds are not helping. He confided he and his wife have contacted the DOC Commissioner but so far no action taken. He had many complaints about DOC & spoke. He stated with his complaints to DOC at times he feels CO, capt etc are against him and they do things so that he won't get the needed interview & he hinted he was afraid of DOC staff reaction to what he does. He also complained he was given a different colored Paxil & has Gl disturbance. Was alert, oriented, relevant & cooperative. Will continue meds — he is neither suicidal or psychotic. Rx Paxil 20 mg Q AM  Benadryl 50 mg po Q HS  RTC 1/10/02  [signature] |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
PHYSICIAN'S ORDERS

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12-30-? |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| Davila, Noel | |
| SEX | RACE/ETHNIC | FACILITY |
| M  F | B  W  H  O | CCC |

INSTRUCTIONS FOR USE: Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY**

ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 12/6/01 | 950 | Tylenol #3 i tab tid | x 30 days |
| | | | JACK MALEH, MD |
| 12/13/01 | 0835 | Paxil 20 mg po 8AM  Benadryl 50 mg po QHS } 30 days  1/10/02 RTW w/ medical | |
| 12/13/01 | 11^n | | |
| 12/17/01 | 915 | Percocet 5/325 i tab tid x 30 day — approved — approval faxed to pharmacy 12/17/01 745A/18 — aj  JACK MALEH, MD | |
| 12/21/01 | | T.O. Dr. Sarosi / Patricia Byam CNW  D/C Tylenol #3. | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIV
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBE[

HR201 REV. 5/94
CONNECTICUT DEPARTMENT OF CORRECTION
## HEALTH CONSULTATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, (INITIAL)): Davila, Neol

| CONSULTANT SPECIALTY | DATE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| Medical - Dr. J. Hallet | 12/13/01 | (M) F | B W (H) O | CCI-C |

**RELEVANT CLINICAL DATA/HISTORY/PREVIOUS WORK-UP:**
☐ FOR OUTSIDE CONSULTATION SEE ATTACHED UTILIZATION REVIEW REQUEST FORM

Inmate, who will be 31 y.o. (on 12/30/) is known to Medical. Has been stressed out due to pain in left knee. He asserts current medications are not helping and is in agony - He is on Paxil 2× po QD and Benadryl 50 mg po BID - Has been more depressed. What can be done for the Inmate?

E. Khorramzadeh MD                                    12/13/01

DOC PRACTITIONER SIGNATURE/TITLE:                     DATE

**CONSULTANT'S REPORT/FINDINGS/RECOMMENDATIONS** (PLEASE NOTE: DIAGNOSTIC OR THERAPEUTIC PROCEDURES NEED PRIOR APPROVAL BY THE DOC UTILIZATION MANAGEMENT UNIT):

Dr. K -
All information - send of URC, under consultation so that.

**RECOMMENDED TREATMENT PLAN:**

CONSULTANT SIGNATURE                                  DATE

**TREATMENT PLAN REVIEWED BY ATTENDING DOC PHYSICIAN/DENTIST:**
☐ APPROVED
☐ ALTERNATIVE PLAN:

☐ ADDITIONAL OUTSIDE SERVICES REQUIRE UTILIZATION MANAGEMENT UNIT APPROVAL

DOC PRACTITIONER SIGNATURE/TITLE:                     DATE

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

MENTAL HEALTH

Facility/Unit _____  Date  12-5-01

Inmate Name  NOEL DAVILA  Number  212726

Request  I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE MEDICATION PAXIL 20 mg (PINK) TO PAXIL (GREEN) 20 mg. I ANT TO SEE MY DOCTOR K.   THANK YOU!

Noel Davila

(continue on back if necessary)

Previous Action Taken _____

(continue on back if necessary)

Submitted to _____  Date Received _____

Acted on by _____

Action Taken and/or Response _____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit: MENTAL HEALTH

Date: 12-11-01

Inmate Name: NOEL DAVILA

Number: 212726

Request: SINCE I'VE BEEN TAKING this patie Green 20mg I am having this Pounding hedache, vomiting everything I eat hand be shaking alot, and alot of stomach pain, Please I want Se the Doctor K. thank You! Noel Davila

(continue on back if necessary)

Previous Action Taken _____

(continue on back if necessary)

Submitted to _____    Date Received _____

Acted on by _____

Action Taken and/or Response _____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit *Mental Health and Medical Unit*   Date 12-17-01

Inmate Name Noel Davila   Number 212726

Request: Doctor K I am still feeling weird I have alot of stomach Pain, Diarrea, Vomiting, This Headache Don't want to go away ny body still trembling alot, I want to Know whats wrong lith me I want to see a Doctor  Noel Ddula

(continue on back if necessary)

Previous Action Taken _____

(continue on back if necessary)

Submitted to _____   Date Received _____

Acted on by _____

Action Taken and/or Response _____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit _____    Date 12-22-01

Inmate Name Noel Davila    Number 212726

Request I have told the nurses that I would like to have xaz my Paxil Pink 20mg Not Paxil Green 20mg is causing me deffects, Vomiting, Stomach Pain, Diarrea, Pounding Headache Body Trembling and Body want to tistenor Believe me. I want to se the Doctor again please

(continue on back if necessary)

Previous Action Taken _____

Noel Davila

(continue on back if necessary)

Submitted to _____    Date Received _____

Acted on by _____

Action Taken and/or Response _____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____