FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.    2003 DEC 12 P 4:57

US CIV NO: 302 CV 652 (M.RK)(WIG)

NOEL DAVILA
,PLAINTIFF'S

— AGAINST —                         DATED: DECEMBER 5, 2003.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS, (DEFENDANT(S))

## MEMORANDUM OF LAW IN SUPPORT
## OF THE PLAINTIFF'S - MOTION FOR PARTIAL SUMMARY JUDGMENT.

ON JULY 14, 2003 OF PLAINTIFF, NOEL DAVILA FILED A MOTION FOR PARTIAL SUMMARY JUDGMENT IN SUPPORT, THERE OF THE PLAINTIFF OFFERS A SHORT CONSICE "STATEMENT PURSUANT TO FED. R. CIV. P. 56 AND LOCAL RULE OF CIVIL PROCEDURE RULE 9(C).

PLAINTIFF MAINTAINS THAT THERE ARE GENUINE ISSUE OF MATERIAL FACTS TO SUPPORT HIS MOTION FOR PARTIAL SUMMARY JUDGMENT.

PLAINTIFF IS A PRO-SE LITIGANT AND SHOULD BE GIVEN MORE LATITUDE THAN LITIGANTS REPRESENTED BY COUNSEL TO CORRECT DEFECTS IN PLEADING; SEE MOORE V. AGENCY FOR INTERN DEVELOPMENT, 994 F. 2d 874 (D.C. CIR. 1993).

Plaintiff's verified complaint could be considered as affidavit in support of motion for partial summary judgment, in that it is based on personal knowledge and set forth specific admissible in evidence; see McFLYEA v. BABBITT, 833 F.2d. 196 (9th Circ. 1987). And HOOKS v. HOOKS, 771 F.2d. 935 (6th Cir. 1985).

Plaintiff contend that he can (prove and) has demostrated by the evidence the set of facts in support of his motion for partial sumary judgment; (see ruling from Honorable Justice Stefan R. Underhill so ordered in Bridgeport Ct. this 20th day of June 2003.) (facts, and conclusion) (Also reports parties planning metting form 26(F), dated on January 14, 2003.)

In the defendant(s) memorandum of law in opposition to plaintiff's motion for partial summary judgment, first defendants contends that his opposition was plaintiff has not complied with Fed. R. Civ. P. 56 and Local Civil Rule 9(c) and 3, this carrier has been overcome with this memorandum of law and facts that there are on the issues the plaintiff is seeking partial summary judgment no genuine issue of material fact on the claims stated in the plaintiff's motion for partial summary judgment filed on July 14, 2003.

Plaintiff contends that partial summary judgment may be rendered on the issue of liability alone if there is an issue to the amount of damage,

PLAINTIFF FURTHER MAINTAINS THAT A PARTIAL SUMMARY "JUDGMENT IS NOT A FINAL JUDGMENT AND THEREFORE IS NOT APPEALABLE. THIS PARTIAL SUMMARY JUDGMENT IS MERELY A PRE-TRIAL ADJUDICATION THAT CERTAIN ISSUES SHALL BE DEEMED ESTABLISH FOR THE TRIAL OF THE CASE.

THIS ADJUDICATION IS MORE NEARLY A KIND TO THE PRELIMINARY ORDER UNDER RULE 16, AND LIKEWISE SERVES THE PURPOSE OF SPEEDING UP LITIGATION BY ELIMINATING BEFORE TRIAL MATTERS WHEREIN THERE IS NO GENUINE ISSUE OF FACT. (SEE LEONARD V. SOCONY OIL CO., C.C.A. 7 1992, 130 F. 2d 214; 3 MOORE'S FEDERAL PRACTICE 1938, 3190-3192.)

PLAINTIFF CONTENDS THAT THE DEFENDANT(S) HAVE ONLY OFFERED PARTIAL DOCUMENTS OF QUESTIONS IN ATTEMPT TO TWIST AND DEVIATE THE COURTS RULING IN HIS FAVOR AND THAT MANDATES DENIAL OF DEFENDANTS' OBJECTION/OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT.

## CONCLUSION

FOR ALL THE REASONS ABOVE, THE PLAINTIFF REQUEST THAT THE DEFENDANT(S)' MOTION IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT BE DENIED.

BY: PLAINTIFF

*Noel Davila*
NOEL DAVILA
P.O BOX 5500
NEWTOWN CT. 06470.

DATED: 12-5-2003.

-4-

# CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE PREPAID, THIS __5__ DAY OF DECEMBER 2003 TO:

By: *Noel Davila*
NOEL DAVITA - PRO-SE

TO: HONORABLE JUSTICES

   MR. MARK R. KRAVITZ (JUDGE).

   MR. WILLIAM I. GARFINKEL (JUDGE).

   U.S. COURTHOUSE

   141 CHURCH STREET

   NEW HAVEN CT. 06510.

TO: ATTORNEY FOR THE DEFENDANT(S)

   MR. THOMAS H. WINSLOW

   321 MAIN STREET

   FARMINGTON CT. 06032

DATED: 12-5-2003.

By: *Noel Davila*
NOEL DAVITA - PRO-SE.
P.O. BOX 5500
NEWTOWN CT. 06470

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

TO: CLERK OF THE CLERK
MARY E. LARSEN
U.S. COURTHOUSE
915 LAFAYETTE B.L.V.D.
BRIDGEPORT CT. 06604

DEC 12 2003

DATE: DECEMBER 5, 2003.

FROM: NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470.

RE: DAVILA V. SECURE PHARMACY (1ST) PLUS,
AMERICAN SERVICE GROUP INC. AND AGENTS.
(CIVNO: 302CV652)(M.R.K.)(WIG).

DEAR M.S. LARSEN:

PLEASE PLACE THE ATTACHED LITIGATION, PLAINTIFF'S REPLY MOTION TO DEFENT(S) OPPOSITION TO PLANTIFF MOTION FOR SUMMARY (PARTIAL) JUDGMENT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AFFIDAVIT IN SUPPORT OF PLAINTIFF MOTION FOR PARTIAL SUMMARY JUDGMENT, AND LOCAL RULE 9(C) STATEMENT, BEFORE THE PRESIDING JUSTICE WITHIN YOUR COURT FOR DISPOSITION, ALSO AN UP-DATED DOCKET RECORD SHEET AFTER SUBMITTING THE MOTIONS.

DATED: 12-5-2003.

RESPECTFULLY SUBMITTED,
Noel Davila
P. O BOX 5500
NEWTOWN CT. 06470