DEC 12 2003                    FILED

UNITED STATES DISTRICT COURT
   DISTRICT OF CONNECTICUT          2003 DEC 19 P 3:39

                                    CIV NO: 3:02CV652(MRK)(WIG).

NOEL DAVILA
          , PLAINTIFF

— Against —                         DATED: DECEMBER 5, 2003.

SECURE PHARMACY plus, AMERICAN
SERVICE group INC. AND AGENTS (DEFENDANT(S))

**PLAINTIFF'S REPLY MOTION TO DEFENDANT(S) OPPOSITION TO PLAINTIFF MOTION FOR PARTIAL SUMMARY JUDGMENT.**

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY (PARTIAL) JUDGMENT.**

(PURSUANT TO FED.R.CIV.P. 56 AND LOCAL RULE 9(C) AND PRESENT A SHORT OR CONCISE STATEMENT MANTAINIES THAT THERE ARE GENUINE OF MATERIAL OF FACTS ON PLAINTIFFS 8th AMENDMENT CONSTITUTIONAL RIGHTS VIOLATION AND A GENUINE ISSUE OF MATERIAL OF FACT ON THE CLAIMED NEGLIGENCE AND PROFFESSIONAL MALPRACTICE.

                                    BY: Noel Davila
                                        NOEL DAVILA
DATED: 12-5-2003                    P.O BOX 5500
                                    NEWTOWN CT. 06470.

I, PLAINTIFF, NOEL DAVILA, BEING DULY SWORN, DEPOSES AND SAY:

I AM THE PLAINTIFF'S IN THE ABOVE CAPTION CASE; I MAKE THIS AFFIDAVIT IN SUPPORT OF PLAINTIFF MOTION FOR PARTIAL SUMMARY JUDGMENT.

DATED: 12-5-2003.

By: *Noel Davila*
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470.

**I.**

**[A]** 1) THE COMPLAINT IN THIS CASE ALLEGES THAT THE PLAINTIFF'S WAS SUBJECTED TO THE MISUSE OF DEFENDANT(S) ACTS, POLICIES, PRACTICES, PROCEDURES WERE NOT EXERCISE BY THE DEFENDANT(S), AMERICAN SERVICE GROUP INC. SECURE PHARMACY (IST) AND AGENTS, WICH GAVE THE PLAINTIFF THE WRONG-MEDICATION, WICH PLAINTIFF'S WAS ALLERGIC TO.

**[B]** 1) THEIR ACTIONS FROM THE DEFENDANT(S) AMERICAN SERVICE GROUP INC., SECURE PHARMACY (IST) PIOS AND AGENTS COULD ALMOST "COST PLAINTIFF'S LIFE" AND A NUMBER OF SIDE-EFFECTS, WICH INCLUDES, <u>DIZZINESS, MIND GOING BLANCK, POUNDING HEADACHE, STOMACH PAIN, NAUSEA, DIARRHEA, VOMITING, LOST 15 POUNDS</u>, AND OTHER RELATED SYMPTOMS AS <u>HAND A BODY TREMBLING</u> FOR 5 OR 6 WEEKS OF SUFFERING. (SEE ATTACHED MEDICAL RECORDS)
(JANUARY 10, 2002)

**[C]** 1) PLAINTIFF'S ALLEGES, "CRUEL AND UNUSUAL PUNISHMENT,

DELIBERATE INDIFFERENCE AS A VIOLATION OF THE 8TH AMENDMENT "PROHIBITION AGAINST UNECESSARY INFLICTION OF PAIN, WICH THE CONSTITUTION DOES NOT ALOUD IT, PHARMACIST PROFFESSIONAL MALPRACTICE, NEGLIGENCE, "CIVIL RIGHTS VIOLATION" UNDER COLOR OF STATE LAW," AND A DECLARATORY JUDGMENT THAT ALL STEAM FROM THE DISTRIBUTION OF AN INCORRECT MEDICATION BY THE DEFENDANT(S) AMERICAN SERVICE GROUP INC., SECURE PHARMACY (1ST) AND AGENTS. THE PLAINTIFF'S DID "SUFFER" A "GREAT DEAL" FROM THE DEFENDANTS AND AGENTS ON MISLABELING AND SENDING THE WRONG MEDICATION TO AND CONSUMED BY PLAINTIFF, (SEE ATTACHED RECORD FROM SIDE-EFFECT FROM THE DOCTOR JAN 10, 2002, 1-24-02, ALSO ATTACHED REQUESTS. (ALSO CONSPIRACY CLAIMS)

