UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

        Plaintiff,

V.

SECURE PHARMACY PLUS

        Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

DECEMBER 19, 2003

### DEFENDANT'S REPLY MEMORANDUM OF LAW IN SUPPORT OF SECOND MOTION TO DISMISS OF DEFENDANT SECURE PHARMACY PLUS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

On November 24, 2003, the defendant, Secure Pharmacy Plus, filed a second motion to dismiss directed towards plaintiff's undated June of 2003 Amended Complaint. Plaintiff, in a December 1, 2003, Second Motion In Opposition/Objection postmarked on December 11, 2003 and received on an uncertain date, opposed the Second Motion to Dismiss. The Second Motion in Opposition/Objection claims American Service Group, Inc is now a named defendant. This is not correct. While Secure Pharmacy Plus is a defendant, American Service Group, Inc. is not a party defendant and cannot be considered part of a civil rights conspiracy claim.

A review of the court file indicates that plaintiff has not served a summons and amended complaint on American Service Group, Inc. pursuant to the Federal Rules of Civil Procedure or the Local Rules of Civil Procedure. Furthermore, he has not requested or sent a request for waiver of service to American Service Group, Inc., a corporation, under the same rules. Plaintiff Davila has also not commenced any third-party practice or sought to join additional persons needed for just adjudication or joined other parties under the Federal Rules of Civil Procedure. For this reason alone, the court should not construe American Service Group, Inc. as a defendant.

A review of plaintiff's June of 2003 Amended Complaint confirms that American Service Group, Inc. is not a defendant. Under Section III entitled "Statement of Facts" at paragraph 2, plaintiff Davila lists the defendant as Secure Pharmacy Plus. (Page 2 of Plaintiff's Motion/Amended Complaint) Paragraph 2 states "[d]efendant Secure Pharmacy Plus Company is and at all times herein mentioned was a corporation organized and existing by virtue of the laws of the state of Hanover Maryland as a prison care provider who operates as a private contractor." Nowhere in paragraph 2 does it mention American Service Group, Inc.

Similarly, part B in Section V (Legal Claims) is entitled "42 U.S.C. Sections 1985, 1986; Civil Rights Conspiracy Claims". (Page 6 of Plaintiff's Motion/Amended Complaint). In paragraphs one through four, plaintiff only recites defendant Secure Pharmacy Plus as committing civil rights conspiracy claims. As such, under the terms of plaintiff civil rights conspiracy claims, the only defendant is Secure Pharmacy Plus. Accordingly, the court cannot consider American Service Group, Inc. as a defendant. If American Service Group, Inc. is not a defendant, it cannot be considered part of a civil conspiracy claim as claimed by plaintiff.

Finally, plaintiff makes all the same arguments in opposing the second motion to dismiss as he did in opposing the first motion to dismiss for all the refiled claims except for the new claim of civil conspiracy and the pre-existing claims of negligence and professional malpractice. Defendant, Secure Pharmacy Plus, again reincorporates all the arguments in its November 8, 2002 Memorandum of Law in Support of Motion to Dismiss and December 10, 2002 Reply Memorandum of Law in Support of Motion to Dismiss in support of this second motion to dismiss for failure to state a claim upon which relief can be granted as if fully incorporated herein. These arguments should be applied to all the refiled claims and causes of action in the

amended complaint except for the negligence and professional malpractice and new claim of civil conspiracy.

For all the above reasons, the defendant moves that its second motion to dismiss also be granted.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
   Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 19th day of December, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427