UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA

2003 DEC 22 P 2: 49

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.                              DECEMBER 19, 2003

DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION ON
PLAINTIFF'S MOTION IN OPPOSITION OF DEFENDANT'S MOTION OF DEPOSITION

On October 10, 2003, defendant Secure Pharmacy Plus filed a motion to take the deposition of prisoner and plaintiff Noel Davila. That motion was granted in a decision of William I. Garfinkel, United States Magistrate Judge, signed on November 12, 2003 and filed on November 13, 2003.

The plaintiff's deposition was re-noticed for December 11, 2003 at 9:00 a.m. at Garner Correctional Institute. When counsel and the court reporter arrived for the deposition, plaintiff showed counsel an unsigned and uncertified one page November 24, 2003 motion seeking a reconsideration of Magistrate Garfinkel's decision granting defendant's right to take plaintiff's deposition. Furthermore, plaintiff Davila never advised counsel by telephone or fax that the motion for reconsideration had been filed and the deposition was not going forward.

On December 16, 2003, the undersigned counsel received a December 15, 2003 postmarked envelope containing a three-page November 24, 2003 document entitled "Plaintiff's Motion for Reconsideration on Plaintiff's Motion in Opposition of Defendant's Motion of Deposition". Defendant's counsel never received the one-page document he was shown at the December 11,

2003 deposition. Defendant Secure Pharmacy Plus now objects to plaintiff's motion for reconsideration dated November 24, 2003.

Defendant objects because plaintiff did not file the motion for reconsideration within 10 days of the filing of the decision or order from which relief is sought as required by Loc. R. Civ. P. 9(e). The motion is dated November 24, 2003 and was not filed within 10 days of November 13, 2003. Defendant also objects because plaintiff has not set forth concisely the matters or controlling decisions which counsel believes the court overlooked in the initial decision or order as required in Loc. R. Civ. P. 9(e). The November 12, 2003 decision of Magistrate Garfinkel states "plaintiff has set forth no valid reasons for precluding the defendant from taking his deposition". In fact in the motion for reconsideration, plaintiff cites to no decisions and only mentions his discovery compliance and the advantages and disadvantages of a deposition for the parties. Plaintiff has not cited to any case that prevents the plaintiff's deposition from taking place. As such, the original November 12, 2003 decision of Magistrate Garfinkel was correct and the plaintiff's motion for reconsideration should be denied.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 19th day of December, 2003 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427