FILED

1 OF 8

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN -8  P 2: 34

US DISTRICT COURT
CIV BRIDGEPORT 02CV0652 (MRK)(WIG)

NOEL DAVILA
   , PLAINTIFF

— AGAINST —

DATED: DECEMBER 22ND, 2003.

SECURE PHARMACY PLUS, (ist), AMERICAN
SERVICE GROUP INC. AND AGENT(S).
          , DEFENDANTS

PLAINTIFF REPLY MOTION/OBJECTION TO DEFENDANT(S) SECURE PHARMACIST PLUS, AMERICAN SERVICE GROUP INC. (AGENT(S)). MOTION FOR CONTINUED FAILURE TO SEND DOCUMENTS TO DEFENDANT(S) COUNSEL ON A TIMELY BASIS BASED ON DOCUMENT DATE, CERTIFICATION DATE AND; DISMISSAL, COSTS, ATTORNEY FEES, SANCTIONS AND/OR ORDERS AGAINST PLAINTIFF NOEL DAVILA FOR FAILING TO ATTEND HIS SCHEDULING DEPOSITION AND TO FILE A MOTION FOR RECONSIDERATION OR PROTECTIVE ORDER PRIOR TO HIS DEPOSITION.

PURSUANT TO THE CONNECTICUT CIVIL RULES AND PROCEDURES. THE PLAINTIFF HEREBY OBJECTS TO THE ABOVE DEFENDANTS MOTION ON THE FOLLOWING GROUNDS AND POINTS. (ATTACHED AFFIDAVIT).

DATED: DECEMBER 22ND, 2003.

PLAINTIFF,

Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

## STATEMENT OF FACTS

ON - OCTOBER 10, 2003 DEFENDANT(S) SECURE PHARMACIST PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) FILED A MOTION TO TAKE DEPOSITION OF PRISONER AND PLAINTIFF NOEL DAVILA.

THAT MOTION WAS GRANTED IN A DECISION OF HONORABLE JUSTICE MAGISTRATE WILLIAM I. GARFINKEL SIGNED ON NOVEMBER 12, 2003.

ON - NOVEMBER 24, 2003, PLAINTIFF HAS FILED A MOTION FOR RECONSIDERATION ON PLAINTIFF MOTION IN OPPOSITION OF DEFENDANTS MOTION OF DEPOSITION. ON - DECEMBER 11, 2003 AROUND 10:30AM AT GARNER CORRECTIONAL INSTITUTION, COUNSEL FOR THE DEFENDANT(S) AND THE COURT REPORTER ARRIVE AT THE INSTITUTION FOR THE DEPOSITION OF PLAINTIFF.

PLAINTIFF SHOWED COUNSEL AN SIGNED 3 PAGES MOTION WITH CERTIFICATION IN OPPOSITION OF DEFENDANT(S) MOTION OF DEPOSITION FOR THE FOLLOWING REASONS (SEE ATTACHED MOTION(S)), ON (NOVEMBER 24, 2003), FURTHERMORE PLAINTIFF HAS SERVED COUNSEL WITH ALL MOTION SUBMITTED TO THE COURT INCLUDING BUT NOT LIMITED WITH THE MOTION FOR RE-CONSIDERATION IN A TIMELY MATTER.

PLAINTIFF DID FILE THE MOTION FOR RE-CONSIDERATION WITHIN 10 DAYS OF THE FILING OF THE DECISION OR ORDER FROM WICH RELIEF IS SOUGHT AS REQUIRE BY LOCAL R. CIV. P. 9(e).

PLAINTIFF RECEIVE THE HONORABLE JUSTICE MAGISTRATE WILLIAM I. GARFINKEL ORDER AND RULING ON NOVEMBER 16, 2003, IT WAS 7 DAYS LATER NOVEMBER 24,

2003, THAT PLAINTIFF FILE HIS MOTION FOR RE-CONSIDERATION, NOT INCLUDING WEEKENDS AS PER YOUR HONORABLE COURT CALENDER, ONCE PLAINTIFF PLACE HIS LEGAL CORRESPONDENCE ON THE MAIL BOX, ITS UP-TO CUSTODY TO TAKE THE PROPER MEASURES, PROCEDURES ON HANDLING THE MAIL. (SEE ATTACHED LETTER FROM THE MAIL ROOM).

