DEC 17 2003

1 OF 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN N6: 308: 652 (M·RK·)(WIG)

NOEL DAVILA

US DISTRICT COURT
BRIDGEPORT CT

, PLAINTIFF

— AGAINST —

DATE: NOVEMBER 24, 2003

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS.
, DEFENDANTS

## PLAINTIFF'S MOTION FOR RECONCIDERATION ON PLAINTIFF MOTION IN OPPOSITION OF DEFENDANT(S) MOTION OF DEPOSITION.

Pursuant to Fed R. Civ. P. the Plaintiff Noel Davila hereby gives notice that the undersigned Plaintiff request your honorable court to a motion for reconcideration on plaintiff motion in opposition of the defendant(s) motion of deposition for the following reasons: (See attached).

DATED: 11-24-03.

By: Noel Davila
NOEL DAVILA
P.O BOX 5500
NEWTOWN CT. 06470

## ARGUMENT: FACTS

1.- ON NOVEMBER 13, 2003 AT 10:14 AM THE HONORABLE JUSTICE WILLIAM I. GARFINKEL HAS RULED ON A PENDING MOTION TO DEPOSE THE PLAINTIFF, FROM THE DEFENDANT(S).

2.- THE HONORABLE JUSTICE MR. GARFINKEL HAS CONCLUDE THAT THE PLAINTIFF HAS SET NO VALID REASONS FOR PRECLUDING THE DEFENDANT(S) FROM TAKING DEPOSITIONS.

3.- THE PURPOSE OF THIS MOTION TO RE-CONSIDER THE RULING ON THE FOLLOWING REASONS:

(a) PLAINTIFF HAS ALREADY ANSWER DEFENDANT(S) DISCOVERY ISSUES, PLAINTIFF ANSWER DEFENDANT(S) INTERROGATORIES ALSO A RELEASE OF INFORMATION TO OBTAIN ALL PLAINTIFF'S MEDICAL RECORDS PERTAINING THE ABOVE-CAPTION CASE.

(b) IT WOULD BE VERY UNFAIR TO REQUIRE YOU TO RELEY ON DEPOSITIONS TAKEN BY THE DEFENDANT(S) LAWYER, SINCE DEPOSITIONS WILL REFLECT AT THE DEFENDANT(S) INTEREST IN ATTACKING PLAINTIFF CASE RATHER THAN INTEREST IN PRESENTING IT SUCCESSFULY. ALSO DEFENDANT(S) ARE IN A FISHING EXPEDITION.

(c) PLAINTIFF ARGUE VIGOROUSLY THAT IS UNFAIR FOR PLAINTIFF TO PRESENT HIS CASE IN-CHIEF THROUGHT DEPOSITIONS, THAT THESE DEPOSITIONS DO NOT ADEQUATELY REFLECT THE NATURE

OF PLAINTIFF'S CASE.

(d) UNDER THIS RULE, A COURT MAY BE TEMPTED TO REFUSE TO PRODUCE THE PLAINTIFF AS A WITNESS FOR TRIAL IF DEFENDANT(S) HAVE TAKEN DEPOSITIONS.

*Noel Davila*
NOEL DAVILA

WHEREFORE, I RESPECTFULLY MOVE YOUR HONORABLE COURT TO GRANT PLAINTIFF MOTION FOR RECONSIDERATION IN OPPOSITION OF DEFENDANTS MOTION OF DEPOSITION.

*Noel Davila*
NOEL DAVILA

## CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THE 24 DAY OF NOVEMBER 2003.

TO: HONORABLE JUSTICES
MR. MARK R. KRAVITZ
MR. WILLIAM I. GARFINKEL
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT, 06510

BY: *Noel Davila*
NOEL DAVILA-PRO-SE

TO: ATTORNEY FOR THE DEFENDANT(S)
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032

BY: *Noel Davila*
NOEL DAVILA PRO-SE
P.O. BOX 5500
NEW TOWN CT. 06470

DATED: 11-24-03