UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 15 P 5: 08

NOEL DAVILA

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.                                    JANUARY 13, 2004

DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF
OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION ON PLAINTIFF'S
MOTION IN OPPOSITION OF DEFENDANT'S MOTION OF DEPOSITION

On December 19, 2003, defendant Secure Pharmacy Plus filed an objection to plaintiff's motion for reconsideration. Defendant, Secure Pharmacy Plus, now files this supplemental memorandum of law in support of the objection setting forth the costs and fees incurred because of plaintiff's failure to provide deposition testimony on December 11, 2003.

On December 11, 2003 Attorney Winslow incurred time of $324.06 in hourly billings for attendance at the deposition and $233.66 in a court reporter appearance fee and transcription. The transcript of the abbreviated deposition is attached as Exhibit A and the court reporter charge is attached as Exhibit B.

Defendant asks for these costs and expenses as part of its objection to plaintiff's motion for reconsideration for the reasons set forth in the December 19, 2003 objection.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
   Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

13th day of January, 2004 to:


Mr. Noel Davila (#212726)
MacDougall Correctional Institute (Hospital Unit)
1153 East Street South
Suffield, CT 06080

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - - -X
NOEL DAVILA,                        :
                 PLAINTIFF          :
                                    :
VS                                  :  3:02CV652(MRK)
                                    :
SECURE PHARMACY PLUS,               :
                 DEFENDANT          :
- - - - - - - - - - - - - - - - - -X
```

COPY

          Deposition of NOEL DAVILA taken
at Garner Correctional Institute, 50
Nunnawauk Road, Newtown, Connecticut,
before Clifford Edwards, LSR, Connecticut
License No. SHR.407, a Professional
Shorthand Reporter and Notary Public, in
and for the State of Connecticut on
December 11, 2003, at 10:17 a.m.


                DEL VECCHIO REPORTING SERVICES, LLC
                  PROFESSIONAL SHORTHAND REPORTERS
                          117 RANDI DRIVE
                        MADISON, CT  06443

HARTFORD                                          STAMFORD

Exhibit A

