FILED

2004 JAN 21 P 4:18

US DISTRICT COURT
BRIDGEPORT CT

1 OF 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL NO. 302 CU 652 (M.RK)(WIG).

NOEL DAVILA
, PLAINTIFF

— AGAINST —

" JURY DEMAND "

DATE: JANUARY 15, 2004.

SECURE PHARMACY (1ST) Plus, AMERICAN
SERVICE GROUP INC. AND AGENT(S),
, DEFENDANTS

# MOTION FOR APPLICATION FOR PREJUDGMENT REMEDY

TO THE HONORABLE COURT OF THE UNITED STATES DISTRICT
COURT DISTRICT COURT OF CONNECTICUT THE UNDERSIGNED RE-
PRESENTS:

1— THAT THE PLAINTIFF HAS COMMENCE AN
ACTION AGAINST THE DEFENDANT(S) SECURE PHARMACY (1ST)
Plus, AMERICAN SERVICE GROUP INC AND AGENT(S) OF THE
DISTRIBUTION OF AN INCORRECT MEDICATION GIVEN
TO THE PLANTIFF Also PLAINTIFF CONSUMED WICH HE
WAS Allergic TO, THE DEFENDAT(S) AT All times WERE
HIRED TO PROVIDE MEDICATIONS TO THE CONNECTICUT
DEPARTMENT OF CORRECTIONS. PURSUANT TO THE PROPOSED
SIGNED WRITS, SUMMONS, COMPLAINT AND AFFIDAVIT(S)

Submitted to your Honorable Court. (See Complaint, Affida-vitt, motion(s) medical Records of Plaintiff.)

2. That there is a Probable Cause that a Judgment will be Rendered in the matter in Favor of the Applicant and to Secure the Judgment the applicant Seeks and order From this Court Directing that the Following PreJudgment Remedy Issues, Issued to Secure the Sum of $ one million, Two Hundred and Fifty Thousand Dollars, Including Additional Charges on Court Cost and Litigation Fees and other Reme-dies that the Court may Deem Necessary and Appro-priate, also Attorneys' Fees.

(a) To Attach Sufficient Property of the Defendant(s) to Secure the Sum; "one million, Two Hundred and Fifty Thousand Dollars"

(b) To garnishee Defendant(s) as He/She is Agent, Trustee, Debtor of the plaintiff and Has Concealed in His Possession Property of the Defendant(s) and is Indebted to Him.

(c) To Seize Any And All Jewerely, or Valuables Items that Has Been Paid For In Full.

(D) To Seize Any And All Paychecks From His/Her work place as well as Any and all Bank Accounts, Check Accounts, Stocks, Bonds and All Joint Accounts of the Defendant(s) and Agent(s).

(E) To Seize Any And All Types of Houses, Automobile Homes Trailers and Any Type of Things

-3-

WICH IS TO BE LIVED IN BY A PERSON WICH IS FULLY PAID FOR.

3. THE PLAINTIFF REQUEST THIS HONORABLE COURT TO SUCH SEIZURE PURSUANT TO THE CONNECTICUT GENERAL STATUS SECTION 52-278 (a)(b)(c)(d)(e)(F)(g)(H)(i) OF CHAPTER 903a " PRE-JUDGMENT REMEDIES IN ACCORDENCE WITH FEDERAL RULES CIVIL PROCEDURES, RULE 64.

FOR THE FOREGOING REASONS THIS HONORABLE COURT SHOULD GRANT THIS MOTION AND SEIZE THE ITEMS, THINGS AND VALUABLES TO PAY THE DEBT.

## CERTIFICATION

*NOEL DAVILA*

I, HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THIS __15__ DAY OF JANUARY 2004 TO THE FOLLOWING :

TO: HONORABLE JUSTICES
M.R. MARK R. KRAVITZ ( U.S. DISTRICT JUDGE)
M.R. WILLIAM I. GARFINKEL ( U.S. MAG. JUDGE)
      U.S. COURT HOUSE
      141 CHURCH STREET
      NEW HAVEN CT. 06510.

TO: ATTORNEYS' FOR THE DEFENDANT(S)
M.R. THOMAS H. WINSLOW (LEAD ATTORNEY
321 MAIN STREET
FARMINGTON CT. 06032.

BY: *NOEL DAVILA*
NOEL DAVILA PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

DATED: JANUARY 15, 2004.