FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 22  P 1: 26

| | |
|---|---|
| NOEL DAVILA | PRISONER<br>CIVIL ACTION CASE NO.<br>3:02CV652(MRK) (WIG) |
| Plaintiff, | |
| V. | |
| SECURE PHARMACY PLUS | |
| Defendant. | JANUARY 21, 2004 |

<u>DEFENDANT SECURE PHARMACY PLUS SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISMISSAL, COSTS, ATTORNEY'S FEES, SANCTIONS AND/OR JUST ORDERS AGAINST PLAINTIFF NOEL DAVILA FOR FAILURE TO ATTEND HIS SCHEDULED DEPOSITION AND TO FILE A MOTION FOR RECONSIDERATION OR PROTECTIVE ORDER PRIOR TO HIS DEPOSITION</u>

On December 19, 2003, defendant Secure Pharmacy Plus filed a motion for dismissal, costs, attorney's fees, sanctions and/or just orders against plaintiff Noel Davila for failure to attend his scheduled deposition and to file a motion for reconsideration or protective order prior to his deposition. Plaintiff Noel Davila responded to the defendant's motion with a December 22, 2003 reply that was postmarked on January 7, 2004 and received on January 8, 2004. Defendant now files this supplemental memorandum consisting of an attached affidavit of Attorney Thomas H. Winslow with exhibits that addresses disputed factual items in plaintiff's December 22, 2003 Affidavit.

DEFENDANT

SECURE PHARMACY PLUS

BY: [signature]

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 21st day of January, 2004 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427