UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 22 P 1: 26

NOEL DAVILA

    Plaintiff,

V.

SECURE PHARMACY PLUS

    Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

JANUARY 21, 2004

### DEFENDANT'S LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Fed. R. Civ. P. 56 and L. Civ. Pro. R 56, the defendant, Secure Pharmacy Plus, responds to the claimed "Statement of Undisputed Facts" at Section II of plaintiff's December 5, 2003 reply motion to defendant's opposition to plaintiff's motion for partial summary judgment received on an unknown date while away on vacation between December of 2003 and January of 2004.

II. STATEMENT OF UNDISPUTED FACTS

1. On January 6, 2003, Plaintiff's Noel Davila had signed a Form 26(f) parties planning to meetting (sic) and attorney for the defendants, American Service Group Inc., Secure Pharmacy Plus and agents, Thomas H. Winslow certify as follows.

    a. Statement of undisputed facts. Counsel and pro-se party plaintiff's certify that they have made a good faith attempt to determine whether there are any material facts that are not in dispute:

    b.  The parties state that the following material facts are undisputed:

    i.  Plaintiff's is a prisoner and "consumed medication while a prisoner.

    ii.  Secure Pharmacy Plus is not [an] employee of the prison system and was hired as an independent contractor by a third-party to provide prescription services to prisoners.

OBJECTION/RESPONSE: The plaintiff's claimed statement of undisputed facts does not set forth a concise statement of material fact as to which the moving party contends there is no genuine issue to be tried. Furthermore, Secure Pharmacy Plus is not a defendant and the Form 26(f) Report of Parties Planning meeting was signed by Attorney Winslow as counsel for the only defendant, Secure Pharmacy Plus. Additionally, the plaintiff is using some of the content of the Form 26(f) Report of Parties' Planning meeting as undisputed facts in a motion for partial summary judgment on liability against the defendant. Notwithstanding and without waiving the objection, defendant admits that there was a statement of undisputed fact in the Form 26(f) Report of Parties' Planning Meeting and plaintiff has set forth the statement of undisputed facts with a majority of but not all the contained terms.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 21st day of January, 2004 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427