UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA

        Plaintiff,

V.

·SECURE PHARMACY PLUS

        Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

2004 JAN 22  P 2: 00
US DIST...
BRID...

JANUARY 21, 2004


### AFFIDAVIT OF THOMAS H. WINSLOW

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am a member in The Law Office of Thomas H. Winslow, LLC, which firm represents the defendant, Secure Pharmacy Plus.

3. On October 10, 2003, defendant Secure Pharmacy Plus filed a motion to take the deposition of prisoner and plaintiff Noel Davila.

4. On October 10, 2003, defendant Secure Pharmacy Plus also filed a notice of deposition for plaintiff and prisoner Davila scheduling his deposition for November 14, 2003 at 9:30 a.m.

5. William I. Garfinkel, United States Magistrate Judge, signed a ruling on pending motions on November 12, 2003 and the ruling was filed on November 13, 2003. That ruling granted defendant's motion to depose plaintiff and prisoner Davila. Unfortunately, the ruling was not received by defendants' counsel until after the scheduled November 14, 2003 deposition of plaintiff. Accordingly, the November 14, 2003 morning deposition of plaintiff could not go forward as counsel for defendant had not yet received the ruling allowing plaintiff's deposition.

6. After the court's ruling granting plaintiff's deposition was received, counsel for defendant issued a November 25, 2003 Second Notice of Deposition for plaintiff, Noel Davila, scheduling his second deposition for December 11, 2003.

7. On December 11, 2003, counsel for defendant and the court reporter arrived at Garner Correctional Institute to take the plaintiff's deposition. On that date, counsel learned that plaintiff was not going to allow his deposition to proceed. A description of the events was placed on the record. The record indicates plaintiff filed a November 24, 2003 motion for reconsideration. Counsel for defendant had not received the alleged motion for reconsideration as of the time of plaintiff's December 11, 2003 deposition. Furthermore, the motion for reconsideration that plaintiff showed defendant's counsel was described on the record at page 3, lines 18 through page 4, lines 3, as "a one page seven paragraph document. There is no certification. He says that there is a certification on the one sent so (sic) to the Court and one was sent to me on that date." (Copy of entire transcript attached as Exhibit A).

8. Counsel for defendant also noted the November 24, 2003 motion for reconsideration he as shown on December 11, 2003 was not signed.

9. Court personnel indicated a motion for reconsideration was received on January 14, 2004.

10. The undersigned received his copy of the November 24, 2003 motion for reconsideration on December 16, 2003 in an envelope postmarked December 15, 2003. (Copy of motion and envelope attached as Exhibit B).

11. The foregoing facts are stated on my personal knowledge based on a review of my file documents, the record from the December 11, 2003 adjourned deposition, and a January 20, 2004 telephone call to the Clerk of Court.

_____

Thomas H. Winslow


STATE OF CONNECTICUT

                                      ss:  NEW BRITAIN

COUNTY OF NEW BRITAIN


Personally appeared Thomas H. Winslow before me, who made oath to the truth of the matters contained in the above statement on January 21, 2004.


_____

Commissioner of the Superior Court/Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - -X
NOEL DAVILA,                       :
            PLAINTIFF              :
                                   :
VS                                 : 3:02CV652(MRK)
                                   :
SECURE PHARMACY PLUS,              :
            DEFENDANT              :
- - - - - - - - - - - - - - - - - -X

COPY

       Deposition of NOEL DAVILA taken at Garner Correctional Institute, 50 Nunnawauk Road, Newtown, Connecticut, before Clifford Edwards, LSR, Connecticut License No. SHR.407, a Professional Shorthand Reporter and Notary Public, in and for the State of Connecticut on December 11, 2003, at 10:17 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT  06443

