1 OF 3

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT                    CIVIL NO: 302 CV652 (M.R.K)(WIG)

NOEL DAVILA                                "JURY DEMAND"
          , PLAINTIFF

  -AGAINST-                                 DATE: JANUARY 15, 2004

SECURE PHARMACY (1ST) PLUS, AMERICAN
SERVICE GROUP INC . AND AGENT(S)
              , DEFENDANT(S)

MOTION FOR APPLICATION FOR PREJUDGMENT
                    REMEDY

TO THE HONORABLE COURT OF THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT, THE UNDER SIGNED REPRESENTS:

        1. THAT THE PLAINTIFF HAS COMMENCE AN ACTION
AGAINST THE DEFENDANT(S) SECURE PHARMACY (IST) PLUS,
AMERICAN SERVICE GROUP INC AND AGENT(S) OF THE DISTRIBUTION
OF AN INCORRECT MEDICATION GIVEN TO THE PLAINTIFF ALSO PLAINTIFF
CONSUMED WITH HE WAS ALLERGIC TO, THE DEFENDANT(S) AT ALL TIMES
WERE HIRED TO PROVIDE MEDICATIONS TO THE CONNECTICUT
DEPARTMENT OF CORRECTIONS.

        PURSUANT TO THE PROPOSED SINGNED WRIT, SUMMONS,
COMPLAINT AND AFFIDAVIT(S) SUBMITTED TO YOUR HONORABLE
COURT (SEE COMPLAINT, AFFIDAVIT, MOTIONS MEDICAL RECORDS OF PLAINTIFF)

        2. THAT THERE IS A PROBABLE CAUSE THAT A JUDGMENT
WILL BE RENDERED IN THE MATTER IN FAVOR OF THE APPLICANT

AND TO SECURE THE JUDGMENT THE APPLICANT SEEKS AND ORDER FROM THIS COURT DIRECTING THAT THE FOLLOWING PRE JUDGMENT REMEDY ISSUED TO SECURE THE SUM OF $ ONE MILLION, TWO HUNDRED AND FIFTY THOUSAND DOLLARS, INCLUDING ADDITIONAL CHARGES ON COURT COST AND LITIGATION FEES AND OTHER REMEDIES THAT THE COURT MAY DEEM NECESSARY AND APPROPRIATE, ALSO ATTORNEYS' FEES.

(a) TO ATTACH SUFFICIENT PROPERTY OF THE DEFENDANT(S) TO SECURE THE SUM; $ ONE MILLION, TWO HUNDRED AND FIFTY THOUSAND DOLLARS"

(b) TO GARNISHEE DEFENDANT(S) AS HE/SHE IS AGENT, TRUSTEE, DEBTOR OF THE PLAINTIFF AND HAS CONCEALED IN HIS POSSESSION PROPERTY OF THE DEFENDANT(S) AND IS INDEBTED TO HIM.

(c) TO SEIZE ANY AND All JEWERELY, OR VALUABLES ITEMS THAT HAS BEEN PAID IN FULL.

(d) TO SEIZE ANY AND All PAY CHECKS FROM HIS/HER WORK PLACE AS WELL AS ANY AND All BANK ACCOUNTS, CHECK ACCOUNTS, STOCKS, BONDS AND All JOINT ACCOUNTS OF THE DEFENDANT(S) AND AGENTS

(E) TO SEIZE ANY AND All TYPES OF HOUSES, AUTOMOBILE HOMES TRAILERS AND ANY TYPE OF THINGS WITH IS TO BE LIVED IN BY A PERSON WICH IS FULLY PAID FOR.

3. THE PLAINTIFF REQUEST THIS HONORABLE COURT TO SUCH SEIZURE PURSUANT TO THE CONNECTICUT GENERAL STATUS SECTION 52-278 (a)(b)(c)(d)(e)(F)(g)(H)(i),

OF CHAPTER 903a "PreJudgment Remedies
In Accordence With Federal Rules Civil Procedures
Rule 64.


For the Foregoing Reasons This Honorable
Court should grant this motion and size the items,
things and valuables to pay the debt.

Noel Davila
NOEL DAVILA - PRO-SE

## CERTIFICATION

I Hereby certify that a copy of the foregoing was
mailed to the following on this 15 Day of January 2004 to
the following:


TO: Honorable Justices
M.R. Mark R. Kravitz (U.S. District Judge)
M.R. William I. Garfinkel (U.S. Mag. Judge).
   U.S. Court House
   141 Church Street
   New Haven CT. 06510.
TO: Attorney For The Defendant(s)
   M.R. Thomas H. Winslow (Lead Attorney)
   321 Main Street
   Farmington CT. 06032.

BY: Noel Dau
NOEL DAVILA - Pr
P.O. Box 5500
Newtown CT. 0647

DATED: 1-15-2004.

1 OF 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

                                        DATED : JANUARY 15, 2004.

TO : CLERK OF THE COURT
      U.S. COURTHOUSE
      141 CHURCH STREET
      NEW HAVEN CT. 06510


FROM : NOEL DAVILA #212726
        GARNER C.I.
        P.O. BOX 5500
        NEWTOWN CT. 06470


RE : NOEL DAVILA V. SECURE PHARMACY(ist) Plus,
      AMERICAN SERVICE GROUP INC. AND AGENT(S).
      ( CIV NO: 302 CV 652 (M.RK)(W.I G)


        DEAR CLERKS :
                PLEASE PLACE THE ATTACHED LITIGATION, MOTION
        FOR APPLICATION FOR PRE-JUDGMENT REMEDY BEFORE THE
        PRESIDING JUSTICE WITHIN YOUR COURT FOR DISPOSITION.


                RESPECTFULLY SUBMITTED,
                /S/ Noel Davila
                    NOEL DAVILA                    DATED : 1-15, 2004.