UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA
, PLAINTIFF

— AGAINST —

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS.

FILED
2003 NOV 25 P 2:46
US DISTRICT
CIV NO: 302CV652 (M.R.K.)-(WIG)

DATE: 11-13-03

"JURY DEMAND"

FILED 2004 JAN 26 P 4:53

## MOTION REQUEST FOR ADMISSION.

Pursuant to Rule 36 Fed. R. Civ. P. Plaintiff request the Defendants to make the following admission within 30 days after the service of this request.

**[A] STATEMENTS OF UDISPUTED FACTS:**

1. On this 20th day of June, 2003, in Bridgeport Connecticut 06604, Honorable Justice M.R. Stefan R. Underhill a United States Magistrates, or District Judge states the following:

   a) On December 13, 2001 the Plaintiff went to see the prison psychiatrist concerning his prescription for Paxil (pink) 20mg in dosage. The Plaintiff's claimed that the Paxil capsule that the pharmacy had originally provided him has been pink, but that he was now getting a green capsule.

   b) The Plaintiff's complained that he was experiencing, <u>dizziness</u>, <u>nausea</u>, <u>diarrea</u>, and <u>vomiting</u>. On December 26, 2001, the Plaintiff's was examined by a nurse at the

FACILITY. THE PLAINTIFF COMPLAINED THAT HE WAS NOT FEELING WELL.

c) THE NURSE INFORMED THE PLAINTIFF'S THAT THE PHARMACY HAS MISTAKENLY ISSUE HIM "4mg OF RISPERDAL A POYZCHOFRENIC MEDICATION", INSTEAD OF THE PAXIL (PINK) 20mg IN DOSAGE FOR DEPRESSION.

d) THE PLAINTIFF'S STATED THAT HE NO LONGER WANTED TO TAKE THE GREEN CAPSULE FORM OF PAXIL AND REQUESTED AND APPOINTMENT TO SEE PSYZCHIATRIST DR. KHORRAMZADEH, SO THAT HE COULD CHANGE HIS MEDICATION

E) ON JANUARY 24, 2002 PLAINTIFF'S INFORMED THE PSYCHIATRIST THAT HE NO LONGER WANTED TO TAKE PAXIL, THAT DAY THE PSYCHIATRIST CHANGED THE PLAINTIFF'S MEDICATION TO REMERON. THE PLAINTIFF'S SEEKS COMPENSATORY DAMAGES, PUNITIVE DAMAGES AND DECLARATORY RELEIF FROM THE DEFENDANT(S) AND AGENTS.

F. THE COURTS NOTES, HOWEVER, THAT THE PLAINTIFF'S COMPLAINT MAY ALSO BE LIBERALLY CONSTRUED AS RAISING A STATE LAW CLAIMS FOR <u>NEGLIGENCE</u> AND <u>MALPRACTICE</u>, BECAUSE IT IS APPARENT THAT DIVERSITY OF CITIZENSHIP EXIST, BETWEEN THE PARTIES AND THE RELEIF REQUESTED EXCEEDS THE AMOUNT IN CONTROVERSY REQUIREMENT. THE COMPLAINT WILL PROCEED ON THE PLAINTIFF'S STATE LAW CLAIMS PURSUANT TO THE COURTS DIVERSITY JURISDICTION. SEE 28 U.S.C. § 1332(a)(1).

[B] <u>STATEMENTS OF UNDISPUTED</u>: (SEE FORM 26(F)

1. ON JANUARY 6, 2003, PLAINTIFF'S NOEL DANILA HAD SIGNED A FORM 26(F) PARTIES PLANNING TO MEETING WITH THE ATTORNEY FOR

3-

THE DEFENDANT(S) THOMAS H. WINSLOW HAS SIGNED HIS ON JANUARY 14, AND HAS SUBMITTED TO THE COURT.

