FILED

2004 JAN 30 P 12: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA                                   PRISONER
                                                      CIVIL ACTION CASE NO.
                                                      3:02CV652(MRK) (WIG)
                  Plaintiff,

V.

SECURE PHARMACY PLUS

                  Defendant.                      JANUARY 27, 2004

### DEFENDANT SECURE PHARMACY PLUS MOTION AGAINST PLAINTIFF NOEL DAVILA FOR CONTINUED FAILURE TO SEND ALL MOTION S AND ALL EXHIBITS IN THE RECEIVED MOTION TO DEFENDANT'S COUNSEL ON A TIMELY BASIS

Defendant previously filed a motion against plaintiff for sanctions (doc. # 38) stemming from the plaintiff's failure to mail defendant's counsel copies of certain discovery requests and motions on the dates set forth in plaintiff's certifications attached to the requests and motions and for failing to ever mail him copies of certain other motions. That motion was denied by William I. Garfinkel, United States Magistrate Judge.

Since that time, the problem has continued as noted in a December 19, 2003 motion filed by defendant. Another example has recently occurred and is noted below

On January 23, 2004, defendant's counsel received from plaintiff a January 15, 2004 "Motion For Application For Prejudgment Remedy" in an envelope dated January 22, 2004. (Copies of entire motion and envelope attached as Exhibit A). The motion received by defendant's counsel did not contain any attached exhibits despite the reference to exhibits in the second paragraph of paragraph 1. Two conversations with the clerk's office and one with the prisoner unit on January 27, 2004 about court receipt and acceptance of the motion revealed that plaintiff filed two

motions for application for prejudgment remedy. Counsel for defendant never received the exhibits to the above motion and never received the second motion filed with the court. Plaintiff has filed one pjr motion without the exhibits and has filed a second motion without sending a copy to counsel. Defendant's counsel will independently examine these materials in the clerk's office to ensure he obtains and reviews the exhibits to the first pjr motion and the entire second motion. Counsel for defendant, as suggested by Magistrate Garfinkel, has also requested copies of exhibits from the first pjr motion and the entire second pjr motion from plaintiff in a letter dated January 27, 2004. (Copy attached as Exhibit B).

As problems are continuing despite the prior motion for sanctions, the caution to plaintiff of Magistrate Garfinkel, the rules on service of documents in Fed. R. Civ. P. 5 and Local R. Civ. P. 5(b) and 7(e) and the pending December 19, 2003 motion, defendant again seeks the imposition of sanctions, costs, attorney's fees, and/or any other remedy the court deems appropriate.

DEFENDANT

SECURE PHARMACY PLUS

BY: /s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 27th day of January, 2004 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT-00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

1693

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA
, PLAINTIFF

-AGAINST-

SECURE PHARMACY(IST) PLUS, AMERICAN
SERVICEGROUP INC AND AGENTS
, DEFENDANT(S)

CIVIL NO. 3:02 CV 0652 (MRK)(WIG)

"JURY DEMAND"

DATE: JANUARY 15, 2004

## MOTION FOR APPLICATION FOR PRE-JUDGMENT REMEDY

TO THE HONORABLE COURT OF THE UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT THE UNDERSIGNED REPRESENTS:

1. THAT THE PLAINTIFF HAS COMMENCE AN ACTION AGAINST THE DEFENDANT(S) SECURE PHARMACY(IST) PLUS, AMERICAN SERVICEGROUP INC AND AGENT(S). OF THE DISTRIBUTION OF AN INCORRECT MEDICATION GIVEN TO THE PLAINTIFF, ALSO PLAINTIFF RESPONDED WHICH HE WAS ALLERGIC TO. THE DEFENDANT(S) AT ALL TIMES WERE A CORPORATION UNDER "CONTRACT" HIRED TO PROVIDE MEDICATIONS TO THE PRISONERS ON THE CONNECTICUT DEPARTMENT OF CORRECTIONS. PURSUANT TO THE PROPER SIGNED WRIT, SUMMONS, COMPLAINT AND AFFIDAVIT(S), SUBMITTED TO YOUR HONORED COURT (SEE COMPLAINT, AFFIDAVIT(S) MOTIONS), MEDICAL RECORDS OF PLAINTIFF

