-1-

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

2004 JAN 28 P 1:44

US DISTRICT COURT

CIVIL NO: 3:02CV652 (M.RK)(WIG)

NOEL DAVILA
, PLAINTIFF

— AGAINST —

DATE: JANUARY 23RD, 2004.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENT(S).
, DEFENDANT(S)

## PLAINTIFFS REPLY MOTION TO DEFENDANT(S) LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFFS STATEMENT OF UNDISPUTED FACTS.

PURSUANT TO FED. R. CIV. P. THE PLAINTIFF NOEL DAVILA HEREBY GIVE NOTICE THAT THE UNDERSIGNED PLAINTIFF REQUEST YOUR HONORABLE COURT TO TAKE NOTICE OF DEFENDANT(S) AMERICAN SERVICE GROUP INC. AGENTS, SECURE PHARMACY PLUS (1ST) AND TO TAKE UNDER CONSIDERATION THE UNDISPUTED FACTS ON THE FORM 26(F) ALSO RULING OF HONORABLE JUSTICE M.R. STEPHAN R. UNDERHILL SO ORDERED ON JUNE 2003, NEGLIGENCE, (PROFFESSIONAL MALPRACTICE.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O BOX 5500
NEWTOWN CT. 06470

DATED: 1-23RD, 2004.

(I) STATEMENT OF UNDISPUTED FACTS:

1- ON JANUARY 6, 2003, PLAINTIFF NOEL DAVILA HAD SIGNED A FORM 26(F) PARTIES PLANNING TO MEETING (sic) AND ATTORNEY FOR THE DEFENDANT(S) "AMERICAN SERVICE GROUP INC...", AGENT(S), SECURE PHARMACY PLUS. M.R. THOMAS H. WINSLOW CERTIFY AS FOLLOWS: SEE DEFENDANT(S) MOTION DATED JANUARY 21st 2004.) (DEFENDANTS LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFF STATEMENT OF UNDISPUTED FACTS

  (a) STATEMENT OF UNDISPUTED FACTS:
COUNSEL AND PRO-SE PARTY PLAINTIFF CERTIFY THAT THEY HAVE MADE A GOOD FAITH ATTEMPT TO DETERMINE WHETER THERE ARE ANY MATERIAL FACTS THAT ARE "NOT IN DISPUTE".

  (b) THE PARTIES STATE THAT THE FOLLOWING MATERIAL FACTS ARE UNDISPUTED:

    (i) PLAINTIFF IS A PRISONER "CONSUMED MEDICATION WHILE A PRISONER".

    (ii) SECURE PHARMACY IS NOT [AN] EMPLOYEE OF THE PRISON SYSTEM AND WAS HIRED AS AN INDEPENDENT CONTRACTOR BY A THIRD-PARTY TO PROVIDE PRESCRIPTION SERVICES TO PRISONERS.

(II) REPLY/PLAINTIFF RESPONSE:

  1. THE PLAINTIFFS CLAIMED STATEMENT OF UNDISPUTED FACTS, AMERICAN SERVICE GROUP INC. AGENT(S), SECURE PHARMACY (1st)

Plus, as defendant(s), also defendant(s) admits that American Service group inc. Agents are also a defendant(s) (see defendant(s) motion dated on January 21st, 2004). Plaintiff does seth forth a concise statements of material fact(s).

2- Plaintiffs again reincorporates all defendant(s) involve in the incident wich are American Service group inc. Agent(s), Secure Pharmacy(ist) Plus.

3- Secure Pharmacy(ist) Plus, American Service group inc., Agent(s) is a corporation "under the same rules"

4- American Service group inc. and Agent(s) is a "publicly traded stock company" and Secure Pharmacist Plus is owned by a parent corporation American Service group inc. Agent(s) and they are responsible for all medications sent to the Connecticut Department of Corrections given to the inmates.

5- Furthermore, defendant(s) contentions in their motion Local Rule 56(a)(2) statements/objection/response to plaintiff statement of undisputed facts was signed by attorney m.r. Thomas H. Winslow as Counsel for the defendant(s) American Service group inc. Agent(s), Secure Pharmacist Plus (see defendant(s) motion dated January 21st 2004.)

6- Additionally, notwithstanding defendant(s) contentions now are without waiving the objection admits that there was a statement of undisputed facts in the form 26(F) report of parties planning meeting and plaintiff has set forth the statement of undisputed facts, the ruling of Honorable Justice Mr. Stephan R. Underhill dated on June

2003, WITH A MAYORITY OF ALL THE CONTAINED TERMS.

7- DEFENDANT(S) ADMITS ON THE MOTION DATED JANUARY 21st 2004, DEFENDANTS MOTION LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFFS STATEMENTS OF UNDISPUTED FACTS THAT "NOW SECURE PHARMACY PLUS IS NOT A DEFENDANT."

8- PLAINTIFFS NOW CONTENDS THAT THE DEFENDANT(S) HAVE ONLY OFFERED PARTIAL DOCUMENTS OF QUESTIONS IN ATTEMPT TO DEVIATE, CONFUSED, TWIST THE COURT'S RULING IN HIS FAVOR AND IN BAD FAITH WITH AN EVIL EYE AND UNEVEN HAND, AND THAT MANDATES DENIAL OF DEFENDANT(S) OBJECTIONS OPPOSITION TO PLAINTIFF MOTION TO DISMISS/SANCTIONS AND PARTIAL SUMMARY JUDGMENT.

## CONCLUSION

FOR ALL THE REASONS ABOVE THE PLAINTIFF MOVES YOUR HONORABLE COURT THAT THE DEFENDANT(S) MOTION(S) TO BE DENIED IN FULL.

DATED: JANUARY 23RD, 2004.

PLAINTIFF,

Noel Davila

NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT- 06470.

-5-

# CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE PRE-PAID, THIS 23RD DAY OF JANUARY 2004, TO THE FOLLOWING PARTIES:

TO: HONORABLE JUSTICES:
  MR. MARK R. KRAVITZ (U.S. DISTRICT JUDGE)
  MR. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE)
  141 CHURCH STREET
  NEWHAVEN CT. 06510.

TO: ATTORNEY'S FOR THE DEFENDANT(S)
  MR. THOMAS H. WINSLOW (LEAD ATTORNEY)
  321 MAIN STREET
  FARMINGTON CT. 06032.

DATED: 1-23-2004.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.