UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -5  P 4: 37

CIV NO: 302CV652 (MRK)(W.IG)

NOEL DAVILA
,  PLAINTIFF

— AGAINST —

DATED: FEBRUARY 2ND, 2004.

SECURE PHARMACY PLUS (1ST) AMERICAN
SERVICE GROUP INC. AND AGENT(S).

PLAINTIFF REPLY DEFENDANT(S) SECURE PHARMACY (1ST) PLUS AMERICAN SERVICE GROUP INC. AND AGENT(S) MOTION AGAINST PLAINTIFF NOEL DAVILA FOR CONTINUED FAILURE TO SEND ALL MOTIONS AND ALL EXHIBITS IN THE RECEIVED MOTION TO DEFENDANTS COUNSEL ON A TIMELY BASIS.

PURSUANT TO THE CONNECTICUT CIVIL RULES AND PROCEDURES, PLAINTIFF NOEL DAVILA HEREBY OBJECTS TO THE ABOVED DEFENDANT(S) MOTION ON THE FOLLOWING GROUNDS AND POINTS:

DATED: 2-2ND, 2004.

PLAINTIFFS,
Noel Davila
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470.

STATEMENT OF FACTS:

ON - DECEMBER 22ND, 2003, PLAINTIFF NOEL DAVILA REPLY MOTION OBJECTION TO DEFENDANT(S) SECURE PHARMACY (1ST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) MOTION FOR CONTINUED FAILURE TO SENT DOCUMENTS TO DEFENDANT(S) COUNSEL ON A TIMELY BASIS.

ON - JANUARY 6, 2004 PLAINTIFF NOEL DAVILA REPLY MOTION OBJECTION MEMORANDUM DENIEING THE DEFENDANT(S) SECOND MOTION TO DISMISS THE DEFENDANT(S) SECURE PHARMACY (1ST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) IN COMPLAINT

ON JANUARY 15, 2004 PLAINTIFF NOEL DAVILA FILE A MOTION FOR THE APPLICATION TO YOUR HONORABLE COURT FOR A PRE-JUDGMENT REMEDY IN WICH AT ALL TIMES PLAINTIFF HAS PROVIDED DEFENDANT(S) ATTORNEY MR. THOMAS H. WINSLOW, INCLUDING BUT NOT LIMITED COPIES AND EXHIBITS.

ON - JANUARY 21st, 2004, ATTORNEY FOR THE DEFENDANT(S) MR. THOMAS H. WINSLOW, LLC HAS SENT A LETTER TO THE PLAINTIFF NOEL DAVILA STATING AS FOLLOWS:

(i) I HAVE ATTACHED A DOCUMENT THAT WAS SENT TO YOUR FORMER ADDRESS ON JANUARY 13, 2004 BEFORE I RECEIVE YOUR JANUARY 7, 2004 LETTER ON JANUARY 14, 2004 NOTIFYING ME OF YOUR NEW ADDRESS. (PLEASE SEE EXHIBIT (I) ON RECORD). PLAINTIFF HAS COMPLY AT ALL TIMES.

ON - JANUARY 21st, 2004, DEFENDANT(S) FILE A LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFFS STATEMENT OF UNDISPUTED FACTS:

ON JANUARY 23RD 2004, PLAINTIFF NOEL DAVILA REPLY TO

THE DEFENDANT(S) MOTION LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFFS STATEMENT OF UNDISPUTED FACTS:

ON - JANUARY 23RD 2004, PLAINTIFF NOEL DAVILA FILED A MOTION OF ADDITION OR SUBSTITUTION OF PARTIES ADDITIONAL PARTIES SUMMONED IN BY COURT; ADDITION OR SUBSTITUTION OF PARTIES - COUNTER CLAIM; THIRD PARTIES, SUPERIOR COURT RULES - CIVIL CASE: §99. §102. §117. §125. OR PURSUANT TO FED. R. CIV. P. ECT.

ON - FEBRUARY 2ND, 2004, PLAINTIFF NOEL DAVILA HAS RECEIVE A LETTER FROM THE ATTORNEY FOR THE DEFENDANT(S) THOMAS H. WINSLOW STATING THAT HE DID NOT RECEIVE THE EXHIBITS, WICH IN FACT PLAINTIFF HAS SENT DEFENDANT(S) ATTORNEYS' AT ALL TIMES WITH A COPY OF ALL DOCUMENT(S) FILED WITHIN YOUR HONORABLE COURT.

