UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 11  A 11: 57

NOEL DAVILA

    Plaintiff,

V.

SECURE PHARMACY PLUS

    Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

FEBRUARY 9, 2004

### DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S JANUARY 18, 2004 MOTION OF ADDITION OR SUBSTITUTION OF PARTIES

On January 29 or 30, 2004, defendant's counsel received the exhibits that were allegedly attached to a January 15, 2004 Application for Motion for Prejudgment Remedy filed by plaintiff. Exhibit L is a January 23, 2004 Plaintiff's Motion of Addition or Substitution of Parties et al. Defendant's counsel never received his certified copy of that motion and objects to that motion for the following reasons:

1. Plaintiff has not identified the party or parties he seeks to substitute or add;

2. Plaintiff has not cited to or complied with any applicable federal rule of civil procedure on substitution or addition of a party or parties;

3. The time limit for adding or substituting a party or parties has expired; and

4. The two-year statute of limitations for suing a new party has expired.

CONCLUSION

For all the above reasons, the defendant requests that the plaintiff's motion for addition or substitution of parties be denied.

DEFENDANT

SECURE PHARMACY PLUS

BY: /s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 9th day of February, 2004 to:


Mr. Noel Davila (#212726)
Garner Correctional Institute
P.O. Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427