FILED

2004 FEB 17 P 4: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIV NO: 3O2CV652(M.R.K)(W.IG)

NOEL DAVILA
, PLAINTIFF
- AGAINST -

DATE: FEBRUARY 11, 2004.

SECURE PHARMACY (1ST) PLUS, AMERICAN
SERVICE GROUP INC. AND AGENT(S) ET. AL.
, DEFENDANT(S)

## APPLICATION FOR PREJUDGMENT REMEDY

TO THE FEDERAL COURT FOR THE JUDICIAL
DISTRICT OF NEW HAVEN.

THE UNDERSIGNED REPRESENTS:

1. THAT NOEL DAVILA COMMENCE AN ACTION AGAINST SECURE PHARMACY(1ST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS ET. AL. AT 7170 STANDARD DRIVE HANOVER MARYLAND 21076. PURSUANT TO THE ATTACHED PROPOSED UNSIGNED WRIT, SUMMONS, COMPLAINT, AFFIDAVIT.

2. SECURE PHARMACY(1ST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL ARE THE DEFENDANT(S).

3. SECURE PHARMACY PLUS IS "OWNED BY A PARENT CORPORATION AMERICAN SERVICE GROUP INC. AMERICAN SERVICE GROUP INC. AND AGENTS IS A "PUBLICLY TRADED STOCK COMPANY; AND IS A CORPORATION UNDER

THE SAME RULES AS SECURE PHARMACY(IST) PLUS, AND AGENT(S).

4. THAT THERE IS PROBABLE CAUSE THAT A JUDGMENT IN THE AMOUNT OF THE PREJUDGMENT REMEDY SOUGHT, OR IN AN AMOUNT GREATER THAN THE AMOUNT OF THE PREJUDGMENT REMEDY SOUGHT, TAKING INTO ACCOUNT ANY KNOW DEFENSES, COUNTERCLAIMS OR SET-OFFS, WILL BE RENDERED IN THE MATTER IN FAVOR OF THE APPLICANT AND THAT TO SECURE THE JUDGMENT THE APPLICANT SEEKS AN ORDER FROM THIS COURT DIRECTING THAT THE FOLLOWING PREJUDGMENT REMEDY BE GRANTED TO SECURE THE SUM OF: $"ONE MILLION, TWO HUNDRED AND FIFTY THOUSAND DOLLARS":

a) TO ATTACH SUFFICIENT PROPERTY OF THE DEFENDANT(S) TO SECURE SUCH SUM".

b) TO GARNISHEE SECURE PHARMACY(IST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL. AS HE IS THE AGENT, TRUSTEE, DEBTOR OF THE DEFENDANT(S) AND HAS CONCEALED IN HIS POSSESSION PROPERTY OF THE DEFENDANT AND IS INDEBTED TO HIM.

c) TO A DECLARATORY JUDGMENT THAT THE DEFENDANT(S) ACTS, PRACTICES, POLICIES HERE, PROCEDURES HEREIN VIOLATED PLAINTIFFS RIGHTS UNDER THE UNITED STATES CONSTITUTION TO BE FREE FROM "CRUEL AND UNUSUAL PUNISHMENT", NEGLIGENCE, PHARMACIST PROFFECIONAL MALPRACTICE, AND TO EACH DEFENDANT(S) SEPARETLY AWARD THE SUM OF $ ONE MILLION, TWO HUNDRED AND FIFTY THOUSAND DOLLARS.

DATED: 2-11-2004.

Noel Davila
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470.

# ORDER.

THE ABOVE APPLICATION HAVING BEEN PRESENTED TO THE COURT, IT IS HEREBY ORDERED, THAT A HEARING BE HELD THEREON ON FRIDAY 20th DAY OF FEBRUARY AT 9:00 AM, 2004. AND THAT THE PLAINTIFF GIVE NOTICE TO THE DEFENDANT IN ACCORDANCE WITH SECTION 52-278C OF THE GENERAL STATUTES OF THE PENDENCY OF THE APPLICATION AND OF THE TIME WHEN IT WILL BE HEARD BY CAUSING A TRUE AND ATTESTED COPY OF THE APPLICATION THE PROPOSED UNSIGNED WRIT, SUMMONS, COMPLAINT, AFFIDAVIT AND OF THIS ORDER, TOGETHER WITH SUCH NOTICE AS IS REQUIRE UNDER SUBSECTION (e) OF SECTION 52-278C, TO BE SERVED UPON THE DEFENDANT(S) BY SOME PROPER OFFICER OR INDIFFERENT PERSON ON OR BEFORE FRIDAY 20th DAY FEBRUARY 2004, AT 9:00 AM AND THAT DUE RETURN OF SERVICE BE MADE TO THIS COURT AND TO THE PLAINTIFF.

