EXIBIT [12]

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
| --- | --- |
| 212 726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL): Davila Noel

SEX: (M) F — RACE/ETHNIC: B W (H) O — FACILITY: CCI-C

| DATE/TIME | |
| --- | --- |
| 12/13/01 8 45 pm | We had a long discussion: He is going to be 31 years shortly, at times tonight was on the verge of crying. He stated he has ongoing pain in left knee and current meds are not helping. He confided he and his sister have contacted the DOC Commissioner but so far no action taken. He had many complaints about DOC & [illegible]. He stated with his complaint to DOC at times he feels CO, captain etc are against him and they do things so that he would not get the needed intervention & he hinted he was afraid of DOC staff reaction to what he's doing. He also complained he was given a different colored Paxil & has [illegible] [illegible]. Was alert [illegible], relevant & cooperative. Will continue meds — he is neither suicidal nor [illegible]. |
| | Rx Paxil 20 mg po QAM<br>Benadryl 50 mg po QHS |
| | RTC 1/10/02 [signature] |

EXHIBIT [18]

HR401 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Davila, Noel |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | [illegible] |

| DATE/TIME | |
|---|---|
| 1/10/02 10 pm | A very angry Inmate who described in detail & repeated how he was given wrong medication which caused: |
| | a- vomiting, Diarrhea, Wt loss = 15 lbs |
| | b- abdominal pain |
| | c- dizziness |
| | d- [illegible] pounding headache |
| | e- muscle tightening |
| | f- Weakness. |
| | g- mind going blank & his [illegible] |
| | He states on many occasions: I stopped that fucking medication - No more I'll take this [illegible] fucking med - |
| | He states he was [illegible] thinks no longer trusts medical & medication in this place & that he has not slept for several days & is afraid of exploding! |
| | We [illegible] persuade he agreed to take medication - in fact he said Trazadone & Doxepin - but wanted to make sure there would be any change of the pills with change of pharmacy |
| | He agreed to take Remeron 15 po QHS |
| | I checked in PDR & shape & color of Remeron — |
| | RTC 2 weeks — |
| | [signature] |

Exhibit [13]

HR401 REV.5/94

CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL): Davilla, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CCI-C |

| DATE/TIME | |
|---|---|
| 1/24/02 1000 P | Inmate continues having "losing it" – ever since his pink Paxil was changed to ½ tab of green. He states "I read recently [illegible] eating in back but still, periodically at night feels funny, wakes up, with strange sensation in head – at times he has many feelings in daytime. Told the RN saw him ½ tab of Remeron – brown & not full green tablet – & he doesn't want any change of medication color. He was angry all the time [illegible] [illegible]. He states he has "always [illegible]". Plan: Remeron 30 mg po QHS – hopefully it would be brown tab & not two yellow pills. RTC 2/7/02 [signature] |
| 2/7/02 915 | Inmate seen in Seg. He was angry [illegible] & used profanity about the system. He did say he had no idea why he was in Seg & why there was investigation. He was hoping the MH would help him to get out of Seg. His tone was one of paranoia. Will continue Remeron 30 mg po QHS [signature] |

EXIBIT [3]

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

MENTAL HEALTH

INMATE REQUEST FORM

Facility/Unit ______ Date 12-5-01

Inmate Name NOEL DAVILA Number 212726

Request I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE MEDICATION PAXIL 20 mg (PINK) TO Paxil (GREEN) 20 mg. I WANT TO SEE MY DOCTOR K. THANK YOU!

(continue on back if necessary) Noel Dávila

Previous Action Taken ______

(continue on back if necessary)

Submitted to ______ Date Received ______

Acted on by ______

Action Taken and/or Response ______

(continue on back if necessary)

Date of Response to Inmate ______

Signature of Staff Member ______

EXHIBIT [4]

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit MENTAL HEALTH

Date 12-11-01

Inmate Name NOEL DAVILA

Number 212726

Request SINCE I'VE Been taking this Pill (Green 20mg) I am having this Pounding hedache, vomiting everything I eat hand be Shaking alot, and alot of stomach Pain, Please I want se the Doctor K. Thank You! Noel Davila

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Submitted to

Date Received

Acted on by

Action Taken and/or Response

(continue on back if necessary)

Date of Response to Inmate

Signature of Staff Member

EXHIBIT 5

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit mental Health and medical unit

