FILED
2004 FEB 17 P 4: 02
US DISTRICT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIV NO: 302CV652(M.RK)(WIG)

NOEL DAVILA
, PLAINTIFF
— AGAINST —

DATE: FEBRUARY 11, 2004.

SECURE PHARMACY (1ST) PLUS, AMERICAN
SERVICE GROUP INC. AND AGENT(S) ET. AL., (DEFENDANT(S))

## AFFIDAVIT / AFFIRMATION

STATE OF CONNECTICUT
NEW HAVEN COUNTY.

I, NOEL DAVILA, [BEING DULY SWORN] DEPOSES AND SAYS [OR: MAKES THE FOLLOWING AFFIRMATION UNDER THE PENALTIES OF PERJURY]:

I, NOEL DAVILA, AM PLAINTIFF IN THE ABOVE ENTITLED ACTION, AND RESPECTFULLY MOVE THIS HONORABLE COURT TO ISSUE AN ORDER FOR AN APPLICATION FOR PREJUDGMENT REMEDY, ORDER, SUMMONS, AFFIDAVIT, COMPLAINT TO SECURE THE SUM OF $ ONE MILLION, TWO HUNDRED AND FIFTY THOUSAND DOLLARS AGAINST EACH DEFENDANT(S) SECURE PHARMACY (1ST) PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS E.T.AL. ON COMPENSATORY ACTUAL DAMAGES, PUNITIVE DAMAGES, NOMINAL DAMAGES OR OTHER ANY RELIEF THAT YOUR HONORABLE COURT MAY DEEM NECESSARY OR APPROPRIATE, INCLUDING ATTORNEYS' FEES, AND LITIGATION COSTS.

THE REASON WHY I AM ENTITLED TO THE RELIEF I SEEK IS THE FOLLOWING: (SEE EXHIBITS O, J, Z, W, M, N, LETTER DATED ON JULY 17, 2002 FROM INMATES' L.A.P. AND MEDICAL FILES, SIDE EFFECTS) (H, I)

[A] FACTS:

1) THE COURT ACCEPTS AS TRUE THE FOLLOWING FACTS, TAKEN FROM THE COMPLAINT.

(a) ON DECEMBER 13, 2001 THE PLAINTIFF WENT TO SEE THE PRISON PSYCHIATRIST CONCERNING HIS PRESCRIPTION FOR PAXIL.

(b) THE PLAINTIFF CLAIMED THAT THE PAXIL CAPSULE THAT THE PHARMACY HAD ORIGINALLY PROVIDED HIM WITH HAD BEEN PINK, BUT THAT HE WAS NOW GETTING A GREEN CAPSULE.

(c) THE PLAINTIFF COMPLAINED THAT HE WAS EXPERIENCING "DIZZINESS, NAUSEA, DIARRHEA AND VOMITING." ON DECEMBER 26, 2001, THE PLAINTIFF WAS EXAMINE BY A NURSE AT THE FACILITY.

(D) THE PLAINTIFF COMPLAINED THAT HE WAS NOT FEELING WELL, THE NURSE INFORMED THE PLAINTIFF THAT THE PHARMACY HAD MISTAKENLY ISSUED HIM THE WRONG MEDICATION. THE PLAINTIFFS STATED THAT HE NO LONGER WANTED TO TAKE THE GREEN CAPSULE FROM (FORM OF PAXIL) AND REQUESTED AN APPOINTMENT TO SEE PSYCHIATRIST SO THAT HE COULD CHANGE HIS MEDICATION.

(E) ON JANUARY 24, 2002 THE PLAINTIFF INFORMED THE PSYCHIATRIST THAT HE NO LONGER WANTED TO TAKE PAXIL. THAT DAY, THE PSYCHIATRIST CHANGE THE PLAINTIFFS MEDICATION TO REMERON.

-3-

2) REQUEST FORMS, DOCTOR NOTES, GRIEVANCES:

(a) ON- 12-5-2001, 12-11-2001, 12-17-2001, 1-5-2002, 12-26, 2001 12-22, 2001 ECT. PLAINTIFF WROTE A LOT OF REQUEST(S). 12-27, 2001.

(b) ON 12-24-2001 PLAINTIFF FILE A GRIEVANCE WICH WAS "COMPROMISE"

(c) ON-1-10-2002 DR. K. HAD WROTE INMATE SIDEFFECTS WICH CONSISTS ON VOMITING, DIARRHEA, LOST 15 POUNDS, ABDOMINAL PAIN, DIZZINESS, POUNDING HEADACHE, MUSCLE TIGHTNESS, WEAKNESS, MIND GOING BLANCK; ON-1-24-2002 DR. K. WROTE INMATE CONTINUE HAVING "LOSING IT" (SEE: MEDICAL FILES ALREADY SUBMITTED).

3) JANUARY 14, 2003, JANUARY 21, 2004, STATEMENTS OF UNDISPUTED FACTS; FORM 26(F) PARTIES PLANNING TO MEETTING.

4) LETTERS FROM THE PROGRAM INMATES' LEGAL ASSISTANCE PROGRAM STATING THAT THE COMPANY SECURE PHARMACIST HAS SENT THE WRONG MEDICATION AND CONSUMED BY PLAINTIFFS WITH A MEMO IN HIS FILES STATING SUCH "MISTAKE".

WHEREFORE, I RESPECTFULLY REQUEST THAT THE COURT GRANT THE WITHIN MOTION, AS WELL AS SUCH OTHER AND FURTHER RELIEF AND MAY BE JUST AND PROPER INCLUDING LITIGATION COSTS AND ATTORNEYS' FEES.

OR; I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. PURSUANT TO 28 U.S.C. § 1746 OR 18. U.S.C § 1621.

EXECUTED ON: FEBRUARY 11, 2004.

*Noel Davila*
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470.