UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 18 P 4:53

CIVIL NO: 302CV652(M.R.K)(WIG)

NOEL DAVILA
        , PLAINTIFF

DATE: FEBRUARY 11, 2004.

- AGAINST -

SECURE PHARMACY PLUS, (1ST) AMERICAN
SERVICE GROUP INC. AND AGENT(S) ET. AL.

PLAINTIFF OPPOSITION TO DEFENTANT(S) SECURE PHARMACIST PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL. MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS JANUARY 18, 2004. MOTION OF ADDITION OR SUBSTITUTION OF PARTIES.

PURSUANT TO THE CONNECTICUT CIVIL RULES OF THE COURT PLAINTIFF IN THIS CASE OFFERS A REPLY TO THE DEFENDANT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL.

DATED: 2-11-2004.

BY: Noel Davila
NOEL DAVILA
P.O. BOX 5500
NEWTOWN CT. 06470

## STATEMENT OF FACTS:

1- PLAINTIFF HAS IDENTIFIED THE PARTY AMERICAN SERVICE GROUP INC. AND AGENTS IN THE AMENDED COMPLAINT THAT HONORABLE JUSTICE SUSTAINED SUCH RULING AS A MATTER OF RIGHT. NEITZKE V. WILLIAMS, 490 U.S. 319, 329, 109 S. Ct. 1827 (1989)

2) RULE 15(c) FED. R. CIV. P. A NEW CLAIM OR DEFENSE RELATES BACK IF IT AROUSE OUT THE CONDUCT, TRANSACTION OR OCCURRENCE SET FORTH OR ATTEMPTED TO BE SET FORTH IN THE ORIGINAL PLEADING SEE. YOUNGER V. CHERNOVETZ, 792 F. Supp. 173, 176 (D. CONN. 1992) DOE V. CALUMET CITY III 128 F.R.D. 93, 94-95 (N.D. III 1989).

3) THE GROUNDS OF PLAINTIFF OPPOSITION TO THE DEFENDANT(S) MOTION TO DISMISS THE AMENDED COMPLAINT, ARE THAT PLAINTIFF HAD FILED ON JULY 4th 2003 AN APPEAL FROM THE JUDGMENT RENDERED BY HONORABLE JUSTICE STEPAN R. UNDERHILL ON JUNE 20th 2003.

4) ON AUGUST 7, 2003, UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT AT 40 FOLEY SQUARE ROOM 1803 NEW YORK N.Y 10007, THE COURT NOTING THAT DOCKET NUMBER 03-2455 HAVING BEEN ASSIGNED IN ERROR TO THE RESPECTIVE NOTICE OF APPEAL, "UPON CONSIDERATION THEREOF" (SEE ATTACHED EXHIBIT.) [M] (N, O, P, Q, R, S, T, U, V, W, X, Y, Z, 1 AND 2.)

5) ON AUGUST 22, 2003, A NOTICE OF COUNSEL LETTER WAS SENT TO THE PLAINTIFF STATING THAT WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE JUSTICE STEFAN R. UNDERHILL UNITED STATES DISTRICT JUDGE TO THE DOCKET OF H......

UNITED STATES DISTRICT JUDGE WHO SITS IN NEW HAVEN (SEE ATTACHED EXHIBITS)[N].

6) THE TIME LIMIT FOR ADDING OR SUBSTITUTING A PARTY OR PARTIES HAS NOT EXPIRE; AND THE TWO-YEAR STATUTE OF LIMITATIONS FOR SUING A NEW PARTIE HAS NO EXPIRE DUE TO THE FACT THAT HOW CAN PLAINTIFF WILL BE ABLE TO ADD-ADDITIONAL OTHER DEFENDANTS WHEN THE DEFENDANT(S) HAS DECLINE TO COOPERATE ON THE PLAINTIFFS DISCOVERY ISSUES FILE ON SEPTEMBER 16, 2003.

7) STATUTE OF LIMITATIONS CONN. GEN. STAT. SEC. 52-584: PLAINTIFF HAS APPEALED THE DECISION OF JUDGE UNDERHILL ON JULY 4, 2003.

8) PLAINTIFF MAINTAINS THAT CONN. GEN. STAT. SEC. 52-584 STATES AN ACTION TO RECOVER DAMAGES FOR INJURY TO THE PERSON OR TO REAL OR PERSONAL PROPERTY CAUSE BY NEGLIGENCE OR BY RECKLESS OR WANTON MISCONDUCT, OR BY MALPRACTICE OF A PHYSICIAN, SURGEON, DENTIST, PODIATRIST, CHIROPRACTOR, HOSPITAL OR SANATORIOUM SHALL BE BROUGHT WITHIN TWO YEARS FROM THE DATE WHEN THE INJURY IS FIRST SUSTAINED OR DISCOVERED OR IN THE EXERCISE OF REASONABLE CARE SHOULD HAVE BEEN DISCOVERED, AND EXCEPT THAT NO SUCH ACTION MAY BE BROUGHT MORE THAN THREE YEARS FROM THE DATE OF THE ACT OR OMISSION COMPLAINED OF, EXCEPT THAT A COUNTER CLAIM MAY BE INTERPOSED IN ANY SUCH ACTION ANYTIME BEFORE THE PLEADING IN SUCH ACTION ARE FINALLY CLOSED. BY Noel Davila

DATED: 2-11-2004.

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED ON THIS 11th DAY OF FEBRUARY 2004 TO THE FOLLOWING PARTIES:

*Noel Davila*
NOEL DAVILA

TO: UNITED STATES DISTRICT COURT
HONORABLE JUDGE MR. MARK R. KRAVITZ
HONORABLE JUDGE MR. WILLIAM I. GARFINKEL
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT. 06510

TO: ATTORNEYS' FOR THE DEFENDANT(S)
MR. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032

BY: *Noel Davila*
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470

DATED: 2-11-2004