-1-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

FILED
2004 MAR -5 P 3:37
US DISTRICT COURT
BRIDGEPORT CT

CIV NO: 302CV652 (M.R.K)(W.I.G.)

NOEL DAVILA
, PLAINTIFF

-AGAINST-

DATE: FEBRUARY 15, 2004.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AGENT(S) E.T. AL
, DEFENDANTS'

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL.

Rule 36(a) of the Fed. R. Civ. P. reads in pertinent part:

"A party may serve upon any other party a written request for admission, for purposes of the pending action only of the truth of any matters within the scope of Rule 26(b)(i) set forth in the request that relate to statement or opinions of fact of the application of law to fact, including the genuineness of any documents described in the request."

Rule 26(b)(i) of the Fed. R. Civ. P. reads in pertinent part:

"Evidence need not be admissible to be relevant, and thus discoverable. Rule 26(b)(i) states that inadmissible evidence is discoverable if it is "reasonably calcu-

lated to lead to the discovery of admissible evidence." Conversely, admissible evidence is almost always discoverable."

The Plaintiff asserts that the Defendants' objection to the Request for Admission which reads:

"The questions do not constitute request for the admission of statement opinions requiring response pursuant to Rule 36."

The Plaintiff asserts that the scope of Request for Admission is the broad discovery available under Rule 26. Generally, any relevant non-privileged matter is covered unless it was prepared in anticipation of litigation or pertains to expert witnesses.

The Request may pertain to any issue that is or may be in the case, including issue relating to jurisdiction or statute of limitation.

The Defendants' objection to the Plaintiff Request for Admission does not comply with the scope of Rule 36(a), or 36(b) of the Fed. R. Civ. P.

Therefore this Honorable Court must treat the improper objection of the Defendants' as a admission or ordered any further sanctions this Court deems appropriate under Rule 37(c), of the Fed. R. Civ. P.

The Plaintiff states that such response from the Defendants' failed to comply with Rule 36(a), and therefore, Plaintiff ask or prays this Honorable Court to deem these matters admitted for the purposes of this litigation. See City of Rome v. United States; 450 F. Supp. 378 at 383 (1987), the

COURT STATES:

Rule 36(a) expressly permits requests to encompass "any matters within the scope of Rule 26(b)" and Rule 26(b) in turn permits discovery of "any matter, not privileged, wich is relevant to the subject matter involved in pending action, whether it relates to the claim or defense of the party seeking discovery the claim of defense of any other party." (Emphasis added.)

405 F. Supp. 378 at 383 reads: Indeed, the rule expressly states that a party may not refuse to respond merely on the grounds that the "matter for wich an admission has been requested present a genuine issue for trial."

The plaintiff further states that the defendants' ignore the express language of the Rule 36(a). In pertinent part the rule states:

"An answering party may not give lack of information or knowledge as a reason for failure to admit unless he states that he has made reasonable inquiry and that the information known or reasonably obtained by him is insufficient to enable him to admit or deny." 405 F. Supp. 378 at 383 states:

"These two rules, when read together, expressly permit request for admission to address claims of the party seeking discovery....

The plaintiff now asserts that since the defendants' failed to state in their responses that they had made reasonable inquiry require by Rule 36(a), defendants' failed to comply literally with the rule.

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING PARTIES ON RECORD:

*Noel Davila*
NOEL DAVILA - PRO-SE.

TO: HONORABLE JUSTICES:
   MR. MARK R. KRAVITZ (U.S. DISTRICT JUDGE)
   MR. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE)
   U.S. COURTHOUSE
   141 CHURCH STREET
   NEW HAVEN CT. 06510.

TO: ATTORNEY FOR THE DEFENDANTS':
   MR. THOMAS H. WINSLOW (LEAD ATTORNEY)
   321 MAIN STREET
   FARMINGTON CT. 06032.

DATED: 2-15-2004.

BY: *Noel Davila*
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470