**FILED**

2004 MAR -9 P 2:08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

CIV NO: 302 CU652 (MRK.)(WIG)

NOEL DAVILA
, PLAINTIFF

DATE: FEBRUARY 20, 2004.

- AGAINST -

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AGENTS ET-AL (DEFENDANTS')

AMENDED ADDING NEW DEFENDANTS'
NOT YET BEEN PROPERLY SERVE IN ACCOR-
DANCE WITH RULE 15(a), RULE 4 AMENDED SU-
MMONS.

(PURSUANT TO FED. R. CIV. P. 15(a), RULE 4 AMENDED SUMMO-
NS I, PLAINTIFFS NOEL DAVILA REQUEST THAT THIS HONO-
RABLE COURT TO AMEND THE FOLLOWING NEW DEFENDANTS'
IN THE ABOVE CAPTIONED CASE:

I PLAINTIFF NOEL DAVILA STATED AND SAYS; IT IS
LEGAL COMPLEXITY, THE LARGE NUMBER OF DEFENDANTS'
SOME OF WHOM ARE THIRD-PARTIES, INSURANCES PRESENT
COMPLEX LEGAL ISSUES OF DETERMINING WICH OTHER
DEFENDANTS' WERE SUFFICIENTLY PERSONALLY INVOLVED
IN THE ABOVE CAPTIONED CASE TO BE HELD LIABIE.

I, PLAINTIFF PRAYS FOR AN ORDERED THIS HONO-
RABIE COURT PURSUANT RULE 15(a), RULE 4 OF THE FED. R. CIV. P.,

to amend this new defendants' until plaintiff obtain the other ones throughout discovery manners and to serve the summons as well to the following parties:

① American Service group Inc.
105 West Park Drive Suite 200
Brentwood T.N. 37027.

② Gallagher Health Care Insurance
Services: 820 Gessner, Suite 1000
Houston, TX. 77024-1259

③ Lexington Insurance Company
Willington Delaware
200 State Street
Boston Massachusetts, 02109

WHEREFORE, I Respectfully Request that the Court submit this Order and to grant the within motion. As well as such other and further relief and may be just and proper, including but no limited all paper work courts needed, also exhibits.

DATED: 2-20-2004.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470

## CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING PARTIES ON THIS 20 DAY OF FEBRUARY 2004. TO:

*Noel Davila*
NOEL DAVILA

TO: HONORABLE JUSTICES:
   M.R. MARK R. KRAVITZ (U.S. DIST. JUDGE.)
   M.R. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE).
   U.S. COURTHOUSE
   141 CHURCH STREET
   NEW HAVEN CT. 06510.

TO: ATTORNEY FOR THE DEFENDANTS':
   M.R. THOMAS H. WINSLOW (LEAD ATTORNEY)
   321 MAIN STREET
   FARMINGTON CT. 06032.

DATED: 2-20-2004.

BY: *Noel Davila*
NOEL DAVILA PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.