UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 18 P 12: 02

US DISTRICT COURT
BRIDGEPORT, CONN

NOEL DAVILA

   Plaintiff,

V.

SECURE PHARMACY PLUS

   Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

MARCH 16, 2004

**DEFENDANT'S OBJECTION TO PLAINTIFF'S FEBRUARY 20, 2004 PROPOSED AMENDED ADDING NEW DEFENDANTS' NOT YET BEEN PROPERLY SERVED IN ACCORDANCE WITH RULE 15(a), Rule 4 AMENDEDSUMMONS**

Defendant's counsel received a February 20, 2004 document from plaintiff Davila entitled "Amended Adding New Defendants' Not Yet Been Properly Serve In Accordance With Rule 15(a), Rule 4 Amended Summons." Plaintiff apparently asks the court to amend a summons to include new defendants' such as American Service Group, Inc., Gallagher Health Care Insurance, and Lexington Insurance Company. Defendant objects to these proposed amendments and proposed summons' for the following reasons:

Secure Pharmacy Plus, as per its November 8, 2002 compliance with auxiliary order regarding identification of parent group, identified its owner as American Service Group, Inc. and that American Service Group, Inc. is a publicly traded company. As such, American Service Group, Inc. is admittedly the parent corporation of Secure Pharmacy Plus. However, its status as parent owner of Secure Pharmacy Plus does not mean it is liable for the actions of Secure Pharmacy Plus. In fact, there are no contracts under the American Service Group, Inc. name and Secure Pharmacy Plus, not American Service Group, Inc., was involved in supplying prison pharmacy

services. Accordingly, there is no basis for bringing in American Service Group, Inc. as a defendant via a summons.

Gallagher Healthcare Insurance is the producer that assisted American Service Group, Inc. in its purchase of claims made insurance. As such, it has no role in the claimed professional pharmacy malpractice or negligence of Secure Pharmacy Plus involving plaintiff Davila.

Lexington Insurance Company is the insurer providing claims-made insurance to American Service Group, Inc. It has no role in the claimed professional pharmacy malpractice or negligence of Secure Pharmacy Plus other than providing insurance coverage to American Service Group, Inc.

None of these proposed added parties or parties to be summoned into this litigation have any bearing on the claimed professional pharmacy malpractice or negligence of Secure Pharmacy Plus. Secure Pharmacy Plus now adds the above reasons, in addition to all the previously filed reasons, for objecting to the plaintiff's various motions to add in, substitute, amend, or create amended summons as to American Service Group, Inc., its agents, Gallagher Healthcare Insurance, and Lexington Insurance Company.

DEFENDANT

SECURE PHARMACY PLUS

BY: /s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
  Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 16th day of March, 2004 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

/s/ Thomas H. Winslow

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427