FILED  - i -

2004 MAR 26  P 4: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVNO: 302 CV652 (MRK)(WIG)

NOEL DAVILA
, PLAINTIFFS                    DATE: MARCH 24, 2004.

– AGAINST –

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AGENTS ET. AL.
, DEFENDANTS'

PLAINTIFFS REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS
FEBRUARY 20, 2004, PROPOSED AMENDED ADDING NEW DEFENDANTS'
NOT YET BEEN PROPERLY SERVED IN ACCORDANCE WITH RULE 15(a),
RULE 4 AMENDED SUMMONS AND DEFENDANTS' ATTORNEYS'
THREATENING LETTER TO PLAINTIFFS.

PURSUANT TO FED. R. CIV. P., LOCAL RULES, PLAINTIFFS
OFFERS A REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS
FEBRUARY 20, 2004, PROPOSED AMENDED ADDING NEW DEFEN-
DANTS' NOT YET BEEN PROPERLY SERVED IN ACCORDANCE
WITH RULE 15(a), RULE 4 AMENDED SUMMONS AND DEFENDANTS'
ATTORNEY MR. WINSLOW THREATENING LETTER TO PLAINTIFFS.
( SEE EXHIBITS)(ATTACHED 1, THROUGHOUT 6). AND [A], ALSO LETTER
TO HONORABLE JUSTICES:                    BY: Noel Davila
DATED: 3-24-2004.                          NOEL DAVILA – PRO - SE
                                           P.O. BOX 5500
                                           NEWTOWN CT. 06470.

STATEMENT OF FACTS:

1) ON-JANUARY 14, 2003, ATTORNEY FOR THE DEFENDANT(S) SECURE PHARMACY(IST) PLUS, AMERICAN SERVICE GROUP INC. AGENT(S) E.T.AL, MR. WINSLOW AND PLAINTIFFS NOEL DAVILA, ALSO ON MOTION SUBMITTED TO THE COURT BY THE DEFENDANTS ATTORNEY DATED ON JANUARY 21, 2004 DEFENDANT(S) LOCAL RULE 56(a)(2) STATEMENT/RESPONSE TO PLAINTIFF STATEMENT OF UNDISPUTED FACTS; WE HAVE COMPROMISE AND EXECUTED TO YOUR HONORABLE COURT A FORM 26(f) OR PROPOSED SCHEDULING ORDER REPORT OF PLANNING METTING.

2) EITHER PARTIES, DEFENDANT(S) PLAINTIFF HAVE SIGNED THE FORM 26(f) TO STIPULATE AND TO A STATEMENT OF UNDISPUTED FACTS; (SEE EXHIBIT [J] DATED ON JANUARY 21ST, 2004 "II STATEMENT OF UNDISPUTED FACTS: READS AS FOLLOWS:

(a) ON-JANUARY 6, 2003, PLAINTIFFS NOEL DAVILA HAD SIGNED A FORM 26(f) PARTIES PLANNING TO METTING (SIC) ATTORNEY FOR THE DEFENDANTS; AMERICAN SERVICE GROUP. INC, SECURE PHARMACY PLUS AGENT(S), THOMAS H. WINSLOW CERTIFY AS FOLLOWS:

"STATEMENT OF UNDISPUTED FACTS": COUNSEL AND PRO-SE PARTY PLAINTIFFS CERTYFY THAT THEY HAVE MADE A GOOD FAITH ATTEMPT TO DETERMINE WHETHER THERE ARE ANY MATERIAL FACTS THAT ARE NOT IN DISPUTE:

(b) THE PARTIES STATE THAT THE FOLLOWING MATERIALS FACTS ARE UNDISPUTED:

(i) PLAINTIFFS IS A PRISONER AND "CONSUMED"

"MEDICATION WHILE A PRISONER."

(ii) SECURE PHARMACY IS NOT [AN] EMPLOYEE OF THE PRISON SYSTEM, AND "WAS HIRED" AS AN INDEPENDENT "CONTRACTOR" BY A THIRD-PARTY TO PROVIDE PRESCRIPTION SERVICES TO PRISONERS.

