United States District Court
District of Connecticut
FILED AT NEW HAVEN

4/1 ___ 20 04

Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIV NO: 302 CU 652 (M.RK)(WIG)
PRIS

NOEL DAVILA
, PLAINTIFFS.

DATE: MARCH 24, 2004.

-AGAINST-

SECURE PHARMACY (1st) PLUS, AMERICAN
SERVICE GROUP INC. AGENTS, ET. AL.
, DEFENDANTS'.

PLAINTIFFS REPly TO DEFENDANTS' OBJECTION TO
PlAINTIFFS FEBRUARY, 2004 (20) PROPOSED AMENDED
ADDING NEW DEFENDANTS' NOT YET BEEN PROPERLY
SERVED IN ACCORDANCE WITH RULE 15(a), RULE 4
AMENDED SUMMONS AND DEFENDANTS' ATTORNEYS'
THREATENING lETTER, TO PlAINTIFFS.

PURSUANT TO FED. R. CIV. P. I, NOEL DAVILA
OFFERS A REPly TO DEFENDANTS' OBJECTION TO
PlAINTIFFS FEBRUARY 20, 2004, PROPOSED AMENDED ADDING
NEW DEFENDANTS' NOT YET BEEN PROPERLY SERVED IN
ACCORDANCE WITH RULE 15(a), RULE 4 AMENDED SUMMONS AND
DEFENDANTS' ATTORNEYS' M.R WINSLOW THREATENING
lETTER TO PlAINTIFFS. (SEE EXHIBITS          By: Noel Davila
1 THROUGHOUT 6 ATTACHED.)                    NOEL DAVILA - PRO-SE
DATED: 3-24. 2004.                           P.O BOX 5500
                                             NEWTOWN CT

<u>Statement of Facts</u>

1) On - January 14, 2003, Attorney For The Defendant(s) Secure Pharmacy(ist) Plus, American Service Group inc. Agent(s) E.T. Al, Mr. Winslow and Plaintiffs Noel Davilla, Also on motion submitted the Court By the Defendants Attorney Dated on January 21, 2004 Defendant (s) Local Rule 56 (a)(2) Statement / Response to Plaintiff Statement of Undisputed Facts; We Have Compromise and Executed to Your Honorable Court a Form 26 (f) or Proposed Scheduling Order Report of Planning Meeting.

2) Either Parties, Defendant(s) Plaintiff Have Signed the Form 26(f) to Stipulate and to a Statement of Undisputed Facts; ( See Exhibit)[J] Dated on January 21st, 2004 "II Statement of Undisputed Facts: Reads as Follows:

(a) On - January 6, 2003, Plaintiff Noel Davilla Had Signed a Form 26(f) Parties Planning To Meeting (sic) Attorney for the Defendants; American Service Group, inc. Secure Pharmacy Plus Agent(s), Thomas H. Winslow Certify As Follows:

"Statement of Undisputed Facts." Counsel and Pro-Se Party Plaintiffs Certify That They Have Made a Good Faith Attempt to Determine whether There are any Material Facts That are not in Dispute:

(b) The Parties state That the Following Materials Facts are Undisputed:

(i) Plaintiffs is a Prisoner and "Consumed"

"Medication While a Prisoner."

(ii) Secure Pharmacy is not [an] Employee of the Prison System and "was hired" As An independant "contractor" By a Third-Party to Provide Prescription Services to Prisoners.

(c) As the Defendant(s) Had Stipulated on the Above mentioned Statement of Undisputed Facts that Secure Pharmacy Plus inc. Were Hired by a Third-Party to Provide Prescription Services to Prisoners, Therefore they are Defendant(s) and Also Responsible For their Actions.

3) As a Contractor, Secure Pharmacy Plus, American Service Group inc. Agent(s) Et. Al. At All Times Mentioned Herein, they Have to be Able to Obtain a "Contract" or "Authorization to Practice or to Distribute any Type of Prescription Medications to the Connecticut Dept of Corrections"

4) American Service Group inc. Agent(s) Et Al It is a Parent Owner of Secure Pharmacy Plus, Pharmacist, At all Times Mentioned Herein And at the Same Time is Responsible for His Employees, Acts, Actions and it is Liable For the Actions, Acts, Actions and it is created by Secure Pharmacy (ist) Plus.

5) Now Defendant(s) Contentions are that they are "No Contracts" at all or Proper Authority For the Defendant(s) Dispensing Medication to Connecticut Prisoners. Now Plaintiffs Contentions are that the

Distribution of Medication by Secure Pharmacy (ist) Plus, American Service Group inc, Agents Et, Al, at all Times mentioned Herein "were not" in Accordance or Appropriate Measures Requirements Basic of Law or Have the Authority in Distributing Medications "under Contract" to the state of Connecticut Prisoners.

(6) Now Defendant(s) Attorney Had Appropriately, Unethically Unproffesionally Had wrote A Threatening Letter to Plaintiff Just Because Plaintiff Have Wrote in Good Faith Civilized Letter to the Owner of Secure Pharmacy (ist) Plus, which is American Service Group Inc. Agents, To be Able In Having A Better Understanding Concerning This Litigation,

7) Base Upon this Facts Plaintiffs Respectfully Request and Motion This Honorable Court for an Order of Misconduct and to Reprimand Attorney Mr. Thomas H. Winslow For His Mis-behavior in Threatening and Intimidating Plaintiff.

8) Defendant(s) Attorney Mr. Thomas H. Winslow is a very Confusing Individual Arguing This Case in CHIEF Without any Merits, Foundation of Law and Deviating the Court With an Uneven Hand and Evil Eye.

9) Plaintiffs Moves This Honorable For a Order Throughout This Reply Motion Plaintiffs Reply to Defendants Objection to Plaintiffs February 20, 2004, Proposed Amended Adding New Defendants Not Yet Been Properly Served in Accordance with Rule 15(a) Rule 4. Amended Summons, to an Immediately Federal Investigation.

against Secure Pharmacy (ist) Plus, American Service Group Inc. Agents Et.Al Due to the Fact That a's stated By Attorney For the Defendants Mr. Thomas H. Winslow Motion Dated March 16, 2004. In Fact, There are no Contracts Under the American Service Group Inc. See Attached Exibit [3].

