1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOEL DAVILA,
        , PLAINTIFF

CIV NO: 302CV652 (MRK)(WIG)

— AGAINST —

DATE: MAY, 3, 2004.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC., AGENT(S) ET-A-L.
                    , DEFENDANTS

MOTION AND NOTICE TO DISQUALIFY JUSTICE, JUDGE, MAGISTRATE Holly B. FITZSIMMONS THAT HE WAS NOT ASSIGNED TO THIS ABOVE CAPTIONED CASE AND DUE TO BIAS OR PREJUDICE AGAINST PLAINTIFFS.

    PURSUANT TO FED. R. CIV. P. AND LOCAL RULES PLAINTIFFS PRESENT A CONCISE STATEMENT AND MAINTAINES THAT HONORABLE MAGISTRATE JUSTICE M.R. Holly B. FITZSIMMONS IS NOT THE ASSIGNED MAGISTRATE AND HE'S STILL CONTINUED DENIAL AND REJECTING PLAINTIFF MOTIONS, DELAYING PROCESS AND HE'S ACTING BIAS OR PREJUDICE AGAINST PLAINTIFFS.

DATE: 5-3-2004.

BY  Noel Davila
NOEL DAVILA - PRO-SE
MAC-DOUGAll C.I.
1153 EAST ST- SOUTH
SUFFIELD CT- 06080.

GOVERNING PRINCIPLES:

THE JUDICIAL CODE CONTAINS PROVISIONS TO ASSURE THAT A LITIGANT IN A UNITED STATES DISTRICT COURT RECEIVES A TRIAL BY A FAIR AN IMPARTIAL JUDGE.

THE STATUORY GROUNDS FOR DISQUALIFICATION ARE MANDATORY EXEPT THAT, IF THE SOLE GROUND IS IMPARTIALITY OF THE JUDGE, THE PARTIES MAY WAIVE SUCH DISQUALIFICATION AFTER FULL DISCLOUSURE REFLECTED IN THE RECORD. (SEE 28 U.S.C. §§ 144, 455).

I PLAINTIFF NOEL DAVILA FILES HERE WITH HIS AFFIDAVIT, AS REQUIRED BY TITLE 28 UNITED STATES CODE SECTION 144, TO SHOW THAT THE HONORABLE MAGISTRATE JUSTICE M.R. HOLLY B. FITZSIMMONS HAS A PERSONAL BIAS OR PREJUDICE AGAINST PLAINTIFF NOEL DAVILA OR IN FAVOR OF ATTORNEY FOR THE DEFENDANTS, M.R. THOMAS H. WINSLOW.

BASE THEREON I PLAINTIFF NOEL DAVILA THE MOVING PARTY RESPECTFULLY MOVES THAT THE HONORABLE MAGISTRATE JUSTICE M.R. HOLLY B. FITZSIMMONS PROCEED NO FURTHER HEREIN AND THAT THE PROPER JUDGE OR ANOTHER JUDGE BE ASSIGNED TO HEAR THIS PROCEEDING. (PLEASE SEE. ATTACHED EXHIBITS).

*Noel Davila*
NOEL DAVILA - PRO-SE

A PRO SE LITIGANTS PLEADING ARE TO BE CONSTRUED LIBERALLY AND HELD TO LESS STRIGENT STANDARD THAN FORMAL PLEADING DRAFTED BY LAWYERS; IF COURTS CAN REASONABLY READ PLEADING TO STATE VALID CLAIM WICH LITIGANT COULD PREVAIL, IT SHOULD DO SO DESPITE FAILURE TO CITE PROPER LEGAL AUTHORITY, CONFUSION OF LEGAL THEORIES, POOR SYNTAX AND SENTENCE CONSTRUCTION, OR LITIGANTS UNFAMILIARITY WITH PLEADING REQUIREMENTS. SEE, HAINES -V- KERNER: 404 U.S. 519, 30 L.Ed. 2d 652, 92 S.Ct. 594 (1972).

A PRISONER PROCEEDING PRO-SE AND IN FORMA PAU-

PERI'S CAN HARDLY BE EXPECTED TO UNDERSTAND THE INTRICANCIES OF THE FEDERAL MAGISTRATE ACT. SEE. <u>WIMMER -V- HORNSBY</u>: 23 FED. 944 (5TH CIR. 1994).

