UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA,
  , PLAINTIFF

— AGAINST —

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC., AGENT(S) ET. AL.
  , DEFENDANTS

FILED
2004 MAY -7 P 4: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

CIV NO: 302CV652(MRK)(WIG)

DATE: MAY 3rd, 2004.

MOTION AND NOTICE TO DISQUALIFY JUSTICE, JUDGE MAGISTRATE Holly B. FITZSIMMONS THAT HE WAS NOT ASSIGNED TO THIS ABOVE CAPTIONED CASE AND DUE TO BIAS OR PREJUDICE AGAINST PLAINTIFFS.

PURSUANT TO FED. R. CIV. P. AND LOCAL RULES PLAINTIFFS PRESENT A CONCISE STATEMENT AND MAINTAINES THAT HONORABLE MAGISTRATE JUSTICE M.R. Holly B. FITZSIMMONS is NOT THE ASSIGNED MAGISTRATE AND HE'S STILL CONTINUED DENIAL AND REJECTING PLAINTIFF MOTIONS, DELAYING PROCESS AND HE'S ACTING BIAS OR PREJUDICE AGAINST PLAINTIFFS.

DATE: 5-3-2004.

BY  Noel Davila
NOEL DAVILA - PRO-SE
MAC. DOUGALL C.I.
1153 EAST ST. SOUTH
SUFFIELD CT- 06080.

Governing Principles:

The Judicial Code contains provisions to assure that a litigant in a United States District Court receives a trial by a fair an impartial Judge.

The statuory grounds for disqualification are mandatory exept that, if the sole ground is impartiality of the Judge, the parties may waive such disqualification after full disclousure reflected in the record. (See 28 U.S.C. §§ 144, 455).

I Plaintiff Noel Davila files here with his Affidavit, as required by Title 28 United States Code Section 144, to show that the Honorable Magistrate Justice M.R. Holly B. Fitzsimmons has a personal bias or prejudice against Plaintiff Noel Davila or in favor of Attorney for the Defendants, M.R. Thomas H. Winslow.

Base thereon I Plaintiff Noel Davila the moving party respectfully moves that the Honorable Magistrate Justice M.R. Holly B. Fitzsimmons proceed no further herein and that the proper Judge or another Judge be assigned to hear this proceeding. (Please see attached exhibits).

*Noel Davila*
Noel Davila - Pro-Se

A pro se litigants pleading are to be construed liberally and held to less strigent standard than formal pleading drafted by lawyers; if courts can reasonably read pleading to state valid claim wich litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction, or litigants unfamiliarity with pleading requirements. See, HAINES -V- KERNER: 404 U.S. 519, 30 L. Ed. 2d 652, 92 S. Ct. 594 (1972).

A prisoner proceeding pro-se and in forma pau-

PERIS CAN HARDLY BE EXPECTED TO UNDERSTAND THE INTRICANCIES OF THE FEDERAL MAGISTRATE ACT. SEE. <u>WIMMER -V- HORNSBY</u>: 23 FED. 944 (5TH CIR. 1994).

AFFIDAVIT - IN SUPPORT OF MOTION:

I AM BEING SWORN SAY:

I AM THE PLAINTIFF IN THE ABOVED-ENTITLED CASE.

I AM INFORMED AND BELIEVE, AND BASED ON SUCH INFORMATION AND BELIEF, ALLEGED THAT THE HONORABLE JUSTICE M.R. HOLLY B. FITZSIMMONS THE JUDGE BEFORE, HE, HIMSELF ASSIGNED THIS CASE IS PENDING, HAS A PERSONAL BIAS OR PREJUDICE, AGAINST ME PLAINTIFF IN FAVOR OF ATTORNEY M.R. THOMAS H. WINSLOW. (PURSUANT TO 28. U.S.C. 1746. 18. U.S.C. 1621. AND THAT IT IS MADE IN GOOD FAITH.

THE FACTS AND THE REASON FOR THE BELIEF SUCH BIAS OR PREJUDICE EXIST ARE THAT EVEN THOUGH PLAINTIFF HAS COMPLY IN SIGNING PLEADING, SENDING CERTIFICATE OF SERVICE ATTACHED TO PLEADING THE COURT AT 915 LAFAYETTE B.P.T.-CT. 06604. ARE STILL SENDING PLAINTIFF, OR RETURNING DENIAL TO PROCEED WITH THE MOTIONS FILED. (SEE. ATTACHED EXHIBITS).

PLAINTIFF HAS REQUESTED COPIES OF THE FED. R. CIV. P. AND LOCAL RULES DUE TO THE FACT THAT PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN DENIED ON 3 OCCATION, EVEN THOUGH PLAINTIFF HAS COMPLY WITH ALL COURT REQUIREMENT(S).

SIX AMENDMENT RIGHT TO SELF REPRESENTATION INCLUDES RIGHT OF ACCESS TO LAW BOOKS, WITNESS AND OTHER TOOLS NECESSARY TO PREPARE DEFENSE. SEE. <u>TAYLOR -V- LIST</u>; 880 F 2d. 1040 (9TH CIR. 1989).

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT TO GRANT THE ABOVE MENTIONED MOTION AND FOR A ORDER TO PROVIDE THE PRO-SE PLAINTIFF

WITH THE FED. CIV. P. AND LOCAL RULES OF THE COURT, ALSO WITH All NECESSARIES AND PROPER FORMS THAT NEEDED TO BE FILE WITHIN YOUR COURT AND AS WELL AS SUCH OTHER FURTHER RELIEF AND MAY BE JUST AND PROPER.

DATE:  x _____Noel Davila_____
NOEL DAVILA - PRO-SE

## CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS POSTAGE/OR HAND DELIVERED PRE-PAID THIS 3RD DAY OF MAY 2004 TO THE FOLLOWING PARTIES:

x _____Noel Davila_____
NOEL DAVILA - PRO-SE

TO: HONORABLE JUSTICES:
M.R MARK R. KRAVITZ (U.S. DIST. JUDGE)
M.R. WILLIAM I. GARKINKEL (U.S. MAG. JUDGE)
U.S. COURTHOUSE
141 CHURCH ST.
NEW HAVEN CT. 06510

TO: HONORABLE JUSTICE: M.R. Holly B. FITZIMMONS.
CLERK OFFICE AT BRIDGEPORT
U.S. COURT HOUSE.
915 LAFAYETTE B.L.V.D.
B.P.T. CT. 06604

TO: DEFENDANT S'; ATTORNEYS'
M.R. THOMAS H. WINSLOW
321 MAIN STREET
FARMINGTON CT. 06032.

DATED: 5-3-2004.

BY: _____Noel Davila_____
NOEL DAVILA - PRO-SE
MAC-DOUGALL C.I.
1153 EAST ST. SOUTH
SUFFIELD CT. 06080.