EXHIBITS

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

October 29, 2003

Noel Davila #212726
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

Re:   Davila v. Secure Pharmacy
      3:02cv652(MRK)(WIG)

Dear Mr. Davila:

This is in response to your letter received by this court on 10/29/03.

Enclosed per your request is a copy of the docket sheet in the above-captioned matter, current through 10/20/03.

Please be advised that this court does not maintain copies of the Local Rules or the Federal Rules of Civil Procedure for public distribution. You may find such materials in a law library or you may contact the Connecticut Bar Association at 30 Bank Street, P.O. Box 350, New Britain, CT 06050-0350, or Inmates' Legal Assistance Program, P.O. Box 260237, 78 Oak Street, Hartford, CT 06126-0237.

Very truly yours,

Kevin F. Rowe
Clerk

By:   Mary E. Larsen
      Deputy Clerk

Enclosure

UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2003 DEC 15 P 4:22

```
-------------------------------------------------x
                                                 :
     NOEL DAVILA                                 :
                                                 :         PRISONER
     vs.                                         : Civil No. 3:02cv652(MRK) (WIG)
                                                 :
     SECURE PHARMACY                             :
                                                 :
-------------------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>REPLY MOTION TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>; however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)  
   _ No certificate of service attached to pleading  
   _ Certificate of service fails to list names and addresses of all parties served  
   _ Certificate of service is not signed

2. _ L.R.5(d)  
   Failure to submit document under seal

3. ✔ L.R.10  
   ✔ Failure to sign pleading  
   _ Failure to double space  
   _ Margin is not free of printed matter  
   _ Left hand margin is not one inch  
   _ Judge's initials do not appear after the case number  
   _ Docket number is missing  
   _ Failure to supply federal bar number  
   _ Holes not punched in document

4. _ L.R.68  
   Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)  
   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other   ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 12/15/2003                       _____  
                                        United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
NOEL DAVILA                        :    2003 OCT 24  P 3: 59
                                   :
vs.                                :           PRISONER
                                   :Civil No. 3:02CV652(MRK) (WIG)
SECURE PHARMACY                    :
                                   :
-----------------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR RULE 26(g)(3)</u>; however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)
 _ No certificate of service attached to pleading
 _ Certificate of service fails to list names and addresses of all parties served
 _ Certificate of service is not signed

2. _ L.R.5(d)   Failure to submit document under seal

3. ✔ L.R.10
 ✔ Failure to sign pleading
 _ Failure to double space
 _ Margin is not free of printed matter
 _ Left hand margin is not one inch
 _ Judge's initials do not appear after the case number
 _ Docket number is missing
 _ Failure to supply federal bar number
 _ Holes not punched in document

4. _ L.R.68   Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other   ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 10/22/2003

United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------x
                                            :
    NOEL DAVILA                             :
                                            :       PRISONER
    vs.                                     : Civil No. 3:02cv652(MRK) (WIG)
                                            :
    SECURE PHARMACY                         :
                                            :
-------------------------------------------x
```

FILED 2003 DEC 19 P 2:57

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>MOTION FOR RECONSIDERATION ON MOTION IN OPPOSITION TO MOTION FOR DEPOSITION;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)
   - _ No certificate of service attached to pleading
   - _ Certificate of service fails to list names and addresses of all parties served
   - _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. ✔ L.R.10
   - ✔ Failure to sign pleading
   - _ Failure to double space
   - _ Margin is not free of printed matter
   - _ Left hand margin is not one inch
   - _ Judge's initials do not appear after the case number
   - _ Docket number is missing
   - _ Failure to supply federal bar number
   - _ Holes not punched in document

4. _ L.R.68    Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other    ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 12/18/2003

United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------x
            NOEL DAVILA              :
                                     :          PRISONER
            vs.                      :Civil No. 3:02cv652(MRK) (WIG)
                                     :
            SECURE PHARMACY          :
                                     :
-----------------------------------------x
```

*FILED 2004 MAR 31 P 4: 24 U.S. DISTRICT COURT BRIDGEPORT. CONN*

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>REPLY TO MEMORANDUM OF LAW IN SUPPORT TO PLAINTIFF'S MOTION FOR APPLICATION FOR PJR;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)
   _ No certificate of service attached to pleading
   _ Certificate of service fails to list names and addresses of all parties served
   _ Certificate of service is not signed

2. _ L.R.5(d)     Failure to submit document under seal

3. ✔ L.R.10
   ✔ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.68     Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other      ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 3/30/04

_____
United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------x
                                           :
        NOEL DAVILA                        :
                                           :
                                           :           PRISONER
        vs.                                :Civil No. 3:02cv652(MRK) (WIG)
                                           :
        SECURE PHARMACY                    :
                                           :
-------------------------------------------x
```

