**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
**CLERK**

FILED

2004 JUN 17 P 2: 23

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| Date: | 6/1/04 |
| Docket Number: | 03-0207-pr |
| Short Title: | Davila v. Secure Pharmacy |
| DC Docket Number: | 02-cv-652 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable William Garfink |

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED.**

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

**SO ORDERED,**

For the Court,
Roseann B. MacKechnie, Clerk

By: Connie Mazariego
Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:   JUN   2004