UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Noel Davila              :    FILE COPY # 302 CV 652
                              2004 AUG 13 P 3:33 (SRU)(WIG)
-v-                      :    U.S. DISTRICT COURT
                              BRIDGEPORT
                         :    DATE: August 10, 2004.

Secure Pharmacy Plus     :

## MOTION FOR EXCEPTION

Plaintiff understands the standards for Pro SE Complaints are held to less stringent standards. Hugh v. Poe, 453 F.2d 1471, Viewed without regard for technicalities citing Jones v. Rundle, 453 F.2d 147, see opinion of the Court (1) Plaintiff Jones then filed a "motion for Exception" since Jones pleaded pro se for the protection of his civil Rights, this pleading must be viewed "without regard for technicalities". Wherefore, the plaintiff pro se already pleaded must be viewed with less stringent standards than formal pleadings drafted by lawyers. See Haines v. Kerner, 92.

RESPECTFULLY SUBMITTED
Noel Davila
Noel Davila    PRO SE

DATE: 8-10-2004.

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed to the following defendants Attorney on this 10TH day of August, 2004.

X _Noel Davila_
NOEL DAVILA - PRO SE

TO: Defendants Attorney,
Thomas H. Wilson, L.L.C.
321 Main Street,
Farmington, CT 06032

_Noel Davila_
NOEL DAVILA PRO SE
Mac Dougall C.I
1153 East St. South
Suffield CT. 06080.

TO: Clerks of the Courts.
915 Lafayette B.L.V.D.
Bridgeport CT. 06604.

DATED: 8-10-2004.

2 of 2