FILED

1 OF 1

2004 AUG 13 P 3:33

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

CIV NO: 302CV652(M.R.K.)(WIG)

NOEL DAVILA
,PLAINTIFF

— AGAINST —

TRIAL BY JURY DEMAND.

DATED August 10, 2004.

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC AND AGENTS
, DEFENDANT(S)

## MOTION FOR THE APPOINTMENT OF COUNSEL.

I, PLAINTIFF NOEL DAVILA, PURSUANT TO 1915, PURSUANT TO Rule 29, a, b, c, d, e, F, g AND H OF THE FEDERAL RULES CIVIL PROCEDURES, REQUEST THAT THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THE ABOVE CASE FOR THE FOLLOWING REASONS:

1. THE PLAINTIFF IS UNABLE TO AFFORD COUNSEL.
2. THE ISSUE INVOLVED IN THIS CASE ARE COMPLEX.
3. THE PLAINTIFF HAS LIMITED KNOWLEDGE OF THE LAW.
4. THE PLAINTIFF HAS A G.E.D. FOR A EDUCATION.
5. THE PLAINTIFF IS A INDIGENT LITIGANT INMATE.
6. INMATE'S LEGAL ASSISTANCE, ATTORNEY JESICA YOR CANNOT REPRESENT PLAINTIFF IN THE ABOVE CAPTION CASE.

BY: Noel Davila PRO SE,
NOEL DAVILA

DATED: 8-10-2004