FILED            1 OF 7

2004 AUG 13 P 3:33

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIV NO: 302CV652 (M.R.K.)(WIG)

NOEL DAVILA
,PLAINTIFF

DATE: AUGUST 10, 2004.

— AGAINST —

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC AND AGENTS, DEFENDANT(S)

## MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF MOTION FOR THE APPOINTMENT OF COUNSEL

**[A] STATEMENT OF THE CASE:**

1. THIS IS A CIVIL RIGHTS CASE FILED UNDER 42 U.S.C. 1983 BY A STATE PRISONER AND ASSERTING CLAIMS FOR THE UNCONSTITUTIONAL MISUSE OR FAIL TO PRESCRIBE THE RIGHT MEDICATION ORDERED BY PRISON DOCTORS, DEFENDANT(S) SECURE PHARMACY PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS OWNS PLAINTIFF'S THE FOLLOWING:

    a) **DUTY** — THAT THE DEFENDANT(S) AND AGENTS HAD A SPECIFIC DUTY OF CARE OWED TO THE PLAINTIFF.

    b) **BREACH** — THAT SAID DUTY WAS BREACHED BY THE DEFENDANT(S) AND AGENT WHEN THEY FAIL TO ISPECT MEDICATION BEFORE WAS SENT OUT OF THE PHAR-

BY: *Noel Davila*
NOEL DAVILA
MAC. DOUGALL C.I
1153 EAST ST. SOUTH
SUFFIELD CT. 06080.

macist(cy). DEFENDANTS ACT, POLICIES, PRACTICES, PROCEDURES AND REQUIREMENTS WERE NOT EXERCISE AND WAS THE PROXIMATE CAUSE OF THE INJURY(ies) SUFFERED.

C. <u>CAUSATION</u> - THAT SAID BREACH CAUSED THE INJURY.

D - <u>DAMAGES</u> - SOME PHYSICAL OR MENTAL, OR EMOTIONAL INJURY RESULTED.

[B] <u>STATEMENT OF FACTS</u>: (FROM HONORABLE JUDGE <u>STEFAN R UNDERHILL</u>):

1. THE COURTS ACCEPTS AS TRUE THE FOLLOWING FACTS, TAKEND: FROM THE COMPLAINT.

(a) ON DECEMBER 13, 2001 THE PLAINTIFF WENT TO SEE THE PRISON PSYCHIATRIST CONCERNING HIS PRESCRIPTION FOR PAXIL (PINK) 20mg. THE PLAINTIFF CLAIMED THAT THE PAXIL CAPSULE THAT THE PHARMACY HAD ORIGINALLY PROVIDED HIM HAD BEEN PINK, BUT THAT HE WAS NOW GETTING A GREEN CAPSULE.

(b) THE PLAINTIFF COMPLAINED THAT HE WAS EXPERIENCING <u>DIZZINESS, NAUSEA, DIARREA</u> AND <u>VOMITING</u>. ON DECEMBER 26, 2001, THE PLAINTIFF WAS EXAMINED BY A NURSE AT THE FACILITY. THE PLAINTIFF COMPLAINED THAT HE WAS NOT FEELING WELL.

(C) THE NURSE INFORMED THE PLAINTIFF THAT THE PHARMACY HAD MISTEKENLY ISSUE HIM "<u>4mg RISPERDAL PsychoFre</u>(green) <u>Nic</u>" MEDICATION, INSTEAD OF THE PAXIL (PINK) 20mg. CAPSULE. THE WRONG MEDICATION.

(D) THE PLAINTIFF STATED THAT HE NO LONGER WANTED TO TAKE

the green capsule form of Paxil and requested an appoinment to see the Psychiatrist Dr. Khorramzadeh. so that he could change his medication.

E. On January 24, 2002, the Plaintiff informed the Psychiatrist that he no longer wanted to take Paxil. That day, the Psychiatrist changed the Plaintiff's medication to Remeron. The Plaintiff seeks compensatory damages, punitive damages and declaratory relief from the Defendant(s) an Agents.

