FILED   1 OF 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 AUG 13 P 3: 33

U.S. DISTRICT COURT

CIV NO: 302 CV 652 (M.R.K.)(WIG)

NOEL DAVILA
,PLAINTIFF

DATE: AUGUST 10, 2004.

— AGAINST —

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS, DEFENDANT(S)

## AFFIDAVIT IN SUPPORT OF THE PLAINTIFF MOTION FOR THE APPOINTMENT OF COUNSEL

I, PLAINTIFF, NOEL DAVILA, BEING DULY SWORN, DEPOSES AND SAY:
I AM THE PLAINTIFF IN THE ABOVE CAPTION CASE; I MAKE THIS
AFFIDAVIT IN SUPPORT OF MY MOTION FOR THE APPOINTMENT
OF COUNSEL.

BY: Noel Davila
NOEL DAVILA - PROSE

[A.] THE COMPLAINT IN THIS CASE ALLEGES THAT THE PLAINTIFF WAS
SUBJECTED TO THE MISUSE OF ACTS, (POLICIES, (PRACTICES, (PROCEDURES
WERE NOT EXCERCISE BY THE DEFENDANT(S) AMERICAN SERVICE
GROUP INC. SECURE PHARMACY PLUS AND AGENTS, WICH GAVE THE
PLAINTIFF THE WRONG-MEDICATION WICH HE WAS ALLERGIC TO.
[B.] THEIR ACTIONS FROM THE DEFENDANT(S) COULD ALMOST COST
PLAINTIFF'S LIFE AND A NUMBER OF SIDE-EFFECTS WICH

Case 3:02-cv-00652-MRK    Document 104-3    Filed 08/13/2004    Page 2 of 4

2.

INCLUDES, <u>DIZZINESS</u>, <u>MIND GOING BLANCK</u>, <u>POUNDING HEADACHE</u>, <u>STOMACH PAIN</u>, <u>NAUSEA</u>, <u>DIARREA</u>, <u>VOMITTING</u>, <u>LOST 15 POUNDS</u>, AND OTHER RELATED SYMPTOMS AS <u>HAND A BODY TREMBLING</u>. FOR 5 OR 6 WEEKS

[C].

1- PLAINTIFF <u>ALLEGES</u> "CRUEL AND UNUSUAL PUNISHMENT", DELIBERATE <u>INDIFFERENCE</u> AS A VIOLATION OF THE <u>8th Amendment</u>, "PROHIBITION AGAINST "<u>WANTONESS OF UNNECESSARY INFLICTION OF PAIN</u>", WICH THE <u>CONSTITUTION</u> DOES NOT ALLOWED - PHARMACIST PROFESSIONAL <u>MALPRACTICE</u>, <u>NEGLIGENCE</u>, "CIVIL RIGHTS VIOLATION" UNDER COLOR OF STATE LAW", AND A <u>DECLARATORY JUDGMENT</u> THAT <u>ALL STEAM FROM</u> THE <u>DISTRIBUTION</u> OF AN <u>INCORRECT MEDICATION</u> BY THE <u>DEFENDANT(S) AND AGENT(S)</u>.

[D].

1- THIS IS A COMPLEX CASE BECAUSE IT CONTAINS SEVERAL DIFFERENT LEGAL CLAIM, WICH CLAIM INVOLVING A DIFFERENT SET OF DEFENDANT(S).

2- THE CASE INVOLVES MEDICAL ISSUES THAT MAY REQUIRE EXPERT TESTIMONY.

3. THE PLAINTIFF HAS DEMANDED A JURY TRIAL (<u>Kilgo V. Ricks</u> 983 F. 2d 189, 193-94 (11th cir 1993) (REQUIRING DISTRICT COURT EITHER TO APPOINT COUNSEL, ASSIST THE PRO-SE LITIGANT IN COMPLETING THE PROCEDURES, OR SKIP SOME OF THE PROCEDURES.

4. THE CASE WILL REQUIRE DISCOVERY OF DOCUMENTS AND DEPOSITIONS OF A NUMBER OF WITNESS.

5- THE TESTIMONY WILL BE IN SHARP, SINCE THE PLAINTIFF'S ALLEGES THAT THE DEFENDANT(S) AND AGENTS WRONG-DOING IN GIVEN PLAINTIFF UN-PRESCRIBED MEDICATION THAT COULD HAS COST HIM HIS

LIFE, DUE TO ALL THE SIDE-EFFECTS MENTIONED ABOVED.

6. THE PLAINTIFF HAS ONLY HIGH SCHOOL EDUCATION AND HAS NO LEGAL EDUCATION.

7. THE PLAINTIFF HAS VERY LIMITED TIME TO THE LEGAL RESOURCE CENTER TO A 1 HOUR A WEEK. FOR THIS REASONS HE HAS VERY LIMITED ACCESS TO LEGAL MATERIALS AND HAS NO ABILITY TO INVESTIGATE THE FACTS OF THE CASE, FOR EXAMPLE, BY LOCATING INTERVIEWING THE OTHER DEFENDANT(S) WHO HAVE NOT BEEN PROPERLY SERVE.

8. ATTORNEY JESICA YORK HAS DECLINE TO REPRESENT ME, AND WHEN I ASK FOR HELP OR MATERIALS THEY HAVE IGNORED MY PLEA FOR HELP AND SOMETIMES IT TAKE THE FIRM TO ANSWER INMATES "5 MONTHS" LATER BY THAT TIME MY CLAIM CAN OR COULD BE DISMISS AGAIN. THAT FIRM DELAY AT ALL TIMES INMATES LITIGATIONS.

9. THE TESTIMONY WILL BE IN SHARP CONFLICT SINCE THE PLAINTIFF DID SUFFER A "GREAT DEAL" FROM THE DEFENDANTS AND AGENTS "MIS-LABELING" AND SENDING THE WRONG-MEDICATION TO AND CONSUMED BY PLAINTIFF, CAUSE A NUMBER OF SIDE-EFFECTS.

10. AS SET FORTH IN THE MEMORANDUM OF LAW SUBMITTED WITH THIS MOTION, THESE FACTS, ALONG WITH THE LEGAL MERIT OF PLAINTIFF'S CLAIMS, SUPPORT THE APPOINTMENT OF COUNSEL TO REPRESENT THE PLAINTIFF.

WHEREFORE, THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL SHOULD BE GRANTED.

OR: I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.SC. 1746, 18 U.S.C. 1621

X ___Noel Davila___
NOEL DAVILA, PRO SE

DATED: 8-10-2004.

# CERTIFICATION

I, PlAiNTiFF NOEL DAVILA HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED / OR HAND DELIVERED ON 10TH DAY OF August 2004 TO:

*Noel Davila*
NOEL DAVILA, PRO SE

TO: HONORABLE JUSTICE
MR. MARK R. KRAVITZ
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT. 06510.

TO: DEFENDANTS' ATTORNEY.
MR. THOMAS H. WINSLOW
321 ~~FARMINGTON~~ MAIN ST.
FARMINGTON CT. 06032.

DATED: 8-10-2004-

BY: *Noel Davila*
NOEL DAVILA, PRO-SE
1153 EAST ST. SOUTH
SUFFIELD CT. 06080.