# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NOEL DAVILA

v.

SECURE PHARMACY PLUS

2004 AUG 13 P 3:35

U.S. DISTRICT COURT

CIV # 302CV652(MRK)(WIG)

DATE: August 10, 2004

## NOTICE OF MOTION FOR MOTION FOR PARTIAL SUMMARY JUDGMENT.

NOW, COMES PLAINTIFF NOEL DAVILA, PRO-SE PURSUANT TO RULE 56, FED. R. CIV. P, PURSUANT TO RULE 7b, FED R. CIV. P. AND STATES THAT HE SERVED COPIES OF NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL PARTIES CONCERNED.

ADDRESSED AS PER BELOW AND PLACING THE SAME IN THE POSTAL FACILITIES OF GARNER CORR. INST. ON OR BEFORE 5:00 P.M. ON 10TH DAY OF AUGUST 2004 TO:

ADDRESSED TO:
HONORABLE JUDGE: STEFAN R. UNDERHILL
HONORABLE JUDGE: WILLIAM I. GARFINKEL
   UNITED STATES COURTHOUSE
   915 LAFAYETTE BOULEVARD
   BRIDGEPORT, CT. 06604.

TO: DEFENDANTS ATTORNEY
   THE LAW OFFICE OF:
   THOMAS. H. WINSLOW, L.L.C.
   321 MAIN STREET
   FARMINGTON, CT 06032.

RESPECTFULLY SUBMITTED,
Noel Davila
NOEL DAVILA - PROSE
MAC. DOUGALL C.I.
1153 EAST ST. SOUTH.
SUFFIELD CT. 06080.