FILED 1 OF 9

2004 AUG 13 P 3:35

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT.

CIV NO: 302CV652 (M.R.K)(WIG)

NOEL DAVILA
, PLAINTIFF

DATED: August 10, 2004.

— AGAINST —

SECURE PHARMACY PLUS, AMERICAN
SERVICE GROUP INC. AND AGENTS, (DEFENDANT(S))

**PLAINTIFF MOTION FOR PARTIAL SUMMARY JUDGMENT LOCAL RULE 9(c) STATEMENT:**

THE MOVING THE PLAINTIFF NOW PREPARES IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT A LOCAL RULE 9(c) STATEMENT CONTAINING FACTS BY THE PLAINTIFF WICH THE DEFENDANT(S) MUST ANSWER BY ADMITTING OR DENYING.

   1 PLAINTIFF ISSUES OF MATERIAL FACTS TO WICH THERE IS NO GENUINE ISSUE TO BE TRIED:

BY: Noel Davila
NOEL DAVILA - PRO SE
MAC DOUGALL C.I.
1153 EAST ST. SOUTH
SUFFIELD CT. 06080.

DATED: 8-10-2004.

**[A] CITATION TO THE AFFIDAVIT OF A WITNESS COMPETENT TO TESTIFY AS TO THE FACTS AT TRIAL AND/OR EVIDENCE THAT WOULD BE ADMISSIBLE AT TRIAL:**

**STATEMENTS OF FACTS: FROM HONORABLE JUSTICE STEFAN R. UNDERHILL: (DISTRICT JUDGE.)**

1. THE COURTS ACCEPTS AS TRUE THE FOLLOWING FACTS, TAKEN FROM THE COMPLAINT:

   (a) ON DECEMBER 13, 2001 THE PLAINTIFF WENT TO SEE THE PRISON PSYCHIATRIST CONCERNING HIS PRESCRIPTION FOR PAXIL. THE PLAINTIFF CLAIMED THAT THE PAXIL CAPSULE THAT THE PHARMACY HAD ORIGINALLY PROVIDED HIM HAD BEEN PINK, BUT THAT HE WAS NOW GETTING A GREEN CAPSULE.

   (b) THE PLAINTIFF COMPLAINED THAT HE WAS EXPERIENCING DIZZINESS, NAUSEA, DIARRHEA AND VOMITING. ON DECEMBER 26, 2001, THE PLAINTIFF WAS EXAMINED BY A NURSE AT THE FACILITY. THE PLAINTIFF COMPLAINED THAT HE WAS NOT FEELING WELL.

   (c) THE NURSE INFORMED THE PLAINTIFF THAT THE PHARMACY HAD MISTAKENLY ISSUE

HIM THE WRONG MEDICATION.

(D) THE PLAINTIFF STATED THA HE NO LONGER WANTED TO TAKE THE GREEN CAPSULE FORM OF PAXIL AND REQUESTED AN APPOINTMENT TO SEE THE PSYCHIATRIST, SO HE COULD CHANGE HIS MEDICATION.

(E.) ON JANUARY 24, 2002, THE PLAINTFF INFORMED THE PSYCHIATRIST THAT HE NO LONGER WANTED TO TAKE PAXIL. THAT DAY, THE PSYCHIATRIST CHANGED THE PLAINTIFF'S MEDICATION TO REMERON. THE PLAINTIFF SEEKS COMPENSATORY DAMAGES, PUNITIVE DAMAGES AND DECLARATORY RELEIF FROM THE DEFENDANT(S) AND AGENTS.

(F.) THE COURTS NOTES, HOWEVER, THAT THE PLAINTIFF'S COMPLAINT MAY ALSO BE LIBERALLY CONSTRUED AS RAISING A STATE LAW CLAIMS FOR NEGLIGENCE AND MALPRACTICE. BECAUSE IT IS APPARENT THAT DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PARTIES AND THE RELEIF REQUESTED EXCEEDS THE AMOUNT IN CONTROVERSY REQUIREMENT. THE COMPLAINT WILL PROCEED ON THE PLAINTIFF'S STATE LAW CLAIMS PURSUANT TO THE COURTS DIVERSITY JURISDICTION. SEE 28. U.S.C. § 1332(a)(1).

## B.] STATEMENTS OF UNDISPUTED FACTS: (SEE FORM 26(f)) REPORTS PARTIES PLANNING METTING)

1) ON JANUARY 6, 2003, PLAINTIFF NOEL DAVILA HAD SIGNED FORM 26(F) PARTIES PLANNING METTING AND ATTORNEY FOR THE DEFENDANT(S), THOMAS H. WINSLOW, SECURE PHARMACY(IST) plus, AMERICAN SERVICE GROUP. INC AND AGENT(S), CERTIFY AS FOLLOWS:

(a) STATEMENT OF UNDISPUTED FACTS: COUNSEL AND PROSE PARTY (PLAINTIFF CERTIFY THAT THE HAVE MADE GOOD FAITH ATTEMPT TO DETERMINE WHETER THERE ARE ANY MATERIAL FACTS THAT ARE NOT IN DISPUTE: (ATTORNEY FOR DEFENDANT(S) SIGNED ON JAN. 14, 2003.

