EXHIBIT [1] MEDICAL FILES, REQUEST(S), GRIEVANCES

HR201 REV. 5/94

CONNECTICUT DEPARTMENT OF CORRECTION

## HEALTH CONSULTATION

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

| INMATE NAME (LAST, FIRST, (INITIAL) |
|---|
| Davila, Neil |

| CONSULTANT SPECIALTY | DATE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|
| Medical — Dr. J Hall | 12/13/01 | M F | B W H o | CCI-c |

**RELEVANT CLINICAL DATA/HISTORY/PREVIOUS WORK-UP:**

☐ FOR OUTSIDE CONSULTATION SEE ATTACHED UTILIZATION REVIEW REQUEST FORM

Inmate, who will be 31 years (on 12/30/ ) is known to Medical
Has been stressed out due to pain in left knee. He asserts current
medications are not helping and is in agony — He is on Paxil 20mc
po QD and Benadryl 50 mg po QHS — Has been more depressed
What can be done for the Inmate?

E. Khorramzadeh MD                                    12/13/01

DOC PRACTITIONER SIGNATURE/TITLE:                    DATE

---

**CONSULTANT'S REPORT/FINDINGS/RECOMMENDATIONS (PLEASE NOTE: DIAGNOSTIC OR THERAPEUTIC PROCEDURES NEED PRIOR APPROVAL BY THE DOC UTILIZATION MANAGEMENT UNIT):**

Dr. K.
All information — send to URC., under
Consultation so have

**RECOMMENDED TREATMENT PLAN:**

CONSULTANT SIGNATURE                                    DATE

---

**TREATMENT PLAN REVIEWED BY ATTENDING DOC PHYSICIAN/DENTIST:**

☐ APPROVED

☐ ALTERNATIVE PLAN:

☐ ADDITIONAL OUTSIDE SERVICES REQUIRE UTILIZATION MANAGEMENT UNIT APPROVAL

DOC PRACTITIONER SIGNATURE/TITLE:                      DATE

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER 212 72L | DATE OF BIRTH 12/30/70 |
|---|---|

INMATE NAME(LAST, FIRST, INITIAL)
Davila Neol

| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY CCI-L |
|---|---|---|

| DATE/TIME | |
|---|---|
| 12/13/01 8:45 pm | We had a long discussion: He is going to be 31 years shortly, at times tonight was on the verge of crying. He stated he has severe pain in left knee and current meds are not helping. He confided he and his wife have contacted the DOC Commissioner but no so far no action taken. He had many complaints about DOC & staff. He stated with his complaint to DOC setting he feels C.O., captains are against him and they do things so that he would get the needed intervention or he hinted he was afraid of DOC, staff reaction to what he did. He also complained he was given a different colored Paxil & has side effects. Was also quiet, reticent, related & responded w/ all pending meds — he is neither suicidal or homicidal. Rx Paxil 20 po QAM Benadryl 50 po QHS RTC 1/10/02   [signature] |

HR925 REV. 12/95

CONNECTICUT DEPARTMENT OF CORRECTION

**PHYSICIAN'S ORDERS**

| INMATE NUMBER 212726 | DATE OF BIRTH 12/30/70 |
| --- | --- |

INMATE NAME (LAST, FIRST, INITIAL)  Davila, Noel

| SEX | RACE/ETHNIC | FACILITY |
| --- | --- | --- |
| (M)  F | B   W  (H)  O | CCIC |

**INSTRUCTIONS FOR USE:**  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
| --- | --- | --- | --- |
| 10/18/01 | 6ᵖᵖ | Extent MH meds x one week  RTC 11/15/01 | 10/18/01 6ᵖᵖ |
| 11/15/01 | 6ᵒ⁵ᵖ | Paxil 20 mg po @ AM  Benadryl 50 mg po @ HS  / 30 days  RTC 12/13/01 | |
| 11/15/01 | 8 PM | Orders noted by M. Mag | |
| 11-16-01 4:50 | | Percocet 5/325 Tab  one bid f/p-1    x 3 odor  (Non formulary available)  noted as 11/16/01  12 N          JACK MAZER, MD | |
| 11-29-01 1:39ᵖ | | URC, completion for other F/U,  T-Gel shampoo dnd x 60 day  Basis soap  one bar/month          JACK MAZER, MD | |
| noted + faxed 11/29/01 2p  ___ RN | | | |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12-30—7. |

