UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

        Plaintiff,

V.

SECURE PHARMACY PLUS

        Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

AUGUST 27, 2004

## DEFENDANT'S SECOND LOCAL RULE 56(a)(2) STATEMENT OF OBJECTION/RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Pursuant to Fed. R. Civ. P. 56 and L. Civ. Pro. R 56, the defendant, Secure Pharmacy Plus, responds to the claimed "Statement of Undisputed Facts" in plaintiff's August 10, 2004 Motion for Partial Summary Judgment which includes Local Rule 9c Statement (Part B at pages 3-4), plaintiff's August 10, 2004 Notice of Motion for Motion for Partial Summary Judgment (Part III at pages 2-3), and plaintiff's August 10, 2004 Reply Motion to Defendant(s) Opposition to Plaintiff Motion for Partial Summary Judgment which includes Affidavit in Support of Plaintiff's Motion for Summary (Partial) Judgment (Section II at pages 5-6).

II. STATEMENT OF UNDISPUTED FACTS

1. On January 6, 2003, Plaintiff Noel Davila had signed a Form 26(f) parties planning to meetting (sic) and attorney for the defendants, American Service Group Inc., Secure Pharmacy Plus and agents, Thomas H. Winslow, certify as follows.

a. Statement of undisputed facts. Counsel and pro-se party plaintiff certify that they have made a good faith attempt to determine whether there are any material facts that are not in dispute:

b. The parties state that the following material facts are undisputed:

i. Plaintiff's is a prisoner and "consumed medication while a prisoner.

ii. Secure Pharmacy Plus is not [an] employee of the prison system and was hired as an independent contractor by a third-party to provide prescription services to prisoners.

OBJECTION/RESPONSE: The plaintiff's claimed statement of undisputed facts does not set forth a concise statement of material fact as to which the moving party contends there is no genuine issue to be tried. Furthermore, American Service Group Inc. is not a defendant and the Form 26(f) Report of Parties Planning meeting was signed by Attorney Winslow as counsel for the only defendant, Secure Pharmacy Plus. Additionally, the plaintiff is using some of the content of the Form 26(f) Report of Parties' Planning meeting as undisputed facts in a motion for partial summary judgment on liability against the defendant. Notwithstanding and without waiving the objection, defendant admits that there was a statement of undisputed fact in the Form 26(f) Report of Parties' Planning Meeting and plaintiff has set forth the statement of undisputed facts with a majority of but not all the contained terms.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427


CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this –

27th day of August, 2004 to:


Mr. Noel Davila (#212726)
MacDougall Correctional Institute
1153 East Street South
Suffield, CT 06080

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427