UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

August 27, 2004

2004 AUG 30 P 1:15

DEFENDANT'S SECOND LOCAL RULE 9(c) STATEMENT

The moving party did prepare a Local Rule 9(c)1 Statement as part of plaintiff's August 10, 2004 Motion for Partial Summary Judgment that contained a statement of undisputed facts at Part B at pages 3-4. There were also "Statement of Undisputed Facts" in plaintiff's August 10, 2004 Notice of Motion for Motion for Partial Summary Judgment (Section III at pages 2-3), and plaintiff's August 10, 2004 Reply Motion to Defendant(s) Opposition to Plaintiff Motion for Partial Summary Judgment which includes Affidavit in Support of Plaintiff's Motion for Summary (Partial) Judgment (Section II at pages 5-6). Defendant Secure Pharmacy Plus has filed a separate document entitled Defendant 's Second Local Rule 56(a)(2) Statement of Objection/Response to Plaintiff's Statement of Undisputed Facts. Defendant Secure Pharmacy Plus addresses below the issues of material fact as to which there is a genuine issue to be tried.

DEFENDANT, SECURE PHARMACY PLUS, DISPUTED ISSUES OF MATERIAL FACT AS TO WHICH THERE IS A GENUINE ISSUE TO BE TRIED

1. Plaintiff's allegation that Defendant Secure Pharmacy Plus is negligent or its agents committed professional malpractice

2. Plaintiff's Failure to Mitigate Damages

Plaintiff failed to mitigate his damages as he continued to consume the allegedly misfilled medication after learning on December 26, 2001 of the claimed medication error from Nurse Jim.

3. Plaintiff's Contributory Negligence

A. Claimant's use of Paxil 20 mg before November and December of 2001.

B. Claimant's concerns about the change of his Paxil 20 mg medication from pink to green and whether the 20 mg green was proper.

C. Plaintiff's continued consumption of the allegedly misfilled medication after learning on December 26, 2001 of the claimed medication error from Nurse Jim.

4. Plaintiff's Intervening or Superseding Negligence

Plaintiff's actions were an intervening or superseding negligence when he continued to consume the allegedly misfilled medication after learning on December 26, 2001 of the claimed medication error from Nurse Jim.

CITATION TO THE AFFIDAVIT OF A WITNESS COMPETENT TO TESTIFY AS TO THE FACTS AT TRIAL AND/OR EVIDENCE THAT WOULD BE ADMISSIBLE AT TRIAL

1. Plaintiff's claim that defendant allegedly misfilled his prescription:

Plaintiff's Medication Charts for November and December of 2001 and January of 2002 as to Paxil 20 mg (Attached as Exhibits A, B and C) and expected testimony of nurses or medical assistants at Cheshire Correctional administering the medications from these months to Plaintiff Davila. The first names of most of these nurses were disclosed in plaintiff's August 17, 2004 deposition. Defendant submits that the December of 2001 medication chart as to Paxil 40 mg (1/2 tabs) does not establish whether or not the medication dispensed to plaintiff between December 1 and December 14, 2001 was partially and/or fully misfilled. (Exhibit B).

2. Plaintiff's Failure to Mitigate Damages and Intervening or Superseding Negligence

Plaintiff was told of the alleged medication error on December 26, 2001 by Nurse Jim and may have continued taking the allegedly misfilled medication between January 1, 2002 and January 10, 2002. Noel Davila testimony, January of 2002 medication chart (Attached as Exhibit C), and expected testimony of nurses or medical assistants at Cheshire Correctional administering the medications to plaintiff prisoner in January of 2002.

3. Plaintiff's Contributory Negligence

   A. Claimant's use of Paxil 20 mg before November and December of 2001. Noel Davila testified to claimant's daily use of Paxil 20 mg before November and December of 2001 in the summer and fall of 2001; Davila's knowledge that prior to the alleged consumption of Risperdal in November and December of 2001 that Paxil 20 mg was pink with Paxil 20 mg imprinted on the tablet; and Davila's knowledge that the Risperdal he allegedly consumed was green in color and different from the pink Paxil 20 mg.

