UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 22 P 12: 27

NOEL DAVILA

               Plaintiff,

V.

SECURE PHARMACY PLUS

               Defendant.

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)

OCTOBER 21, 2004

DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

On August 10, 2004, the plaintiff, Noel Davila, filed a motion for partial summary judgment.

Defendant Secure Pharmacy Plus opposed that motion on August 27, 2004.  Defendant now

submits the relevant portions of plaintiff's August 17, 2004 transcribed deposition in support of

Sections D, E and F of the August 27, 2004 memorandum of law in opposition and additional

new arguments set forth below.  Cover sheet to N. Davila August 17, 2004 transcribed deposition,

all cited pages, and cited deposition exhibits attached as Exhibit A.

REFERENCES TO PLAINTIFF'S AUGUST 17, 2004 DEPOSITION TESTIMONY
DESCRIBED IN DEFENDANT'S AUGUST 27, 2004 MEMORANDUM OF LAW IN
OPPOSITION:

Plaintiff's August 17, 2004 deposition established claimant's daily use of Paxil 20 mg before

November and December of 2001 in the summer and fall of 2001 (pages 59-60); Davila's

knowledge that prior to the alleged consumption of risperdal in November and December of 2001

that brand name Paxil 20 mg was pink with Paxil 20 mg imprinted on the round tablet (pages 41-

42 and 65-66); Davila's knowledge the risperdal he allegedly consumed was green in color and

different from the pink Paxil 20 mg pages (pages 66-68); Davila's concerns in December of 2001

about the change of his Paxil 20 mg medication from pink to green and whether the 20 mg green

tablet was proper (N. Davila Deposition Exhibits 8, 9, 10, and 21 and pages 202-204); and

December 26, 2001 information from Nurse Jim that he had allegedly received the wrong

medication (pages 86, 89, 111, and 114). This plaintiff's deposition testimony establishes a

factual question on plaintiff's contributory negligence that mandates denial of plaintiff's motion

for partial summary judgment on liability.

Plaintiff also testified that he learned from Nurse Jim on December 26, 2001 that he had allegedly

received the wrong medication (pages 86, 89, 111, and 114). Plaintiff admitted that it is possible

that he continued to receive the alleged improperly dispensed medication until January 10, 2002

despite having knowledge it was dispensed in error (pages 198-199). Plaintiff's continued

consumption of the allegedly improperly dispensed medication after learning of the error on

December 26, 2001 is contributory negligence, a failure to mitigate his damages and an

intervening or superseding cause of negligence.

## NEW ARGUMENTS IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT:

New arguments that developed based on a reading of plaintiff's deposition testimony are:

Davila had no recollection about a March 9, 2001 physician order for Paxil 20 mg (brand name

necessary) (N. Davila Deposition Exhibit 2 and pages 158-159 and 163-164) or a related clinical

record from the same date about side effects with generics and the need for Paxil brand (pink 20)

(N. Davila Deposition Exhibit 3 and page 159 and 164). Plaintiff also did not know about a

March 15, 2001 clinical record about Paxil ordered as Paxil 20 mg tab not ½ 40 mg (N. Davila

Deposition Exhibit 4 and pages 164-165. These exhibits show that plaintiff had prior experience

with non-brand name Paxil 20 mg, knew the differences between Paxil 20 mg pink and any other

Paxil 20 mg medication, and mandates denial of his motion for partial summary judgment.

Plaintiff as noted above testified he consumed the allegedly misfilled Paxil 20 mg green from

mid-November of 2001 to December 26, 2001 (earliest possible date of stopping) or January 10,

2002 (latest possible date of stopping) (pages 198-199). This argument ignores the information

recorded in plaintiff's medication charts from December 1, 2001 through December 13, 2001 and

January 1, 2002 through January 10, 2002 when Paxil 40 mg (1/2 tabs) as opposed to Paxil 20 mg

was dispensed and consumed (N. Davila December medication chart and January medication

chart attached as Exhibits B and C). The alleged improperly filled Paxil medication was

dispensed to him while outside his cellblock by various nurses at Cheshire Correctional in a paper

cup with other medications (pages 68-69, 78-79 and 90). Davila never observed a blister pack, a

medication cart or anything containing the medication (page 90).