[D] STATEMENT OF FACTS FROM HONORABLE JUSTICE JUDGE STEFAN R. UNDERHILL ON SO ORDERED IN BRIDGEPORT, CONNECTICUT THIS 20th DAY OF JUNE, 2003. (U.S. DISTRICT JUDGE).

1- THE COURTS ACCEPTS AS TRUE THE FOLLOWING FACTS, TAKEN FROM THE COMPLAINT:

(a) ON DECEMBER 13, 2001 THE PLAINTIFF WENT TO SEE THE PRISON PSYCHIATRIST CONCERNING HIS PRESCRIPTION FOR PAXIL (PINK) 20 mg IN DOSAGE. THE PLAINTIFF CLAIMED THAT THE PAXIL CAPSULE THAT THE PHARMACY HAD ORIGINALLY PROVIDED HIM HAD BEEN PINK, BUT THAT HE WAS NOW GETTING A GREEN CAPSULE.

(b) THE PLAINTIFF COMPLAINED THAT HE WAS

EXPERIENCING "DIZZINES, NAUSEA, DIARRHEA AND VOMITING". ON DECEMBER 26, 2001, THE PLAINTIFF WAS EXAMINED BY A NURSE AT THE FACILITY, THE PLAINTIFF COMPLAINED THAT HE WAS NOT FEELING WELL.

(C) THE NURSE INFORMED THE PLAINTIFF'S THAT THE PHARMACY HAD MISTAKENLY ISSUE HIM THE WRONG-MEDICATION, WICH DEFENDANTS ISSUE PLAINTIFF 4 mg. OF "RISPERDAL", PSZCHOFRENIC (green CAPSULE) MEDICATION, INSTEAD THE PROPER MEDICATION "PAXIL" (PINK) 20mg. CAPSULE.

(D) THE PLAINTIFF STATED THAT HE NO LONGER WANTED TO TAKE THE green CAPSULE FORM OF PAXIL AND REQUESTED AN APPOINTMENT TO SEE THE PSYCHIATRIST; DR KHORRAMZADEH SO THAT HE COULD CHANGE HIS MEDICATION.

(E) ON JANUARY 24, 2002, THE PLAINTIFF INFORMED THE PSYCHIATRIST THAT HE NO LONGER WANTED TO TAKE PAXIL. THAT DAY, THE PSYCHIATRIST CHANGE THE PLAINTIFF'S MEDICATION TO REMERON. THE PLAINTIFF SEEKS COMPENSATORY DAMAGES, PUNITIVE DAMAGES AND DECLARATORY RELEIF FROM THE DEFENDANTS AND AGENTS.

(F) THE COURTS NOTES, HOWEVER, THAT THE PLAINTIFF'S COMPLAINT MAY ALSO BE LIBERALLY CONSTRUED AS RAISING A STATE LAW CLAIMS FOR NEGLIGENCE AND MALPRACTICE. BECAUSE IT IS APPARENT THAT DIVERSITY

OF CITIZENSHIP EXISTS BETWEEN THE PARTIES AND THE RELEIF REQUEST EXCEEDS THE AMOUNT IN CONTROVERY REQUIREMENT. THE COMPLAINT WILL PROCEED ON THE PlAINTIFF'S STATE LAW CLAIMS PURSUANT TO THE COURT'S DIVERSITY JURISDICTION. SEE 28 U.S.C. § 1332(a)(1).