THE NOVEMBER 12, 2003 DECISION OF HONORABLE JUSTICE MAGISTRATE GARFINKEL STATES "THAT THE DEFENDANT(S) MOTION FOR EXTENTION OF SCHEDULING ORDERS FROM OCTOBER 27, 2003 TO NOVEMBER 27, 2003 TO TAKE THE DEPOSITION OF PLAINTIFF NOEL DAVILA.

SECTION 2 OF THAT ORDER INDICATED THAT All DISCOVERY UNDER FED. R. CIV. P. 26 THROWGH 37 SHALL BE COMPLETED BY OCTOBER 27, 2003, THE DEFENDANTS MOVES TO EXTEND THE DISCOVERY DEADLINE FOR AN ADDITIONAL 30 DAYS UNTIL NOVEMBER 27, 2003 TO COMPLETE THE PLAINTIFF DEPOSITION THAT IS CURRENTLY SCHEDULE FOR "NOVEMBER 14, 2003", NOT "DECEMBER 11, 2003".

THE DEFENDANT(S) COUNSEL, ATTORNEY M.R. THOMAS H. WINSLOW PURSUANT TO FED. R. CIV. P. HEREBY GIVES NOTICE THAT THE ATTORNEY WILL TAKE OF PLAINTIFF, NOEL DAVILA, ON FRIDAY NOVEMBER 14, 2003 AT 9:30 AM AT GARNER CORRECTIONAL INSTITUTION, 50 NUNNAWAUK R.d. NEWTOWN CONNECTICUT, 06470 BEFORE A NOTARY PUBLIC OR OTHER PROPER PERSON WHO WILL STENOGRAPHICALLY RECORD THE DEPOSITION.

ATTORNEY FOR THE DEFENDANT(S) M.R. THOMAS H. WINSLOW

NEVER SHOWED UP OR COMPLY WITH THE COURT ORDER TO DEPOSE THE PLAINTIFF ON FRIDAY NOVEMBER 14, 2003.

DEFENDANT(S) COUNSEL NEVER WROTE OR EXPLAINED PLAINTIFF ANY REASON(S) WHY THEY DID NOT APPEAR.

THE DEFENDANT(S) MOTION FOR EXTENTION OF TIME OF SCHEDULING ORDERS HAS EXPIRE AND WAS NEVER RENEW OR RE-SUBMITTED TO YOUR HONORABLE COURT.

WHEN COUNSEL FOR THE DEFENDAT(S), THOMAS H. WINSLOW AND THE COURT REPORTER ARRIVED FOR THE DEPOSITION ON DECEMBER 11, 2003 AT 10:30 A.M. AT GARNER CORRECTIONAL INSTITUTION, PLAINTIFF HAS MADE THEM AWARE AND EXPLAINED EVERYTHING REGARDING ALL LEGAL MATTERS AND CONCERNS TO THE COUNSEL.

42 U.S.C. § 1988. SEE ALSO HENSLEY V. ECKERHART, SUPRA NOTE 506; KNIGHTON V. WATKINS; id AT 798-99, AND CASES CITED. MAINE V. THIBOUTOT, 448, U.S. 1, 100 S.Ct. 2502 (1980); MAHER V. GAGNE, 448 U.S. 122, 100 S.Ct. 2570 (1980). SEE generally LARSON, FEDERAL COURT AWARDS OF ATTORNEYS FEES (HARCOURT BRACE JOVANOVICH, PUBLISHERS, 1981.

S. REP. NO. 94-1011, 94th CONG., 2d. SESS., 5 (1976). PLAINTIFF MAY BE DEEMED TO HAVE PREVAILED NOT ONLY THROUGH FINAL JUDGMENT BUT ALSO THROUGH SETTLEMENTS AND CONSENT DECREES, THROUGHT VOLUNTARY COMPLIANCE BY THE DEFENDANTS WHERE THE PLAINTIFFS LAWSUIT CAN FAIRLY BE VIEWED AS HAVING PROVIDED THE

CATALYST FOR DEFENDANT(S)' ACTIONS, AND EVEN THROUGH POST- AND SOMETIMES PRE-LAWSUIT ADMINISTRATIVE PROCEEDING. LARSON, "ATTORNEYS FEES - MAYOR ISSUES," REPRESENTING PRISONERS, p. 930 (PRACTICING LAW INSTITUTE, 1981).