```
7:43AM   1        MR. WINSLOW:  My name is Tom Winslow.
7:45AM   2   I'm here for the defendant, Secure
7:47AM   3   Pharmacy Plus.  I noticed the deposition
7:49AM   4   of Mr. Davila for 9:00 this morning.
7:54AM   5        It is now 10:18.  I did not get here
7:58AM   6   until about ten of ten and then the check
3:01AM   7   in procedures took a while.  I apologize
3:03AM   8   for that.  There was traffic on 691 that
3:07AM   9   was not in any way, shape, or form related
3:12AM  10   to Mr. Davila.  I apologized to Mr. Davila
3:17AM  11   for that.
3:18AM  12        But we are here now ready to start
3:18AM  13   the deposition.  Prior to starting and
3:18AM  14   going on the record Mr. Davila has
3:18AM  15   indicated to me that he filed a motion for
3:22AM  16   reconsideration on November 24th, 2003.
3:28AM  17        MR. DAVILA:  Yes.
3:29AM  18        MR. WINSLOW:  It says, "Plaintiff's
3:29AM  19   motion for reconsideration on plaintiff
3:29AM  20   motion and opposition of defendant's
3:31AM  21   motion of deposition."
3:32AM  22        I have not received a copy.  The copy
3:36AM  23   that Mr. Davila has handed me to look at
3:39AM  24   is a one page seven paragraph document.
3:42AM  25   There is no certification.  He says that
```

|        |    |                                                   |
|--------|----|---------------------------------------------------|
| :42AM  | 1  | there is a certification on the one sent          |
| :46AM  | 2  | so the Court and one was sent to me on            |
| :49AM  | 3  | that date.                                        |
| :49AM  | 4  | I have not received it. It is now                 |
| :52AM  | 5  | December 11th, more than two weeks later.         |
| :54AM  | 6  | I still haven't received it. This is a            |
| :56AM  | 7  | problem that I've had continuously in this        |
| 9:00AM | 8  | case with receiving motions on the date           |
| 9:00AM | 9  | when they are signed -- they are                  |
| 9:01AM | 10 | certified.                                        |
| 9:02AM | 11 | Mr. Davila has indicated to me that               |
| 9:06AM | 12 | he will not be going ahead with the               |
| 9:09AM | 13 | deposition until he gets his motion for           |
| 9:13AM | 14 | reconsideration heard on the Court's              |
| 9:15AM | 15 | motion granting my motion to take a               |
| 9:15AM | 16 | prisoner's deposition.                            |
| 9:19AM | 17 | That motion was dated November 13th,              |
| 9:24AM | 18 | 2003. Based on the date filed with the            |
| 9:26AM | 19 | Court, I don't have the last page, so I           |
| 9:29AM | 20 | can't tell you when Judge Garfinkle signed        |
| 9:34AM | 21 | it.                                               |
| 9:34AM | 22 | But is that correct, Mr. Davila, you              |
| 9:35AM | 23 | are not going to proceed with the                 |
| 9:35AM | 24 | deposition today?                                 |
| 9:37AM | 25 | MR. DAVILA: Yes. True indeed. I'm                 |

| | | |
|---|---|---|
| :39AM | 1 | not going to go forward. |
| :41AM | 2 |     MR. WINSLOW: Okay. Mr. Davila, just |
| :44AM | 3 | so it is clear on the record that there |
| :45AM | 4 | are costs associated with today, such as |
| :48AM | 5 | the court reporter, my time for driving |
| :50AM | 6 | here, I will be asking the Court for those |
| :53AM | 7 | costs as part of my motion regarding this |
| :57AM | 8 | conduct. |
| :57AM | 9 |     I certainly don't have any problem |
| :59AM | 10 | with you filing a motion. It would have |
| :02AM | 11 | to be done within ten days. I can't even |
| :05AM | 12 | be sure if you have done that, but I |
| :07AM | 13 | certainly will be moving for costs based |
| :10AM | 14 | on the fact that I did not get notice in |
| :13AM | 15 | any way, shape, or form that you were not |
| :13AM | 16 | going ahead. If that had happened I |
| :16AM | 17 | certainly would not have come out here and |
| :18AM | 18 | I certainly would have not asked the |
| :20AM | 19 | court reporter to come out here and |
| :23AM | 20 | incurred bills and costs that I will have |
| :23AM | 21 | to pay. |
| :25AM | 22 |     MR. DAVILA: Excuse me. |
| :27AM | 23 |     MR. WINSLOW: Sure. You can say |
| :28AM | 24 | whatever you want. |
| :29AM | 25 |     MR. DAVILA: I would appreciate to |

| | | |
|---|---|---|
| :30AM | 1 | tell you the reason why I didn't want to |
| :33AM | 2 | take the deposition is to the fact that I |
| :35AM | 3 | filed a motion to reconsideration in |
| :38AM | 4 | 11/24/2003. I have mailed you a copy. I |
| :44AM | 5 | have mailed the Court another copy. And |
| :50AM | 6 | plan to say the reason that he has said |
| :53AM | 7 | valid reason for precluding the defendant |
| :53AM | 8 | from taking the deposition as follows -- |
| :56AM | 9 | MR. WINSLOW: You don't need to read |
| :57AM | 10 | it on there. |
| :59AM | 11 | MR. DAVILA: I just want do cover -- |
| :01AM | 12 | I don't feel that I'm not in default or |
| :04AM | 13 | anything like that. I just filed a motion |
| :08AM | 14 | of reconsideration. |
| :09AM | 15 | Also, the plaintiffs have already |
| :10AM | 16 | answered defendant's discovery issues. |
| :11AM | 17 | Plaintiff answered defendant's |
| :11AM | 18 | interrogatory, also a release of |
| :17AM | 19 | information obtained plaintiff's medical |
| :19AM | 20 | record. |
| :20AM | 21 | Plaintiff argued vigorously that it |
| :22AM | 22 | is unfair for the plaintiffs to present |
| :25AM | 23 | his case in chief to deposition that this |
| :28AM | 24 | deposition do not accurately reflect the |
| :31AM | 25 | nature of plaintiff's case. |