HARTFORD                                    STAMFORD

Exhibit A

3

| | | |
|---|---|---|
| 7:43AM | 1 | MR. WINSLOW: My name is Tom Winslow. |
| 7:45AM | 2 | I'm here for the defendant, Secure |
| 7:47AM | 3 | Pharmacy Plus. I noticed the deposition |
| 7:49AM | 4 | of Mr. Davila for 9:00 this morning. |
| 7:54AM | 5 | It is now 10:18. I did not get here |
| 7:58AM | 6 | until about ten of ten and then the check |
| 3:01AM | 7 | in procedures took a while. I apologize |
| 3:03AM | 8 | for that. There was traffic on 691 that |
| 3:07AM | 9 | was not in any way, shape, or form related |
| 3:12AM | 10 | to Mr. Davila. I apologized to Mr. Davila |
| 3:17AM | 11 | for that. |
| 3:18AM | 12 | But we are here now ready to start |
| 3:18AM | 13 | the deposition. Prior to starting and |
| 3:18AM | 14 | going on the record Mr. Davila has |
| 3:18AM | 15 | indicated to me that he filed a motion for |
| 3:22AM | 16 | reconsideration on November 24th, 2003. |
| 3:28AM | 17 | MR. DAVILA: Yes. |
| 3:29AM | 18 | MR. WINSLOW: It says, "Plaintiff's |
| 3:29AM | 19 | motion for reconsideration on plaintiff |
| 3:29AM | 20 | motion and opposition of defendant's |
| 3:31AM | 21 | motion of deposition." |
| 3:32AM | 22 | I have not received a copy. The copy |
| 3:36AM | 23 | that Mr. Davila has handed me to look at |
| 3:39AM | 24 | is a one page seven paragraph document. |
| 3:42AM | 25 | There is no certification. He says that |

```
:42AM   1    there is a certification on the one sent
:46AM   2    so the Court and one was sent to me on
:49AM   3    that date.
:49AM   4         I have not received it.  It is now
:52AM   5    December 11th, more than two weeks later.
:54AM   6    I still haven't received it.  This is a
:56AM   7    problem that I've had continuously in this
):00AM  8    case with receiving motions on the date
):00AM  9    when they are signed -- they are
):01AM  10   certified.
):02AM  11        Mr. Davila has indicated to me that
):06AM  12   he will not be going ahead with the
):09AM  13   deposition until he gets his motion for
):13AM  14   reconsideration heard on the Court's
9:15AM  15   motion granting my motion to take a
9:15AM  16   prisoner's deposition.
9:19AM  17        That motion was dated November 13th,
9:24AM  18   2003.  Based on the date filed with the
9:26AM  19   Court, I don't have the last page, so I
9:29AM  20   can't tell you when Judge Garfinkle signed
9:34AM  21   it.
9:34AM  22        But is that correct, Mr. Davila, you
9:35AM  23   are not going to proceed with the
9:35AM  24   deposition today?
9:37AM  25        MR. DAVILA:  Yes.  True indeed.  I'm
```

| | | |
|---|---|---|
| :39AM | 1 | not going to go forward. |
| :41AM | 2 | MR. WINSLOW: Okay. Mr. Davila, just |
| :44AM | 3 | so it is clear on the record that there |
| :45AM | 4 | are costs associated with today, such as |
| :48AM | 5 | the court reporter, my time for driving |
| :50AM | 6 | here, I will be asking the Court for those |
| :53AM | 7 | costs as part of my motion regarding this |
| :57AM | 8 | conduct. |
| :57AM | 9 | I certainly don't have any problem |
| :59AM | 10 | with you filing a motion. It would have |
| :02AM | 11 | to be done within ten days. I can't even |
| :05AM | 12 | be sure if you have done that, but I |
| :07AM | 13 | certainly will be moving for costs based |
| :10AM | 14 | on the fact that I did not get notice in |
| :13AM | 15 | any way, shape, or form that you were not |
| :13AM | 16 | going ahead. If that had happened I |
| :16AM | 17 | certainly would not have come out here and |
| :18AM | 18 | I certainly would have not asked the |
| :20AM | 19 | court reporter to come out here and |
| :23AM | 20 | incurred bills and costs that I will have |
| :23AM | 21 | to pay. |
| :25AM | 22 | MR. DAVILA: Excuse me. |
| :27AM | 23 | MR. WINSLOW: Sure. You can say |
| :28AM | 24 | whatever you want. |
| :29AM | 25 | MR. DAVILA: I would appreciate to |