2- PLAINTIFF'S NOEL DAVILA AND THOMAS H. WINSLOW BOTHS HAD CERTIFY AS FOLLOWS:

(a) STATEMENT OF UNDISPUTED FACTS, COUNSEL AND PRO-SE PARTY PLAINTIFF'S CERTIFY THAT THEY HAVE MADE GOOD FAITH ATTEMPT TO DETERMINE WHETHER THE ARE ANY MATERIAL FACTS THAT THE FOLOWING MATERIAL FACTS ARE UNISPUTED:

(i) PLAINTIFF'S IS A PRISONER AND CONSUMED MEDICATIONS WHILE A PRISONER

(ii) SECURE PHARMACY PLUS IS NOT EMPLOYEE OF THE PRISON SYSTEM AND WAS HIRED AS AN INDEPENDENT CONTRACTOR BY A THIRD-PARTY TO PROVIDE PRESCRIPTIONS TO PRISONER.

(iii) AMERICAN SERVICE GROUP INC. WAS AT ALL TIME A HIRED "CONTRACTOR", IS A TRADED (PUBLICLY) STOCK COMPANY AND "SECURE PHARMACY PLUS IS OWNED BY A PARENT CORPORATION "AMERICAN SERVICE GROUP INC," TO PROVIDE PRESCRIPTION SERVICES TO PRISONER, "SECURE PHARMACY HAS CONSPIRE.

2- AMERICAN SERVICE GROUP INC. SECURE PHARMACY PLUS OWNS PLAINTIFF THE FOLLOWING:

(a) <u>DUTY</u> - THAT THE DEFENDANT(S) AND AGENTS HAD A SPECIFIC DUTY OF CARE OWED TO THE PLAINTIFF.

(b) <u>BREACH</u> - THAT SAID DUTY WAS BREACHED BY THE DEFENDANT(S) AND AGENTS, WHEN THEY FAIL TO ISPECT MEDICATION BEFORE WAS SENT OUT OF THE

PHARMACY(ist) DEFENDANT(S) ACTS, POLICIES, PRACTICES, PROCEDURES AND REQUIREMENTS WERE NOT EXERCISE AND WAS THE PROXIMATE CAUSE OF THE INJURIES SUSTAINED AND SUFFERED.

C- <u>CAUSATION</u>- THAT SAID BREACH CAUSED THE INJURY.

D- <u>DAMAGES</u>- SOME PHYSICAL OR MENTAL, OR EMOTIONAL INJURY RESULTED.

FOR THE FOREGOING REASONS, THE COURT SHOULD GRANT PLAINTIFF'S MOTION FOR REQUEST FOR ADMISSIONS.

*Noel Davila*
NOEL DAVILA

CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING PARTIES: ON THIS __13__ DAY OF __NOVEMBER__ 2003. TO:

TO: ATTORNEY FOR THE DEFENDANT(S)
M.R. THOMAS A. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

TO: HONORABLE JUSTICE
MR. MARK R. KRAVITZ, MR. WILLIAM I. GARFINKEL
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT. 06510

BY: *Noel Davila*
NOEL DAVILA PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470

DATED: 11-13-03.

TO: CLERK OF THE COURT
    U.S. COURTHOUSE
    915 LAFAYETTE B.L.V.D.
    BRIDGEPORT CT. 06604.

JAN 26 2004

DATE: 12-31st, 2003

FROM: NOEL DAVILA #212726
    GARNER C.I.
    P.O. BOX 5500
    NEWTOWN CT. 06470.

RE: NOEL DAVILA V. SECURE PHARMACY (1ST) PLUS,
AMERICAN SERVICE GROUPING. AND AGENTS.
(CIV NO: 302CV652 (M.R.K) (W.I.G).

DEAR CLER OF THE COURT:

    PLEASE, AGAIN, PLACE THE ATTACHED LITIGATION, PLAINTIFF MOTION REQUEST FOR ADDMISSION BEFORE THE PRESIDING JUSTICE WITHIN YOUR COURT FOR DIPOSITION, THE COURT IS SENDING MY MOTION(S) BACK, I DONT KNOW WHY.

DATED 12-31st, 2003.

RESPECTFULLY, SUBMITTED,
Noel Davila PRO-SE