2. THAT THERE IS A PROBABLE CAUSE THAT A JUDGMENT

-2-

WILL BE RENDERED IN THE MATTER IN FAVOR OF THE APPLICANT AND TO SECURE THE JUDGMENT THE APPLICANT SEEKS AND ORDER FROM THIS HONORABLE COURT DIRECTING THAT THE FOLLOWING PRE-JUDGMENT ISSUED TO SECURE THE SUM OF: $ ONE MILLION DOLLARS, TWO HUNDRED AND FIFTY THOUSAND AND INCLUDING ADDITIONAL CHARGES ON COURT COSTS AND LITIGATION FEES AND OTHER REMEDIES THAT THE COURT MAY DEEM NECESSARY AND APPROPRIATE, ALSO ATTORNEYS' FEES.

(A) TO ATTACH SUFFICIENT PROPERTY OF THE DEFENDANT(S) TO SECURE THE SUM; "ONE MILLION, TWO HUNDRED AND FIFTY THOUSAND DOLLARS".

(b) TO GARNISHEE DEFENDANT(S) SECURE PHARMACY(IES) PLUS AMERICAN SERVICE GROUP INC. AND AGENT(S). AS HE/SHE IS THE AGENT, TRUSTEE, DEBTOR OF THE PLAINTIFF AND HAS CONCEALED IN HIS POSSESSION PROPERTY OF THE DEFENDANT(S) AND IS INDEBTED TO HIM.

(c) TO SEIZE ANY AND ALL VALUABLES THINGS THAT HAS BEEN PAID FOR IN FULL.

(d) TO SEIZE ANY AND ALL PAY CHECKS FROM HIS/HER WORKPLACE AS WELL AS ANY AND ALL BANK ACCOUNTS, CHECKS ACCOUNT(S), STOCKS, BONDS AND ALL JOINT ACCOUNTS OF ALL THE DEFENDANT(S).

(E) TO SEIZE ANY AND ALL TYPES OF AUTOMOBILES THAT THEY OWN BY LEASE OR SELL OR RENTAL TO WHICH IS FULLY PAID FOR.

(F) TO SEIZE ANY AND ALL TYPES OF HOUSES, AUTOMOBILES, HOMES, TRAILERS, AND ANY TYPE OF PROPERTY THAT IS TO BE LIVED IN BY A PERSON WHICH IS FULLY PAID FOR.

3. THE PLAINTIFF REQUEST SUCH SEIZURE PURSUANT TO THE

CONNECTICUT GENERAL STATUTES SECTION 52-278 (a)(b)(c)(d)(e)(f)(g)(h)(i), OF CHAPTER 903a PREJUDGMENT REMEDIES IN ACCORDANCE WITH FEDERAL RULES CIVIL PROCEDURES, RULE 64.

FOR THE FOREGOING REASONS THIS COURT SHOULD GRANT THIS MOTION AND SEIZE THE ITEMS, THINGS AND VALUABLES TO PAY THE DEBT.

## CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE PRE PAID THIS 15TH DAY OF JANUARY 2004 TO:

TO: ATTORNEY FOR THE DEFENDANT(S)
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

TO: HONORABLE JUSTICES
MR. MARK R. KRAVITZ
MR. WILLIAM I. GARFINKEL
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT 06510

DATED: 1-15-2004.

BY: _____
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470

JOEL DAVILA
NUMBER: 212726
RECTIONAL INSTITUTION
JNAWAUK ROAD
BOX 9500

(PRIVILEGED
  MAIL)

received 1/23/04

TO: ATTORNEY AT LAW:
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032

COURT MAIL

(CONFIDENTIAL)

# THE LAW OFFICE OF
# THOMAS H. WINSLOW, LLC

COPY

January 27, 2004

Mr. Noel Davila
Garner Correctional Institute
P.O. Box 5500
Newtown, CT  06470

Re:  Noel Davila v. Secure Pharmacy Plus

Dear Mr. Davila:

I have received a three-page January 15, 2004 "Motion for Application for Prejudgment Remedy" that does not have the exhibits in the second paragraph of paragraph 1 attached to the motion. In addition, the Clerks Office and Prisoner's Unit has advised you filed a second January 15, 2004 motion for application for prejudgment remedy. I have not received a copy of that second motion or exhibits to the second motion, if applicable.  Please forward the missing second motion and the missing exhibits to the first motion to my attention.

Very truly yours,


Thomas H. Winslow

Exhibit B