ON - JANUARY 27, 2004 ATTORNEY FOR THE DEFENDANT(S) HAS FILED ANOTHER MOTION AGAINST PLAINTIFF NOEL DAVILA FOR CONTINUED FAILURE TO SENT ALL MOTIONS AND ALL EXHIBITS IN THE RECEIVED MOTION TO DEFENDANTS COUNSEL ON A TIMELY BASIS. RECEIVED ON FEBRUARY 2ND, 2004.

PLAINTIFF HAS ASK C.T.O. HICKS TO MAKE AROUND 150 COPIES OF LEGAL DOCUMENTS TO PROVIDE THE DEFENDANTS ATTORNEYS, M.R. THOMAS H. WINSLOW, WICH CORRECTIONAL OFFICER M.S. HICKS HAS WROTE ON THE LAW BOOK ON JANUARY 26, 2004, PLEASE FEEL FREE TO OBTAIN COPY OF THE LAW BOOK REPORT OF COPIES.

PLAINTIFF IS INCARCERRATED AND CAN NOT CONTROL THE MAIL ROOM, PLAINTIFF FURTHER CONTENDS THAT HE HAS SENT THE DEFENDANT(S) ATTORNEYS' M.R. THOMAS H. WINSLOW COPIES OF All MOTIONS SENT TO THE COURT, AND THE COUNSEL IS ATTEMPTING TO DEVIATE, TWIST THE FACTS IN HIS FAVOR.

PLAINTIFF HAS/IS ATTEMPTING TO LITIGATE IN "GOOD FAITH".

PLAINTIFFS HAS NOT BEEN ABLE TO OBTAIN DISCOVERY FROM THE DEFENDANT(S) ATTORNEYS' DUE TO OBJECTIONS TO All PLAINTIFF DISCOVERY ISSUES.

PLAINTIFFS OBJECTS TO THE DEFENDANTS DESPERATE CRY FOR SANCTIONS, COSTS, ATTORNEYS' FEES AND ANY OTHER REMEDY.

PLAINTIFFS IS A PRO-SE AND IS NOT ENTITLED TO AWARD OF ATTORNEY FEES, EVEN IF SUCCESSFUL IN HIS CIVIL RIGHTS ACTION. SEE - GONZALEZ V. KANGAS; 814 F. 2d. 1411 (1987).

PLAINTIFF DECLARES UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT; PURSUANT TO 28.U.S.C §1746; 18.U.S.C. §1621.

DATED: FEBRUARY 2ND, 2004.

By: Noel Davila
NOEL DAVILA
P.O BOX 5500
NEWTOWN CT. 06470.

PLAINTIFF PRAYS TO YOUR HONORABLE COURT TO DISMISS THE DEFENDANT(S) REQUEST FOR SANCTIONS, COSTS, ATTORNEYS' FEES AND/OR ANY OTHER REMEDIES AS FRIVOLOUS AND IN

BAD FAITH, WOLLY WITHOUT MERIT DONE WITH EVIL EYE AND UNEVEN HAND.

WHEREFORE, I RESPECTFULLY MOVE YOUR HONORABLE COURT TO IMPOSED A SANCTIONS AGAINST DEFENDANT(S) FOR ANNOYING, HARRASS, IN BAD FAITH THE COURT, PLAINTIFFS AND TO AWARD COST, EXPENSE, MONEY DAMAGES TO THE COURT AND PLAINTIFFS.

### CERTIFICATION

I, NOEL DAVILA PLAINTIFF CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING ON THE 2ND DAY OF ~~FEBRUARY~~ FEBRUARY TO:

TO: HONORABLE JUSTICES
  M.R. MARK R. KRAVITZ (U.S. DIST. JUDGE)
  M.R. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE)
  U.S. COURT HOUSE
  141 CHURCH STREET
  NEW HAVEN CT. 06510.

*Noel Davila*
NOEL DAVILA

TO: ATTORNEYS' FOR THE DEFENDANT(S)
  M.R. THOMAS H. WINSLOW (LEAD ATTORNEY)
  321 MAIN STREET
  FARMINGTON CT. 06032.

BY: *Noel Davila*
NOEL DAVILA
P.O. BOX 5500
NEW TOWN CT. 06470