DATED AT BRIDGEPORT THIS ____ DAY OF _____ 2004.

CLERK OF THE COURT

## SUMONS

TO THE SHERIFF OF THE COUNTY OF <u>FAIRFIELD</u>, <u>NEW HAVEN</u> HIS DEPUTY, OR EITHER CONSTABLE OF THE TOWN OF BRIDEPORT, NEW HAVEN SAID COUNTY:

GREETING:

BY AUTHORITY OF THE STATE OF CONNECTICUT, YOU ARE HEREBY COMMANDED TO SERVE A TRUE AND TESTED COPY OF THE ABOVE APPLICATION, UNSIGNED PROPOSED WRIT SUMMONS, COMPLAINT, AFFIDAVIT AND ORDER UPON SECURE PHARMACY(IST) PLUS, AMERICAN SERVICE GROUP INC AND AGENT(S) ET. AL. OF PREJUDGMENT REMEDY AT 7170 STANDARD DRIVE HANOVER MARYLAND 21076 BY LEAVING THE SAME IN HIS HANDS OR AT HIS USUAL PLACE OF ON OR BEFORE DEFENDANT(S) SECURE PHARMACY(IST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL. BEFORE FRIDAY FEBRUARY 20th 2004.

DATED AT _____ THIS DAY OF _____ 2004.

COMMISSIONER OF THE FEDERAL COURT.

c) THE CLERK UPON RECIPT OF All SUCH DOCUMENTS IN DUPLICATE, IF HE FINDS THEM TO BE IN PROPER FORM SHAll FIX A DATE FOR THE HEARING ON THE APPLICATION AND SIGN THE ORDER OF HEARING AND NOTICE EXCEPT THAT IF THE APPLICATION INCLUDES A REQUEST FOR A TEMPORARY RESTRAINING ORDER, FIX A DATE FOR THE HEARING ON THE PREJUDGMENT REMEDY AND SIGN THE ORDER OF A HEARING AND NOTICE. THE ENTRY FEE SHAll BE THEN COllECTED AND THE DUPLICATE ORIGINAL DOCUMENT SHAll BE PLACED IN THE COURT FILE.

d) THE CLERK SHAll DELIVER TO THE APPLICANT'S ATTORNEY THE ORIGINAL DOCUMENTS SHAll BE RETURNED TO THE COURT WITH THE ENDORSEMENT BY THE OFFICER OF HIS ACTIONS.

e) AN APPLICATION FOR A PREJUDGMENT REMEDY SHAll BE ACCOMPAINED BY A NOTICE AND FORM, IN SUCH FORM AS MAY BE PRESCRIBED BY THE OFFICE OF THE CHIEF COURT ADMINISTRATOR CONTAINING THE FOllOWING LANGUAGE "YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS APPLICATION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING;
(1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTER CLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE APPLICATION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE

THAT MAY BE AVAILABLE TO YOU: (2) TO REQUEST THAT THE PLAINTIFF POST BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY (3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; (4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH PREJUDGMENT REMEDY".

ECT........ A, B, C, D, E, F, G, H, I ... CHAPTER 903a*.

DATED: 2-11-2004.

BY: Noel Davila
NOEL DAVILA
PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470

## CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED ON THIS 11th DAY OF FEBRUARY 2004 TO THE FOLLOWING:

*Noel Davila*

TO: HONORABLE JUSTICES
U.S. COURTHOUSE
M.R. MARK R. KRAVITZ (DISTRICT JUDGE)
M.R. WILLIAM I. GARFINKEL (MAG. JUDGE)
141 CHURCH STREET
NEW HAVEN CT. 06510

TO: ATTORNEY FOR THE DEFENDANT(S)
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

DATED: 2-11-2004.

BY: *Noel Davila*
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470