Date 12-17-01

Inmate Name Noel Davila

Number 212726

Request Doctor K I am still feeling weird I have alot of Stomach Pain, Diarrea, Vomiting, This Headache Don't want to go away my body still trembling allot, I want to know whats going with me I want to see a Doctor Noel Davila

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Submitted to

Date Received

Acted on by

Action [illegible] and/or Response

(continue on back if necessary)

Date o[illegible] Inmate

Signat[illegible] of Staff Member

EXHIBIT[6]

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit ______ Date 12-26-01

Inmate Name Noel DAvila Number 212726

Request I, TODAY Came to see Nurse Doctor Jim, and He sit Down ith me and ask me How I was Doing so I TOLD Him that I have been eling very bad, and also that I File a grievance. 2 DAYS Ago, and He Hecked my blood Presure, and told me that the company HAd send a memo nt had sen the wrong medication so I TOLD Him that I no longer want that medication ver again. So I went to see Doctor K. to change my medication

(continue on back if necessary)

Previous Action Taken

Noel Davila

(continue on back if necessary)

Submitted to ______ Date Received ______

Acted on by ______

Action Taken and/or Response ______

(continue on back if necessary)

Date of Response to Inmate ______

Signature of Staff Member ______

EXIBIT [7]

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit N-416 Date 12/27/01

Inmate Name Noel Davila Number 212726

Request I need to see Dr Craine ASAP or a Mental Health Counselor please

Thank You
Noel Davila

(continue on back if necessary)

Previous Action Taken ______

(continue on back if necessary)

Submitted to ______ Date Received ______

Acted on by ______

Action Taken and/or Response ______

(continue on back if necessary)

Date of Response to Inmate ______

Signature of Staff Member ______

EXHIBIT [8]

HR601 REV.6/94

CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | |

INMATE NAME (LAST, FIRST, INITIAL): Davila Noel

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 12/27/01 | (Y) N | self | (M) F | B W H O | Cheshire |

DESCRIBE REASON FOR REQUEST/REFERRAL:

need to see DR

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| | | | |

SERVICE PROVIDED/RESPONSE:

DR K - S 1/10/02 noted by DR K -
RTC as scheduled

RESCHEDULE DATE: YES ☐ NO ☐

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE

DATE

EXIBIT 9

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit ______ Date 12-22-01

Inmate Name Noel Davila Number 212726

Request I have told the nurses that I would like to have all my Pavil Pink 20mg NOT Pavil Green 20mg is causing me deffects, Vomiting, Stomach Pain, Diarrea, Pounding Headache Body Trembling and Body want to Tylenol Belive me. I want to to se the Doctor again please

Noel Davila

(continue on back if necessary)

Previous Action Taken ______

(continue on back if necessary)

Submitted to ______ Date Received ______

Acted on by ______

Action Taken and/or Response ______

(continue on back if necessary)

Date of Response ______

Signature of Staff Member ______

EXHIBIT [10]

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit Mental Health and Medical unit Date 1-5-02

Inmate Name noel Dawila Number 212726

Request

I no longer want to take medication Pavil 20mg Green and the nurse staff still expose me to that medication I am afraid to take it, please tell the doctor K to change it. thank you Noel Dawila

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Submitted to Date Received

Acted on by

Action Taken and/or Response

(continue on back if necessary)

Date of Response to Inmate

Signature of Staff Member

EXIBIT L1

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit Mental Health and Medical unit

Date 1-5-02

Inmate Name Noel Dawila

Number 212726

Request I no longer want to take medication Pavil 20mg Green and the nurse staff still expouse me to that medication I am afraid to take it, please tell the doctor K to change it. thank you Noel Dawila

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Submitted to

Date Received

Acted on by

Action Taken and/or Response

(continue on back if necessary)

Date of Response to Inmate

Signature of Staff Member

EXIBIT (4)