(c) AS THE DEFENDANT(S) HAD STIPULATED ON THE ABOVE MENTIONED STATEMENT OF UNISPUTED FACTS THAT SECURE PHARMACY PLUS INC. WERE HIRED BY A THIRD-PARTY TO PROVIDE PRESCRIPTION SERVICES TO PRISONERS, THERE-FORE THEY ARE DEFENDANT(S) AND ALSO RESPONSIBLE FOR THEIR ACTIONS.

3) AS A CONTRACTOR, SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AGENT(S) ET·AL· AT ALL TIMES MENTIONED HEREIN, THEY HAVE TO BE ABLE TO OBTAIN A "CONTRACT" OR "AUTHORIZATION TO PRACTICE OR TO DISTRIBUTE ANY TYPE OF PRESCRIPTION MEDICATIONS TO THE CONNECTICUT DEPT. OF CORRECTIONS.

4) AMERICAN SERVICE GROUP INC. AGENT(S) ET·AL· IT IS A PARENT OWNER OF SECURE PHARMACY PLUS, PHARMACIST, AT ALL TIMES MENTIONED HEREIN AND AT THE SAME TIME IS RESPONSIBLE FOR HIS EMPLOYEES, ACTS, ACTIONS AND IT IS LIABLE FOR THE ACTIONS, ACTS CREATED BY SECURE PHAR-MACY(IST) PLUS.

5) NOW DEFENDANT(S) CONTENTIONS ARE THAT THEY ARE "NO CONTRACTS" AT ALL OR PROPER AUTHORITY FOR THE DEFENDANT(S) DISPENSING MEDICATION TO CONNECTICUT PRISONERS· NOW PLAINTIFFS CONTENTIONS ARE THAT THE

-4-

Distribution of medication by Secure Pharmacy (1st) Plus, American Service group inc. Agents et. al, at all times mentioned herein "were not in accordance or appropriate measures requirements basis of law or have the authority in distributing medications" under contract" to the state of Connecticut Prisoners.

6) Now defendant(s) Attorney had inapropriately, unethicalety, unproffesionaletly had wrote a threatening letter to Plaintiff just because Plaintiff have wrote in good faith civilized letter to the owner of Secure Pharmacy (1st) Plus, wich is American Service group inc. Agents, to be able in having a better understanding concerning this litigation.

7) Base upon this facts Plaintiffs Respectfully Request and motion this Honorable Court for an order of misconduct and to Reprimand Attorney Mr. Thomas H. Winslow for his mis behavior in threatening and intimidating Plaintiff.

8) Defendant(s) Attorney Mr. Thomas H. Winslow is a very confusing individual arguing this case in chief without any merits, foundation of law and deviating the court with an uneven hand and evil eye.

9) Plaintiffs moves this Honorable for a order throughout this Reply motion Plaintiffs Reply to

WITH RULE 15(a) RULE 4. AMENDED SUMMONS, TO AN IMMEDIATELY FEDERAL INVESTIGATION AGAINST SECURE PHARMACY (1ST) PLUS AMERICAN SERVICE GROUP INC. AGENTS ET.AL DUE TO THE FACT THAT AS STATED BY ATTORNEY FOR THE DEFENDANTS M.R. THOMAS H. WINSLOW MOTION DATED MARCH 16, 2004, IN FACT, THERE ARE NO CONTRACTS UNDER THE AMERICAN SERVICE GROUP INC. NAME AND SECURE PHARMACY PLUS, NOT AMERICAN SERVICE GROUP, INC. SEE ATTACHED EXIBIT [3] . AND 1, THROUGHOUT 6 AND [A].

WHEREFORE, I RESPECTFULLY REQUEST THAT THE COURT PROVIDE PLAINTIFFS WITH A HEARING AND TO GRANT THE WITHIN MOTION, AS WELL A SUCH AND FURTHER RELIEF AND MAY BE JUST AND PROPER, INCLUDING BUT NOT LIMITED LITIGATION COSTS AND ATTORNEY FEES, PURSUANT TO BURT- -V- HENNESSEY 929, F. 2d 457 (9th CIR. 1991.) PRO SE LITIGANT WAS ENTITLED TO RECOVER ACTUAL COST REASONABLY INCURRED IN PROSECUTING A CIVIL ACTION.

Noel Davila
NOEL DAVILA-PRO-SE

DATED: 3-24-2004.