Wherefore, I Respectfully Request That the Court Provide Plaintiffs with a Hearing and to Grant the Within Motion, as Well A Such and Further Relief and May be Just and Proper, Including but not Limited Litigation Costs and Attorney Fees, Pursuant to Buct- v- Hennessey 929, F. 2d 45 (9th cir. 1991.) Prose Litigant was Entitled to Recover Actual Cost Reasonably Incurred in Prosecuting a Civil Action.

*Noel Davila*
NOEL DAVILA - PRO-SE

Dated: 3-24-2004

BY: *Noel Davila*
NOEL DAVILA -PRO-SE
P O. BOX 5500
NEWTOWN CT. 06470.

-6-

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE PREPAID THIS 24 DAY OF MARCH 2004, TO:

*Noel Davila*
NOEL DAVILA – PRO-SE

TO: HONORABLE JUSTICES:

MR. MARK R. KRAVITZ (U.S. DIST. JUDGE.)

MR. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE)

U.S. COURTHOUSE

141 CHURCH STREET

NEW HAVEN CT. 06510.

TO: ATTORNEYS' FOR THE DEFENDANTS':

MR. THOMAS H. WINSLOW;

321 MAIN STREET

FARMINGTON CT. 06032.

DATED: 3-24-2004.

BY: *Noel Davila*
NOEL DAVILA – PRO SE
P.O. BOX 5500
NEWTOWN CT. 06470.

NOEL DAVILA

[Plaintiff(s)]

VS

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AGENTS ET. AL.

[Defendant(s)]

☒ Judicial District of __NEW HAVEN__

☐ Geographical Area # ____

☒ Civil ☐ Housing ☐ Small Claims ☐ Criminal

Date: _____

## Application of *Pro Se* Party for Issuance of Subpoena

I am a *pro se* party in the above captioned matter and seek to compel the attendance of the individual(s) listed below to testify in the proceeding indicated. I believe that his/her/their testimony is necessary for this proceeding and request that the judge before whom the matter is scheduled, or the administrative judge or his/her designee, conduct an *ex parte* review of this application and, if said judge deems that the issuance of the subpoena(s) is (are) warranted, direct the clerk of the court to issue the subpoena(s).

I understand that I am responsible for placing any subpoena(s) issued hereby in the hands of a person authorized to make service thereof and that I am responsible for any expenses incurred in connection with service of the subpoena(s) requested.

Name(s) and Address(es) of __individual(s)__ for whom Subpoena(s) requested:

1. Secure PHARMACY (ist) PLUS, 7170 STANDARD DR. HANOVER MARYLAND, 21076
2. American Service group inc. Agents, 105 West Park Dr. Suite 200 Brentwood T.N. 37027
3. Lexington insurance Company, Willington Delaware, 200 State st. Boston massachusetts, 02109
4. Gallagher Health insurance Services, 820 Gessner, Suite 1000, Houston TX. 77024.

__Proceeding for which subpoena(s) requested:__ (Check appropriate box. Verification of scheduling required.)

☐ Trial scheduled for _____ before Judge _____ (Attach copy of notification.)

☒ Short Calendar matter scheduled for __P.J.R.__ before Judge __(MRK) (WIG)__ (if known) (Attach copy of S/C list.)

☒ Pre-Judgment Remedy hearing or Special Proceeding scheduled for __3 WEEKS__ (Attach copy of list or order.)

☒ Deposition scheduled for: __APRIL 21st 2004. AT 9:30 AM, NEW HAVEN__ (Attach copy of list or order.)
(Note: You must submit evidence of compliance with applicable rules of discovery and notice.) _____ (Date, time and place of deposition.)

☐ Other (specify): _____

As to each individual for whom a subpoena is requested, briefly state why you believe that his / her testimony is necessary:

1. TO OBTAIN DISCOVERY ISSUES AND TO VERIFY AND TO DISCOVER IDENTITIES OF INDIVIDUALS INVOLVED ON THE INCIDENT, ALSO TO OBTAIN A HEARING ON THE PRE-JUDGMENT REMEDY TO SECURE THE CLAIMED SUM OF MONEY IN THE COMPLAINT.

ONE MILLION DOLLARS, TWO HUNDRED AND FIFTY THOUSAND DOLLARS XXXXX.

(Attach additional pages if necessary and check box ☒ if additional pages attached.)

Signed: __Noel Davila__
(Pro Se Applicant)

## ORDER

Having conducted a review of the foregoing, and having considered the nature of the scheduled hearing and future opportunities for examination of witnesses, as well as for compliance with applicable rules, the clerk of this court  **is  /  is not**  to issue the subpoena(s) as requested above.

Date of Order: _____

By the Court _____

Judge

## INSTRUCTIONS

CREDITOR: Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.

SERVED WITH INTERROGATORIES: Answer the questions indicated by [X] . You must disclose assets of the judgment debtor up to an ~~~~ly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on ~~. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must ~~er the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| NOEL DAVILA -V- SECUREPHARMACY (1ST) PLUS, AMERICAN SERVICE GROUP INC, AGENT(S) ET-AL. | 302 CV 652 (M.R.K) (WIB) |

### I. JUDGMENT DEBTOR

[X] STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

[X] Are you presently employed?    [ ] NO    [ ] YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

[X] Are you receiving any income from any source not disclosed in your answers to the foregoing questions?    [ ] NO    [ ] YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

[X] List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.       PRESENT BALANCE ($) | ACCOUNT NO.       PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

[X] List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

_____

_____

_____

[X] State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

_____

_____

JD-CV-23a (Page 1 of 2) Rev. 6-2000

www.jud.state.ct.us

**POST JUDGMENT REMEDIES**
**INTERROGATORIES**
JD-CV-23 Rev. 9-2000
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.state.ct.us*


POSTJRI

**FORM JD-CV-23a MUST BE ATTACHED TO THIS FORM**

| ☒ Judicial District | ☐ Housing Session | ☐ G.A. No. ____ | AT NEW HAVEN | DOCKET NO. 302CV652(M.R.K.)(W.I.G |
|---|---|---|---|---|

ADDRESS OF COURT (No., street, town, and zip code)
U.S. COURTHOUSE 141 CHURCH STREET NEW HAVEN CT. 06510

DATE OF JUDGMENT

| ORIGINAL AMOUNT OF JUDGMENT 1,250,000,000 | AMOUNT DUE THEREON 1,250,000,000 |
|---|---|

NAME OF JUDGMENT CREDITOR
NOEL DAVILA
OF (Street and town) 50 NUNNAWAUK R.d. P.O. BOX 5500 NEWTOWN CT. 06470

NAME OF JUDGMENT DEBTOR
SecurePHARMACY(1st) Plus
OF (Street and town) 7170 STANDARD D.R. HANOVER MARYLAND 21076

NAME AND ADDRESS OF PERSON BELIEVED TO HAVE ASSETS OF JUDGMENT DEBTOR (if applicable)
American Service grouping Agents ET. AL. 105 WEST Park DR. Suite 200 BRENTWOOD T.N. 37027.