AFFIDAVIT - IN SUPPORT OF MOTION:

I AM BEING SWORN SAY:

I AM THE PLAINTIFF IN THE ABOVED - ENTITIED CASE.

I AM INFORMED AND BELIEVE, AND BASED ON SUCH INFORMATION AND BELIEF, ALLEGED THAT THE HONORABLE JUSTICE M.R. HOLLY B. FITZSIMMONS THE JUDGE BEFORE, HE, HIMSELF ASSIGNED THIS CASE IS PENDING, HAS A PERSONAL BIAS OR PREJUDICE, AGAINST ME PLAINTIFF IN FAVOR OF ATTORNEY M.R. THOMAS H. WINSLOW. (PURSUANT TO 28. U.S.C. 1746. 18. U.S.C. 1621. AND THAT IT IS MADE IN GOOD FAITH.

THE FACTS AND THE REASON FOR THE BELIEF SUCH BIAS OR PREJUDICE EXIST ARE THAT EVEN THOUGH PLAINTIFF HAS COMPLY IN SIGNING PLEADING, SENDING CERTIFICATE OF SERVICE ATTACHED TO PLEADING THE COURT AT 915 LAFAYETTE B.P.T-CT. 06604. ARE STILL SENDING PLAINTIFF, OR RETURNING DENIAL TO PROCEED WITH THE MOTIONS FILED. (SEE. ATTACHED EXHIBITS).

PLAINTIFF HAS REQUESTED COPIES OF THE FED. R. CIV. P. AND LOCAL RULES DUE TO THE FACT THAT PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN DENIED ON 3 OCCATION, EVEN THOUGH PLAINTIFF HAS COMPLY WITH ALL COURT REQUIREMENT(S).

SIX AMENDMENT RIGHT TO SELF REPRESENTATION INCLUDES RIGHT OF ACCESS TO LAW BOOKS, WITNESS AND OTHER TOOLS NECESSARY TO PREPARE DEFENSE. SEE. <u>TAYLOR -V- LIST</u>; 880 F2d. 1040 (9TH CIR. 1989).

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT TO GRANT THE ABOVE MENTIONED MOTION AND FOR A ORDER TO PROVIDE THE PRO-SE PLAINTIFF

WITH THE FED. CIV. P. AND LOCAL RULES OF THE COURT, ALSO WITH All NECESSARIES AND PROPER FORMS THAT NEEDED TO BE FILE WITHIN YOUR COURT AND AS WELL AS SUCH OTHER FURTHER RELIEF AND MAY BE JUST AND PROPER.

x _Noel Davila_
NOEL DAVILA - PRO-SE

DATE:

## CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE / OR HAND DELIVERED PRE-PAID THIS 3rd DAY OF MAY 2004 TO THE FOLLOWING PARTIES:

x _Noel Davila_
NOEL DAVILA - PRO-SE

TO: HONORABLE JUSTICES:
M.R MARK R. KRAVITZ (U.S. DIST. JUDGE)
M.R. WILLIAM I. GARFINKEL (U.S. MAG. JUDGE)
U.S. COURTHOUSE
141 CHURCH ST.
NEW HAVEN CT. 06510

TO: HONORABLE JUSTICE: M.R. Holly B. Fitzimmons.
CLERK OFFICE AT BRIDGEPORT
U.S. COURT HOUSE.
915 LAFAYETTE B.L.V.D.
B.P.T. CT. 06604.

TO: DEFENDANTS'; ATTORNEYS'
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

BY: _Noel Davila_
NOEL DAVILA - PRO-S
MAC-DOUGALL C.I.
1153 EAST ST. SOUTH
SUFFIELD CT. 06080.

DATED: 5-3-2004.



EXHIBIT C.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## ORDER RE: DISCLOSURE STATEMENT

ANY NONGOVERNMENTAL CORPORATE PARTY TO AN ACTION IN THIS COURT SHALL FILE A STATEMENT IDENTIFYING ALL ITS PARENT CORPORATIONS AND LISTING ANY PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK. A PARTY SHALL FILE THE STATEMENT WITH ITS INITIAL PLEADING FILED IN THE COURT AND SHALL SUPPLEMENT THE STATEMENT WITHIN A REASONABLE TIME OF ANY CHANGE IN THE INFORMATION. COUNSEL SHALL APPEND A CERTIFICATE OF SERVICE TO THE STATEMENT IN COMPLIANCE WITH LOCAL RULE 5(b).