FILED
2004 MAR 31  P 4: 24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>APPEARANCE; APPLICATION FOR ISSUANCE OF SUBPOENA; POST JUDGMENT REMEDIES INTERROGATORIES; NOTICE OF EX PARTE PREJUDGMENT REMEDY/CLAIM FOR HEARING TO DISSOLVE OR MODIFY; APPLICATION AND WRIT HABEAS CORPUS; NOTICE OF APPEAL TRANSCRIPT ORDER;</u> however, they are deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R. 5(b)      _ No certificate of service attached to pleading "
                    _ Certificate of service fails to list names and addresses of all parties served
                    _ Certificate of service is not signed

2. _ L.R. 5(d)      Failure to submit document under seal

3. _ L.R. 10        _ Failure to sign pleading (original signature)
                    _ Failure to double space
                    _ Margin is not free of printed matter
                    _ Left hand margin is not one inch
                    _ Judge's initials do not appear after the case number
                    _ Docket number is missing
                    _ Failure to supply federal bar number
                    _ Holes not punched in document

4. _ L.R. 68        Failure to file offer of judgment in a sealed envelope

5. _ L.R. 83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ Other          <u>Please resubmit in compliance with Local Rules of Civil Procedure, District of Connecticut;
                    do not submit on State Court forms</u>