F. The Courts notes, however, that the Plaintiff's complaint may also be liberally construed as raising a state law claims for <u>negligence and malpractice</u>. Because it is apparent that diversity of citizenship exists between the parties and the relief requested exceeds the amount in controversy requirement. The complaint will proceed on the Plaintiff's state law claims pursuant to the court's diversity jurisdiction. <u>See</u> 28.U.S.C. §1332(a)(1).

## [C] <u>STATEMENTS OF UNDISPUTED FACTS</u>: (See form 26(F) (reports Parties planning meetting

1. On January 6, 2003, Plaintiff Noel Davila had signed form 26(F) (Parties planning to meetting and Attorney for the Defendant(s) Secure Pharmacy Plus, American Service group Inc and Agents certify as follows: (Date Attorney signed January 14, 2003.)

(a) Statement of undisputed facts: Counsel and

PRO-SE PARTY (PLAINTIFF CERTIFY THAT THEY HAVE MADE GOOD FAITH ATTEMPT TO DETERMINE WHETHER THERE ARE ANY MATERIAL FACTS THAT ARE NOT IN DISPUTE.

(b) THE PARTIES STATE THAT THE FOLLOWING MATERIAL FACTS ARE UNDISPUTED:

(i) PLAINTIFF IS A PRISONER AND CONSUMED MEDICATIONS WHILE A PRISONER.

(ii) SECURE PHARMACY PLUS IS NOT EMPLOYEE OF THE PRISON SYSTEM AND WAS HIRED AS AN INDEPENDENT CONTRACTOR BY A THIRD-PARTY TO PROVIDE PRESCRIPTION SERVICES TO PRISONERS.

# [D] ARGUMENT

1- THE COURT SHOULD APPOINT COUNSEL FOR THE PLAINTIFF'S, AS IT SHOWS ON JUNE 27 2003, THE HONORABLE JUSTICE WILLIAM I GARFINKEL U.S. MAGISTRATE JUDGE HAS STATED ON RULING MOTION PENDING THAT I, NOEL DAVILA PLAINTIFF HAS MADE SUFFICIENT ATTEMPTS TO OBTAIN THE ASSISTANCE OF COUNSEL WITH RESPECT TO THIS CASE.

2. I DID WROTE TO THE INMATE'S LEGAL ASSISTANCE AND I DID NOT RECIEVE ANY RESPONSE AT ALL CONCERNING REPRESENTATION, INMATES LEGAL ASSISTANCES ANSWER THE PRISONER LETTERS EVERY "5 OR 6" MONTHS AND JESICA J. YORK IS ALWAYS GIVEN ME THE WRONG ADVISE ALWAYS STATING THAT NOTHING HAPPEN TO ME THAT I DON'T I HAVE ANY CASE AND TO DROP MY LAWSUIT, WICH I AM NOT TO DROP MY SUIT BECAUSE

I REALLY GOT VERY BAD.

3. PLAINTIFF BEING AND INDIGENT LITIGENT, THE FACTUAL COMPLEXITY OF THE CASE, THE ABILITY OF THE INDIGENT TO INVESTIGATE THE FACTS, THE EXISTENCE OF CONFLICTING TESTIMONY, AND THE ABILITY OF THE INDIGENT TO PRESENT HIS CLAIM AND THE COMPLEXITY OF THE LEGAL ISSUES. SEE ABDULLAH V. GUNTER, 949 F.2d. 1032, 1035 (8th Cir 1991). (Citation omitted). THE EXISTENCE OF THESE CREDIBILITIES ISSUES SUPPORTS THE APPOINTMENT OF COUNSEL. SEE. GATSON V. COUGHLIN, 679 F.Supp. 270, 273 (W.D.N.Y. 1988).

4. THE ABILITY OF THE INDIGENT TO PRESENT HIS CLAIM. THE PLAINTIFF IS AN INDIGENT PRISONER WITH NO LEGAL TRAINING, A FACTOR THAT SUPPORTS THE APPOINTMENT OF COUNSEL. SEE WHISENANT V. YUAM, 739 F.2d. 160, 163 (4th Cir 1984) SEE. MISSOURI V. HUNTER, 459, US 359, 365, 366 (1993), (3) THE CLAUSE PREVENTS THE COURTS FROM USING CUMULATIVE SENTENCE. Piper V. Popp, 167 Wis 2d. 633; 482 N.W. 2d. 353, 355 (Wis 1992).