(b) THE PARTIES STATE THAT THE FOLLOWING MATERIALS FACTS ARE UNDISPUTED:

(i) PLAINTIFF'S IS A PRISONER AND CONSUMED MEDICATIONS WHILE A PRISONER.

(ii) SECURE PHARMACY PLUS IS NOT EMPLOYEE OF THE PRISON SYSTEM AND WAS HIRED AS AN INDEPENDENT CONTRACTOR BY A THIRD-PARTY TO PROVIDE PRESCIPTION SERVICES TO PRISONERS.

[C]. STATEMENT OF THE CASE:

1- THIS IS A CIVIL RIGHTS ACTION FILED UNDER 1983 BY A CONNECTICUT STATE PRISONER AND ASSERTING CLAIMS FOR THE UNCONSTITUTIONAL MIS-USE AND FAIL TO PRESCRIBE THE RIGHT MEDICATION ORDERED BY PRISON DOCTORS, DEFENDANT(S)

Negligence, (Professional, (Pharmacy(ist) malpractice. "8th Amendment", to be free from cruel and unusual punishment, deliberate indifference from Secure Pharmacy(ist) Plus, American Service group inc and Agents owns the plaintiff's the following:

(a) <u>DUTY</u> – That the Defendant(s), Secure Pharmacy(ist) Plus, American Service group inc. and Agents had a specific duty of care owed to the plaintiff.

(b) <u>BREACH</u> – That said duty was breached by the Defendant(s) American Service group inc. and Agents, Secure Pharmacy(ist) Plus when they fail to inspect medication before was sent out of the Pharmacy(ist). Defendant(s) Acts, Policies, Practices, Procedures and Requirements were not exercise and was the proximate cause of the injuries suffered.

(c) <u>CAUSATION</u> – That said breach caused the injury.

(d) <u>DAMAGES</u> – That some physical, mental, emotional injury resulted.

[D.] <u>CLAIMANT'S/PLAINTIFF'S CONCERNS</u> about the change medication of his Paxil (Pink) 20. mg in dosage medication from pink to green.

1) The plaintiff's was given, or prescribed the

MEDICATION OF PAXIL IN NOV./DEC. 2001, JANUARY 2002 BY THE DOCTOR, WHO'S NAME IS KHORRAMZADEH, M.D. HE IS THE CHESHIRE CORR. INST. FACILITY DOCTOR. PART OF HIS DUTIES INCLUDE SEEING INMATES FOR MEDICAL REASONS, AND PRESCRIBING (ORDERING) MEDICATIONS (S) FOR INMATES, INCLUDING THE PLAINTIFF. (SEE ATTACHED ORDER SHEET). THE PLAINTIFF WAS THEN GIVEN THE MEDICATION ON VARIOUS DATES, (ATTACHED HERETO TO THIS MOTION OF LOCAL RULE 9(c).

2). THE PLAINTIFF WAS GIVEN (ISSUED) THE WRONG MEDICATION BY DIRECT SERVICE OF THE DEFENDANT(S) AMERICAN SERVICE GROUP INC. AND AGENTS, SECURE PHARMACY (IST) PLUS, WHOM SENT THE MEDICATION TO THE PRISON, IN WICH WAS GIVEN TO THE PLAINTIFF BY THE MEDICAL NURSE(S) AT CHESHIRE CORR. INST. THE DEFENDANT(S) ARE RESPONSIBLE FOR ALL MEDICATION SENT TO THE PRISON AT THE TIME OF THE PLAINTIFF INCIDENT.

3- PLAINTIFF HAS NEVER EXPERIENCE THIS KIND OF SIDE-EFFECTS IN HIS ENTIRE LIFE, DEFENDANT(S) GAVE AND SENT PLAINTIFF "4mg RISPERDAL", "PSYCHOFRENIC" MEDICATION (GREEN CAPSULE) INSTEAD OF PAXIL (PINK 20mg IN DOSAGE, WICH HE WAS ALLERGIC TO.

4). THEIR ACTIONS, FROM THE DEFENDANT(S) COULD ALMOST COST PLAINTIFF'S LIFE AND A NUMBER OF SIDE-EFFECTS, WICH INCLUDES, DIZZINESS, MIND GOING BLANCK, POUNDING HEADACHE, STOMACH PAIN, NAUSEA, DIARRHEA, VOMITING, LOST 15 POUNDS AND OTHER RELATED SYMPTOMS

AS HAND A BODY TREMBLING FOR 5 OR 6 WEEKS.