INMATE NAME (LAST, FIRST, INITIAL)
Davila, Noel

| SEX | RACE/ETHNIC | | | FACILITY |
|---|---|---|---|---|
| M  F | B   W   H   O | | | CCC |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY

ASA

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 12/10/01 | 950 | Tylenol #3  1 tab  tid | X 20de |
|  | 12/10/01 900 |  | JACK MALEH, MD |
| 12/13/01 | 835 | Paxil 20 mg po QAM  Benadryl 50 mg po QHS   30 days  1/10/02 RxW medical |  |
| 12/13/01 | 11n | order note |  |
| 12/17/01 | 915 | Percocet 5/225 1 tab  tid   x 30 day  approved — approval faxed to pharmacy. 12/17/01  745AM/8 — aj |  JACK MALEH, MD |
| 12/21/01 |  | T.O DR Sarosi / Patricia Byam CNW  D/C Tylenol #3. |  |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIV
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

MENTAL HEALTH

Facility/Unit_____    Date _12-5-01_

Inmate Name_NOEL DAVILA_    Number _212726_

Request_I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE
MEDICATION PAXIL 20 mg (PINK) TO PAXIL (GREEN) 20 mg. I
WANT TO SEE MY DOCTOR K._    THANK YOU!

_____
(continue on back if necessary)    Noel Davila

Previous Action Taken_____

_____

_____

_____
(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____
(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit __MENTAL HEALTH__

Date __12 - 11 - 01__

Inmate Name __NOEL DAVILA__

Number __212726__

Request __SINCE IVE Been taking this patie Green 20mg__

I am having this Pounding hedache, vomiting every thing I eat hand be Shaking a lot, and a lot of stomach Pain, Please I want See the Doctor k. thank You! Noel Davila

(continue on back if necessary)

Previous Action Taken _____

_____

_____

(continue on back if necessary)

Submitted to _____ Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit _Mental Health care Medical unit_    Date _12-17-01_

Inmate Name _Noel Davila_    Number _212726_

Request _Doctor K Iam still feeling weird I have alot of Stomach Pain, Diarrea, Vomiting, This Headache Don't want to go away my body still trembling alot, I want to know whats wrong with me I want to see a Doctor noel Davila_

(continue on back if necessary)

Previous Action Taken _____

_____

_____

(continue on back if necessary)

Submitted to _____    Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

CN601 REV.6/94
CONNECTICUT DEPARTMENT OF CORRECTION

# REQUEST FOR MENTAL HEALTH SERVICES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | |

INMATE NAME (LAST, FIRST, INITIAL)
Davila Noel

| DATE OF REQUEST | INMATE REQUEST | REFERRED BY/TITLE | SEX | RACE/ETHNIC | FACILITY |
|---|---|---|---|---|---|
| 12/27/01 | (Y) N | self | (M) F | B W H O | Cheshire |

**DESCRIBE REASON FOR REQUEST/REFERRAL:**

need to see DR

## MENTAL HEALTH SERVICES RESPONSE

| DATE REQUEST RECEIVED | REFERRED TO | DATE CLIENT SEEN | SERVICE PROVIDER/TITLE |
|---|---|---|---|
| | | | |

**SERVICE PROVIDED/RESPONSE:**

Dr K - S 1/10/02      noted by Dr K -
                      RTC as Scheduled

**RESCHEDULE DATE:**      YES ☐      NO ☐

MENTAL HEALTH PROVIDER'S SIGNATURE/TITLE                    DATE

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit _Mental Health and Medical Unit_ _____   Date _1-5-02_

Inmate Name _noel Dawila_ _____   Number _212226_

Request_____

_I no longer want to take medication Paxil 20mg Green, and_
_the nuse staff still expouse me to THAT medication I am afraid_
_to take it, please Tell the doctor K to change it thank You noel Dawila_