B. Claimant's testified to concerns about the change of his Paxil 20 mg medication from pink to green and whether the 20 mg green was proper.

C. Claimant's testimony on possible use of the allegedly misfilled Paxil 40 mg (1/2) tabs from January 1, 2002 through January 10, 2002, plaintiff's January of 2002 medication chart (Attached as Exhibit C), and expected testimony of nurses or medical assistants at Cheshire Correctional administering the medication to plaintiff prisoner in January of 2002.

This contributory negligence evidence will also be supported by plaintiff's deposition transcript once the August 17, 2004 transcribed transcript is received.

DEFENDANT

SECURE PHARMACY PLUS

BY________________________

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this – 27 day of August, 2004 to:

Mr. Noel Davila (#212726)
MacDougall Correctional Institute
1153 East Street South
Suffield, CT 06080

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT 06510

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

Facility Name (CCIC-155)CHESHIRE CI

Month/Year 11/01/2001

Exhibit A

BASIS SOAP (BAR EA.) BAR
USE AS DIRECTED DAILY
RX: 597670 ESPOSITO M.D., JOSEPH ,
Init. START DATE 10/05/2001 STOP DATE 01/03/2002
HOUR: S

THERAPEUTIC TAR SHAM.(TGEL-250 2.5% LOT
APPLY SPARINGLY TO AFFECTED AREAS DAILY
RX: 601284 MALEH, M.D., JACK ,
Init. START DATE 10/17/2001 STOP DATE 11/15/2001
HOUR: S

ACETAMINOPHEN W/COD #3 300/30MG TAB
TAKE 2 TABLET(S) BY MOUTH 3 TIMES DAILY ***SIGN OUT EACH DOSE ON CONTROL SHEET AND M.A.R.*
Init. START DATE STOP DATE
RX: 601287 MALEH, M.D., JACK ,
Init. START DATE 10/17/2001 STOP DATE 11/15/2001
HOUR: 8A, 4P, 8P

PAXIL (PAROXETINE) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH EVERY MORNING *MAY CAUSE DROWSINESS,AVOID ALCOHOL*
Init. START DATE 11/15/01 STOP DATE 12/15/01
HOUR: 8A

RX: 602517 BLANCHETTE M.D., EDWARD 11/15/01 12/15/01
Init. START DATE ~~10/20/2001~~ STOP DATE ~~11/16/2001~~

DIPHENHYDRAMINE (BENADRYL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME
RX: 602518 BLANCHETTE M.D., EDWARD 11/15/01 12/15/01
Init. START DATE ~~10/20/2001~~ STOP DATE ~~11/16/2001~~
HOUR: HS

Percocet 5/325 ⊤ QID x 30d po
Awaiting approval
Init. START DATE STOP DATE
Sent 11/16/01 denied
HOUR: 8, 12, 4, 8

Init. START DATE STOP DATE

| Days | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALLERGY: ASPIRIN

DIAGNOSIS: N-1-6 AB22

PATIENT NAME: DAVILLA, NOEL | ID: 212726 | WING: 1

DOCUMENTATION CODES =
DC - Discontinued Order
R - Refused
S - Self Administered
DO - Dose Omitted
C - Court
NS - No Show
MH - Medical Hold
LD - Lock Down
O - Other