Plaintiff's November of 2001 medication chart indicates plaintiff took Paxil 20 mg tab one tablet

by mouth at 8:00 a.m. for almost the entire month (N. Davila November of 2001 medication chart

attached as Exhibit D) (pages 74-75 and 120). He also took Acetaminophen with Codeine #3

(Tylenol with Codeine #3) two tablets at 8:00 a.m. from November 1, 2001 through November

15, 2001 (Exhibit D). Plaintiff did not take morning doses of Acetaminophen with Codeine #3 on

November 8th and 14[th,] refused the November 6th and 7th 8:00 a.m. doses, and took all other 8:00

a.m. doses (Exhibit D). On November 17, 2001, plaintiff started consuming Percocet 5/325 and

took his 8:00 a.m. doses of Percocet on November 19, 20, 21,22 and 28 (Exhibit D). No 8:00

a.m. doses were taken on November 23, 24, 25, 30 and 31 (Exhibit D). Circles with uncertain

meaning are in the 17, 18 26, 27, and 29 boxes for the 8:00 a.m. Percocet doses (Exhibit D). As

such, at the 8:00 a.m. dose for the entire month of November, plaintiff was only taking Paxil and

possibly one of the pain relievers. Accordingly, it was very easy for plaintiff to determine in November of 2001 whether or not he was taking the pink Paxil 20 mg or the allegedly incorrect green Paxil 20 mg at 8:00 a.m.

In December of 2001, plaintiff's medication chart indicates Paxil 40 mg tabs (1/2) tablet by mouth every morning (send half tabs) were allegedly dispensed from December 1, 2001 to December 13, 2001 (Exhibit B). Davila took Paxil 20 mg (apparently not the ½ tabs) by mouth every morning from December 14, 2001 through December 31, 2001 except for a missed dose on December 24, 2001 (Exhibit B). Both of these Paxil prescriptions were taken at 8:00 a.m. (Exhibit B). Claimant took no Acetaminophen #3 at all from December 1, 2001 to December 10, 2001 but consumed it regularly at 8:00 a.m. from December 10, 2001 through December 20, 2001 until discontinued (Exhibit B). Plaintiff also took no Percocet from December 1, 2001 to December 17, 2001 but consumed it regularly at 8:00 a.m. from December 18, 2001 through the end of the month (Exhibit B). Again, as with November of 2001, plaintiff was only taking Paxil or Paxil and one or two pain relievers at 8:00 a.m. (Exhibit B). Accordingly, again it was very easy for plaintiff to determine whether or not he was taking the pink Paxil 20 mg or the allegedly incorrect Paxil 20 mg at 8:00 a.m. in December of 2001.

All of this deposition testimony creates a question of fact that prevents the imposition of summary judgment and mandates that plaintiff's motion for partial summary judgment on liability should be denied.

DEFENDANT

SECURE PHARMACY PLUS

BY:

Thomas H. Winslow
Federal Bar No.:  CT 00733
The Law Office of
    Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this —

21st day of October, 2004 to:


Mr. Noel Davila (#212726)
MacDougall Correctional Institute
1153 East Street South
Suffield, CT  06078

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510




Thomas H. Winslow
Federal Bar No.:  CT 00733ust
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - X
VILA                          :
                              :
                              :
                              :
                              :
                              :  3:02CV652(MRK)
                              :
                              :
                              :
                              :
PHARMACY PLUS                 :
- - - - - - - - - - - - X

COPY

position of NOEL DaVILA taken at the MacDougall

rectional Institute, 1153 East Street South,

ffield, Connecticut, before Sonya Gulliksen, LSR

0, a Professional Shorthand Reporter and Notary

blic, in and for the State of Connecticut on

gust 17, 2004, at 9:42 A.M.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
STAMFORD   MADISON, CT 06443      HARTFORD
203 245-9583

Exhibit A.