## II STATEMENT OF UNDISPUTED FACTS: (SEE FORM 26(F), REPORTS PARTIES PLANNING METTING).

[A] 1) ON JANUARY 6, 2003, PlAINTIFF NOEL DAVILA HAD SIGNED A FORM 26(F) PARTIES PLANNING TO MEETTING AND ATTORNEY FOR THE DEFENDANTS, AMERICAN SERVICE GROUP INC., SECURE-PHARMACY PLUS AND AGENTS, THOMAS H. WINSLOW CERTIFY AS FOLLOWS: (DATE ATTORNEY SIGNED JANUARY 14, 2003.

(a) STATEMENT OF UNDISPUTED FACTS. COUNSEL AND PRO SE-PARTY (PlAINTIFF CERTIFY THAT THEY HAVE MADE A GOOD FAITH ATTEMPT TO DETERMINE WHETHER THERE ARE ANY MATERIAL FACTS THAT ARE NOT IN DISPUTE.

(b) THE PARTIES STATE THAT THE FOLLOWING MATERIAL FACTS ARE UNDISPUTED:

(i) PlAINTIFF IS A PRISONER AND "CONSUMED MEDICATION WHILE A PRISONER".

(ii) SECURE PHARMACY PLUS IS NOT EMPLOYEE OF THE PRISON SYSTEM AND WAS HIRED AS AN INDEPENDENT CONTRACTOR BY A THIRD-PARTY TO PROVIDE PRESCRIPTION SERVICES

- 6 -

TO PRISONERS.

[B] STATEMENT OF THE CASE:

1. THIS IS A CIVIL RIGHTS CASE FILED UNDER 42. U.S.C. 1983 BY A STATE PRISONER AND ASSERTING CLAIMS FOR THE UNCONSTITUTIONAL MIS-USE OR FAILING TO PRESCRIBE THE RIGHT MEDICATION ORDERED BY PRISON DOCTORS, AMERICAN SERVICE GROUP INC., SECURE PHARMACY (IST) PLUS AND AGENTS OWNS THE PLAINTIFF'S THE FOLLOWING:

(a) DUTY - THAT THE DEFENDANT(S) AMERICAN SERVICE GROUP INC., SECURE PHARMACY (IST) PLUS AND AGENTS HAD A SPECIFIC DUTY OF CARE OWED TO THE PLAINTIFF.

(b) BREACH - THAT SAID DUTY WAS BREACHED BY THE DEFENDANT(S) AMERICAN SERVICE GROUP INC., SECURE PHARMACY (IST) PLUS AND AGENTS WHEN THEY FAIL TO INSPECT MEDICATIONS BEFORE WAS SENT OUT OF THE PHARMACY (IST). DEFENDANTS ACTS, POLICIES, PRACTICES, PROCEDURES AND REQUIREMENTS WERE NOT EXERCISE AND WAS THE PROXIMATE CAUSE OF THE INJURIES SUSTAIN AND SUFFERED.

(c) CAUSATION - THAT SAID BREACH CAUSED THE INJURY.

(d) DAMAGES - SOME PHYSICAL OR MENTAL, OR EMOTIONAL INJURY RESULTED.

WHEREFORE, THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY SHOULD BE GRANTED.

OR: I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. PURSUANT TO 28. U.S.C. §1746, AND 18 U.S.C. §1621.

*Noel Davila*
NOEL DAVILA - PRO-SE

## CERTIFICATION

I, PLAINTIFF NOEL DAVILA HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED ON THE FOLLOWING 5 DAY OF DECEMBER 2003 TO:

BY: *Noel Davila*
NOEL DAVILA - PRO-SE

TO: HONORABLE JUSTICES
MR. MARK R. KRAVITZ (JUDGE)
MR. WILLIAM I. GARFINKEL (JUDGE)
U.S. COURTHOUSE
141 CHURCH STREET
NEWHAVEN CT. 06510.

TO: ATTORNEY FOR THE DEFENDANT(S).
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT, 06032

BY: *Noel Davila*
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470

DATED: 12-5-2003.