OWENS-EL V. ROBINSON, 694 F. 2d 941 (3d cir. 1982); PITTS V. VAUGHN, 679 F. 2d 311 (3d cir 1982); CROOKER V. U.S. DEPARTMENT OF JUSTICE, 632 F. 2d 916 (1st cir. 1980) (FOIA); DAVIS V. PARRAT, 608 F. 2d 717 (8th cir 1979); HANNON V. SECURITY NATIONAL BANK, 537 F. 2d 327 (9th cir. 1976) (TRUTH IN LENDING ACT);

PORTER V. WINDHAM, 550 F. Supp. 687 (W.D. OKLA. 1981), CONTRA, COX V. U.S. DEPARTMENT OF JUSTICE, 601 F. 2d 1 (D.C. cir. 1979) (FOIA).

SEVERAL COURTS HAVE ALLOWED FEES TO PRO-SE LITIGANTS WHO NOT ONLY ACTED AS THEIR OWN ATTORNEY BUT IN FACT WERE ATTORNEYS. AND FAILURE TO RULE MY WAY WILL RESULT IN UNFAIRNESS OR INJUSTICE IN THIS CASE.

WHEREFORE, I RESPECTFULLY MOVE YOUR HONORABLE COURT TO DENIED THE DEFENDANT(S) AND AGENT(S) MOTION AND TO IMPOSED SANCTIONS AGAINST DEFENDANT(S) FOR ANNOYING HARRASSING THE COURT, PLAINTIFF, AND AWARD PLAINTIFF COSTS, ATTORNEY'S FEES AND OR ANY OTHER REMEDY THE COURT DEEMS APPROPRIATE.

PLAINTIFF, Noel Davila

DATE: DECEMBER 22ND, 2003.

NOEL DAVILA-PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

NOEL DAVILA
, PLAINTIFF

CIV NO: 3:02cv652 (M.RK)(W.IG).

—AGAINST—

DATE: DECEMBER 22ND, 2003.

SECURE PHARMACIST PLUS, AMERICAN
SERVICE GROUP INC. AND AGENT(S).
, DEFENDANT(S)

## AFFIDAVIT

I, THE PLAINTIFF, NOEL DAVILA DECLARES UNDER THE PENALTY OF PERJURY, PURSUANT TO 28. U.S.C. § 1746, 18. U.SC. 1621, THAT I AM THE PLAINTIFF IN THE ABOVE CAPTION CASE, UNSWORN DECLARATION. (SEE ATTACHED MOTIONS).

PLAINTIFF CONTENDS THAT THIS CORRECTIONAL INSTITUTION DOES NOT TREAT MAIL TO LAWYERS THE SAME AS MAIL TO THE COURT.

PLAINTIFF IS INCARCERRATED AND CAN NOT CONTROL THE MAIL-ROOM, PLAINTIFF FURTHER CONTENDS THAT HE HAS SENT THE DEFENDANT(S), ATTORNEY THOMAS H. WINSLOW COPIES OF ALL MOTIONS SENT TO THE COURT, AND THAT COUNSEL IS ATTEMPTING TO DEVIATE, TWIST THE FACTS IN HIS FAVOR (SEE THE DEFENDANT(S) MOTION IN WICH THEY ATTACHED ALL PLAINTIFF MOTIONS ON 12-19-2003.).

ATTORNEY FOR THE DEFENDANT(S), M.R. THOMAS H. WINSLOW, LLC. IS A OFFICER OF YOUR HONORABLE COURT WHO'S TOOK AN OATH AND HE IS

IS A COMPULSING LIAR, AND CONTRADICTING HIMSELF.

PLAINTIFF OBJECTS TO THE DEFENDANT(S) DESPERATE CRY FOR SANCTIONS, COSTS, ATTORNEY'S FEES AND OR ANY OTHER REMEDY.

PLAINTIFF IS A PRO-SE AND IS NOT ENTITLED TO AWARD OF ATTORNEY FEES, EVEN IF SUCCESSFUL IN HIS CIVIL RIGHTS ACTION. SEE- GONZALEZ V. KANGAS; 814 F.2d. 1411 (1987).