```
:33AM   1            Under this rule a Court might be
:35AM   2       tempted to refuse to produce the
:38AM   3       plaintiffs as a witness for trial if
:38AM   4       defendant have take deposition.  It would
:42AM   5       be very unfair to require you to relay
:45AM   6       deposition taken by the defendant's lawyer
:48AM   7       since deposition will reflect at the
:51AM   8       defendant's interest in attacking
:55AM   9       plaintiff's case rather than interesting
:57AM  10       in presenting --
:59AM  11            (THEREUPON, THE COURT REPORTER
:59AM  12            REQUESTS CLARIFICATION.)
 01AM  13            MR. DAVILA:  -- interest in
 05AM  14       presenting it successfully.
 07AM  15            So this is the reason why I'm
 10AM  16       opposing to the defendants, Secure
 13AM  17       Pharmacy Plus and American Service Group,
 17AM  18       Inc. and I would appreciate if Thomas
 24AM  19       Winslow will owe my respect could take
 28AM  20       that under consideration.
 29AM  21            And, you know, it is nothing that I
 31AM  22       wish I could have have answered you before
 34AM  23       but I don't have no control over the mail
 38AM  24       whatsoever.  So I want to apologize to --
 42AM  25       in any time if I have, you know, if you
```

| | | |
|---|---|---|
| 45AM | 1 | feel kind of offended due to this |
| 49AM | 2 | deposition that I am objecting to due to |
| 50AM | 3 | the motion of reconsideration that I have |
| 52AM | 4 | filed to the Court. You know, that |
| 54AM | 5 | doesn't mean any grudge or anything |
| 56AM | 6 | against you, Mr. Winslow. |
| 58AM | 7 | MR. WINSLOW: I don't take it |
| 00AM | 8 | personally. I just wish I had known and |
| 03AM | 9 | then I would have done things differently. |
| 05AM | 10 | I would have waited for the Court to rule |
| 08AM | 11 | on the motion rather than coming here. |
| 08AM | 12 | And that's my only point. |
| 10AM | 13 | MR. DAVILA: That's what I'm |
| 10AM | 14 | apologizing to. |
| 10AM | 15 | MR. WINSLOW: And my point is that |
| 11AM | 16 | two weeks later I still haven't heard |
| 14AM | 17 | about it or received it, and that's not |
| 17AM | 18 | fair either. |
| 18AM | 19 | MR. DAVILA: That's not fair for |
| 20AM | 20 | neither of us. |
| 22AM | 21 | MR. WINSLOW: Okay. Say anything |
| 22AM | 22 | more. We are done. |
| 25AM | 23 | The other thing is I will move for |
| 28AM | 24 | another motion based on your failure to |
| 29AM | 25 | show up today, based on the Court order. |

| | | |
|---|---|---|
| 30AM | 1 | But we will fight about that as we have |
| 33AM | 2 | along the way. |
| 33AM | 3 | All right? |
| 34AM | 4 | Anything else you want to add? |
| 37AM | 5 | We can tell him we are done. |
| 39AM | 6 | MR. DAVILA: That's all I have to |
| 44AM | 7 | say. |
| 44AM | 8 | MR. WINSLOW: Okay. |
| 44AM | 9 | MR. DAVILA: And I would appreciate |
| 46AM | 10 | if I can get a copy of the transcript. |
| 49AM | 11 | MR. WINSLOW: Oh, I have to provide |
| 52AM | 12 | that to you at my cost. |
| 53AM | 13 | I'll pay for his pro se transcript. |
| 06AM | 14 | I will certainly pay for his transcript. |
| 14AM | 15 | Technically, I don't have to provide it to |
| 16AM | 16 | him, but I'm not going to do that. |
| 22AM | 17 | MR. DAVILA: And I want to -- |
| 25AM | 18 | MR. WINSLOW: Just don't make my |
| 25AM | 19 | record longer please. |
| 25AM | 20 | MR. DAVILA: No. No. No. I'm just |
| 25AM | 21 | telling you -- |
| 25AM | 22 | MR. WINSLOW: Is this on the record |
| 25AM | 23 | or off the record? |
| 30AM | 24 | MR. DAVILA: On the record. |
| 30AM | 25 | The reason I'm twitching my face or |

```
33AM  1            that --
34AM  2                    MR. WINSLOW:  You don't need to
35AM  3            explain that.  You don't need to explain
36AM  4            that.
36AM  5                    MR. DAVILA:  No.  I just want to say
36AM  6            that the reason that -- I don't want you
38AM  7            to think that I'm crazy or something.
40AM  8                    MR. WINSLOW:  You don't need to put
40AM  9            that on the record.  That's not pertinent
42AM 10            to what is going on.  You don't need to
44AM 11            put that on.  We are done.
56AM 12                    (THEREUPON, THE DEPOSITION WAS
56AM 13                    CONCLUDED AT 10:24 a.m.)
     14
     15
     16
     17
     18
     19
     20
     21
     22
     23
     24
     25
```

12

:56AM 1        CERTIFICATE
:56AM 2        I hereby certify that I am a Notary Public,
:56AM 3   in and for the State of Connecticut, duly
:56AM 4   commissioned and qualified to administer oaths.
:56AM 5        I further certify that the deponent named in
:56AM 6   the foregoing deposition was by me duly sworn, and
:56AM 7   thereupon testified as appears in the foregoing
:56AM 8   deposition; that said deposition was taken by me
:56AM 9   stenographically in the presence of counsel and
:56AM 10  reduced to typewriting under my direction, and the
:56AM 11  foregoing is a true and accurate transcript of the
:56AM 12  testimony.
:56AM 13       I further certify that I am neither of
:56AM 14  counsel nor attorney to either of the parties to
:56AM 15  said suit, nor am I an employee of either party to
:56AM 16  said suit, nor of either counsel in said suit, nor
:56AM 17  am I interested in the outcome of said cause.
:56AM 18       Witness my hand and seal as Notary Public
:56AM 19  this ___6th___ day of _____, 2005.
:56AM 20
:56AM 21
:56AM 22
:56AM 23                                Clifford Edwards
:56AM 24  My commission expires: 9/30/2006    Notary Public
      25

Del Vecchio Reporting
(203) 245-

# INVOICE

## Del Vecchio Reporting Services, LLC

*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 31436

1/6/04

To: THOMAS H. WINSLOW, ESQ.
    The Law Office of Thomas H. Winslow, LLC
    321 Main Street
    Farmington, CT 06032

RE: DAVILA V. SECURE PHARMACY PLUS
DEPOSITION OF: NOEL DAVILA
TAKEN ON: 12/11/03

| | |
|---|---|
| TRANSCRIPT | 136.00 |
| APPEARANCE FEE | 75.00 |
| SUB TOTAL | 211.00 |
| TAX | 12.66 |
| TOTAL | 223.66 |
| SHIPPING | 10.00 |
| GRAND TOTAL | 233.66 |

PAYMENT IS DUE UPON RECEIPT

EIN 06-1464733

REPORTER: CLIFFORD EDWARDS

*Please refer to invoice number when remitting.*

Exhibit B