| | | |
|---|---|---|
| :30AM | 1 | tell you the reason why I didn't want to |
| :33AM | 2 | take the deposition is to the fact that I |
| :35AM | 3 | filed a motion to reconsideration in |
| :38AM | 4 | 11/24/2003. I have mailed you a copy. I |
| :44AM | 5 | have mailed the Court another copy. And |
| :50AM | 6 | plan to say the reason that he has said |
| :53AM | 7 | valid reason for precluding the defendant |
| :53AM | 8 | from taking the deposition as follows -- |
| :56AM | 9 |     MR. WINSLOW: You don't need to read |
| :57AM | 10 | it on there. |
| :59AM | 11 |     MR. DAVILA: I just want do cover -- |
| :01AM | 12 | I don't feel that I'm not in default or |
| :04AM | 13 | anything like that. I just filed a motion |
| :08AM | 14 | of reconsideration. |
| :09AM | 15 |     Also, the plaintiffs have already |
| :10AM | 16 | answered defendant's discovery issues. |
| :11AM | 17 | Plaintiff answered defendant's |
| :11AM | 18 | interrogatory, also a release of |
| :17AM | 19 | information obtained plaintiff's medical |
| :19AM | 20 | record. |
| :20AM | 21 |     Plaintiff argued vigorously that it |
| :22AM | 22 | is unfair for the plaintiffs to present |
| :25AM | 23 | his case in chief to deposition that this |
| :28AM | 24 | deposition do not accurately reflect the |
| :31AM | 25 | nature of plaintiff's case. |

| | | |
|---|---|---|
| :33AM | 1 | Under this rule a Court might be |
| :35AM | 2 | tempted to refuse to produce the |
| :38AM | 3 | plaintiffs as a witness for trial if |
| :38AM | 4 | defendant have take deposition.  It would |
| 42AM | 5 | be very unfair to require you to relay |
| 45AM | 6 | deposition taken by the defendant's lawyer |
| 48AM | 7 | since deposition will reflect at the |
| 51AM | 8 | defendant's interest in attacking |
| 55AM | 9 | plaintiff's case rather than interesting |
| 57AM | 10 | in presenting -- |
| 59AM | 11 | (THEREUPON, THE COURT REPORTER |
| 59AM | 12 | REQUESTS CLARIFICATION.) |
| 01AM | 13 | MR. DAVILA:  -- interest in |
| 05AM | 14 | presenting it successfully. |
| 07AM | 15 | So this is the reason why I'm |
| 10AM | 16 | opposing to the defendants, Secure |
| 13AM | 17 | Pharmacy Plus and American Service Group, |
| 17AM | 18 | Inc. and I would appreciate if Thomas |
| 24AM | 19 | Winslow will owe my respect could take |
| 28AM | 20 | that under consideration. |
| 29AM | 21 | And, you know, it is nothing that I |
| 31AM | 22 | wish I could have have answered you before |
| 34AM | 23 | but I don't have no control over the mail |
| 38AM | 24 | whatsoever.  So I want to apologize to -- |
| 42AM | 25 | in any time if I have, you know, if you |

```
45AM   1          feel kind of offended due to this
49AM   2          deposition that I am objecting to due to
50AM   3          the motion of reconsideration that I have
52AM   4          filed to the Court.  You know, that
54AM   5          doesn't mean any grudge or anything
56AM   6          against you, Mr. Winslow.
58AM   7               MR. WINSLOW:  I don't take it
00AM   8          personally.  I just wish I had known and
03AM   9          then I would have done things differently.
05AM  10          I would have waited for the Court to rule
08AM  11          on the motion rather than coming here.
08AM  12          And that's my only point.
10AM  13               MR. DAVILA:  That's what I'm
10AM  14          apologizing to.
10AM  15               MR. WINSLOW:  And my point is that
11AM  16          two weeks later I still haven't heard
14AM  17          about it or received it, and that's not
17AM  18          fair either.
18AM  19               MR. DAVILA:  That's not fair for
20AM  20          neither of us.
22AM  21               MR. WINSLOW:  Okay.  Say anything
22AM  22          more.  We are done.
25AM  23               The other thing is I will move for
28AM  24          another motion based on your failure to
29AM  25          show up today, based on the Court order.
```

```
30AM  1           But we will fight about that as we have
33AM  2       along the way.
33AM  3              All right?
34AM  4              Anything else you want to add?
37AM  5              We can tell him we are done.
39AM  6              MR. DAVILA:  That's all I have to
44AM  7       say.
44AM  8              MR. WINSLOW:  Okay.
44AM  9              MR. DAVILA:  And I would appreciate
46AM 10       if I can get a copy of the transcript.
49AM 11              MR. WINSLOW:  Oh, I have to provide
52AM 12       that to you at my cost.
53AM 13              I'll pay for his pro se transcript.
06AM 14       I will certainly pay for his transcript.
14AM 15       Technically, I don't have to provide it to
16AM 16       him, but I'm not going to do that.
22AM 17              MR. DAVILA:  And I want to --
25AM 18              MR. WINSLOW:  Just don't make my
25AM 19       record longer please.
25AM 20              MR. DAVILA:  No.  No.  No.  I'm just
25AM 21       telling you --
25AM 22              MR. WINSLOW:  Is this on the record
25AM 23       or off the record?
30AM 24              MR. DAVILA:  On the record.
30AM 25              The reason I'm twitching my face or
```