...ty Name

Month/Year

| | HOUR |
|---|---|
| ...S SOAP (BAR EA.) BAR<br>AS DIRECTED DAILY<br>597670 ESPOSITO M.D., JOSEPH ,<br>START DATE 10/05/2001 STOP DATE 01/03/2002 | S |
| ...APEUTIC TAR SHAM. (TGEL-250 2.5% LOT<br>...Y SPARINGLY TO AFFECTED AREAS DAILY<br>601284 MALEH, M.D., JACK ,<br>START DATE 10/17/2001 STOP DATE 11/15/2001 | S |
| ...MINOPHEN W/COD #3 300/30MG TAB<br>2 TABLET(S) BY MOUTH 3 TIMES DAILY ***SIGN OUT EACH DOSE ON<br>...OL SHEET AND M.A.R.*<br>START DATE STOP DATE | 8A<br>1P |
| 601287 MALEH, M.D., JACK ,<br>START DATE 10/17/2001 STOP DATE 11/15/2001 | 8P |
| (PAROXETINE) 20MG TAB<br>1 TABLET(S) BY MOUTH EVERY MORNING *MAY CAUSE DROWSINESS, AVOID<br>...OL*<br>START DATE 11/15/01 STOP DATE 12/15/01 | 8A |
| 602517 BLANCHETTE M.D., EDWARD 11/15/01 12/15/01<br>START DATE ~~10/20/2001~~ STOP DATE ~~11/16/2001~~ | |
| ...NHYDRAMINE (BENADRYL) 50MG CAP<br>1 CAPSULE(S) BY MOUTH AT BEDTIME<br>602518 BLANCHETTE M.D., EDWARD 11/15/01 12/15/01<br>START DATE ~~10/20/2001~~ STOP DATE ~~11/16/2001~~ | HS |
| ...rcocet 5/325 i QID x 30d -po<br>Awaiting approval<br>START DATE STOP DATE<br>Sent 11/16/01 denied | 8<br>12<br>4<br>8 |
| START DATE STOP DATE | |

...Y ASPIRIN

...SIS

...T DAVILLA, NOEL

ID 212726 WING 1

N-16 AB22

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

...MENTATION CODES =
...iscontinued Order
...ose Omitted
R - Refused
C - Court
S - Self Administered
NS - No Show

EXIBIT[15]

...y Name ___ Month/Year ___

| Medication | HOUR | 1–30 |
|---|---|---|
| ...S SOAP (BAR EA.) BAR<br>AS DIRECTED DAILY<br>597670 ESPOSITO M.D., JOSEPH ,<br>START DATE 10/05/2001 STOP DATE 01/03/2002 | S | |
| ...(PAROXETINE) 40MG TAB<br>ONE-HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>>SEND HALF<br><<<< *MAY CAUSE DROWSINESS/AVOID ALCOHOL*<br>START DATE STOP DATE | 8A | |
| 611273 MALEH, M.D., JACK ,<br>START DATE 11/17/2001 STOP DATE 12/16/2001 | | |
| ...ENHYDRAMINE (BENADRYL) 50MG CAP<br>1 CAPSULE(S) BY MOUTH AT BEDTIME<br>611274 MALEH, M.D., JACK , 12/13/01 1/13/02<br>START DATE ~~11/17/2001~~ STOP DATE ~~12/16/2001~~ | HS | |
| Gel shampoo @ od<br>START DATE 11/29/01 STOP DATE 1/28/02 | S | |
| ...sacus soap one bar/month<br>START DATE 11/29/01 STOP DATE 1/28/02 | | |
| ~~...ylenol # 3 ii po TID x 30 days~~<br>START DATE 12/10/01 STOP DATE 1/09/02 | 8A<br>4P<br>8P | D/C 12/21/01 per Dr. Saros |
| Paxil 20mg po qAM x 30 days<br>START DATE 12/13/01 STOP DATE 1/13/01 | 8A | |
| Percocet 5/325 (1) po tid x 30d<br>approved by URC<br>START DATE 12/17/01 STOP DATE 1/17/01 | 8A<br>4P<br>8P | |

...GY: ASPIRIN

...SIS:

...NT NAME: DAVILLA, NOEL | ID 212726 | WING 1

...UMENTATION CODES =
Discontinued Order
R - Refused
S - Self Administere
NS - No Show

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| [signatures] | | [signatures] | |