BY: Noel Davila
NOEL DAVILA-PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE PREPAID THIS 24 DAY OF MARCH 2004 TO:

*Noel Davila*
NOEL DAVILA - PRO - SE

TO: HONORABLE JUSTICES:

   M.R. MARK R. KRAVITZ (U.S. DIST. JUDGE)

   M.R. WILLIAM I GARFINKEL (U.S. MAG. JUDGE).

      U.S. COURTHOUSE

      141 CHURCH STREET

      NEW HAVEN CT. 06510.


TO: ATTORNEYS' FOR THE DEFENDANTS':

   M.R. THOMAS H. WINSLOW.

   321 MAIN STREET.

   FARMINGTON CT. 06032.

BY: *Noel Davila*
NOEL DAVILA - PRO - SE
P.O. BOX 5500
NEW TOWN CT. 06470.

DATED: 3-12-2004.

-1-

Mr. Noel Davila
Garner Correctional Inst.
50 Nunnawauk Rd                    CIV NO: 302CU652 (MRK)(WIG)
Newtown, Ct 06470


March 24, 2004


The Honorable Mark R Kravitz
United States Courthouse
141 Church Street
New Haven, Ct 06510


Dear Judge Kravitz: GARFINKEL;

I am writing to inform you that the attorney for the defendants has written to you complaining of improper and Unethical Conduct for me writing to his alleged client American Service group inc.

However in a motion dated March 16, 2004 the attorney Thomas H. Winslow maintains that American Service group is not a defendant and that there is no basis for bringing in American Service group inc as a defendant Via a summons.

I find this somewhat confusing of one hand for the purpose of my motion American Service group inc, Gallagher Healthcare insurance, the producer that assisted American Service group inc has no role.

Also Lexington insurance company is the insurer, he further maintains but they too are not his client.

Plaintiff contends if they are not his clients how is it Improper and Unethical for the plaintiff to inform the of any settlement offers and what

-2-

federal rule of Civil P. has the plaintiff violated.

The plaintiff however has enclosed a copy of attorneys Thomas H Winslows letter which does seem to be somewhat of a hysterical distribe.

Thank you for your time and concern.

Very truely yours,

x _Noel Davila PRO-SE_

C.C.  Magistrate  William I Garfinkel
      Attorney  Thomas H Winslow
      U.S. District Court Clerks office in Bpt.
      U.S. DisT. Judge: MARK R. KRAVITZ

EXHIBIT, [A]                    ~1~

Mr. Noel Davila
Garner Correctional Inst.
50 Nunnuwauk Road
Newtown, Ct 06470

March 24, 2004

Thomas H. Winslow esq.
321 Main St
Farmington Ct, 06032

Dear Attorney Winslow:

    I have recived your letter dated March 17, 2004
complaining about me writing to American Service group inc and
how it is improper and unethical are those legal terms and what
rules of federal rule of Civil P. and legal rules of civil P. governs
improper and unethical conduct.

    I am pro-se. A pro-se litigant and fileings by me are to
be constructed liberally and less stringent standards that those by
lawyers.

    Haines vs Kerner , 404 us 519 , 30 LEd 2d 652, 92 Sct
    594 (1972).

    I know they have rules of professional conduct and your letter
does appear to be a threat.

    I am somewhat preplexed how are you concerned with, American
Service group inc , Gallagher Health care Insureance , and Lexington
Insurance company if they are not your clients. I think someone is

-2-

trying their cake and eat it also.

Lastly you should be very careful about making alligations that I feel are inaccurate and that you cannot support. I will not tollerate any future indiscretions from you. My next step will be to file a grievance committee.

Very truly yours,

x _Noel Davila_ PRO-SE

C.C.   Magistrate William I Garfinkel
       U.S. State District Court
       Clerks office in Bpt.
       U.S DIST. JUDGE MARK R. KRAVITZ

EXHIBIT [ 1, )

THE LAW OFFICE OF

# THOMAS H. WINSLOW, LLC

March 17, 2004

Mr. Noel Davila
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470

Dear Mr. Davila:

Secure Pharmacy Plus has forwarded your undated letter that you recently forwarded to my client. I have attached a copy of the letter but not the enclosures so that your can review the letter you sent.