DATE OF SERVICE OF INTERROGATORIES
3-23RD, 2004.

NAME AND ADDRESS OF PERSON TO WHOM INTERROGATORIES SHALL BE RETURNED
NOEL DAVILA, 50 NUNNAWAUK R.d. P.O. BOX 5500 NEWTOWN CT. 06470.

## INSTRUCTIONS

JUDGMENT CREDITOR: Put an "X" in the box next to the questions to be answered on form JD-CV-23a attached hereto.
PERSON SERVED WITH INTERROGATORIES: Answer the questions indicated by "X" on form JD-CV-23a attached hereto. You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" above. Place answers in space provided on form. If you need more room to answer these questions, use the space on the reverse side of form JD-CV-23a or attach additional sheets.

## NOTICE

**Neither the interrogatories themselves, notice thereof nor objections thereto shall be filed with the court.**

The person served with these interrogatories must answer and return them within thirty days of the date of their service to the person named above.

If the person served with these interrogatories fails, within thirty days, to return a sufficient answer or disclose sufficient assets for execution, or on objection by that person to the interrogatories, the judgment creditor may move the court for such supplemental discovery orders as may be necessary to ensure disclosure including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may obtain discovery, including the taking of depositions, from any person served with interrogatories in accordance with procedures for discovery in civil actions without further order of the court. The court may order such additional discovery as justice requires. Failure to comply with a discovery order may subject the person served to being held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce such a court order and for counsel at any discovery hearing required because of the failure to answer these interrogatories.

## NOTICE OF RIGHTS TO PERSON SERVED

1.  Pursuant to Gen. Stat. § 52-351b, you must reveal information concerning the amount, nature and location of the judgment debtor's assets up to an amount clearly sufficient in value to ensure full satisfaction of the judgment with interests and costs.

2.  Pursuant to subsection (d) of Gen. Stat. § 52-351b, any party from whom discovery is sought may apply to the court for protection from annoyance, embarrassment, oppression or undue burden or expense.

3.  Certain personal property is exempt from execution. The following list is a description of common classes of property exempt from execution from a judgment debtor who is a natural person. (Gen. Stat. § 52-352b).
    (a)  Necessary apparel, bedding, foodstuffs, household furniture and appliances;
    (b)  Tools, books, instruments, farm animals and livestock feed which are necessary to the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
    (c)  Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;
    (d)  Health and disability insurance payments;
    (e)  Health aids necessary to enable the judgment debtor to work or to sustain health;
    (f)  Worker's compensation, social security, veterans and unemployment benefits;
    (g)  Court approved payments for child support;

*(Continued on page 2)*

# APPEARANCE

JD-CL-12 Rev. 2-03
Pr. Bk. §§ 3-1 thru 3-6, 3-8

**NOTICE TO PRO SE PARTIES**
*A pro se party is a person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.state.ct.us

## INSTRUCTIONS

1. Type or print legibly.
2. **Judicial District Court Locations:** In any action returnable to a Judicial District court location, file only the original with the clerk. In criminal actions see instruction #4.
3. **Geographical Area Locations:** In any action returnable to a Geographical Area court location, except criminal actions, file original and sufficient copies for each party to the action with the clerk. In criminal actions see instruction #4.
4. **In Criminal and Motor Vehicle Actions** (Pr. Bk. Secs. 3-4, 3-5): Mail or deliver a copy of the appearance to the prosecuting authority, complete the certification at bottom and file original with the clerk.
5. **In Summary Process Actions:** In addition to instruction #2 or #3 above, mail a copy to the attorney for the plaintiff, or if there is no such attorney, to the plaintiff and complete the certification below.
6. **In Small Claims Matters:** File the original with the Small Claims area or Housing Session location. Mail or deliver a copy to the attorney or pro se party and complete the certification below.
7. **For "In-lieu-of" Appearances** (Pr. Bk. Sec. 3-8): Complete the certification below.
8. Pursuant to Pr. Bk. Sec. 17-20, if a party has been defaulted for failure to appear files an appearance prior to the entry of judgment after default, the default shall automatically be set aside by the clerk.
9. **In Juvenile Matters:** Do not use this form. Use form JD-JM-13 Appearance, Juvenile Matters.

| | |
|---|---|
| **DOCKET NO.** | 302CV652 (MRK)(WIG) |
| **RETURN DATE** | APRIL 10, 2004 |
| **SCHEDULED COURT DATE** (Complaint/Pleas/Hearings) | APRIL 21, 2004 |

**NAME OF CASE** (FIRST-NAMED PLAINTIFF VS. FIRST-NAMED DEFENDANT)
NOEL DAVILA -V- SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AGENTS ET. AL.

| Judicial District ☒ | Housing Session ☐ | ☐ G.A. No. | **ADDRESS OF COURT** (No., street, town and zip code) U.S. COURTHOUSE, 141 CHURCH St. NEWHAVEN CT. 06470. |
|---|---|---|---|

**PLEASE ENTER THE APPEARANCE OF**

**NAME OF PRO SE PARTY** (See "Notice to Pro Se Parties" at bottom), OR NAME OF OFFICIAL, FIRM, PROFESSIONAL CORPORATION, OR INDIVIDUAL ATTORNEY
NOEL DAVILA

**JURIS NO. OF ATTY. OR FIRM**

**MAILING ADDRESS** (No., street, P.O. Box)
50 NUNNAWAUK R. 0. P.O. BOX 5500 NEWTOWN CT. 06470.

**TELEPHONE NO.** (Area code first)

| **CITY/TOWN** NEWTOWN | **STATE** CT. | **ZIP CODE** 06470 | **FAX NO.** (Area code first) N/A | **E-MAIL ADDRESS** N/A |
|---|---|---|---|---|

**in the above-entitled case for:** ("X" one of the following)

- ☒ The Plaintiff.
- ☐ All Plaintiffs.
- ☐ The following Plaintiff(s) only: _____
- ☐ The Defendant.
- ☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
- ☒ All Defendants.
- ☐ The following Defendant(s) only: _____
- ☐ Other (Specify)

*Note: If other counsel or a pro se party have already appeared for the party or parties indicated above, state whether this appearance is:*

- ☒ In lieu of appearance of attorney or firm or pro se party (Name) NOEL DAVILA - PRO-SE
  already on file (P.B. Sec. 3-8) **OR**                                                    (Name and Juris No.)
- ☒ In addition to appearance already on file.

| **SIGNED** (Individual attorney or pro se party) X Noel Davila | **NAME OF PERSON SIGNING AT LEFT** (Print or type) NOEL DAVILA | **DATE SIGNED** 3-23-2004. |
|---|---|---|

**CERTIFICATION**

This certification must be completed in summary process cases (Pr. Bk. Sec. 3-5(a)); for "in lieu of" appearances (Pr. Bk. Sec. 3-8); in criminal cases (Pr. Bk. Sec. 3-5(d)); and in small claims matters.