COUNSEL FOR PLAINTIFF OR REMOVING DEFENDANT SHALL BE RESPONSIBLE FOR SERVING A COPY OF THIS ORDER UPON ALL PARTIES TO THE ACTION.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Revised 1/2/03

EXHIBIT B

STATE OF CONNECTICUT



Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

## STATEWIDE GRIEVANCE COMMITTEE

www.jud.state.ct.us

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

NOEL DAVILA
#212726 MACDOUGALL CI
1153 EAST STREET SOUTH
SUFFIELD            CT 06080

04/27/2004

RE:   GRIEVANCE COMPLAINT #04-0346
      DAVILA vs. WINSLOW

Dear Noel Davila:

    This is to acknowledge receipt of material submitted by you subsequent to the filing of your complaint and received by this office on April 26, 2004. As you were previously informed, your complaint has been assigned to the N.B.JD&Htfd JD/GA12&Avon,Blmfld,Cantn,Frmngtn,WHtfd GrievPnl.

    In the future, until such time as the panel determines whether there exists probable cause that the respondent has engaged in misconduct, material submitted by you in support of your complaint should be mailed by you to the grievance panel, in care of its counsel, at the address shown below.

    Attorney David H. Rivers
    18 MAIN STREET, P.O. BOX 353
    ELLINGTON, CT 06029-0353

    In this instance we are forwarding your correspondence to said counsel.

Sincerely,

Daniel B. Horwitch

DBH/jf
cc:   Attorney Thomas H. Winslow
      Attorney David H. Rivers
      Panel Members

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------x
                                         :
        NOEL DAVILA                      :
                                         :
        vs.                              : Civil No. 3:02cv652(MRK)(WIG)
                                         :
        SECURE PHARMACY                  :
                                         :
-----------------------------------------x
```

FILED
2004 APR 16 A 8:55
PRISONER
U.S. DIST. COURT
BRIDGEPORT, CONN

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>APPLICATION OF PRO SE PARTY FOR ISSUANCE OF SUBPOENA; POST JUDGMENT REMEDIES INTERROGATORIES; APPLICATION AND WRIT HABEAS CORPUS; NOTICE OF APPEAL TRANSCRIPT ORDER;</u> however, they are deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. __X__ L.R.5(b)  
   __Xx__ No certificate of service attached to pleadings  
   __ Certificate of service fails to list names and addresses of all parties served  
   __ Certificate of service is not signed

2. __ L.R.5(d)  
   Failure to submit document under seal

3. __ L.R.10  
   __ Failure to sign pleading (original signature)  
   __ Failure to double space  
   __ Margin is not free of printed matter  
   __ Left hand margin is not one inch  
   __ Judge's initials do not appear after the case number  
   __ Docket number is missing  
   __ Failure to supply federal bar number  
   __ Holes not punched in document

4. __ L.R.68  
   Failure to file offer of judgment in a sealed envelope

5. __ L.R.83.1(d)  
   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. __ Other  ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 4/14/04

_____
United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 16 A 8: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN
PRISONER

------------------------------------------------x
:
NOEL DAVILA                                     :
:
vs.                                             : Civil No. 3:02cv652(MRK) (WIG)
:
SECURE PHARMACY                                 :
:
------------------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>NOTICE OF EX PARTE PREJUDGMENT REMEDY/CLAIM FOR HEARING TO DISSOLVE OR MODIFY;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. __ L.R.5(b)          __ No certificate of service attached to pleadings
                        __ Certificate of service fails to list names and addresses of all parties served
                        __ Certificate of service is not signed

2. __ L.R.5(d)          Failure to submit document under seal

3. __ L.R.10            __ Failure to sign pleading (original signature)
                        __ Failure to double space
                        __ Margin is not free of printed matter
                        __ Left hand margin is not one inch
                        __ Judge's initials do not appear after the case number
                        __ Docket number is missing
                        __ Failure to supply federal bar number
                        __ Holes not punched in document

4. __ L.R.68            Failure to file offer of judgment in a sealed envelope

5. __ L.R.83.1(d)       Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. X Other              XX  No case caption (Name of Case)

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 4/14/04                                  _____
                                               United States Magistrate Judge

(MEL)

rev. 1/1/03