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 3/30/04

_____
United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 16  A 8: 55

U.S. DISTRICT COURT
BRIDGEPORT CONN.

```
-----------------------------------------x
                                         :
        NOEL DAVILA                      :
                                         :
        vs.                              : Civil No. 3:02cv652(MRK) (WIG)
                                         :
        SECURE PHARMACY                  :
                                         :
-----------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>APPEARANCE FOR PLAINTIFF AND DEFENDANTS (?);</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _X_ L.R.5(b)
   - _ No certificate of service attached to pleading
   - _ Certificate of service fails to list names and addresses of all parties served
   - _X_ Certificate of service is not signed

2. _ L.R.5(d)       Failure to submit document under seal

3. _ L.R.10
   - _ Failure to sign pleading (original signature)
   - _ Failure to double space
   - _ Margin is not free of printed matter
   - _ Left hand margin is not one inch
   - _ Judge's initials do not appear after the case number
   - _ Docket number is missing
   - _ Failure to supply federal bar number
   - _ Holes not punched in document

4. _ L.R.68         Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other          ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 4/14/04

_____
United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 APR 16 A 8:55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

----------------------------------------x

NOEL DAVILA  :

vs.  : Civil No. 3:02cv652(MRK) (WIG)

SECURE PHARMACY  :

----------------------------------------x

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>NOTICE OF EX PARTE PREJUDGMENT REMEDY/CLAIM FOR HEARING TO DISSOLVE OR MODIFY;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. __ L.R.5(b)
   __ No certificate of service attached to pleadings
   __ Certificate of service fails to list names and addresses of all parties served
   __ Certificate of service is not signed

2. __ L.R.5(d)   Failure to submit document under seal

3. __ L.R.10
   __ Failure to sign pleading (original signature)
   __ Failure to double space
   __ Margin is not free of printed matter
   __ Left hand margin is not one inch
   __ Judge's initials do not appear after the case number
   __ Docket number is missing
   __ Failure to supply federal bar number
   __ Holes not punched in document

4. __ L.R.68   Failure to file offer of judgment in a sealed envelope

5. __ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. X Other   XX No case caption (Name of Case)

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 4/14/04

_____
United States Magistrate Judge

(MEL)

rev. 1/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
                                               :
         NOEL DAVILA                           :         FILED
                                               :
                                               :         2004 APR 16  A 8:55
         vs.                                   :         PRISONER
                                               :Civil No. 3:02cv652(MRK)(WIG)
                                               :         U.S. DIST. COURT
         SECURE PHARMACY                       :         BRIDGEPORT, CONN
                                               :
-----------------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your **APPLICATION OF PRO SE PARTY FOR ISSUANCE OF SUBPOENA; POST JUDGMENT REMEDIES INTERROGATORIES; APPLICATION AND WRIT HABEAS CORPUS; NOTICE OF APPEAL TRANSCRIPT ORDER;** however, they are deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. __X__ L.R.5(b)   __Xx__ No certificate of service attached to pleadings
   ___ Certificate of service fails to list names and addresses of all parties served
   ___ Certificate of service is not signed

2. ___ L.R.5(d)   Failure to submit document under seal

3. ___ L.R.10    ___ Failure to sign pleading (original signature)
   ___ Failure to double space
   ___ Margin is not free of printed matter
   ___ Left hand margin is not one inch
   ___ Judge's initials do not appear after the case number
   ___ Docket number is missing
   ___ Failure to supply federal bar number
   ___ Holes not punched in document

4. ___ L.R.68    Failure to file offer of judgment in a sealed envelope

5. ___ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ___ Other    ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 4/14/04

United States Magistrate Judge

(MEL)

rev. 1/1/03

EXHIBIT
[B]



**STATE OF CONNECTICUT**

Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

CERTIFIED
RETURN RECEIPT

**STATEWIDE GRIEVANCE COMMITTEE**

www.jud.state.ct.us

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

NOEL DAVILA
#212726 GARNER CI
P.O. BOX 5500
NEWTOWN        CT

04/15/2004

RE:   GRIEVANCE COMPLAINT #04-0346
      DAVILA vs. WINSLOW
      NOTICE OF ASSIGNMENT

Dear Noel Davila:

The grievance complaint which you filed against Attorney Thomas H. Winslow has been received and referred to the N.B.JD&Htfd JD/GA12&Avon,Blmfld,Cantn,Frmngtn,WHtfd GrievPnl.

The Panel can be contacted, in care of its counsel, as follows:
   Attorney David H. Rivers
   18 MAIN STREET, P.O. BOX 353
   ELLINGTON, CT 06029-0353

Please be sure to notify both the undersigned and the grievance counsel noted above of any change of address or of your telephone number during the pendency of proceedings on your complaint. You are not required to retain an attorney to represent you in connection with the grievance complaint. If you do, however, retain an attorney, please direct the attorney to file an appearance with the grievance panel and with the Statewide Grievance Committee.