5. IN BOTH CASES, THE COURT HELD THAT THE DISTRICT COURT ABUSE ITS DISCRETION BY FAILING TO APPOINT COUNSEL SEE HENDRICKS V. COUGHLIN 114 F.3d. 390, 392 (2d. 1997). SEE. PARHAM V. JOHNSON, 126 F.3d. 454, 457-58 (3d. Cir 1997).

6. RULE 38d. FED. R. CIV. P. JOLIVET V. DELAND, 966 F. 2d. 573, 577-78 (10th Cir 1992). IF YOU HAVE ASKED FOR A JURY TRIAL BUT THE COURT ERRONEOUSLY PROCEED WITH A BENCH TRIAL INSTEAD YOU MUST OBJECT AT THE BEGINNING OF THE TRIAL OR.

7. THE SEVENTH AMENDMENT TO THE UNITED STATES CONSTITUTION PROVIDES IN SUITS AT COMMON LAW, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED TWENTY DOLLARS "THE RIGHT"

OF TRIAL BY JURY" SHALL BE PRESERVED.... THE SEVENTH AMENDMENT GUARANTEES THE RIGHT TO A JURY TRIAL IN FEDERAL COURT CIVIL RIGHTS SUITS FOR MONEY DAMAGES AGAINST PRISON OFFICIALS OR OTHER GOVERNMENT EMPLOYEES. Payne v. Superior Court of Los Angeles County, 17 Cal. 3d. 908, 132 Cal Rptr. 405, 553 P. 2d. 565, 575-77 (1976).

I DECLARE UNDER PENALTY OF PERJURY THAT MY ANSWERS TO THE FOREGOING QUESTIONS ARE TRUE TO THE BEST OF MY KNOWLEDGE.

I UNDERSTAND THAT IF I AM ASSIGNED A LAWYER AND MY LAWYER LEARNS, EITHER FROM MYSELF OR ELSEWHERE, THAT I CAN AFFORD A LAWYER, THE LAWYER MAY GIVE THIS INFORMATION TO THE COURT.

I UNDERSTAND THAT IF MY ANSWER ON MY APPLICATION TO PROCEED IN FORMA PAUPERIS ARE FALSE MY CASE CAN BE DISMISSED.

I HEREBY WAIVE MY PRIVILEGE OF ATTORNEY-CLIENT CONFIDENTIALITY TO THE EXTENT NECESSARY FOR MY APPOINTED ATTORNEY TO MAKE AN APPLICATION TO BE RELIEVED AS PROVIDED IN THE PROCEDURES REGARDING APPOINTMENT OF ATTORNEY IN PRO-SE CIVIL ACTION.

DATED: 8-10-2004.                          BY: *Noel Davila*
                                                NOEL DAVILA PRO SE

WHEREFORE, PLAINTIFF PRAYS TO YOUR HONORABLE COURT TO GRANT THE SUBMITTED MOTION,
                                            BY: *Noel Davila*
                                                NOEL DAVILA - PRO SE
                                                1153 EAST ST SOUTH
                                                SUFFIELD CT- 06080.

-7-

## CERTIFICATION

I, (PLAINTIFF NOEL DAVILA HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED ON THE FOLLOWING 10TH DAY OF AUGUST, TO:

BY: Noel Davila
NOEL DAVILA PRO-SE.

TO: HONORABLE JUSTICE

   M.R. MARK R. KRAVITZ

   U.S. COURTHOUSE

   141 CHURCH STREET

   NEW HAVEN CT-06510

TO: ATTORNEY FOR THE DEFENDANT(S)

   M.R. THOMAS H. WINSLOW

   321 MAIN STREET

   FARMINGTON CT-06032

DATED: 8-10-2004.

BY: Noel Davila
NOEL DAVILA PRO-SE
1153 EAST ST. SOUTH
SUFFIELD CT-06080.