5). PRISON OFFICIALS HAVE A "BINDING CONTRACT" WITH SECURE (PHARMACY(1st) PLUS, AMERICAN SERVICE GROUP INC. AND AGENTS, DISTRIBUTION ON MEDICATIONS FOR INMATES IN THE CONNECTICUT PRISON SYSTEM. DURING SUCH TIME, THE PLAINTIFF WAS TAKING THE MEDICATION, HE KEPT COMPLAINING ABOUT SYMPTOMS HE WAS EXPERIENCING WITH THE MEDICATION (SEE CLINICAL RECORD SHEET.)

6). DEFENDANT(S) ARE LIABLE BECAUSE THEY ACTED WITH A SUFFICIENTLY CULPABLE STATE OF MIND. Estelle V. Gamble; 429 U.S. 97, 106 FURTHER, THE SUBJECTIVE APPROACH TO DELIBERATE INDIFFERENCE DOES NOT REQUIRE A PRISONER SEEKING A REMEDY FOR MEDICAL WRONG-DOING TO AWAIT A TRAGIC EVENT, SUCH AS A ASSAULT, BEFORE OBTAINING RELEIF. Helling V. Mc.Kenney; 509 U.S. 25, 33. THE PLAINTIFF DID FILE A INMATE GRIEVANCE ON THE PROBLEM WITH THE MEDICATION. THAT HE WAS GIVING THE WRONG MEDICATION BY THE DEFENDANT(S), WICH THE GRIEVANCE WAS COMPROMISE (SEE ATTACH GRIEVANCE)

7). BOTH RECKLESSNESS WITH RESPECT TO THE STANDARD OF MEDICAL CARE WATSON V. CATON, 984 F.2d. 537, 540, Smith V. Jenkins; 919 F.2d 90, 93.

8). THE DEFENDANT(S) "HAVE A LEGAL DUTY" TO THE INMATES AND CORRECTION DEPARTMENT TO PROVIDE THE CORRECT MEDICATION(S) AS PRESCRIBED BY THE MEDICAL DOCTOR(S) TO INMATES. IN NOT DOING SO, THE

THE DEFENDANT(S) INFLICTED HARMFUL EFFECTS UPON THE PLAINTIFF, WICH COULD HAVE KILLED THE PLAINTIFF OVER A PERIOD OF TIME, HADN'T THE PLAINTIFF STOP TAKEING THE MEDICATION WHEN HE NOTICE HE WAS GETTING SICKER AND SICKER, DUE TO THE WRONG MEDICATION SENT AND GIVING TO THE PLAINTIFF BY THE DEFENDANT(S).

9). THE DEFENDANT(S) ARE THE FACILITY PHARMACY(IST) AND AGENTS OVER SEERS WHO PRESCRIBES MEDICATIONS TO INMATES (PRISONERS) IT'S THEIR DUTY TO PRESCRIBE THE RIGHT MEDICATION TO EACH AND EVERY INMATE WHO THE DOCTOR HAS ORDERED MEDICATION FOR, NOT DOING SO, WOULD PUT THE INMATE LIFE AT RISK, SUCH AS WHAT THE DEFENDANT(S) DID.

10) AMERICAN SERVICE GROUPINC. AND AGENTS, SECURE PHARMACY(IST) PLUS, WAS ACTING UNDER THE COLOR OF AUTHORITY, BY FULFILLING, THE CONTRACT TO THE D.O.C. TO PROVIDE PRESCRIPTION SERVICES TO (PRISONERS ORDERED BY THE DOCTOR(S)

WHEREFORE, PLAINTIFF ASK THE HONORABLE COURT THAT CONTRIBUTORY NEGLIGENCE EVIDENCE WILL NOT BE SUPPORTED BY PLAINTIFF DEPOSITION ONCE THE TRANSCRIPTS IS RECEIVED.

BY: Noel Davila
NOEL DAVILA, PROSE
1153 EAST ST. SOUTH
SUFFIELD CT. 06080

DATED: 8-10-2004

-9-

# CERTIFICATION

I, HEREBY CERTIFY THAT A TRUE COPY OF THE FORE-going WAS MAILED VIA FIRST CLASS POSTAGE PREPAID THIS 10TH DAY OF AUGUST 2004., TO:

BY: *Noel Davila*
NOEL DAVILA - PRO SE

TO: HONORABLE JUSTICES
  M.R. MARK R. KRAVITZ (JUDGE)
  MR. WILLIAM I. GARFINKEL
    U.S. COURTHOUSE
    141 CHURCH STREET
    NEW HAVEN CT. 06510

TO: ATTORNEY FOR THE DEFENDANT(S)
  M.R. THOMAS H. WINSLOW
    321 MAIN STREET
    FARMINGTON CT. 06032.

BY: *Noel Davila*
NOEL DAVILA PRO-SE
MAC DOUGALL C.I.
1153 EAST ST. SOUTH
SUFFIELD CT. 06080.

DATED: 8-10-2004.