(continue on back if necessary)

Previous Action Taken_____

_____

_____

_____

(continue on back if necessary)

Submitted to_____   Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit_____    Date ___12-22-01___

Inmate Name_Noel Davila_____    Number_212726_____

Request___I have told the nurses____
_____that I would like to have
back my Paxil Pink 20mg Not Paxil Green 20mg is causing me
sideffects, Vomiting, Stomach Pain, Diarrea, Pounding Headache Body Trembling and
Body want to listen or Believe me. I want to se the Doctor again please

(continue on back if necessary)

Previous Action Taken_____
                                          Noel Davila
_____
_____

_____
(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

_____
(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

JAN 0 4 2002

# Inmate Grievance Form A, Level 1 RECEIVED

CN 9601
1-14-94

## Connecticut Department of Correction

| Inmate name  NOEL DAVILA | Inmate no.  212726 |
|---|---|

| Housing location  NORTH 416 | Date  12-24-01 |
|---|---|

☑ Line grievance  ☐ Line emergency  ☑ Health service grievance  ☐ Health emergency

| IGP no.  M12S-010-02 | T no. |
|---|---|

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached: MY MEDICAL RECORDS OF MENTAL HEATH VISIT WILL REFLECT MY DISSCUSSION WITH DOCTOR KRANE CONCERNING THE SIDEEFFECTS FROM MY MEDICATION PAXIL 20 6reenone.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 8-1/2-by-11-inch sheet of paper and attach to this form.) I HAVE BEEN TRYING TO EXPLAIN THE DOCTOR KRANE ALSO HEAD NURSE OF MENTAL HEALTH CONCERNING THE SIDEEFFECT THAT WHEN HE 4 CHANGE MY MEDICATION PAXIL (PINK) TO PAXIL (6reen) 20mg CAUSING ME AND STILL EXPOSE TO CONTINUE THE MEDICATION FOR a PERIOD OF 1 MONTH. I HAVE BEEN VOMITING, AND DIARREA CONSTANTLY AND STOMACH PAIN, BUT NONE HAVE DONE ANYTHING NOT EVEN THE DOCTOR KRANE WHEN I TOLD HIM. THE NURSES HEAD NURSE FOR mental Health TOLD ME THAT WAS NOT HER CALL WHEN THEY order medication.

3. Action requested. Describe what action you want taken to remedy the grievance. I NO LONGER WANT TO TAKE PAXIL 20 mg Green CAPSULE AND WANT MY PAXIL 20 mg PINK.

Inmate signature  Noel Davila — 12-24-01

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY
## LEVEL 1 REVIEW

| Date received  1/7/02 | Disposition:  C | Date of disposition  1/7/02 |
|---|---|---|

Grievance issue:

medication issue

Reasons: It is my understanding that your medication has been resolved. If you are not in agreement, please ask to see the psychiatrist again

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit_____ Date ~~_____~~ 12-26-01

Inmate Name  Noel DAvilA          Number  212726

Request  Ⅱ, Today Came to see Nurse Doctor Jim, and He sit Down
with me and ask me How I was Doing so I Told Him that I have been
feeling very bad, and also that I File a grievance. 2 DAYS Ago, and He
cHeCked my blood Presure and told me that the Company HAd send a memo
that had sen the wrong mediation so I thought An no longer want that medication
ever again. so I want to see Doctor K. to change my medication

                    Noel Davla

_____

_____

_____

**(continue on back if necessary)**

Submitted to_____ Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

**(continue on back if necessary)**

Date of Response to Inmate_____

Signature of Staff Member_____

CN 9602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit _N-416_          Date _12/27/01_

Inmate Name _Noel Davila_          Number _212726_

Request _I need to see Dr Craine ASAP. or a_
_Mental Health Counselor please_
_Thank you_
_Noel Davila_

(continue on back if necessary)

Previous Action Taken _____

_____

_____

(continue on back if necessary)