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

ility Name (CCIC-155)CHESHIRE CI        Month/Year 12/01/2001        Exhibit B

HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| Medication | HOUR |
|---|---|
| SIS SOAP (BAR EA.) BAR<br>E AS DIRECTED DAILY<br>597670 ESPOSITO M.D., JOSEPH ,<br>START DATE 10/05/2001 STOP DATE 01/03/2002 | S |
| XIL (PAROXETINE) 40MG TAB<br>KE ONE-HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>>SEND HALF<br>S<<<< *MAY CAUSE DROWSINESS,AVOID ALCOHOL*<br>START DATE STOP DATE | |
| 611273 MALEH, M.D., JACK ,<br>START DATE 11/17/2001 STOP DATE 12/16/2001 | |
| HENHYDRAMINE (BENADRYL) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME<br>611274 MALEH, M.D., JACK , 12/13/01 1/13/02<br>START DATE ~~11/17/2001~~ STOP DATE ~~12/16/2001~~ | HS |
| Gel shampoo @ od<br>START DATE 11/29/01 STOP DATE 1/28/02 | S |
| Basis soap one bar/month<br>START DATE 11/29/01 STOP DATE 1/28/02 | |
| Tylenol #3 ii po TID x 30 days<br>START DATE 12/10/01 STOP DATE 1/09/02 | 8A 4P 8P |
| Paxil 20mg po qAM x30dy<br>START DATE 12/13/01 STOP DATE 1/13/01 | 8A |
| Percocet 5/325 (1) po tid x 30d<br>approved by URC<br>START DATE 12/17/01 STOP DATE 1/17/01 | 8A 4P 8P |

Recorder 12/16
D/C 12/21/01

GY ASPIRIN

SIS

NT DAVILLA, NOEL    ID 212726    WING 1

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

**MENTATION CODES =**

| | | |
|---|---|---|
| iscontinued Order | R - Refused | S - Self Administered |
| ose Omitted | C - Court | NS - No Show |
| dical Hold | LD - Lock Down | O - Other |

PHARMACY SUGGESTIONS · RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

cility Name (CCIC-155)CHESHIRE CI

Month/Year 01/01/2002

Exhibit C

| Medication | HOUR |
| --- | --- |
| ERAPEUTIC TAR SHAM (TGEL-250 2.5% LOT<br>E AS DIRECTED EVERY OTHER DAY<br>: 614397 MALEH, M.D., JACK ,<br>nit. START DATE 11/30/2001 STOP DATE 01/28/2002 | S |
| SIS SOAP (BAR EA.) BAR<br>E AS DIRECTED DAILY *1/PER MONTH*<br>: 614399 ESPOSITO M.D., JOSEPH ,<br>nit. START DATE 11/29/2001 STOP DATE 01/28/2002 | S |
| ETAMINOPHEN W/COD #3 300/30MG TAB<br>KE 2 TABLET(S) BY MOUTH 3 TIMES DAILY ***SIGN OUT EACH DOSE ON<br>NTROL SHEET AND M.A.R.*<br>nit. START DATE STOP DATE<br>616999 MALEH, M.D., JACK ,<br>nit. START DATE 12/11/2001 STOP DATE 01/09/2002 | 8A 4P 8P — D/C 12/21 |
| XIL (PAROXETINE) 40MG TAB<br>KE ONE-HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>>SEND HALF<br>S<<<< *MAY CAUSE DROWSINESS, AVOID ALCOHOL*<br>nit. START DATE STOP DATE<br>617580 SHEA, MD, WILLIAM , MD<br>it. START DATE 12/15/2001 STOP DATE 01/13/2002 | 8A — D/C 1/10/02 |
| HENHYDRAMINE (BENADRYL) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME<br>617583 SHEA, MD, WILLIAM , MD<br>it. START DATE 12/15/2001 STOP DATE 01/13/2002 | HS |
| rcocet 5/325mg i PO TID x30d<br>1-15-02 2-15-02.<br>t. START DATE 12/17 STOP DATE 1/17/02 | 8A 4P HS |
| meron 15 mg P.O q H.S. x2wks<br>t. START DATE 1/10/02 STOP DATE 1/24/02 | H.S |

RGY ASPIRIN

OSIS

N 4/6

NT<br>E DAVILLA, NOEL | ID 212726 | WING 1

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
| --- | --- | --- | --- |
| K. Heavin | KH | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] RN | AS |
| [illegible] | [illegible] | | |
| [illegible] | Ch. | | |

UMENTATION CODES =

Discontinued Order — R - Refused — S - Self Administered
Dose Omitted — C - Court — NS - No Show
edical Hold — LD - Lock Down — O - Other

PHARMACY SUGGESTIONS - RECOMMENDATIONS DO NOT SUPERSEDE PHYSICIAN ORDERS