41

```
1     Q     I understand that.

2     A     I'm objecting to it.

3     Q     I understand that.

4     A     I think you're taking advantage of me.

5     Q     So you were taking Paxil before you were

6  incarcerated for the first time?

7     A     Yes.

8     Q     And how long have you been taking Paxil, a

9  long time?

10    A     Not anymore because I'm afraid to take it now

11  since they gave me the wrong medication.

12    Q     I understand that.  Now you said you've been

13  taking Paxil since before you were incarcerated and you

14  took it on a regular basis for a long time?

15    A     Yes.

16    Q     The Paxil that you took, was it the brand

17  name or the generic or both?

18    A     Brand name, pink pill, say Paxil 20

19  milligrams.

20    Q     When you say 20 milligrams, that's an imprint

21  on the actual tablet, right?

22    A     Yeah.

23    Q     In the form of it, is it a tablet, Paxil, 20

24  milligrams?

25    A     Yes, pink.
```

42

1    Q    So it's pink, it has Paxil 20 milligrams

2    imprinted on it, and it's a tablet of what shape?

3    A    Round like this.

4    Q    Okay.  You have to answer verbally, it

5    doesn't show up on the --

6    A    Round.

7    Q    Oval?

8    A    Yeah, round.

9    Q    I don't want to put words in your mouth,

10   round, oval, whatever you're comfortable with?

11   A    Round, yeah, like this.

12   Q    Okay.  Have you ever taken a different

13   strength of Paxil prior to the Secure Pharmacy Plus

14   incident?

15   A    What was that?

16   Q    Have you ever taken a different strength

17   Paxil besides 20 milligrams, either liquid or 40

18   milligrams or any other Paxil?

19   A    No, I was taking 20.

20   Q    Only 20?

21   A    Only 20.

22   Q    Did you ever take liquid Paxil prior to this

23   incident involving Secure Pharmacy Plus?

24   A    Never.

25   Q    No liquid?

59

1    time, January, February, March, April, May, June, July,

2    August, September, October of 2001, were you in

3    Cheshire Correctional or somewhere else?

4        A    I think I was back and forth, Cheshire and

5    MacDougall and Bridgeport because I had court cases

6    pending.

7        Q    And what I'm trying to get at were you back

8    in Cheshire Correctional at some point in time where

9    you were there continuously leading up to November and

10   December 2001?

11       A    No, I was there all the time.

12       Q    In Cheshire?

13       A    Yeah.

14       Q    Okay.

15       A    When it happened, I was in Cheshire.

16       Q    So you'd been in Cheshire most of 2001?

17       A    Yeah.

18       Q    So that's where you were getting your

19   medicines from in 2001 prior to November and December?

20       A    Yes.

21       Q    So that would be the records that depict your

22   medications consumed in 2001 would be the Cheshire

23   records?

24       A    Yeah.

25       Q    Okay.  And you were taking, wouldn't you

agree, Paxil 20 milligrams?

A    Pink.

Q    Okay.  Pink Paxil 20 milligrams during the
spring, the summer, the fall of 2001?

A    Yes.

Q    And you told me already that you knew what
that looked like in terms of color, imprint, shapes,
etc.?

A    Yes.  Oh man, I got to go and take my
medication.

Q    What I'm trying to understand now is you said
you got the wrong medication at some point in time,
correct?

A    Well, in the beginning I was taking it
because they told me to take it, and I was just taking
it because, you know, we supposedly have to trust the
medical department here.

Q    You're getting ahead of me, but I'm going to
go there.

A    I'm sorry about that.

Q    What I want to understand is you said you
took the wrong medication at some point in time,
correct?

A    After I was getting sicker and sicker, yeah.

Q    Just listen to my question, you're making it

65

1    Q    Okay.  But you knew from taking Paxil 20

2   milligram for a long time that Paxil 20 milligrams was

3   pink?