PLAINTIFF IS PRO-SE AND INCARCERATED AND ONLY HAS TO DELIVERE ALL LEGAL MAIL OR OTHER WISE TO PRISON AUTHORITIES FOR MAILING, RATHER THAN BY ACTUALLY FILING WITH CLERK OF COURT'S AS IS GENERALLY REQUIRE, PLAINTIFF HAS COMPLIED AT ALL TIMES. SEE LA BOUNTY V. ADLER; 933 F.2d. 121 (2ND CIR 1991).

PLAINTIFF ASK AND PRAY TO YOUR HONORABLE COURT TO TAKE UNDER CONSIDERATION THAT HE IS PRO-SE AND THAT HIS COMPLAINT BE GIVEN A FAIR AND MEANINFUL CONSIDERATION, AND BE LIBERALLY CONSTRUED INARTFULLY PLEADED. SEE- TALLEY V. LANE; 13 F.3d. 1031 (7TH CIR 1994).

PLAINTIFF HAS/IS "ATTEMPTING TO LITIGATE IN GOOD FAITH" AND REQUEST YOUR HONORABLE TO IMPOSE SANCTIONS AGAINST THE DEFENDANT(S) FOR LYING TO THE COURT, IN BAD FAITH, HARRASSING AND FALSELY ACUSSING PLAINTIFF IS NOT COMPLYING.

PLAINTIFF PRAY'S TO YOUR HONORABLE COURT TO DISMISS THE DEFENDANT(S) REQUEST FOR SANCTIONS, COSTS, ATTORNEY'S FEE, AND/OR ANY OTHER REMEDIES AS FRIVOLOUS AND IN BAD FAITH, WHOLLY WITHOUT MERIT DONE WITH

EVIL EYE AND UNEVEN HAND.

PLAINTIFF HAS NOT BEEN ABLE TO OBTAIN DISCOVERY FROM THE DEFENDAT(S) ATTORNEY DUE TO OBJECTIONS TO All PLAINTIFF'S DISCOVERY ISSUES.

PLAINTIFF DECLARES UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT; PURSUANT TO 28.U.SC. § 1746; 18 U.SC. 1621.

DATED: 12-22-2003.

*Noel Davila*
NOEL DAVILA - PRO-SE.

WHEREFORE, I RESPECTFULLY MOVE YOUR HONORABLE COURT TO IMPOSE A SANCTIONS AGAINST DEFENDANT(S) ATTORNEY'S, THEY HAVE BROKE THEIR OWN OATH, AND TO AWARD MONEY DAMAGES TO THE COURT, AND PLAINTIFF.

## CERTIFICATION

I, NOEL DAVILA PLAINTIFF CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THE 22ND DAY OF DECEMBER 2003 TO:

TO: HONORABLE JUSTICES:
  MR. MARK R. KRAVITZ (JUDGE)
  MR. WILLIAM I. GARFINKEL (JUDGE).
  U.S. COURTHOUSE
  141 CHURCH ST.
  NEW HAVEN CT. 06510.

TO: ATTORNEY'S FOR THE DEFENDANT(S)
  MR. THOMAS H. WINSLOW.
  321 MAIN STREET
  FARMINGTON CT. 06032.
  DATED: 12-22-03.

BY: *Noel Davila*
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470



## Inmate Request Form
### Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** NOEL DAVILA
**Inmate no.:** 212726
**Facility:** GARNER
**Housing unit:** A-218
**Date:** 8-14-03

**Request:** (TO: MAIL CLERK): I AM WRITING YOU REGARDING A LEGAL CORRESPONDENCE THAT I HAVE RECIEVE ON 8-14-03, THIS IS THE 3RD (really!!) TIME THAT MY OUTCOMING LEGAL MAIL HAS BEEN TAMPER WITH, THIS IS ⊗ OUTSDIDE OF THE SCOPE OF THE PRISONS RULES AND REGULATIONS, PLEASE DO NOT OPEN MY LEGAL OR PRIVILEGED CORRESPONDENCE, AND DON'T HOLD MY LEGAL MAIL.

SINCERELY YOURS,

C.C. File    No[signature]

**Previous Action Taken:**

**Submitted to:**
**Date:**
**Acted on by:**

**Action Taken and/or Response:** For your information NO one here opens legal mail, or hold it for that matter, what goes on after mail leaves the mailroom is out of my hands legal mail is done daily and sometimes it may come inter office opened

**Response to Inmate Date:** 8-15-03
**Staff Member Signature:** mail Clerk