| | | |
|---|---|---|
| 33AM | 1 | that -- |
| 34AM | 2 | MR. WINSLOW: You don't need to |
| 35AM | 3 | explain that. You don't need to explain |
| 36AM | 4 | that. |
| 36AM | 5 | MR. DAVILA: No. I just want to say |
| 36AM | 6 | that the reason that -- I don't want you |
| 38AM | 7 | to think that I'm crazy or something. |
| 40AM | 8 | MR. WINSLOW: You don't need to put |
| 40AM | 9 | that on the record. That's not pertinent |
| 42AM | 10 | to what is going on. You don't need to |
| 44AM | 11 | put that on. We are done. |
| 56AM | 12 | (THEREUPON, THE DEPOSITION WAS |
| 56AM | 13 | CONCLUDED AT 10:24 a.m.) |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

12

```
:56AM  1                  C E R T I F I C A T E
:56AM  2             I hereby certify that I am a Notary Public,
:56AM  3   in and for the State of Connecticut, duly
:56AM  4   commissioned and qualified to administer oaths.
:56AM  5             I further certify that the deponent named in
:56AM  6   the foregoing deposition was by me duly sworn, and
:56AM  7   thereupon testified as appears in the foregoing
:56AM  8   deposition; that said deposition was taken by me
:56AM  9   stenographically in the presence of counsel and
:56AM 10   reduced to typewriting under my direction, and the
:56AM 11   foregoing is a true and accurate transcript of the
:56AM 12   testimony.
:56AM 13             I further certify that I am neither of
:56AM 14   counsel nor attorney to either of the parties to
:56AM 15   said suit, nor am I an employee of either party to
:56AM 16   said suit, nor of either counsel in said suit, nor
:56AM 17   am I interested in the outcome of said cause.
:56AM 18             Witness my hand and seal as Notary Public
:56AM 19   this ___6th___ day of _____, 2003.
:56AM 20
:56AM 21
:56AM 22
:56AM 23                              Clifford Edwards
:56AM 24                                Notary Public
       25   My commission expires: 9/30/2006
```

Del Vecchio Reporting
(203)

1 OF 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

NOEL DAVILA,   CIV NO: 302CV652(MRK).
    PLAINTIFF

— AGAINST —

                                   DATE: 11-24-03

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS
          , DEFENDANT(S)