EXIBIT
Month/Year ____________

| Medication | Hour | Days 1–31 |
|---|---|---|
| ERAPEUTIC TAR SHAM. (TGEL-250 2.5% LOT<br>E AS DIRECTED EVERY OTHER DAY<br>614397 MALEH, M.D., JACK,<br>START DATE 11/30/2001 STOP DATE 01/28/2002 | S | |
| SIS SOAP (BAR EA.) BAR<br>E AS DIRECTED DAILY #1/PER MONTH*<br>614399 ESPOSITO M.D., JOSEPH<br>START DATE 11/29/2001 STOP DATE 01/28/2002 | S | |
| TAMINOPHEN W/COD #3 300/30MG TAB<br>E 2 TABLET(S) BY MOUTH 3 TIMES DAILY ***SIGN OUT EACH DOSE ON<br>TROL SHEET AND M.A.R.*<br>START DATE STOP DATE<br>616999 MALEH, M.D., JACK<br>START DATE 12/11/2001 STOP DATE 01/09/2002 | 8A 4P 8P | D/C 12/21 |
| IL (PAROXETINE) 40MG TAB<br>E ONE-HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>>SEND HALF<br><<<<<*MAY CAUSE DROWSINESS, AVOID ALCOHOL*<br>START DATE STOP DATE<br>617580 SHEA, MD, WILLIAM, MD<br>START DATE 12/15/2001 STOP DATE 01/13/2002 | 8A | R, D/C 1/10/02 |
| ENHYDRAMINE (BENADRYL) 50MG CAP<br>1 CAPSULE(S) BY MOUTH AT BEDTIME<br>617583 SHEA, MD, WILLIAM, MD<br>START DATE 12/15/2001 STOP DATE 01/13/2002 | HS | |
| rocet 5/325mg i PO TID x30d<br>START DATE 12/17 1-15-02 STOP DATE 1/17/02 2-15-02 | 8A 4P HS | |
| marox 15 mg P.O q H.S. x2wks<br>START DATE 1/10/02 STOP DATE 1/24/02 | H.S | D/C 1/24/02 |

RGY ASPIRIN

OSIS

N 416

ENT ME DAVILLA, NOEL ID 212726 WING 1

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| [signature] | KH | [signature] | |
| [signature] | L | [signature] | RS |
| [signature] | Ch. | | |

UMENTATION CODES =

| | | |
|---|---|---|
| Discontinued Order | R - Refused | S - Self Administered |
| Dose Omitted | C - Court | NS - No Show |

EXIBIT LIII

| Medication | Start Date | Stop Date | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Remeron 30mg po qhs x15 days | 1/24/02 | 2/8/02 | HS | | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Allergy: ASA

Diagnosis:

Patient Name: Danella, Noel ID 212726 Wing N416

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

Documentation codes =
- Discontinued Order
- Dose Omitted

R - Refused
C - Court

S - Self Administered
NS - No Show

Exhibit I

JAN 04 2002
RECEIVED

# Inmate Grievance Form A, Level 1

CN 9601
1-14-94

**Connecticut Department of Correction**

| Inmate name NOEL DAVILA | Inmate no. 212726 |
|---|---|
| Housing location NORTH 416 | Date 12-24-01 |

☑ Line grievance ☐ Line emergency ☑ Health service grievance ☐ Health emergency

| IGP no. M12S-010-02 | T no. |
|---|---|

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached: MY MEDICAL RECORDS OF MENTAL HEATH VISIT WILL REFLECT MY DISSCUSSION WITH DOCTOR KRANE CONCERNI[NG] THE SIDEFFECTS FROM MY MEDICATION PAXIL 20 GREEN ONE.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by-11-inch sheet of paper and attach to this form.) I HAVE BEEN TRYING TO EXPLAIN THE [D]OCTOR KRANE ALSO HEAD NURSE OF MENTAL HEALTH CONCERNING THE SIDEFFECT THAT WHEN [T]HEY CHANGE MY MEDICATION PAXIL (PINK) TO PAXIL (GREEN) 20MG CAUSING ME AND STILL [E]XPOSE TO CONTINUE THE MEDICATION FOR A PERIOD OF 1 MONTH, I HAVE BEEN VOMITING, AN[D] [D]IARREA CONSTANTLY AND STOMACH PAIN, BUT NONE HAVE DONE ANYTHING NOT EVEN THE DOCTOR KRANE WHEN I TOLD HIM. THE ~~NURSES~~ HEAD NURSE FOR MENTHAL HEALTH TOLD ME THAT WAS NOT HER CALL WHEN THEY ORDER MEDICATION.

3. Action requested. Describe what action you want taken to remedy the grievance. I NO LONGER WANT TO TAKE PAXIL 20 MG GREEN CAPSULE AND WANT MY PAXIL 20 MG PINK.

Inmate signature Noel Davila - 12-24-01

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

FOR OFFICIAL USE ONLY
LEVEL 1 REVIEW

| Date received 1/7/02 | Disposition: C | Date of disposition 1/7/02 |
|---|---|---|

Grievance issue:

medication issue

Reasons: It is my understanding that your medication has been resolved. If you are not in agreement, please ask to see the psychiatrist again