It is improper and unethical for you to write to my client when I am representing them in the litigation. Do not ever again write to my client during this litigation. Because of your actions, I am sending a letter to the court about your improper and unethical behavior in directly contacting my client. I never want to learn again that you are writing directly to my client and this activity should immediately cease.

For your education, all settlement demands you have made to date have been communicated to my client. All decisions on your settlement demands and any response(s) rest entirely with my client. Likewise, any such further settlement demands will be immediately communicated to my client and any decision on a response rests entirely with the client. As such, I do not have control over settlement authority and only convey settlement demands to my client and settlement offers, if authorized, to you by my client.

Lastly, you should be very careful about making allegations that I feel are inaccurate and you cannot support. The allegations in your letter have now been published to my client and I will not tolerate any future indiscretions from you in terms of my perceived conduct as an attorney.

Very truly yours,

Thomas H. Winslow

Enclosures:    Letter Received By Client on March 15, 2004

321 MAIN STREET • FARMINGTON, CT • 06032-2976
PHONE: (860) 678-4425 • FAX: (860) 678-4427

EXHIBIT (2)

# THE LAW OFFICE OF

# THOMAS H. WINSLOW, LLC

March 17, 2004

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

Re:  Noel Davila v. Secure Pharmacy Plus
Docket #:  Prisoner Civil Action Case #:  3:02CV652(MRK)

Dear Judge Kravitz:

I am writing to inform you that plaintiff Noel Davila has written directly to my client, Secure Pharmacy Plus, about this pending litigation.  Mr. Davila sent an undated letter with enclosures that was received by my client on March 15, 2004.  The client forwarded the letter and enclosures to me on March 16, 2004.

I have written to pro se plaintiff in separate correspondence and told him to immediately cease from writing to my client during the litigation.  While I expect to have no further problems with Mr. Davila writing directly to my client, I want to inform the court of this behavior as soon as I ascertained it happened in case future incidents occur.

Thank you for your time and consideration.

Very truly yours,

Thomas H. Winslow

cc:     Magistrate William I. Garfinkel
        Mr. Noel Davila
        United States District Court, Clerk's Office in Bridgeport

321 MAIN STREET • FARMINGTON, CT • 06032-2976
PHONE: (860) 678-4425 • FAX: (860) 678-4427

EXHIBIT [3]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

                              PRISONER
                              CIVIL ACTION CASE NO.
                              3:02CV652(MRK)(WIG)

                Plaintiff,

V.

SECURE PHARMACY PLUS

             Defendant.                    MARCH 16, 2004

### DEFENDANT'S OBJECTION TO PLAINTIFF'S FEBRUARY 20, 2004 PROPOSED AMENDED ADDING NEW DEFENDANTS' NOT YET BEEN PROPERLY SERVED IN ACCORDANCE WITH RULE 15(a), Rule 4 AMENDEDSUMMONS

Defendant's counsel received a February 20, 2004 document from plaintiff Davila entitled

"Amended Adding New Defendants' Not Yet Been Properly Serve In Accordance With Rule

15(a), Rule 4 Amended Summons." Plaintiff apparently asks the court to amend a summons to

include new defendants' such as American Service Group, Inc., Gallagher Health Care Insurance,

and Lexington Insurance Company. Defendant objects to these proposed amendments and

proposed summons' for the following reasons:

Secure Pharmacy Plus, as per its November 8, 2002 compliance with auxiliary order regarding

identification of parent group, identified its owner as American Service Group, Inc. and that

American Service Group, Inc. is a publicly traded company. As such, American Service Group,

Inc. is admittedly the parent corporation of Secure Pharmacy Plus. However, its status as parent

owner of Secure Pharmacy Plus does not mean it is liable for the actions of Secure Pharmacy

Plus. In fact, there are no contracts under the American Service Group, Inc. name and Secure

Pharmacy Plus, not American Service Group, Inc., was involved in supplying prison pharmacy

services. Accordingly, there is no basis for bringing in American Service Group, Inc. as a
defendant via a summons.

Gallagher Healthcare Insurance is the producer that assisted American Service Group, Inc. in its
purchase of claims made insurance. As such, it has no role in the claimed professional pharmacy
malpractice or negligence of Secure Pharmacy Plus involving plaintiff Davila.