**I hereby certify that a copy of the above was mailed/delivered to:**

- ☒ All counsel and pro se parties of record as listed below and on additional sheet.
  (For summary process, ~~criminal actions and small claims matters~~)
- ☒ Counsel or the party whose appearance is to be replaced as listed below and on additional sheet. (For "in lieu of" appearances)

**FOR COURT USE ONLY**

| **SIGNED** (Individual attorney or pro se party) X Noel Davila | **DATE COPY(IES) MAILED OR DELIVERED** 3-23-04, 2004. |
|---|---|

| **NAME OF EACH PARTY SERVED** * SEE ATTACHED SHEET | **ADDRESS AT WHICH SERVICE WAS MADE** SEE ATTACHED SHEET |
|---|---|

* If necessary, attach additional sheet with names of each party served and the address at which service was made.

**APPEARANCE**

-2-

NAME OF EACH PARTY SERVED:
  TO: ATTORNEY FOR THE DEFENDANT(S);
     MR. THOMAS H. WINSLOW
     321 MAIN STREET
     FARMINGTON CT. 06032.

TO: AMERICAN SERVICE GROUP INC. ET. AL.
   105 WEST PARK DR. SUITE 200
   BRENTWOOD T. N. 37027.

TO: SECURE PHARMACY (LIST) PLUS.
   7170 STANDARD DR.
   HANOVER, MARYLAND. 21076.

TO: LEXINGTON INSURANCE COMPANY.
   WILLINGTON DELAWARE
   200 STATE STREET
   BOSTON MASSACHUSETTS, 02109.

TO: GALLAGHER HEALTH CARE INSURANCE.
   820 GESSNER, SUITE 1000
   HOUSTON, TX. 77024.

TO: HONORABLE JUSTICES:
   MR. MARK R. KRAVITZ; US. DIST. JUDGE
   MR. WILLIAM I. GARFINKEL; US. MAG. JUDGE.
     U.S. COURTHOUSE
     141 CHURCH STREET
     NEW HAVEN CT. 06510.

DATED ON: MARCH 23RD, 2004.

# APPLICATION AND WRIT
## HABEAS CORPUS
JD-CR-69 Rev. 2-95 C.G.S. 18-81a

### STATE OF CONNECTICUT

### SUPERIOR COURT



☒ **AD TESTIFICANDUM**
(Prisoner in State Jail or Prison, required as witness)

☐ **AD RESPONDENDUM**
(Prisoner in State Jail or Prison, required as defendant in criminal action)

☐ **AD PROSEQUENDUM**
(Prisoner in Federal Penitentiary, required as witness or defendant)

**INSTRUCTIONS TO PREPARER**
1. Prepare on typewriter or print firmly with a ball point pen.
2. File original and two copies with the court, retain last copy for your records.

TO: The ~~Superior Court~~ FEDERAL COURT

**COURT APPEARANCE DATE AND TIME**
4-21-2004, 9:30 A.M.    A.M.

**ADDRESS OF COURT**
U.S. Courthouse 141 Church Street New Haven CT. 06510
☒ J.D.  ☐ G.A. No. ___    **DOCKET NO.**

**NAME OF DEFENDANT**
Secure Pharmacy (1st) Plus American Service Group Inc, Et. Al. (Agents)

**APPLICATION DATE**
3-23rd, 2004.

**NAME OF PRISONER** (Only if prisoner required as witness)
Noel Davila

**PLACE OF CONFINEMENT**
Garner C.I. 50 Nunnawauk R.d. P.O. Box 5500 Newtown CT. 06470

**CRIME(S) CHARGED** (Only if prisoner required as defendant)
N/A

**REASON FOR COURT APPEARANCE**
☐ ARRAIGNMENT  ☒ PRE-TRIAL  ☐ TRIAL  ☐ OTHER (specify) (PREJUDGMENT REMEDY, DISCOVERY ISSUES.

The undersigned Assistant State's Attorney of said Court hereby deposes and says:

**A P P L I C A T I O N**

☐ **AD TESTIFICANDUM**
1. on information and belief, that said prisoner is presently confined in the above place of confinement;
2. that said prisoner's testimony is needed in said case.

☐ **AD RESPONDENDUM**
1. on information and belief, that said defendant is presently confined in the above place of confinement;
2. on information and belief, that said defendant is charged in said court with the crime(s) shown above.

☐ **AD PROSEQUENDUM**
1. on information and belief, that said prisoner/defendant is presently confined in the above place of confinement;
☐ 2a. that said prisoner's/defendant's testimony is needed in said case;
☐ 2b. on information and belief, that said prisoner/defendant is charged in said court with the crime(s) shown above;
3. all costs incident to the production of said prisoner/defendant will be born by the State of Connecticut;
4. the authority to so produce said prisoner/defendant has been granted by the Department of Justice, Bureau of Prisons, of the United States of America. (Letter of authority must accompany application).

Wherefore, the undersigned requests that a Writ of Habeas Corpus be issued, ordering the person by whom said prisoner/defendant is confined to produce the body of said prisoner/defendant before said court to be held at the above address on said Court Appearance Date and Time noted above.

**SIGNED** (Assistant State's Attorney for said court)

**FAX NUMBER**

**SUBSCRIBED AND SWORN TO BEFORE ME ON** (Date)

**SIGNED** (Judge, Assistant Clerk, Com. Sup. Ct., Notary Public)

**O R D E R**

Upon the within application and affidavit, let the Writ of Habeas Corpus be issued.