If on the Complaint Against Attorney form you listed any persons having knowledge of the subject of the complaint, please request those individuals to submit in writing to the panel counsel indicated above any relevant information they have regarding your complaint.

If at any time you have any questions about the grievance procedures, please contact the undersigned or the grievance counsel listed above.

Sincerely,

Daniel B. Horwitch

cc:   Attorney Thomas H. Winslow

EXHIBIT [C]

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## ORDER RE: DISCLOSURE STATEMENT

ANY NONGOVERNMENTAL CORPORATE PARTY TO AN ACTION IN THIS COURT SHALL FILE A STATEMENT IDENTIFYING ALL ITS PARENT CORPORATIONS AND LISTING ANY PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK. A PARTY SHALL FILE THE STATEMENT WITH ITS INITIAL PLEADING FILED IN THE COURT AND SHALL SUPPLEMENT THE STATEMENT WITHIN A REASONABLE TIME OF ANY CHANGE IN THE INFORMATION. COUNSEL SHALL APPEND A CERTIFICATE OF SERVICE TO THE STATEMENT IN COMPLIANCE WITH LOCAL RULE 5(b).

COUNSEL FOR PLAINTIFF OR REMOVING DEFENDANT SHALL BE RESPONSIBLE FOR SERVING A COPY OF THIS ORDER UPON ALL PARTIES TO THE ACTION.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Revised 1/2/03

**PETITION FOR EXAMINATION OF JUDGMENT DEBTOR AND NOTICE OF HEARING**
JD-CV-54 Rev. 12-99
C.G.S. § 52-397

**STATE OF CONNECTICUT**
www.jud.state.ct.us



COURT USE ONLY — QUIZ
COURT USE ONLY — PEJD

**INSTRUCTIONS TO JUDGMENT CREDITOR**
1. Prepare and present original and two copies to the clerk for review and signature.
2. Attach completed "Subpoena" form JD-CL-43, if applicable.
3. Present original and one copy of signed petition to proper officer for service.
4. Make copy for your file.
5. Original petition must be returned to court after service at least six days prior to the court hearing.
6. Attend court hearing.

**TO:** The FEDERAL COURT.

**DOCKET NO.** 302CV652(M.R.K.)/WIG

[X] Judicial District  [ ] Housing Session  [ ] G.A. No. ___  At **NEW HAVEN**   [ ] Small Claims Area At ___

**ADDRESS OF COURT:** U.S. COURTHOUSE 141 CHURCH STREET NEW HAVEN CT. 06510.

**NAME(S) OF JUDGMENT CREDITOR(S):** NOEL DAVILA
**ADDRESS(ES):** MAC·DOUGALL C·I· 1153 EAST ST. SOUTH SUFFIELD C.T. 06080.

**NAME OF JUDGMENT DEBTOR:** AMERICAN SERVICE GROUP INC. ET·AL.
**ADDRESS:** 105 West Park DR. Suite 200, Brentwood T·N· 37027.

**DATE OF JUDGMENT** | **AMOUNT OF DAMAGES AWARDED** | **AMOUNT OF COSTS AWARDED** | **TOTAL DAMAGES AND COSTS AWARDED**

**NAME AND ADDRESS OF JUDGMENT CREDITOR'S ATTORNEY:** NOEL DAVILA - PRO-SE   SAME AS JUDGMENT CREDITOR (ABOVE)

**PETITION FOR EXAMINATION OF JUDGMENT DEBTOR**

A judgment was recovered against the above-named judgment debtor in the Superior Court on the date and for the amount of damages and costs indicated above. ("X" one or both)

[ ] An execution was issued on this judgment which has been returned unsatisfied in whole or in part.

[X] Postjudgment interrogatories were served on the judgment debtor in accordance with the Connecticut General Statutes, but the judgment debtor has failed to respond within thirty days of the date of service.

The judgment creditor(s) requests that the judgment debtor be ordered to appear before the FEDERAL COURT where the judgment was entered, to be examined under oath concerning any property and means of paying this judgment.

**SIGNED:** Noel Davila    **DATE SIGNED:** 4-30-2004.    **TELEPHONE NO:** N/A

**ORDER FOR EXAMINATION AND NOTICE OF HEARING**

The Petition for Examination of Judgment Debtor having been presented to the court, **IT IS ORDERED THAT THE ABOVE-NAMED JUDGMENT DEBTOR APPEAR** before the Superior Court **AT THE COURT LOCATION SHOWN ABOVE,** to be examined under oath concerning the judgment debtor's property and means of paying the judgment described in the above Petition for Examination of Judgment Debtor **ON THE DATE AND TIME SET FOR THE HEARING SHOWN BELOW.**

| COURT HEARING DATE AND TIME | | |
|---|---|---|
| DATE OF HEARING | COURTROOM | TIME OF HEARING ___ .M. |

**TO ANY PROPER OFFICER:**
By authority of the State of Connecticut, you are commanded to give notice of the pendency of this Petition and to summon the judgment debtor to appear at the place, date, and time set for the examination by serving on said judgment debtor, as prescribed by law for the service of civil process, a true and attested copy of the foregoing Petition and of this order **at least twelve days** prior to the hearing date shown above.
Make service and return this Petition to the court **at least six days** prior to the hearing date shown above.

**SIGNED (Judge/Clerk)** ___    **DATE SIGNED** ___

EXHIBIT
[D]

STATE OF CONNECTICUT



Daniel B. Horwitch
Statewide Bar Counsel
(860) 568-5157

## STATEWIDE GRIEVANCE COMMITTEE

www.jud.state.ct.us

Second Floor – Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

NOEL DAVILA
#212726 MACDOUGALL CI
1153 EAST STREET SOUTH
SUFFIELD           CT 06080

04/27/2004

RE:  GRIEVANCE COMPLAINT #04-0346
     DAVILA vs. WINSLOW

Dear Noel Davila:

   This is to acknowledge receipt of material submitted by you subsequent to the filing of your complaint and received by this office on April 26, 2004. As you were previously informed, your complaint has been assigned to the N.B.JD&Htfd JD/GA12&Avon,Blmfld,Cantn,Frmngtn,WHtfd GrievPnl.

   In the future, until such time as the panel determines whether there exists probable cause that the respondent has engaged in misconduct, material submitted by you in support of your complaint should be mailed by you to the grievance panel, in care of its counsel, at the address shown below.

   Attorney David H. Rivers
   18 MAIN STREET, P.O. BOX 353
   ELLINGTON, CT 06029-0353

   In this instance we are forwarding your correspondence to said counsel.

                                              Sincerely,

                                              Daniel B. Horwitch

DBH/jf
cc:  Attorney Thomas H. Winslow
     Attorney David H. Rivers
     Panel Members