Submitted to_____     Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

HF 503 REV.4/95

CONNECTICUT DEPARTMENT OF CORRECTION

**CONSENT FOR TREATMENT
WITH PSYCHOACTIVE MEDICATION**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 2 1 2 7 2 6 | 12/30 |

| INMATE NAME (LAST, FIRST, INITIAL) |
|---|
| Davila Noel |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CC L-C |

Dr. _____ has informed me that he/she recommends that I receive the medication _____Remeron_____, for the treatment of my illness. I have been informed of the nature of the treatment and the risks of possible side effects including Sedation, dizziness, abnormal dreams, increased appetite, dry mouth, constipation, weight gain - These are more common side effects

Side effects, caused by neuroleptics, may include the risk of tardive dyskinesia which is involuntary tic-like movements in the face, tongue, neck, arms and/or legs. These symptoms may persist after the medication has been discontinued.

I understand that although mental health staff have explained to me the most common side effects of this treatment, there may be other side effects. I agree to inform a member of the staff immediately if there are any unexpected changes in my condition.

I understand that I may not be forced to take this medication and that I may decide to stop taking it at any time. I also understand that although health staff believes that this medication will help me, there is no guarantee as to the results that may be expected.

Should I discontinue my medication, I will inform mental health staff of my decision immediately.

I am willing to accept the above medication.

_Noel Davila_____
**INMATE SIGNATURE**

_01 - 10 - 02_____
**DATE**

_____
**WITNESS SIGNATURE/TITLE**

_____
**DATE**

_____
**PHYSICIAN SIGNATURE**

_1/10/02_____
**DATE**

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30 |

INMATE NAME (LAST, FIRST, INITIAL): Davilla Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CCIC |

INSTRUCTIONS FOR USE:  Physicians must sign name and title under each order.  Each order must be initialed in the space provided by the licensed nurse who transcribed the order.  Medications will be dispensed according to brands stocked in pharmacy.

| DRUG ALLERGIES / HYPERSENSITIVITY | ASA |
|---|---|

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 1/10/02 | 8:30 pm | Discontinue Paxil start Remeron 15 mg po QHS x 2wks RTC 1/24/02 | [signature] 1/10/02 DC Paxil |
| 1-15-02 1:05 pm | | Percocet 5/325 mg po one Tid | x 30 days JACK M. LEHN MD |
| 1/24/02 | 9:40 pm | Discontinue Remeron 15 mg QHS Start: Remeron 30 mg po QHS x 15 days RTC 2/7/02 | JY |
| 1/24/02 | 10:30 | Order noted by M. Mary | |
| 2/7/02 | 9:15 pm | Remeron 30 mg po QHS x 30 days RTC 3/7/02 | [signature] |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

## CLINICAL RECORD

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
Davila, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | Cez |

| DATE/TIME | |
|---|---|
| 1/10/02 1:00 pm | A very angry Inmate who described in detail & repeated how he was given wrong medication which cause: <br> a- vomit, diarrhea, wt loss = 15 lbs <br> b- abdominous pain <br> c- dizziness <br> d- pounding headache <br> e- muscle tightening <br> f- weakness <br> g- mind goes blank + h: goes bumpy <br> He state on many occasions: "I stopped that fucking medication — No more I take the pasde fucks med — He state he was furious that no longer trusts medical & medication in this place & that he has not slept for several day & is afraid of exploding — We talk personal he agreed to take medication in case he sure "Trazadone & Doxepin" — but wanted to make sure there wont be any change of the pills, with change of pharmacy. He agreed to take Remeron 15 po QHS — I checked in PDR & change & Sertor of Remeron — <br> RTC 2 weeks — |

HF 401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212724 | 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Davilla, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | cdc |

| DATE/TIME | |
|---|---|
| 1/24/02 1000 | Inmate continues having "losing it" — eby pinia his pink Paxil wm changed to ½ tab q green. |
| | "He states " I cud recently bin eating in back, but still, periodical at nite feels funny, waker up, with some sensation in bed — 2x this he has some feeling in daptim |
| | I talk w the RN saw him ½ tab q Remeron — But e not pull green tother — a his drop nit tried any change q medication prior — He was angry wld l time land a utterly at roits he has a active paer — |
| | Plan: Remeron 30 mg po QHS — hope/way it wld be Bram tab a nit two yellow pills— |
| | Rx c 2/7/02 [signature] |
| 2/7/02 915 | Inmate given in Seg. He was angry dissutella e in fact used profanity about the system — He did say he had no idea why he was in Seg a why there was investigation — He was hoping the MH wrwll help him to get out q 0 eg t His tone was one of paranoi W.V. continue Remeron 30 mg po QHS [signature] |