4    A    No, because they told me that was what the

5   pharmacy sent for me.

6    Q    Listen to my question:  You know from having

7   taking Paxil 20 milligrams for a long time, you knew

8   what color it was, you knew it was pink?

9    A    Yeah, but they told me --

10    Q    Just listen, you knew Paxil 20 milligrams was

11   pink, right?

12    A    I wasn't looking at it, I was taking it just

13   like that.

14    Q    Okay.

15    A    It's not my fault.  When I told them like --

16   when I was taking it for over a week, I was feeling

17   messed up.  I said listen, why you giving me this

18   pill?  They said that's the same pill, that's the same

19   pill.  I said I'm not feeling right, I'm not feeling

20   right.

21    Q    Let's answer my specific question.  You knew

22   from taking Paxil 20 milligrams before this incident

23   with Secure Pharmacy Plus that it was pink, correct?

24    A    Yeah.

25    Q    It was a tablet?

66

1      A    Well, I trusted the medical department.

2      Q    No, listen to the question and answer it

3  because it's an important part of this lawsuit.   You

4  knew Paxil 20 milligrams before this incident with

5  Secure Pharmacy Plus was pink?

6      A    Yeah, pink.

7      Q    You knew it was round?

8      A    Pink.

9      Q    You knew it was round before this incident

10  with Secure Pharmacy Plus?

11      A    Mm-hmm.

12      Q    You have to say yes.

13      A    Yes.

14      Q    And you knew it said Paxil 20 milligrams

15  right on the tablet?

16      A    Yes.

17      Q    And this medication that you took between the

18  middle of November and December 26th was round, is that

19  what you said?

20      A    No, it was --

21      Q    Oval?

22      A    Yeah, like that.  I don't know, it was

23  something like this.

24      Q    That doesn't show up, so you have to describe

25  it?

67

1    A    I don't know how to describe it, like round.

2    Q    Circular, round, oval?

3    A    Like that, yeah.

4    Q    It was green?

5    A    It was green, yeah.

6    Q    So a different color that Paxil 20

7 milligrams?

8    A    Yeah.

9    Q    And did it say Paxil 20 milligrams on the

10 imprint of this medication?

11    A    No.

12    Q    Okay.  And you said you don't remember it

13 saying anything on it?

14    A    No.  I think it said Risperedal (phonetic),

15 something like that.

16    Q    Did it have an R on it?

17    A    I don't know, that's what the doctor told me,

18 the nurse told me that.

19    Q    Okay.  But you don't know that?

20    A    I said I trusted you, I told you I was

21 feeling very bad, I feeling bad.  Oh, but we don't

22 control that, the company is the one who made the

23 mistake, don't blame us, blame them.

24    Q    Okay.

25    A    I said but I trusted you guys and I was

1    taking it and taking it, I was throwing up and

2    vomiting, I was all messed up. Now they're trying to

3    say it wasn't their fault, it was somebody else's

4    fault. I don't know why. I just want to apologize,

5    don't mind me making noise with my mouth.

6         Q    And this medication that was improperly

7    dispensed that you took between mid November and

8    December, did it say an "R" and a "4" imprint on it, on

9    the medication?

10        A    Probably, I don't know.

11        Q    Let me ask you, how does your --

12        A    I know it was green though. It was green.

13        Q    Okay. How does your medication get dispensed

14   to you in prison? How do you get to the point where

15   you get to take it, how does it get to you?

16        A    By the nurses, we don't got control over

17   that.

18        Q    So the nurses bring the medication or do you

19   go to the nurses?

20        A    No, they come to us.

21        Q    In your cell?

22        A    Yeah, to the block, and they call us, ask for

23   the ID.

24        Q    Okay. So they come to the block with the

25   medication, you then get called out of your cell?

1    A    Mm-hmm.

2    Q    You have to say yes.

3    A    Yes, pop the door.

4    Q    So somebody pops the door, you come out?

5    A    With the ID.

6    Q    And then the nurse gives you the medication?

7    A    Without ID, no, they don't give me

8 medication.