## PLAINTIFF'S MOTION FOR RECONSIDERATION ON PLAINTIFF MOTION IN OPPOSITION OF DEFENDANTS MOTION OF DEPOSITION.

PURSUANT TO FED R. CIV. P. THE PLAINTIFF NOEL DAVILA HEREBY GIVES NOTICE THAT THE UNDERSIGNED PLAINTIFF REQUEST YOUR HONORABLE COUR TO A MOTION FOR RECONSIDERATION ON PLAINTIFF MOTION IN OPPOSITION OF THE DEFENDANT(S) MOTION OF DEPOSITION FOR THE FOLLOWING REASONS: (SEE ATTACHED).

                                      BY: <u>NOEL DAVILA</u>
                                          P.O. BOX 5500

DATED: 11-24-03                         NEWTOWN CT 06470

                          Exhibit B

# ARGUMENT: FACTS

1. ON NOVEMBER 13, 2003 AT 10:14 AM, THE HONORABLE JUSTICE WILLIAM I. GARFINKEL HAS RULED ON A PENDING MOTION TO DEPOSE THE PLAINTIFF FROM THE DEFENDANT(S)

2. THE HONORABLE JUSTICE M.R. GARFINKEL HAS CONCLUDE THAT THE PLAINTIFF HAS SET NO VALID REASONS FOR PRECLUDING THE DEFENDANT(S) FROM TAKING DEPOSITIONS.

3. THE PURPOSE OF THIS MOTION TO RE-CONSIDER THE RULING ON THE FOLLOWING REASONS:

(a) PLAINTIFF HAS ALREADY ANSWER DEFENDANT(S) DISCOVERY ISSUES, PLAINTIFF ANSWER DEFENDANT(S) INTERROGATORIES, ALSO A RELEASE OF INFORMATION TO OBTAIN ALL PLAINTIFF'S MEDICAL RECORDS PERTAINING THE ABOVE-CAPTION CASE.

(b) IT WOULD BE VERY UNFAIR TO REQUIRE YOU TO RELEY ON DEPOSITIONS TAKEN BY THE DEFENDANT(S) LAWYER, SINCE DEPOSITIONS WILL REFLECT AT THE DEFENDANT(S) INTEREST IN ATTACKING PLAINTIFF CASE RATHER THAN INTEREST IN PRESENTING IT SUCCESSFULLY.

(c) PLAINTIFF ARGUE VIGOROUSLY THAT IS UN-FAIR FOR PLAINTIFF TO PRESENT HIS CASE IN CHIEF THROUGH DEPOSITIONS, THAT THESE DEPOSITIONS DO NOT ADEQUATELY REFLECT THE NATURE OF PLAINTIFF CASE.

(d) UNDER THIS RULE, A COURT MAY BE TEMPTED TO REFUSE TO PRODUCE THE PLAINTIFF AS A WITNESS FOR TRIAL

IF DEFENDANT(S) HAVE TAKEN DEPOSITIONS.

WHEREFORE, I RESPECTFULLY MOVE YOUR HONORABLE COURT TO GRANT PLAINTIFF MOTION FOR RECONSIDERATION IN OPPOSITION OF DEFENDANT(S) MOTION OF DEPOSITION

# CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THE 24 DAY OF NOVEMBER 2003.

TO: HONORABLE JUSTICES
M.R. MARK R. KRAVITZ
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT. 06510

TO: ATTORNEY FOR THE DEFENDANT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032

BY: NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470.

DATED: 11-24-03



GARNER CORRECTIONAL INSTITUTION
50 NUNNAWAUK ROAD
P.O. BOX 5500
NEWTOWN, CT 06470-5500

Noel A-20
2122-26
RS

CONFIDENTIAL

Privileged Mail

received 9/16/03

ATTORNEY AT LAW:
Thomas A. Winslow
321 Main Street
Farmington CT. 06032.

Confidential Mail