Lexington Insurance Company is the insurer providing claims-made insurance to American
Service Group, Inc. It has no role in the claimed professional pharmacy malpractice or
negligence of Secure Pharmacy Plus other than providing insurance coverage to American
Service Group, Inc.

None of these proposed added parties or parties to be summoned into this litigation have any
bearing on the claimed professional pharmacy malpractice or negligence of Secure Pharmacy
Plus. Secure Pharmacy Plus now adds the above reasons, in addition to all the previously filed
reasons, for objecting to the plaintiff's various motions to add in, substitute, amend, or create
amended summons as to American Service Group, Inc., its agents, Gallagher Healthcare
Insurance, and Lexington Insurance Company.

EXHIBIT[4]

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIV NO: 302CV652(M.R.K)(W.I.G).

NOEL DAVILA

, PLAINTIFF

DATE: FEBRUARY 20, 2004.

—AGAINST—

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. (AGENT(S) ET. AL.

AMENDED ADDING NEW DEFENDANTS' NO YET
BEEN PROPERLY SERVE IN ACCORDANCE
WITH RULE 15(a), RULE 4 AMENDED SUMMONS.

(PURSUANT TO FED. R. CIV. P. 15(a), RULE 4 AMENDED SUMMONS, I PLAINTIFF NOEL DAVILA (REQUEST THAT THIS HONORABLE COURT TO AMEND THE FOLLOWING NEW DEFENDANTS' IN THE ABOVE CAPTIONED CASE:

I PLAINTIFF NOEL DAVILA STATED AND SAYS: IT IS LEGAL COMPLEXITY THE LARGE NUMBER OF DEFENDANTS' SOME OF WHOM ARE THIRD-PARTIES, INSURANCES PRESENT COMPLEX ISSUES OF DETERMINING WICH OTHER DEFENDANTS' WERE SUFFICIENTLY PERSONALLY INVOLVED IN THE ABOVE CAPTIONED CASE TO BE HELD LIABLE.

I, PLAINTIFF (PRAYS FOR AN ORDER THIS HONORABLE COURT PURSUANT TO RULE 15(a) RULE 4 OF THE FED. R. CIV. P., TO AMEND THIS NEW DEFENDANTS' UNTIL (PLAINTIFF OBTAIN THE

-2-

OTHER ONES THROUGHOUT DISCOVERY MANNER AND TO SERVE SUMMONS AS WELL TO THE FOLLOWING PARTIES:

① AMERICAN SERVICE GROUP INC.
105 WEST PARK DRIVE SUIT 200
BRENTWOOD T.N. 37027

② GALLAGHER HEALTH CARE INSURANCE
SERVICES: 820 GRESSNER SUITE 1000
HOUSTON, T.X. 77024-1259

③ LEXINGTON INSURANCE COMPANY
WILLINGTON DELAWARE
200 STATE STREET
BOSTON MASSACHUSETTS, 02109

WHEREFORE, I RESPECTFULLY REQUEST THAT THE COURT SUBMIT THIS ORDER AND TO GRANT THE WITHIN MOTION, AS WELL AS SUCH OTHER FURTHER RELIEF AND MAY BE JUST AND PROPER, INCLUDING BUT NOT LIMITED ALL PAPER WORK COURTS NEEDED ALSO EXHIBITS.

DATED: 2-20-2004.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O. BOX 5500
NEWTOWN CT. 06470.

3-

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING PARTIES ON THIS <u>20</u> DAY OF <u>FEBRUARY</u> 2004 TO:

*Noel Davila*
NOEL DAVILA-PRO-SE

TO: HONORABLE JUSTICES:
   MR. MARK R. KRAVITZ (U.S. DIST. JUDGE)
   MR. WILLIAM I GARFINKEL (U.S MAG. JUDGE).

   U.S. COURTHOUSE

   141 CHURCH STREET

   NEW HAVEN CT. 06510


TO: ATTORNEY FOR THE DEFENDANTS':
   MR. THOMAS H. WINSLOW

   321 MAIN STREET

   FARMINGTON CT. 06032.