**BY ORDER OF THE COURT** (Name of Judge)    **DATE OF ORDER**    **SIGNED** (Assistant Clerk)

**W R I T**

TO:  The person by whom said prisoner/defendant is confined, AND, if said prisoner/defendant is confined in a federal penitentiary, to the United States Marshal for the District of Connecticut.

By authority of the State of Connecticut, you are hereby commanded to bring the body of said prisoner/defendant under safe and secure conduct, before the said court, to be held at the above address on said Court Appearance Date and Time noted above, and immediately after said prisoner/defendant has given testimony and evidence therein, or the proceeding in said case shall be otherwise terminated, to return said prisoner/defendant under safe and secure conduct. And have you then and there this writ.

**DATED AT** (Town)    **ON** (Date)    **SIGNED** (Assistant Clerk)

By order of the court

**DISTRIBUTION:**    WHITE - Court Original    YELLOW - Return with Prisoner    PINK - Jail or Prison    GOLDENROD - Preparer

**NOTICE OF EX PARTE PRE-JUDGMENT REMEDY/CLAIM FOR HEARING TO DISSOLVE OR MODIFY**

JD-CV-55 Rev. 3-99
C.G.S. §§ 52-278e, 52-278f

STATE OF CONNECTICUT
SUPERIOR COURT

| CLPJRX Ex Parte Application |
| CLPJRXP Contest Ex Parte PJR Application |

**INSTRUCTIONS TO PLAINTIFF/APPLICANT**

1. This form MUST be used in connection with ex parte prejudgment remedies issued pursuant to Gen. Stat. § 52-278e, and MAY be used in connection with prejudgment remedies issued in an action upon a commercial transaction pursuant to Gen. Stat. § 52-278f.
2. Complete Section I below and submit to the Clerk along with, and immediately following, your application and other required documents for ex parte prejudgment remedy.
3. If prejudgment remedy issued, include this form in the process served on the defendant.

**SECTION I: CASE INFORMATION (To be completed by Plaintiff/Applicant)**

| ☒ Judicial District | ☐ Housing Session | ☐ G.A. No. ____ | COURT ADDRESS 141 CHURCH STREET, NEW HAVEN CT. 06510. |

Has a temporary restraining order been requested?  ☐ YES  ☒ NO

AMOUNT, LEGAL INTEREST, OR PROPERTY IN DEMAND, EXCLUSIVE OF INTEREST AND COSTS IS ("X" one of the following):
- ☐ LESS THAN $2500
- ☐ $2500 THROUGH $14,999.99
- ☒ $15,000 OR MORE

NAME OF CASE (First-named plaintiff vs. First-named defendant)

C L P J R X

| ☐ SEE ATTACHED FORM JD-CV-67 FOR CONTINUATION PARTIES | CASE TYPE (From Judicial Branch code list) MAJOR: X  MINOR: | NO. COUNTS | ☒ "X" if applicable CLAIMING OTHER RELIEF IN ADDITION TO OR IN LIEU OF MONEY DAMAGES |

NAME AND ADDRESS OF PLAINTIFF/APPLICANT (Person making application for Prejudgment Remedy) (No., street, town and zip code)
NOEL DAVILA, 50 NUNNAWAUK R.d. P.O. BOX 5500 NEWTOWN CT. 06470

NAME AND ADDRESS OF DEFENDANT (Person against whom Prejudgment Remedy is sought) (No., street, town and zip code)
SECURE PHARMACY PLUS, 7170 STANDARD D.R. HANOVER MARYLAND 21076

NAME AND ADDRESS OF ANY THIRD PERSON HOLDING PROPERTY OF DEFENDANT WHO IS SUBJECT TO GARNISHEE PROCESS PREVENTING DISSIPATION OF SUCH PROPERTY
AMERICAN Service group inc. Agents ET. AL. 105 West Park DR. BRENTWOOD T.N. 37027

FOR THE PLAINTIFF(S) ENTER THE APPEARANCE OF:
NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code)
NOEL DAVILA - PRO-SE, 50 NUNNAWAUK R.d. P.O. BOX 5500 NEWTOWN CT. 06470.

| TELEPHONE NO. | JURIS NO. (If atty. or law firm) | SIGNED Noel Davila | DATE SIGNED 3-23-2004. |

**SECTION II - NOTICE TO DEFENDANT**

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this prejudgment remedy. These rights include the right to a hearing:

(1) to object to the prejudgment remedy because you have a defense or set-off against the action or a counterclaim against the plaintiff or because the amount of the prejudgment remedy allowed by the court is unreasonably high or because payment of any judgment that may be rendered against you is adequately secured by any insurance that you may have;

(2) to request that the plaintiff post a bond in accordance with section 52-278d of the General Statutes to secure you against any damages that may result from the prejudgment remedy;

(3) to request that the prejudgment remedy be dissolved or modified or that you be allowed to substitute a bond for the prejudgment remedy; and

(4) to show that the property subject to the prejudgment remedy is exempt from such prejudgment remedy.

You may request a hearing to move to dissolve or modify the prejudgment remedy. **The hearing may be requested by any proper motion or by completing section III below and returning this form to the superior court at the Court Address listed above.**

**SECTION III: DEFENDANT'S CLAIM AND REQUEST FOR HEARING (To be completed by Defendant)**

I, the defendant, request a hearing to dissolve or modify the prejudgment remedy, and claim: ("X" the appropriate boxes)

- ☐ a defense, counterclaim, set-off, or exemption.
- ☐ that any judgment that may be rendered is adequately secured by insurance.
- ☐ that the amount of the prejudgment remedy is unreasonably high.
- ☐ that the plaintiff be required to post a bond to secure me against any damages which may result from the prejudgment remedy.
- ☐ that I be allowed to substitute a bond for the prejudgment remedy.

I certify that a copy of the above claim was mailed/delivered to the Plaintiff or the Plaintiff's attorney on the Date Mailed or Delivered shown below.

C L P J R X P

FOR COURT USE ONLY

| DATE MAILED OR DELIVERED | SIGNED (Defendant) | DATE SIGNED |

TYPE OR PRINT NAME AND ADDRESS OF DEFENDANT

DOCKET NO.
PJR CV

| NAME OF EACH PARTY SERVED* | ADDRESS AT WHICH SERVICE WAS MADE* |

*If necessary, attach additional sheet with names of each party served and the address at which service was made.