Month/Year

| HOUR |
|------|

USE AS DIRECTED DAILY

X: 597670 ESPOSITO M.D., JOSEPH ,
START DATE 10/05/2001 STOP DATE 01/03/2002
Init.
THERAPEUTIC TAR SHMP. (TEEL-250 2.5% LOT
APPLY SPARINGLY TO AFFECTED AREAS DAILY

X: 601284 MALEH, M.D., JACK ,
START DATE 10/17/2001 STOP DATE 11/15/2001
Init.
ACETAMINOPHEN W/COD N3 300/30MG TAB
TAKE 2 TABLETS(S) BY MOUTH  3 TIMES DAILY ***SIGN OUT EACH DOSE ON
CONTROL SHEET AND M.A.R.*
START DATE                     STOP DATE

X: 601287 MALEH, M.D., JACK ,
START DATE 10/17/2001 STOP DATE 11/15/2001
Init.
PAXIL (PAROXETINE) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH  EVERY MORNING  *MAY CAUSE DROWSINESS.AVOID
ALCOHOL*
START DATE 11/5/01  STOP DATE 12/5/01

X: 602517 BLANCHETTE M.D., EDWARD 11/5/01
START DATE 10/29/2001 STOP DATE 11/15/2001
Init.
IMIPRAMINE (TOFRANIL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME
START DATE 11/5/01     12/5/01
HS

X: 602518 BLANCHETTE M.D., EDWARD 11/5/01
START DATE 10/29/2001 STOP DATE 11/15/2001
Init.
Percocet 5/325 + QID X 30d
Awaiting approval po
Sent 11/16/01       denied

START DATE                    STOP DATE
Init.

ASPIRIN

ALLERGY

DIAGNOSIS

PATIENT
NAME   DAVILLA, NOEL        ID  212726    WING  1

DOCUMENTATION CODES =
- Discontinued Order        R - Refused         S - Self Administered
- Dose Omitted              C - Court           NS - No Show

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL



**MONTH: [illegible]**

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

TAKE AS DIRECTED DAILY

577670 ESPOSITO M.D., JOSEPH
START DATE 10/05/2001 STOP DATE 01/03/2002

VIT. (PAROXETINE) 40MG TAB
TAKE ONE-HALF (1/2) TABLET(8) BY MOUTH - EVERY MORNING>>>>>GIVE HALF
OSKCCC WHY: CAUSE DROWSINESS/AVOID ALCOHOL
START DATE        STOP DATE

611273 MALEH, M.D., JACK,
START DATE 11/17/2001 STOP DATE 12/16/2001

PHENTERMINE (BENHORYL) 50MG CAP
TAKE 1 CAPSULE(8) BY MOUTH AT BEDTIME
611274 MALEH, M.D., JACK, 12/13/01
START DATE                STOP DATE 12/16/2001

START DATE 11/29/01 STOP DATE 1/08/02

START DATE 1/09/01 STOP DATE 1/17/01

START DATE 12/17/01 STOP DATE 1/09/01

Percocet 5/325 1 po tid 8a
approved by VRE x 3 dd 4p
START DATE 12/13/01 STOP DATE 1/13/01
START DATE 12/17/01 STOP DATE 1/17/01

ALLERGY: ASPIRIN

DAVILLA, NOEL     ID  212726     WING

DOCUMENTATION CODES =
- Discontinued Order          R - Refused          S - Self Administere
- Dose Omitted                C - Court            NS - No Show
                              [illegible]