9    Q    Then they see you consume the medication?

10    A    Mm-hmm.

11    Q    You have to say yes.

12    A    Yes, yes.

13    Q    Then you swallow the medication?

14    A    Yeah, I swallow it.

15    Q    Okay.  And then they record that they've

16 given it to you?

17    A    Mm-hmm.

18    Q    Yes?

19    A    Yes.

20    Q    I assume you don't always have the same

21 nurse?

22    A    What?

23    Q    You don't always have the same nurse, there's

24 different nurses?

25    A    What?

74

A    No, she's the head nurse.

Q    So she's not the one who gave it to you?

A    No.  She's the one who tell the other people what to do.

Q    Is Yvonne a nurse who actually gave you the medication that you claim was --

A    Yes.

Q    -- improperly given between November and December?

A    Some of them.  She gave me the names because I had wrote her because I wanted to know the name because I had another pending litigation with Armstrong, so I was going to get the names.  So when I was going to ask the names again, she wrote me again and sent me this.

Q    Did Yvonne give you the improper medication between November and December?

A    Yes.

Q    Did Kim give you the improper medication?

A    I think so yeah.

Q    Did Roland give you the improper medication between November and December 2001?

A    Yeah, I think some of them.  They were first shift.

Q    Same question for Anita?

75

| | | |
|---|---|---|
| 1 | A | Yeah, the old lady. |
| 2 | Q | Pauline? |
| 3 | A | Yes. |
| 4 | Q | Elaine? |
| 5 | A | I think so, I don't know, I got to see her. |
| 6 | Q | Patricia? |
| 7 | A | I think so, yeah.  I got to see them by face. |
| 8 | Q | Robin? |
| 9 | A | Yeah -- no, Robin is second shift, sometime |
| 10 | | she worked first shift. |
| 11 | Q | When did you take this medication? |
| 12 | A | In the morning. |
| 13 | Q | Only in the morning? |
| 14 | A | Sometimes they swap, they switch shifts. |
| 15 | Q | How about Judith? |
| 16 | A | I don't know her. |
| 17 | Q | Okay.  Katherine? |
| 18 | A | I don't know. |
| 19 | Q | Maureen? |
| 20 | A | I don't know.  I think so, probably did. |
| 21 | Q | Shirley? |
| 22 | A | Probably, yeah. |
| 23 | Q | Susan? |
| 24 | A | Probably. |
| 25 | Q | Okay.  Tony? |

78

it to me.

Q    Again my question was:  Was there any one person that you dealt with more commonly in November and December of 2001 in terms of giving you your medicine?

A    I believe all of thems because I don't got no control who is coming here.

Q    Okay.  Now, when they bring you the medicine, how do they bring it to you, is it in the blister pack ,--

A    Yeah.

Q    -- is it in the bottle, is it already loose?

A    Cup.

Q    So they've already taken it out of wherever it's in, and they bring it to you in a cup?

A    Yeah, in a cup.

Q    And that happened the whole time between November and December of 2001?

A    Yeah, they just give you a cup of water.

Q    Okay.  And where is the medicine, in a cup?

A    Yeah.

Q    So they have a cup of water and a cup with the medicine in it, and they take one at a time?

A    Yeah, everything is right there together.

Q    So they bring everything all at once?

79

A    Yeah, it's already set.  Yes, before they come to you with the medication, it's already got our name on it and the inmate number and the medication is already --

Q    So they have like how medicines for you in like November and December of 2001?

A    Percocet and --

Q    So they're all mixed together in one cup, and you drink them all at the same time?

A    Yeah.

Q    Okay.  What other medicines were you on in November and December of 2001?

A    I think Paxil, Percocet -- no, not Percocet yet.  Paxil only.

Q    Tylenol number 3?

A    Yeah, Tylenol.

Q    Benadryl?

A    Yeah.

Q    Any others?