DATED: 2-20-2004.                BY: *Noel Davila*

                                 NOEL DAVILA -PRO-SE

                                 P.O. BOX 5500

                                 NEWTOWN CT. 06470

EXHIBIT[5]

# UNITED STATES DISTRIC COURT
## DISTRICT OF CONNECTICUT.

-1-

NOEL DAVILA
, PLAINTIFF

- Against -

CIV NO: 302CV652(M-R-K)(WIG)

DATE: MARCH 12, 2004.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS ET. AL (DEFENDANTS')

### PLAINTIFF MOTION FOR ORDER COMPELLING DEFENDANTS' ANSWERS TO PLAINTIFFS FEBRUARY 10, 2004 INTERROGATORIES TO DISCOVER IDENTITIES AND ADDRESSES OF DEFENDANTS' INVOLVED.

PURSUANT TO THE CONNECTICUT CIVIL RULES (PROCEEDURES, LOCAL RULES OF THE FEDERAL COURT PLAINTIFF NOEL DAVILA IN THIS CASE FILE THIS MOTION TO COMPEL DISCOVERY FILED ON FEBRUARY 10, 2004 AGAINST DEFENDANTS' SECURE PHARMACY PLUS ADDRESS 7170 STANDARD DR. HANOVER M·D· 21076 AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL.

DATED: 3-12-04.

BY: Noel Davila
NOEL DAVILA - PRO-SE
P.O BOX 5500
NEWTOWN CT. 06470.

## MEMORANDUM OF LAW IN SUPPORT:

ON-FEBRUARY 10, 2004 PLAINTIFFS FILED WRITTEN DIS-COVERY ON THE DEFENDANTS' TO DISCOVER IDENTITIES AND ADDRESSES OF DEFENDANTS' INVOLVED. (COPY OF FE-BRUARY 10, 2004 DISCOVERY FROM PLAINTIFF TO DEFENDANTS' IS ATTACHED AS EXHIBIT[5], EXHIBIT[4] A NOTICE TO THE COURT THAT THE MOTION HAS BEEN SERVED ON THE DEFENDANTS')(AND A CERTIFICATION.)

ON FEBRUARY 23RD, 2004 THE COURT TOOK NOTICE OF THE PLAINTIFF REQUEST AND HAS SENT IT BACK TO THE PLAINTIFF STATING THAT DISCOVERY MATERIAL, INCLUDING COMPUTATIONS OF DAMAGES AND EXPERT REPORTS NEED NOT BE FILED WITH THE COURT L.R.5(e). (SEE ATTACHED STAMPED MOTION ON-2-23-2004). EXHIBIT[4] AND[5] [6][7] AND[B][A]

THE UNDERSIGNED PLAINTIFF PRO-SE WROTE TO DEFEN-DANTS' ON FEBRUARY 10, 2004, INQUIRING ABOUT THE ANSWERS TO BE DONE WITHIN 30 DAYS PURSUANT TO LOCAL RULE OF CIV.P.9(d). DEFENDANTS' DID NOT RESPOND TO THIS REQUEST OR ANY OTHER TO THIS ABOVE REQUEST AS TO THE DATE OF THIS MOTION AND DEFENDANTS' HAS FILED NO OBJECTIONS OR ANSWERS TO DATE.

ACCORDINGLY, PLAINTIFF HAS PREPARED THE AFFI-DAVIT REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 9(d) SETTING FORTH THAT HE HAS ATTEMPTED TO CONFER WITH AND WRITTEN THE ATTORNEY FOR THE DEFENDANTS' M.R. THOMAS H. WINSLOW SINCE SEPTEMBER 16, 2003 IN A GOOD FAITH EFFORT TO RESOLVE BY AGREEMENT THE

-3-

ISSUES RAISED BY THE MOTION(S) FOR DISCOVERY WITHOUT THE INTERVENTION OF THE COURT AND HAS BEEN UNABLE TO REACH AN AGREEMENT.

THERE IS OR ARE QUESTION(S) OF LAW, THE INCIDENT HAD HAPPENED ON OR DURING NOVEMBER/DECEMBER 2001, THROUGHOUT JANUARY 2002.

SECURE PHARMACY PLUS IS NOT AN EMPLOYEE OF THE PRISON SYSTEM AND WAS HIRED AS AN INDEPENDENT CONTRACTOR BY A THIRD-PARTY TO PROVIDE PRESCRIPTION SERVICES TO PRISONERS (TWO SEPARATE DEFENDANTS').