**NAME OF CASE**
NOEL DAVILA - V - SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AGENTS, ET. AL.

**TRIAL COURT DOCKET NO.**
302CV652(MRK)(WIG)

**HEARING DATE(S)**
APRIL 21ST, 2004.

**TRIAL COURT LOCATION**
U.S COURTHOUSE 141 CHURCH STREET NEW HAVEN CT. 06510

**JUDICIAL DISTRICT OF**
NEW HAVEN

**NAME(S) OF JUDGE(S)**
MARK R. KRAVITZ. U.S. DIST. JUDG.
WILLIAM I. GARFINKEL. U.S. MAG. JUDG

**CASE TYPE ("X" one)**
- [ ] CRIMINAL
- [ ] JUVENILE
- [ ] FAMILY
- [X] CIVIL

**CASE TRIED TO ("X" one)**
- [ ] JURY
- [X] COURT

**APPEAL TO ("X" one)**
- [ ] SUPREME COURT
- [X] APPELLATE COURT

**APPEAL ("X" one)**

- [ ] 1. From judgment in JUVENILE MATTERS:
  - [ ] (a) concerning Termination of Parental Rights
  - [ ] (b) other than Termination of Parental Rights
- [ ] 2. From a CRIMINAL judgment where DEFENDANT is:
  - [ ] (a) incarcerated
  - [ ] (b) not incarcerated

- [ ] 3. From COURT CLOSURE ORDER
- [X] 4. Involving the PUBLIC INTEREST
- [ ] 5. From judgment involving CUSTODY OF MINOR CHILDREN
- [X] 6. From ALL OTHER JUDGMENTS

An electronic version of a previously delivered transcript is being ordered:    [ ] YES    [X] NO

DESCRIBE IN DETAIL INCLUDING SPECIFIC DATES, THE PARTS OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS BEING ORDERED. IF ORDERING AN ELECTRONIC VERSION OF A PREVIOUSLY DELIVERED TRANSCRIPT, INDICATE THAT THE PAPER TRANSCRIPT ALREADY WAS DELIVERED. ATTACH A SHEET OF PLAIN PAPER IF NEEDED.

**FROM**

**NAME AND MAILING ADDRESS OF PERSON ORDERING TRANSCRIPT** NOEL DAVILA
50 NUNNAWAUK R. D. P.O. BOX 5500 NEWTOWN CT. 06470.

**TELEPHONE NUMBER**

**RELATIONSHIP (Atty. for Pltf., Def, etc.)**
PLAINTIFF PRO-SE-I.F.P.

**SIGNATURE OF PERSON ORDERING TRANSCRIPT**
x Noel Davila

**DATE SIGNED**
3-23-2004.

| NAME(S) OF REPORTER(S)/MONITOR(S) | ESTIMATED NO. OF PAGES | ONLY ELECTRONIC VERSION OF PREVIOUSLY DELIVERED TRANSCRIPT? | | NO. OF PAGES PREVIOUSLY DELIVERED | ESTIMATED DELIVERY DATE |
|---|---|---|---|---|---|
| | | YES | NO | | |
| | | [ ] | [ ] | | |
| | | [ ] | [ ] | | |
| | | [ ] | [ ] | | |
| | | [ ] | [ ] | | |
| TOTAL ESTIMATED PAGES → | TOTAL EST. PGS. | TOTAL DELIVERED PAGES → | | TOTAL DEL. PGS. | FINAL EST. DELIVERY DATE |

**NAME OF OFFICIAL COURT REPORTER**

**SIGNATURE OF OFFICIAL COURT REPORTER**

**DATE SIGNED**

## SUPERVISOR OF COURT TRANSCRIPT SERVICES    ORDER ACKNOWLEDGMENT

Actual number of pages in entire Appeal Transcript: _____    Date of final delivery pursuant to Pr. Bk. § 63-8(c): _____

This certificate is filed pursuant to Pr. Bk. § 63-8.

**SIGNATURE OF OFFICIAL COURT REPORTER**

**DATE SIGNED**

*DO NOT WRITE IN THIS SPACE*

**CERTIFICATE OF COMPLETION**

## SUPERVISOR OF COURT TRANSCRIPT SERVICES

THE LAW OFFICE OF

# THOMAS H. WINSLOW, LLC

March 17, 2004


The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

Re: Noel Davila v. Secure Pharmacy Plus
Docket #:  Prisoner Civil Action Case #:  3:02CV652(MRK)

Dear Judge Kravitz:

I am writing to inform you that plaintiff Noel Davila has written directly to my client, Secure Pharmacy Plus, about this pending litigation.  Mr. Davila sent an undated letter with enclosures that was received by my client on March 15, 2004.  The client forwarded the letter and enclosures to me on March 16, 2004.

I have written to pro se plaintiff in separate correspondence and told him to immediately cease from writing to my client during the litigation.  While I expect to have no further problems with Mr. Davila writing directly to my client, I want to inform the court of this behavior as soon as I ascertained it happened in case future incidents occur.

Thank you for your time and consideration.

Very truly yours,


Thomas H. Winslow

cc:    Magistrate William I. Garfinkel
       Mr. Noel Davila
       United States District Court, Clerk's Office in Bridgeport

THE LAW OFFICE OF

# THOMAS H. WINSLOW, LLC

March 17, 2004

Mr. Noel Davila
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT  06470

Dear Mr. Davila:

Secure Pharmacy Plus has forwarded your undated letter that you recently forwarded to my client. I have attached a copy of the letter but not the enclosures so that your can review the letter you sent.

It is improper and unethical for you to write to my client when I am representing them in the litigation. Do not ever again write to my client during this litigation. Because of your actions, I am sending a letter to the court about your improper and unethical behavior in directly contacting my client. I never want to learn again that you are writing directly to my client and this activity should immediately cease.

For your education, all settlement demands you have made to date have been communicated to my client. All decisions on your settlement demands and any response(s) rest entirely with my client. Likewise, any such further settlement demands will be immediately communicated to my client and any decision on a response rests entirely with the client. As such, I do not have control over settlement authority and only convey settlement demands to my client and settlement offers, if authorized, to you by my client.

Lastly, you should be very careful about making allegations that I feel are inaccurate and you cannot support. The allegations in your letter have now been published to my client and I will not tolerate any future indiscretions from you in terms of my perceived conduct as an attorney.