NURSE'S SIGNATURE          INITIAL          NURSE'S SIGNATURE          INITIAL

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

THERAPEUTIC TAR SHAT. (TDEL-250 2.5% LOT

USE AS DIRECTED EVERY OTHER DAY

614397 MALEH, M.D., JACK,
START DATE   11/30/2001 STOP DATE   01/28/2002

ISIS SOAP   (BAR EA.)   BAR

USE AS DIRECTED DAILY #1/PER MONTH*

614399 ESPOSITO M.D., JOSEPH
START DATE   11/29/2001 STOP DATE   01/28/2002

ACETAMINOPHEN W/COD #3 300/30MG TAB

TAKE 2 TABLET(S) BY MOUTH   3 TIMES DAILY **SIGN OUT EACH DOSE ON
NTROL SHEET AND M.A.R.*
START DATE              STOP DATE

616399 MALEH, M.D., JACK,
START DATE   12/11/2001 STOP DATE   01/09/2002

AXIL (PAROXETINE) 40MG TAB

TAKE ONE-HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>SEND HALF
DOSE<<< *MAY CAUSE DROWSINESS/AVOID ALCOHOL*
START DATE              STOP DATE

617580 SHEA, M.D., WILLIAM, MD
START DATE   12/15/2001 STOP DATE   01/13/2002

PHENTRAMINE (BENADRYL) 50MG CAP

TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME
617583 SHEA, MD, WILLIAM, MD
START DATE   12/15/2001 STOP DATE   01/13/2002

vicocet 5/325 g  PO  TID x3d
START DATE   1-5-02  STOP DATE   1/7/02

remeron 15 Mg P.O  8 h.S. x2wks
ASPIRIN   START DATE 1/10/02 STOP DATE 1/24/02

DAVILLA, NOEL

| ID | 218726 | WING | 1 |

NURSE'S SIGNATURE   INITIAL

DOCUMENTATION CODES =
- Discontinued Order        R - Refused        S - Self Administered
- Dose Omitted              C - Court          NS - No Show

ility Name _____

flomeron 50mg po 9X15day

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| lit. | START DATE 1/24/02 STOP DATE 2/8/02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lit. | START DATE        STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|
| | | | | |

| ERGY | ASA |
|---|---|

| NOSIS | |
|---|---|

| IENT ME | [signature] | ID 272726 | WING N416 |
|---|---|---|---|

DOCUMENTATION CODES =

- Discontinued Order    R - Refused    S - Self Administered
- Dose Omitted    C - Court    NS - No Show

EXHIBIT [2] LETTERS FROM INMATES LEGAL ASS. PROGRAM

## LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing
Michael A. Rubino, Jr.
Kenneth Speyer

January 22, 2002

Noel Davilla
#212726
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Davilla:

I write in response to the legal telephone call you placed to this office on today.  During the legal telephone conversation, you requested legal assistance with an incident that involved you receiving the wrong medication.

I informed you that before ILAP can assist you in the matter, this office would need to review any and all information relating to the incident; namely, your medical records.

Please be advised that due to the confidential nature of physician-patient privilege, the medical staff at any Correctional Institute is precluded from divulging anything about your condition, treatment or diagnosis.  ILAP must have your express, written permission to receive your medical file.  Thus, enclosed please find a medical release authorization form for you to complete.  If you elect to have ILAP review your medical records, please insert your initials in the areas designated with a "✓" mark. Remember to have an institutional representative witness your signature.  Return the completed release to me at your earliest convenience. Post receipt of your release, ILAP will request your medical records from John Botti , Records Specialist, at the UCONN Correctional Managed Health Care Program. I respectfully request that you exercise patience since it usually takes between four (4) to five (5) weeks to receive a medical file.

Upon receipt of the information, I will review same and advise you accordingly.

If you have any additional questions or concerns, please do not hesitate to contact ILAP again.

Sincerely,

La-Tanya J. Mansfield
Attorney-at-law

Enclosures

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

**INMATES' LEGAL ASSISTANCE PROGRAM**

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing
Michael A. Rubino, Jr.
Kenneth Speyer

February 28, 2002

Mr. Noel Davila
#212726
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Davila:

Thank you for your correspondence received at ILAP on January 30, 2002; wherein, you included a signed and witnessed authorization for release of medical records.