A    No, but I stopped taking Tylenol because Tylenol messed me up.  I didn't take it for long.

Q    Did you say your blood was checked after this incident by somebody?

A    Yeah.

Q    Who took the blood?

86

1    that medication at all after December 26th, 2001?

2         A    I wrote them and tell them what I was -- why

3    I was still taking the same medication.

4         Q    Is that a yes or no, did you take it after

5    December 26th, 2001?

6         A    I think so.

7         Q    How many days did you take it after December

8    26th, 2001?

9         A    Into Dr. E. Khorramzadeh.

10        Q    When was the last time you took what you

11   claim to be an improperly filled medication?

12        A    Till I wrote him a note and I told him that I

13   was -- they're still giving me the same thing again.

14        Q    Just listen to my question and just answer

15   that.  You clearly were told on December 26th, 2001

16   that you were given the wrong medication, right?

17        A    Yeah.

18        Q    And you're telling me that you continued to

19   take the wrong medication even after December 26th,

20   2001, is that what you're telling me?

21        A    I think so, I don't remember.

22        Q    Okay.  And what I'm asking you is when did

23   you finally stop taking that improper medication, what

24   date?

          A    I don't remember.

                    DEL VECCHIO REPORTING
                         (203) 245-9583

1    was, the only thing they told me was I was getting the

2    wrong medication.

3        Q    When did they tell you that, on December

4    26th?

5        A    Yeah, they told me I was getting the wrong

6    medication.

7        Q    And did they tell you what medication it was

8    that you were getting?

9        A    Risperdal.

10       Q    Do you want to spell that for the court

11   reporter?  It's R-i-s-p-e-r-d-a-l.  Again, I just want

12   to make sure I understand, did you take this medication

13   you claim was improperly given to you after December

14   26th, 2001?

15       A    No, I don't think so.

16       Q    So you stopped taking that improper

17   medication on December 26th, 2001?

18       A    Yeah, I think so.

19       Q    You didn't take it after that up to January

20   10th, 2002?

21       A    No, I don't think so.  I don't remember.

22       Q    I just want to know what your testimony is?

23       A    I don't think so.  I don't think so.  When

24   they called me over there, they said they were going to

25   stop me, that's when I had the grievance that I filed.

So when I filed the grievance, I got it right here as
an exhibit that I'll provided you copies already.  She
answered back telling me, "It is my understanding that
your medication has been resolved, if you are not in
agreement, please to ask the see the psychiatrist
again," so that compromise and say they fix it --

Q    I just want to make sure then, you didn't
take this green, round medication after December 26th,
2001?

A    It just happened.  It happened so fast, a lot
of stuff happened, a lot of side effects that I was all
messed up and everything.

Q    Okay.  We'll get into that.  So every time
this medication was brought to you, it was brought
loose in a cup with other medicines?

A    Huh, what did you say?

Q    When this medication was brought to you at
your cell block by the nurse, it was in a cup with
other medicine?

A    Yeah.

Q    And you never see where it comes from or
comes out of or how it gets to the nurses?

A    No, they got control of that.

Q    I'm just making sure you never see it then?

A    No.

A     Huh?

Q     Who was your cell mate, his name?

A     I don't remember, I have so many cell mates.

Q     In November and December of 2001, was he black, Caucasian, Hispanic, Puerto Rican, who was your cell mate?

A     I don't remember.

Q     You don't remember anything about who your cell mate was?

A     No, I don't remember.

Q     Is your cell mate still in prison now?

A     Must be, yeah.

Q     So he still in Cheshire now?

A     I don't know where they at.

Q     All right.  Let me ask you, who told you the that the medication that was given to you was wrong?

A     Jim.

Q     Was Jim the only one that ever told you that?

A     After that Pauline told me she made a report.

Q     Okay.  That's what I wanted to know.  So give me the names of all the people?

A     Pauline told me she made a report and Roland to make sure I don't get that medication no more.

Q     Okay.  So Jim, Pauline and Roland all told you you got the wrong medication?