THIS IS A NEW POLICY FROM 1/01/2002 TO: 1/01/2003 AND ONLY MENTIONED "AMERICAN SERVICE GROUP INC." NOT "SECURE PHARMACY(1ST) PLUS", THERE IS ALSO DOUBTS AS WHETHER DEFENDANTS' AMERICAN SERVICE GROUP INC. AND AGENT(S) ET. AL., SECURE PHARMACY(1ST) PLUS "DID NOT" HAVE AN INSURANCE POLICY AT THE TIME OF THE INCIDENT; (SEE ATTACHED DEFENDANT AMERICAN SERVICE GROUP INC. EXIBIT [B] LEXINGTON INSURANCE COMPANY)(A STOCK INSURANCE COMPANY). THE POLICY DID NOT MENTIONED SECURE PHARMACY(1ST) PLUS. (SEE EXHIBIT B)

THE PLAINTIFFS REQUEST THAT THIS HONORABLE COURT TO ORDER DEFENDANTS' AMERICAN SERVICE GROUP. INC. AGENT(S), SECURE PHARMACY(1ST) PLUS TO ANSWER ALL WRITTEN DISCOVERY SUBMITTED TO THE COURT WITHIN 10 DAYS OF THE ORDER AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 9(d)(5).

WHEREFORE I RESPECTFULLY REQUEST

-4-

THAT THE COURT PROVIDE PLAINTIFF WITH A HEARING, AND TO GRANT THE WITHIN MOTION, AS WELL AS SUCH AND FURTHER RELIEF AND MAY BE JUST AND PROPER, INCLUDING BUT NOT LIMITED LITIGATION COSTS AND ATTOR- NEYS' FEES.

_Noel Davila_ -PROSE
NOEL DAVILA.

## CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE PREPAID THIS _12TH_ DAY OF _MARCH_ 2004 TO:

_Noel Davila_
NOEL DAVILA - PRO-SE

TO: HONORABLE JUSTICES':
     M.R. MARK R. KRAVITZ (U.S. DIST. JUDGE).
     M.R. WILLIAM I. GARKINKEL (U.S. MAG. JUDGE).
        U.S. COURTHOUSE
        141 CHURCH STREET
        NEW HAVEN CT. 06510.


TO: ATTORNEYS' FOR THE DEFENDANTS'.
     M.R. THOMAS H. WINSLOW
     321 MAIN STREET
     FARMINGTON CT. 06032.

BY: _Noel Davila_
     NOEL DAVILA -PRO-SE
     P.O. BOX 5500
     NEWTOWN CT. 06470.

DATED: 3-12-2004.

EXHIBIT [ 6 ]

Noel Davila
50 Nunnawauk Road.
Newtown CT. 06470

March 9, 2004.

American Service Group Inc.
105 West Part Drive Suit 200
Brentwood T.N. 37027

Dear Sirs:
    I am writing concerning a law suit I have filed against Secure Pharmacy Plus
American Service Group Inc., dated 04/10/2002.

    In the course of this litigation ( copy enclosed) there has been #69 Motions
filed with no end in sight.
    My concern in this case is that Attorney Thomas H. Winslow of 321 Main Street.
Farmington CT. 06032-2976, (806) 678-4425 The Lead Attorney is playing fast and
loose with the law and the Billing of American Service Group Inc.,, for needless
Litigation.

    The plaintiff has suffered serious pain do to Secure Pharmacy [ist] negligence
and is seeking only justice and is also willing to **settle this** long **and costly**
litigation to American Service Group Inc..

    The plaintiff is **Pro-Se** as of the present but it is only a **matter of time before**
the Court grants the plaintiff's Motion for Appointment of Counsel and the process
will start again from the beginning.
    Plaintiff
    Plaintiff is now moving pursuant to **Burt-v- Hennessey** 929, F.2d 451 (9th Cir.1991)
**Pro-Se** litigant was entitled to recover actual cost reasonably incurred in prosecuting
a Civil Action.

                                              Sincerely,    Noel Davila
                                                            NOEL DAVILA
                                                            P.O. BOX 5500
                                                            NEWTOWN CT. 06470 .