Very truly yours,

Thomas H. Winslow

Enclosures:    Letter Received By Client on March 15, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

MARCH 16, 2004

DEFENDANT'S OBJECTION TO PLAINTIFF'S FEBRUARY 20, 2004 PROPOSED
AMENDED ADDING NEW DEFENDANTS' NOT YET BEEN PROPERLY SERVED IN
ACCORDANCE WITH RULE 15(a), Rule 4 AMENDEDSUMMONS

Defendant's counsel received a February 20, 2004 document from plaintiff Davila entitled

"Amended Adding New Defendants' Not Yet Been Properly Serve In Accordance With Rule

15(a), Rule 4 Amended Summons."  Plaintiff apparently asks the court to amend a summons to

include new defendants' such as American Service Group, Inc., Gallagher Health Care Insurance,

and Lexington Insurance Company.  Defendant objects to these proposed amendments and

proposed summons' for the following reasons:


Secure Pharmacy Plus, as per its November 8, 2002 compliance with auxiliary order regarding

identification of parent group, identified its owner as American Service Group, Inc. and that

American Service Group, Inc. is a publicly traded company.  As such, American Service Group,

Inc. is admittedly the parent corporation of Secure Pharmacy Plus.  However, its status as parent

owner of Secure Pharmacy Plus does not mean it is liable for the actions of Secure Pharmacy

Plus.  In fact, there are no contracts under the American Service Group, Inc. name and Secure

Pharmacy Plus, not American Service Group, Inc., was involved in supplying prison pharmacy

services. Accordingly, there is no basis for bringing in American Service Group, Inc. as a defendant via a summons.

Gallagher Healthcare Insurance is the producer that assisted American Service Group, Inc. in its purchase of claims made insurance. As such, it has no role in the claimed professional pharmacy malpractice or negligence of Secure Pharmacy Plus involving plaintiff Davila.

Lexington Insurance Company is the insurer providing claims-made insurance to American Service Group, Inc. It has no role in the claimed professional pharmacy malpractice or negligence of Secure Pharmacy Plus other than providing insurance coverage to American Service Group, Inc.

None of these proposed added parties or parties to be summoned into this litigation have any bearing on the claimed professional pharmacy malpractice or negligence of Secure Pharmacy Plus. Secure Pharmacy Plus now adds the above reasons, in addition to all the previously filed reasons, for objecting to the plaintiff's various motions to add in, substitute, amend, or create amended summons as to American Service Group, Inc., its agents, Gallagher Healthcare Insurance, and Lexington Insurance Company.

DEFENDANT

SECURE PHARMACY PLUS


BY:_____

Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
     Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427


## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

16th day of March, 2004 to:


Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510


_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

Noel Davila
50 Nunnawauk Road.
Newtown CT. 06470

March 9, 2004,

American Service Group Inc.
105 West Part Drive Suit 200
Brentwood T.N. 37027

Dear Sirs:
   I am writing concerning a law suit I have filed against Secure Pharmacy Plus
American Service Group Inc., dated 04/10/2002.

   In the course of this litigation ( copy enclosed) there has been #69 Motions
filed with no end in sight.
   My concern in this case is that Attorney Thomas H. Winslow of 321 Main Street,
Farmington CT. 06032-2976, (806) 678-4425 The Lead Attorney is playing fast and
loose with the law and the Billing of American Service Group Inc.,, for needless
Litigation.

   The plaintiff has suffered serious pain do to Secure Pharmacy [ist] negligence
and is seeking only justice and is also willing to **settle this** long **and costly**
litigation to American Service Group Inc..

   The plaintiff is **Pro-Se** as of the present but it is only a **matter of time before**
the Court grants the plaintiff's Motion for Appointment of Counsel and the process
will start again from the beginning.
   Plaintiff
   **Plaintiff** is now moving pursuant to **Burt-v- Hennessey** 929, F.2d 451 (9th Cir.1991)
**Pro-Se** litigant was entitled to recover actual cost reasonably incurred in prosecuting
a Civil Action.

Sincerely,    *Noel Davila*
              NOEL DAVILA
              P.O. BOX 5500
              NEWTOWN CT. 06470.

EXHIBIT J

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

                                                    PRISONER
                                                    CIVIL ACTION CASE NO.
                                                    3:02CV652(MRK)

                        Plaintiff,

V.

SECURE PHARMACY PLUS

            Defendant.                        JANUARY 21, 2004

DEFENDANT'S LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO
PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Fed. R. Civ. P. 56 and L. Civ. Pro. R 56, the defendant, Secure Pharmacy Plus,

responds to the claimed "Statement of Undisputed Facts" at Section II of plaintiff's December 5,

2003 reply motion to defendant's opposition to plaintiff's motion for partial summary judgment

received on an unknown date while away on vacation between December of 2003 and January of

2004.


II. STATEMENT OF UNDISPUTED FACTS


1.  On January 6, 2003, Plaintiff's Noel Davila had signed a Form 26(f) parties planning to

    meeting (sic) and attorney for the defendants, American Service Group Inc., Secure

    Pharmacy Plus and agents, Thomas H. Winslow certify as follows.


    a.  Statement of undisputed facts.  Counsel and pro-se party plaintiff's certify that

        they have made a good faith attempt to determine whether there are any material

        facts that are not in dispute:

b.  The parties state that the following material facts are undisputed:

i.  Plaintiff's is a prisoner and "consumed medication while a prisoner.

ii.  Secure Pharmacy Plus is not [an] employee of the prison system and was hired as an independent contractor by a third-party to provide prescription services to prisoners.

OBJECTION/RESPONSE:  The plaintiff's claimed statement of undisputed facts does not set forth a concise statement of material fact as to which the moving party contends there is no genuine issue to be tried.  Furthermore, Secure Pharmacy Plus is not a defendant and the Form 26(f) Report of Parties Planning meeting was signed by Attorney Winslow as counsel for the only defendant, Secure Pharmacy Plus. Additionally, the plaintiff is using some of the content of the Form 26(f) Report of Parties' Planning meeting as undisputed facts in a motion for partial summary judgment on liability against the defendant.  Notwithstanding and without waiving the objection, defendant admits that there was a statement of undisputed fact in the Form 26(f) Report of Parties' Planning Meeting and plaintiff has set forth the statement of undisputed facts with a majority of but not all the contained terms.

DEFENDANT

SECURE PHARMACY PLUS

BY:_____

Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

21st day of January, 2004 to:

Mr. Noel Davila (#212726)
Garner Correctional Institute
PO Box 5500
Newtown, CT  06470

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIV NO: 302CV652 (M.R.K)(W.IG)

NOEL DAVILA
                    , PLAINTIFF         DATE: FEBRUARY 20, 2004.
—AGAINST—

SECURE PHARMACY PLUS, AMERICAN
SERVICE group inc, AGENT(S) ET. AL.