Pursuant to your request and executed authorization, received on January 30, 2002, ILAP has requested your DOC medical records from November 1, 2001 to the present. After ILAP has received your records, I will review same and advise you accordingly. In addition, I will provide you with copies of all records received by ILAP.

In the interim, if you have any further questions or concerns, please feel free to contact ILAP again.

Sincerely,

Jessica J. York
Attorney-at-law

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

October 7, 2002

Mr. Noel Davila
#212726
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Davila:

Thank you for your letter dated July 24, 2002, received on July 29, 2002; wherein, you included a §1983 lawsuit which you have filed against Secure Pharmacy Plus.

Mr. Davila, in your complaint, you have not alleged any wrongdoing by any employee of the DOC, or of the State. Rather, you have alleged that the pharmacy and its pharmacist violated your constitutional rights by sending the wrong medication to the facility.

Unfortunately, Mr. Davila, 42 U.S.C. §1983 applies to parties acting "under color of state law." A §1983 plaintiff clearly has a cause of action against a government official that violates his rights. A §1983 plaintiff does not have a cause of action and does not plead a cause of action against a private party. Lugar v. Edmondson Oil Co., 457 U.S. 922, 936 (1982). The defendants that you named in your complaint, Secure Pharmacy Plus, and its pharmacist, are private entities and not acting under the color of State law. Thus, 42 U.S.C. §1983 and the federal constitution are inapplicable to the defendants that you have named in your complaint.

Mr. Davila, the appropriate method for you to pursue action against the pharmacy and pharmacist would be to file an action for negligence which caused you personal injury in the State Superior Court. I would advise you to withdraw your §1983 suit and plan to file a negligence suit. If you decide to follow my advice, you should be aware that you have two (2) years to file such a suit from the date that you were injured, or became aware of your injury. If you opt to withdraw your §1983 lawsuit and file a negligence suit in the State Superior Court, please advise me of same and ILAP will assist you in drafting the complaint for State Court.

Mr. Noel Davila
Page -2-
October 7, 2002


Please find enclosed the originals of all documents included with your correspondence. I have retained copies for your ILAP file.

I await your direction in this matter. In the interim, if you have any further questions or concerns, please contact ILAP again.

Sincerely,

Jessica J. York
Attorney-at-law

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

January 8, 2003

Mr. Noel Davila
#212726
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Davila:

Thank you for your letter dated October 9, 2002, received on October 15, 2002, regarding your pending §1983 lawsuit against Secure Pharmacy Plus.

In your letter, you indicated that you believe Secure Pharmacy Plus was acting under the color of state law when they sent mislabeled medication to Northern CI, and that the pharmacy's actions violated your constitutional rights.

As I explained in my previous letter to you, dated October 7, 2002, 42 U.S.C. §1983 applies to parties acting "under color of state law." A §1983 plaintiff clearly has a cause of action against a government official that violates his rights. A §1983 plaintiff does not have a cause of action and does not plead a cause of action against a private party. Lugar v. Edmondson Oil Co., 457 U.S. 922, 936 (1982). Simply because the pharmacy sold medication to the government, their contact with the government does not automatically make the pharmacy a government actor, as you believe. The defendants that you named in your complaint, Secure Pharmacy Plus, and its pharmacist, are private entities and not acting under the color of State law. Thus, 42 U.S.C. §1983 and the federal constitution are inapplicable to the defendants that you have named in your complaint.

Moreover, you have not provided any evidence to ILAP that the pharmacist's actions in mislabeling the medication were intentional. Rather, it would appear that the mislabeling was an act of negligence. Thus, the pharmacist's actions would not rise to the level of a constitutional violation even if the pharmacist were a state actor, which he/she is not.