AMENDED ADDING NEW DEFENDANTS' NO YET
BEEN PROPERLY SERVE IN ACCORDANCE
WITH RULE 15(a), RULE 4 AMENDED SUMMONS.

(PURSUANT TO FED. R. CIV. P. 15(a), RULE 4 AMENDED SU-
MMONS, I PLAINTIFF NOEL DAVILA REQUEST THAT THIS
HONORABLE COURT TO AMEND THE FOLLOWING NEW DEFEN-
DANTS' IN THE ABOVE CAPTIONED CASE:

    I PLAINTIFF NOEL DAVILA STATED AND SAYS; IT IS
LEGAL COMPLEXITY THE LARGE NUMBER OF DEFENDANTS' SOME
OF WHOM ARE THIRD-PARTIES, INSURANCES PRESENT COMPLEX
ISSUES OF DETERMINING WICH OTHER DEFENDANTS' WERE
SUFFICIENTLY PERSONALLY INVOLVED IN THE ABOVE CAPTIONED
CASE TO BE HELD LIABLE.

    I, PLAINTIFF PRAYS FOR AN ORDER THIS HONORABLE
COURT PURSUANT TO RULE 15(a) RULE 4 OF THE FED. R. CIV. P.,
TO AMEND THIS NEW DEFENDANTS' UNTIL PLAINTIFF OBTAIN THE

-2-

OTHER ONES THROUGHOUT DISCOVERY MANNER AND TO
SERVE SUMMONS AS WELL TO THE FOLLOWING PARTIES:

① AMERICAN SERVICE GROUP INC.
   105 WEST PARK DRIVE SUIT 200
   BRENTWOOD T.N. 37027

② GALLAGHER HEALTH CARE INSURANCE
   SERVICES: 820 GRESSNER SUITE 1000
   HOUSTON, T.X. 77024-1259

③ LEXINGTON INSURANCE COMPANY
   WILLINGTON DELAWARE
   200 STATE STREET
   BOSTON MASSACHUSETTS, 02109

   WHEREFORE, I RESPECTFULLY REQUEST THAT THE
COURT SUBMIT THIS ORDER AND TO GRANT THE WITHIN
MOTION, AS WELL AS SUCH OTHER FURTHER RELIEF AND MAY
BE JUST AND PROPER INCLUDING BUT NOT LIMITED ALL PAPER
WORK COURTS NEEDED ALSO EXHIBITS.

DATED: 2-20-2004.                    BY: Noel Davila
                                     NOEL DAVILA - PRO-SE
                                     P.O. BOX 5500
                                     NEWTOWN CT. 06470.

3 -

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING PARTIES ON THIS <u>20</u> DAY OF <u>FEBRUARY</u> 2004 TO:

*Noel Davila*
NOEL DAVILA - PRO - SE

TO: HONORABLE JUSTICES:
   M.R. MARK R. KRAVITZ (U.S. DIST. JUDGE)
   M.R. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE).
       U.S. COURTHOUSE
   141 CHURCH STREET
   NEW HAVEN CT. 06510


TO: ATTORNEY FOR THE DEFENDANTS':
   M.R. THOMAS H. WINSLOW
   321 MAIN STREET
   FARMINGTON CT. 06032.


DATED: 2-20-2004,

BY: *Noel Davila*
    NOEL DAVILA - PRO - SE
    P.O. BOX 5500
    NEWTOWN CT. 06470

Mr. Noel Davilla

Garner Correctional Inst.

50 Nunnawauk Rd

Newtown, CT 06470                    CIV NO: 302CV652(MRK)(WIG)


March 24, 2004

The Honorable Mark R Kravitz

United States Courthouse

141 Church St.

New Haven, CT 06510


Dear Judge Kravitz; Garfinkel

I am writing to inform you that the attorney for the defendants has written to you complaining of improper and unethical conduct for me writing to his alleged client American Service Group, inc.

However, in a motion dated, March 16, 2004, the attorney Thom H. Winslow maintains that American Service Group is not a defendant and that there is no basis for bringing in American Service Group inc. as a defendant via a summons.

I find this somewhat confusing on one hand for the purpose of my motion American Service Group inc, Gallagher Healthcare Insurance, the producer that assisted American Service Group, inc. has no role,

Also Lexington Insurance Company is the insurer, he further maintains but they too are not his client.

Plaintiff contends if they are not his clients how is it improper and unethical for the plaintiff to inform the of any

-2-

settlement offers and what federal rule of Civil P. has the plaintiff violated.

The plaintiff however has enclosed a copy of attorneys Thomas H. Winslow's letter which does seem to be somewhat of a hysterical distribe.

Thank you for your time and concern.

Very truly yours,
x ~~Noel Drula~~ -PRO-SE

C.C. Magistrate William I. Garfinkel
Attorney Thomas H. Winslow
U.S. District Court Clerks office in Bpt.
U.S. DIST. JUDGE. MR. MARK R. KRAVITZ

Mr. Noel Davilla
Garner Correctional Inst.
50 Nunnawauk Rd.
Newtown, Ct 06470

March 24, 2004

Thomas H. Winslow esg.
321 Main St
Farmington, CT 06032

Dear Attorney Winslow:

    I have received your letter dated March 17, 2004 complaining about me writing to American Service Group inc. and how it is improper and unethical are those legal terms and what rules of federal rule of Civil P. and legal rules of Civil P. governs improper and unethical conduct

    I am pro-se. A pro-se litigant and filings by me are to be contructed liberally and less stringent standards that those by lawyers.

    <u>Haines</u> vs <u>Kerner</u>, 404 us 519, 30 LEd 2d 652, 92 SCT 594 (1972)

    I know they have rules of professional conduct and your letter does appear to be a threat.

    I am somewhat peeplexed how are you concerned with American Service Group Inc, Gallagher Healthcare Insurance, and Lexington Insurance Company if they are not your clients. I think someone is trying to have their cake and eat it too.

    Lastly you should be very careful about making allegations that

I feel are inaccurate and that you cannot support. I will not tolerate any future indiscretions from you, My next step will be to file a grievance committee.

Very truly Yours,

x _Noel Dawda PRO-SE_

cc. Magistrate William I Garfinkel
    U.S, state District Court
    Clerks office Bpt.
    U.S. DIST JUDGE; MR. MARK R. KRAVITZ.