Mr. Davila, as I have previously informed you, the appropriate method for you to pursue action against the pharmacy and pharmacist would be to file an action for negligence which caused you personal injury in the State Superior Court. I would advise you to withdraw your §1983 suit and plan to file a negligence suit. If you decide to follow my advice, you should be

Mr. Noel Davila
Page -2-
January 8, 2003

aware that you have two (2) years to file such a suit from the date that you were injured, or became aware of your injury. If you opt to withdraw your §1983 lawsuit and file a negligence suit in the State Superior Court, please advise me of same and ILAP will assist you in drafting the complaint for State Court.

For your convenience, please find enclosed a list of *pro bono* attorneys.

I await your direction in this matter. In the interim, if you have any further questions or concerns, please contact ILAP again.

Sincerely,

Jessica J. York
Attorney-at-law

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

September 9, 2003

Mr. Noel Davila
#212726
Garner CI
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Davila:

Thank you for your two (2) letters dated June 20 and 30, 2003, respectively received at Inmates' Legal Assistance Program on June 27 and July 10, 2003.

In your June 20, 2003 letter, you requested that ILAP assist you in drafting a Complaint which you planned to file in State Court against Secure Pharmacy, alleging negligence for mislabeling medication that was sold to the Department of Correction and later given to you.

With your June 30, 2003 letter, you included an Order from Judge Underhill at the Bridgeport District Court. In said order, the judge dismissed your claim against Secure Pharmacy that your Eighth Amendment rights were violated. However, the Judge did determine that you had made sufficient allegations of negligence, and that diversity jurisdiction exists. Therefore, your case is still pending in federal court. It appears that you do not need to file a new case in State Court.

A review of the docketing statement shows that since Judge Underhill's order, you have filed an Amended Complaint in the case. Mr. Davila, in order for ILAP to assist you with your pending negligence suit, you must provide ILAP with copies of all documents that have been filed in your case. In addition, ILAP will need copies of all documents that you have received from the Court, as well as from the defendants.

Please find enclosed the originals of all documents included with your correspondence. I have retained copies for your ILAP file.

Mr. Noel Davila
Page -2-
September 9, 2003

If you have any further questions or concerns, please feel free to contact ILAP again.

Sincerely,

Jessica J. York
Attorney-at-law

EXHIBIT [ 2 ]

# LAW OFFICES
## OF
## SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Iane Starkowski

### INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

January 12, 2004


Noel Davila
#272726
Garner CI
50 Nunnawauk Road
Newtown, CT 06470

Dear Mr. Davila:

This correspondence will acknowledge your December 30 and January 4 letters, which were both respectively received at ILAP on January 6, 2004.

Within your initial letter addressed to Attorney Schulman, you wrote that you were *not getting a* (sic) *proper adequate legal assistance* relative to your litigation issues. You indicated that Attorney York was your assigned ILAP attorney. You alleged that she had been providing you with *to* (sic) *many differents* (sic) *advises* (sic) and as a result thereof an unspecified case *almost got dismiss* (sic). You wrote that you *never* received any assistance with *any motions, memorandum, etc.* (sic). You claimed that it takes ILAP·5 months to help inmates.

Mr. Davila, let me take this opportunity to clarify a misstatement on your part. ILAP responds to all incoming legal inquiries within 90 days. Traditionally, incoming correspondence is answered in chronological order. Priority is given to medical emergencies, pleading deadlines, and safety issues. Since your requests did not fit into any of the emergent categories, you will have to wait until the attorney assigned to your case responds to non-priority correspondence.

A review of your file documented the following events. On January 22, 2002, you contacted ILAP via telephone relative to receiving the wrong medication. Attorney Mansfield answered your call. The same day, she forwarded you an authorization for release of medical records. You returned the authorization form on January 30, 2002. Attorney York forwarded said release to John Botti on February 28, 2002.

Your medical records were received at ILAP on April 4, 2002. Post review by the medical school graduate, Attorney York wrote to you on July 17, 2002. In her letter, she explained that your records did show that you had received *risperdal* rather than the *paxil* which you had been prescribed. Your medical records included a notation that the pharmacy, Secure Pharmacy, Inc., had sent the *risperdal* mislabeled as *paxil*. Attorney York informed you that the proper course of action would be to file a negligence claim against the pharmacy, which had mislabeled the