1    Q    That's Jim told you on that date?

2    A    Dr. K.

3    Q    You're not listening to my question.  My

4    question was:  When did Jim tell you that you had the

5    wrong medication, wasn't it on December 26th?

6    A    I don't remember.

7    Q    Well, look at the records?

8    A    Yeah, 1/26.

9    Q    No, 12/26?

10   A    Yes.

11   Q    12/26/2001 was when Jim told you you had the

12   wrong medication?

13   A    I guess so.

14   Q    What did Jim tell you?

15   A    That the company sent the wrong medication.

16   Q    Okay.  And did Jim show you any written

     document or how did he know that?

     A    The company sent a memo.  The company sent a
     memo, a written memo stating that the package of Paxil,
     that they company has mislabeled it and misplaced the
     wrong medication in the wrong blister pack.

     Q    Did you ever see the written memo?

     A    Jim had it.

     Q    But did you see it?

     A    No.

1    Q    So what did the doctor tell you when you saw

2  him on January 10th, 2002?

3    A    He said that somebody told him that I was

4  been given the wrong medication.

5    Q    What else did he say to you, anything else?

6    A    He told me that what happened to me, how I

7  was feeling.

8    Q    And what did you tell him?

9    A    I told him the side effects that happened to

10  me.  He said wow, I don't blame you, I'm surprised.

11    Q    Okay.  This medication that you were taking

12  was just being taken once a day in the morning?

13    A    Yeah, but --

14    Q    Did you take it at the same time every

15  morning?

16    A    Yeah.

17    Q    What time did you take it in the morning?

18    A    I don't know, depends.

19    Q    About 8:00, 9:00, 10:00 in the morning?

20    A    I don't know, morning time.

21    Q    What did else did Dr. K say to you, anything

  else?

22    A    He said that he hoped I'm feeling better now,

  it's time to make sure to see -- to make sure, you

  know, that I'm getting okay.

1    things and doing things.  Right now somebody is helping

2    me with this.  It's not all -- but I need an attorney.

3        Q    Let me ask you this:  In March 9th, 2001

4    there's a record that says Paxil 20 milligrams by mouth

5    was ordered every morning for 30 days, and the medical

6    notation with it says brand name necessary.  Do you

7    remember any request on March 9th, 2001 for brand name

8    for you for Paxil as opposed to a generic?

9        A    I think it was May, because I went through my

10   files.

11       Q    Do you remember any of the background on how

12   that request got made?

13       A    No.

14       Q    Do you have any information on whether that

15   request came from you for the brand name?

16       A    No, that wasn't mine, that was the doctor's

17   note.

18       Q    But somebody did write brand name necessary?

19       A    Yeah.

20       Q    You remember seeing that on March 9th, 2001?

21       A    Yeah, that was a doctor's notes and nurses

     notes, not mine.

22       Q    Do you have any information on why somebody

     had written that on March 9th, 2001?

23       A    No.

Q    It wasn't anything to do with you asking for brand name versus generic?

A    No, not that remember.  I don't remember.

Q    Do you remember having increased side effects with the generics back on March 9th of 2001?

A    No.

Q    And that was why you were asking for the brand name versus the generic?

A    Listen, what happened to me during that time, I never experienced any such thing like that in my whole entire life.  That's how I felt, that something was wrong with me.  What was wrong me, I didn't know what it was, but when I stopped taking that medication, everything started falling in place with my life. Everything started going little by little, little by little I was adjusting back to a normal life.

Q    In November of 2001 you had taken the Tylenol with codeine number 3, you agreed to that, right?

A    Yeah, I took that medication.  That medication did not do anything back to me at all.

Q    And you took two tabs by mouth three times a day?

A    Yes, I think so, yes.

Q    Then the Paxil we already talked about was one by mouth every morning?

163

Q    Okay.  That's what I want to get an idea of,
how the date gets on your inmate request form.  So you
fill out an inmate request form and you go to put it
and you want to send it in, do you normally send it in
on the same day that you copy it or different days?

A    The same day I copy them.

Q    So on all your inmate request forms in
dispute here in this litigation, if it had a date on
it, that would be the date you wrote it, the date you
copied it, and the date you mailed it?

A    Yes.

MR. WINSLOW:  I'd like to mark this as the

next exhibit.

(THEREUPON, DEFENDANT'S EXHIBIT NO. 2, PHYSICIAN'S
ORDERS DATED 2/14/01, WAS MARKED FOR IDENTIFICATION.)
(THEREUPON, DEFENDANT'S EXHIBIT NO. 3, CLINICAL RECORD
DATED 2/14/01, WAS MARKED FOR IDENTIFICATION.)
BY MR. WINSLOW:

Q    I'm handing you what's been marked as
Defendant's Exhibit 2 and 3.  2 is the record that we
mentioned earlier that says March 9th, 2001 Paxil 20
milligrams, and then it says by mouth every morning
times 30 days, brand name necessary.  Having looked at
this document, does that refresh your recollection at
all as to why you have Paxil written, brand name

1   necessary?

2        A    No, I don't have any idea.

3        Q    Okay.  The next one, Exhibit 3, says -- I

4   guess I should say I don't know, I think it says --

5   it's a word I can't read, SE, which is side effects

6   with generics, then it says Paxil brand, pink 20, do

7   you have any information as to why that note is written

8   the way it is or if it has any bearing on why you got

9   Paxil brand name as a opposed to generic?

10       A    I don't have any idea.  Those are doctor's

11  notes.

12       Q    I'm just asking if it refreshes your

13  recollection.

14            MR. WINSLOW:  Would you mark this as the next

15                 one.

16  (THEREUPON, DEFENDANT'S EXHIBIT NO. 4, CLINICAL RECORD

17     WITH DATE 3/15/01, WAS MARKED FOR IDENTIFICATION.)

18  BY MR. WINSLOW:

19       Q    I've handed you what's been marked as

20  Defendant's Exhibit 4, and it talks about in that note

21  from March 15th, 2001 about Paxil 20 milligrams, POQD,

22  then it talks about Paxil 20 milligrams ordered, is

23  there any recollection of you on why they were ordering

24  the Paxil 20 milligram tab versus not half 40 milligram

25  back in March of 2001?

165

A    No.

Q    You don't know anything about that?

A    No, not at all.  It's in my notes, but I don't know how to read that.  I was always getting the pink pill.

Q    Do you have any memory of requesting the 20 milligram versus the half 40 milligrams, no prior problems with that in March of 2001?

A    No, never did that.

Q    Okay.

(THEREUPON, DEFENDANT'S EXHIBIT NO. 5, CLINICAL RECORD WITH DATE 11/13/01, WAS MARKED FOR IDENTIFICATION.)

BY MR. WINSLOW:

Q    That's the next exhibit, Exhibit 5, it's dated November 13th, 2001, do you remember seeing Dr. Maleh for knee pain on November 13th, 2001?

A    Yes.

Q    There isn't anything in there indicating any problems from consumption of a medication at that point in time, is there?

A    Well, he's not my doctor, the one that I complained to was Dr. K.

Q    Okay.  But my point is in that note there isn't anything in there about problems with consuming a medication or any symptoms?

198

1   you have the original or a copy in your possession?

2       A    I have a copy in my possession.

3       Q    Okay.  And it says mental health and medical

4   unit on it, so presumably based on your knowledge of

5   the prison system, that would be either with your

6   medical file or your prisoner file?

7       A    Yes, sir.

8       Q    Okay.  In this document, as I read it, it

9   kind of leads me to believe you're taking the

10  medication even on January 5th, 2002.  Is it correct

11  that you stopped taking the medication on December

12  26th, 2001?

13      A    I don't remember when I stopped taking it.

14      Q    Okay.

15      A    That's what I told you, I couldn't really

16  tell you when I stopped taking it.

17      Q    Well, that's important for me to know because

18  then I'll understand what your claim is, when did you

19  stop taking the Paxil?

20      A    That's the whole problem.

21      Q    If you don't know, that's okay, I can accept

22  that, but I just want to know what your answer is?

23      A    Yeah, I don't remember to be honest with

24  you.

25      Q    So would you agree that at the earliest it

DEL VECCHIO REPORTING
(203) 245-9583

199

1   would be December 26th, when the nurse sat down and

2   told you, is that the earliest you would have stopped

3   taking it?

4       A    That's what they told me, but they were still

5   giving to it to me though.

6       Q    It looks like based on the next document that

7   the latest would be January 10th of 2002, would you

8   agree with those two dates?

9       A    Yeah, I can agree with you.  Yes, I can still

10  say I was taking it.

11      Q    You think you still were taking it?

12      A    I guess, but based upon my medical --

13      Q    I'm not trying to put words in your mouth,

14  I'm trying to understand what your personal knowledge

15  and testimony is as to when you think you stopped

16  taking the Paxil that you feel was wrong?

17      A    It looks like I was still getting it in

18  2002.

19      Q    Well, I'm not saying they're right, my

20  position here is just to find out what is your

21  testimony and what do you believe?

22      A    My testimony, to be honest with you, is I

23  don't remember, to be honest with you.

24      Q    That's fine.

25  (THEREUPON, DEFENDANT'S EXHIBIT NO. 20, CLINICAL RECORD

1    BY MR. WINSLOW:

2        Q    Exhibit 21, Claims Commission, why don't you

3    read that?

4        A    I'm aware of this.

5        Q    You do have a copy of this?

6        A    Yes.

7        Q    So that's the claim date according -- let me

8    ask you this:  Is all this information in Exhibit 21

9    your handwriting?

10        A    Yes.

11        Q    So the claim date you put on there was

12    1/13/02?

13        A    Yes.

14        Q    Okay.  And it looks like they received it --

15        A    After the incident, yeah.

16        Q    They received it on April 3rd, 2002, on the

17    bottom left of the front page?

18        A    Yes.

19        Q    Okay.  And then you signed it on January

20    13th, 2002 according to the date on the second page?

21        A    Yes, Mr. Winslow.

22        Q    So let me ask you some questions about this.

23    At least according to this document, on December 12th

24    you spoke to Dr. K about pink versus the green color

25    pill, so on that date you were aware of the difference

203

1    of colors?

2        A    Yes.

3        Q    December 12th, 2001?

4        A    Yes, but they told me to take it, that it was

5    nothing, it's the same thing.  I kept experiencing more

6    and more bad experience and side effects, that's when I

7    realize I have to stop.

8        Q    And then you were also looking for $50,000

9    from the State of Connecticut?

10        A    Oh yes, I did that.

11        Q    Okay.  Then according to this document, it

12    says you took a 30 day supply, then you started a new

13    one with taking two of them for 32 doses?

14        A    Yes, that's what the doctor told me.

15        Q    Okay.  And who told you that information?

16        A    Jim.

17        Q    Jim told you you had taken 30 --

18        A    He said you finish already one, you should

19    start a new one and took two out of this package, so

20    we're going to discontinue it.

21        Q    How did Jim know that?

22        A    I don't know, that's what I want to know

23    too.  That's why I keep writing.

24        Q    So your testimony -- you don't know how many

25    doses of the incorrect medicine you were given then?

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER 212726 | DATE OF BIRTH 12/30/70 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Davila, Noel | |
| SEX (M) F | RACE/ETHNIC  B  W  (H)  O | FACILITY BCC |

INSTRUCTIONS FOR USE:   Physicians must sign name and title under each order.   Each order must be initialed in the space provided by the licensed nurse who transcribed the order.   Medications will be dispensed according to brands stocked in pharmacy.

## DRUG ALLERGIES / HYPERSENSITIVITY   ASA

DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 2-14-01 | | Paxil 20 mg PC q AM x 3c day NOTE 3/14/01 | |
| 3-9-01 | | Paxil 20 mg PC q am x 3c day Brand name necessary | |
| | | 3/9/01 Facts RVC NC | |
| 3-16-0 | 945 | Flexeril 10 mg PO BID x 30 day Hydrocortisone 1% cm apply daily x 30 day | |
| | | Dr. Jack D. Walsh, M.D. | |
| | | noted + Randy 3/16/01 10A | |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

HR401 REV.6/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Damas, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | BRIDGEPORT |

DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION

| DATE/TIME | |
|---|---|
| 2-14-01 | Mussel neck 2° to pain —
⊕ SE ⊕ HA ⊕ (illeg) ⊕ 1 delay
Contin w/ Paxil |
| 3-9-01 | Contin w/ als
Haven't SE w/ generic
Paxil Brand ( Pexte ZC) |
| 3/15/01 10⁰⁰ | I/m recv'd @ CCIC fr CTU — Free of injuries
Hx of Depression — Rx Paxil 20mg PO QD
Meds (illeg) HSZ & MAR — Needed Health Record Made
+ submitted per Continuity of Care — Paxil maintenance
Order tube PAXIL 20mg TAB Not Yr Very
Book for MD List the restart Flexeril per
Dm deput pain to ⊕ knee — Ble/soe Brace
inkt' on ⊕ knee — F/u MD — m knap |
| 3/16/01 945 | Tried refil on Flexeril |

Dr. Jack D. Malen, M.D.

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME(LAST, FIRST, INITIAL)
Ramos, Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| Ⓜ F | B W Ⓗ O | BRIDGEPORT |

| DATE/TIME | |
|---|---|
| 2-14-01 | Missed meds 2° to pain — Ⓓ SE c HA c Irritab c ↓ Delin Cessation of Paxil |
| 3-9-01 | Cessation of meds Having SE c generic Paxil Brand (Pixil 2c) |
| 3/15/01 1:00 | p/n from @ CCJC for CDU — Free at Injuries Plus at Depression — R Paxil 20g to QD Meds same #52 c MAR — Needs Health Mental Made c submitted for Continuity at Core — PAXIL making order tube PAXIL 20mg TAB Not Yr very Book for MD List to Restart Flexeril per PRN pellet pain to ® Knee — Bledsoe Brace inject on ® Knee — flu MD — m/h cap |
| 3/16/01 9:45 | Tneed refill on Flexeril |
|  | Dr. Jack D. Malen, M.D. |

DEFENDANT'S EXHIBIT, NO. H FOR IDENTIFICATION

DEFENDANTS
EXHIBIT NO. 8
FOR IDENTIFICATION
8/11/04    RPTR: SG
DATE:

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

MENTAL HEALTH

Facility/Unit_____    Date _12-5-01_____

Inmate Name_NOEL DAVILA_____    Number _212226_____

Request_I HAVE BEEN FEELING WEIRD SINCE THEY CHANGE
IY MEDICATION PAXIL 20 mg (PINK) TO PAXIL (GREEN) 20 mg. I
JANT TO SEE MY DOCTOR K._____    THANK YOU!_____

_____
(continue on back if necessary)    Noel Davila

Previous Action Taken_____

_____

_____

_____
(continue on back if necessary)

Submitted to_____    Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____
(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____



CN 1602
1/94

**ATTACHMENT B**
**CONNECTICUT DEPARTMENT OF CORRECTION**

**INMATE REQUEST FORM**

Facility/Unit MENTAL HEALTH                    Date 12-11-01

Inmate Name NOEL DAVILA                    Number 212726

Request SINCE I'VE BEEN taking this Paitc Brech 20mg

I am having this Pounding hedache, vomiting everything I eat
y hand be shaking a lot, and a lot of stomach Pain, Please I want
Se the Doctor K. thank You! Noel Davla

(continue on back if necessary)

Previous Action Taken_____

_____

_____

_____

(continue on back if necessary)

Submitted to_____ Date Received_____

Acted on by_____

Action Taken and/or Response_____

_____

_____

_____

(continue on back if necessary)

Date of Response to Inmate_____

Signature of Staff Member_____

DEFENDANT'S
EXHIBIT NO. ___1B___
FOR IDENTIFICATION
8/17/04    RPTR: SC

CN 9602
1/94

ATTACHMENT B
CONNECTICUT DEPARTMENT OF CORRECTION

INMATE REQUEST FORM

Facility/Unit __NORH 4/16__          Date __12-12-01__

Inmate Name __N. DAVILA__          Number __212726__

Request __I HAVE DISCUSS WITH DOCTOR KRANE CONCERNING__
__MY PAXIL 20 mg. IS MY STOMACH CAN'T HANDLE THAT GENERIC KIND, i__
__MEDICATION PAXIL 20 mg IS PINK, PlEASE I NO longer WilLing TO Ta__
__THAT GENERIC, AND WILLING TO TAKE THE PROPER ONE__
                    (continue on back if necessary)    THANK YOU!

Previous Action Taken _____

_____

_____ Per   12-12-01 _____

_____ B Phelps _____
                    (continue on back if necessary)

Submitted to _____ Date Received _____

Acted on by _____

Action Taken and/or Response _____

_____

_____

_____
                    (continue on back if necessary)

Date of Response to Inmate _____

Signature of Staff Member _____

DEFENDANT'S

FOR IDENTIFICATION
DATE 8/17/04 RPTR: SG

)ORIGINAL TO: Commissioner of Claims.
)DUPLICATE TO: " " Washington St. Hartford, CT.
)DUPLICATE TO: Inmate

ame: NOEL DAVILA                ID# 212726        Claim Date: 01-13-02

urrent Address: 900 HIGHLAND AVE    Forwarding Address:    SAME
                CHESHIRE, CT. 06410

rcumstances surrounding Injury (Date, Time, Place, What Happened): ON DEC 12, 20(
I WENT TO SEE MY DOCTOR KRANE. AND I EXPLAIN HIM THAT
MY MEDICATION HAVE BEEN CHANGE FROM PAXIL (PINK) 20mg to
Paxil (Green) 20mg. I TOLD HIM THAT THE MEDICATION PAXIL
IS CAUSING SIDE EFFECT, AROUND 3 WEEK LATER I WROTE
DOCTOR BRIDGES AND KEEP COMPLAINTING OF MY →
                                          (attach 2nd sheet if necessary)

:ails of the Injury and resulting permanent Handicap: ITS JUST HAPPEN
RECENTLY  TIME WILL TELL. RIGHT NOW MY BRAIN BE
SHAKING MY BODY, SOMETIMES, LOST WEIGHT, HORRIBLE STOMACH PAIN.

                                          (attach 2nd sheet if necessary)
the state is liable for this injury: YES, THE STATE IS LIABLE FOR
THIS INJURY, ALSO THE COMPANY who PRESCRIBE ME OR
GAVE THE WRONG MEDICATION FOR OVER A MONTH. THAT'S
ABSURD. AND INREPLACEBABLE.

                                          (attach 2nd sheet if necessary)
amount of money that is requested: $50.000 FIFTY THOUSAND Dollars
you request permission to sue the state of Connecticut? YES
and address of legal representative (if any): I AM LOOKING FOWARD

RECEIVED
APR 3 2002

reby present a notice of Claim against the State of Connecticut for the injury suffered.

                              Signature: Noel Davila

CONTINUANCE OF SIDEFFECTS VOMITING, STOMACH PAIN, DIARREA, HEADACHE SEVERE, I LOST AROUND 15 TO 20 POUNS. ON 12-24-01 I FILE A GRIEVANCE, HERE IS A COPY OF IT. ON 12-26 AFTER I FINISH MY 30 days medication Suplies, I STARTED ANOTHER NEW ONE TAKING ONly 2 OF THEM I was Call TO MEDICAL UNIT AND I HAVE BEEN TOLD THAT iF I FEEL OK, AND I TOLD THE DOCTOR ON DUTY THAT I HAVE BEEN FEELING TERRIBLE, SO I TOLD HIM EVERYTHING THATS BEEN HAPPENNING TO ME. SO HE DECIDED TO STOP THE MEDICATION PAXIL 20 mg (Green BECAUSE I HAVE BEEN TOLD THAT THE Compa WHO SEND MEDICATION MADE A MISTAKE AND SEND THE WRONG MEDICATION, AND I WAS TAKING THE WRONG MEDICATION ALL THAT TIME OVER A MONTH. NOW ON 1-10-02 I SAW my DOCTOR KRANE AND I HAVE TOLD HIM THAT SINCE THAT INCCIDENT THAT HAPPEN I WAS AFRAID TO TAKE THAT MEDICATIC PAXIL 20 mg GREEN, DR. KRANE ALSO TOLD ME THAT HE'S BEEN NOTIFY THAT THE COMPANY HAVE SEND THE WRONG Medication. ALSO I TOLD HIM EVERYTHING THAT HAVE HAPPEN TO ME SIDEFFECTS.

ON 1-10-02 DR. KRANE HAVE CHANGE MY MEDI-CATION, I TOLD HIM TO. LATELY I HAVE BEEN FEELING Really SHAKING ALSO TERRIBLE.

THANK YOU FOR YOUR TIME.

Noel Davila - 01-13-0

Case 3:02-cv-00652-MRK   Document 1 O-2   Filed 10/22/2004   Page 21 of 24

Facility Name _____

Month/Year   12/01/2001

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RX: 36515 50MP   (BHR EA.)   BHR
USE AS DIRECTED DAILY

RX: 597670 ESPOSITO M.D., JOSEPH ,
Init
START DATE   10/05/2001 STOP DATE   01/03/2002

RX: 66766
(PAROXETINE) 40MG TAB
TAKE ONE HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>SEND HALF
611273 MALEH, M.D., JACK ,
START DATE   11/17/2001 STOP DATE   12/16/2001

RX: (HYDROXYZINE (BENADRIL) 50MG CAP
CAPSULE(S) BY MOUTH AT BEDTIME
611274 MALEH, M.D., JACK ,
START DATE   11/17/2001 STOP DATE   12/16/2001

LERBY
ASPIRIN

PATIENT
NAME   DAVILLA, NOEL
GNOS:
ID   21Z726   WING   1

DOCUMENTATION CODES =
: - Discontinued Order          R - Refused
) - Dose Omitted               C - Court
Medical Hold                   LD - Lock Down

S - Self Administered
NS - No Show
O - Other

NURSE'S SIGNATURE          INITIAL          NURSE'S SIGNATURE          INITIAL

PHARMACY SUGGESTIONS,   RECOMMENDATIONS, OR NOT STANDING PHYSICIAN ORDERS

cility Name _____

(CCIC-155)/DRESHIRE CI

Month/Year    01/01/2002

RX: THERAPEUTIC TAR SHAM. (TGEL-250 2.5% LOT
USE AS DIRECTED EVERY OTHER DAY
J Init: 614397 MALEH, M.D., JACK ,
START DATE    11/30/2001 STOP DATE    01/28/2002

RX: BAGES SOAP    (BAR EA.)    BAR
USE AS DIRECTED DAILY *1/PER MONTH*
J Init: 614397 ESPOSITO M.D., JOSEPH
START DATE    11/27/2001 STOP DATE    01/28/2002

RX: ACETIMOPHEN W/COD #3 300/30MG TAB
TAKE 2 TABLET(S) BY MOUTH 3 TIMES DAILY ***SIGN OUT EACH DOSE ON
CONTROL SHEET AND M.A.R.*
J Init: START DATE    11/27/2001 STOP DATE    01/28/2002

RX: 614999 MALEH, M.D., JACK
START DATE    12/11/2001 STOP DATE    01/09/2002

RX: (PAROXETINE) 40MG TAB
TAKE ONE-HALF (1/2) TABLET(S) BY MOUTH EVERY MORNING >>>>SEND HALF
ABSC<<< *MAY CAUSE DROWSINESS/AVOID ALCOHOL*
J Init: START DATE    STOP DATE

RX: 617580 SHEA, M.D., WILLIAM , MD
J Init: START DATE    12/15/2001 STOP DATE    01/13/2002

RX: (METHATDROATINE (BENADRYL) 50MG CAP
TAKE CAPSULE(S) BY MOUTH AT BEDTIME
J Init: 617583 SHEA, MD, WILLIAM , MD
START DATE    12/15/2001 STOP DATE    01/13/2002

PATIENT NAME: DAVILLA, NOEL

ID    21Z726    WING    1

DOCUMENTATION CODES =
D - Discontinuing Order         R - Refused
O - Dose Omitted                C - Court
- Medical Hold                  LD - Lock Down

S - Self Administered
NS - No Show
O - Other

cility Name: _____ CCICL

Month/Year: _____ 1/02

| | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Init | Tylenol 300mg po 9x3x5days | START DATE 1/24/02 STOP DATE 2/8/02 | 4S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Tylenol 300mg po 9x3x5days
START DATE 1/24/02   STOP DATE 2/8/02

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

PATIENT NAME  _____

DOCUMENTATION CODES =

D - Discontinued Order
R - Refused
C - Court
S - Self Administered
NS - No Show

Exhibit D

Facility Name _____

CCIC-1553/CHESHIRE CI

Month/Year _____

11/01/2001

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RX: BASIS SOAP (BAR EA.) BAR
USE AS DIRECTED DAILY
RX# 597670 ESPOSITO M.D., JOSEPH ,
Ret.
START DATE 10/05/2001 STOP DATE 01/03/2002

RX: THERAPEUTIC TAR SHAM (TGEL-250 2.5% LOT)
APPLY SPARINGLY TO AFFECTED AREAS DAILY
RX# 601204 MALEH, M.D., JACK ,
START DATE 10/17/2001 STOP DATE 11/15/2001

RX: ACETAMINOPHEN W/COD #3 300/30MG TAB
CONTROL SHEET AND M.A.R.*
RX# 601207 MALEH, M.D., JACK ,
START DATE 11/5/01 STOP DATE 12/5/01

RX: PAXIL (PAROXETINE) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH EVERY MORNING MAY CAUSE DROWSINESS, AVOID ALCOHOL*
RX# 602517 BLANCHETTE M.D., EDWARD 11/5/01
START DATE 10/17/2001 STOP DATE 11/15/2001

RX: DIPHENHYDRAMINE (BENADRYL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME
RX# 602518 BLANCHETTE M.D., EDWARD 11/5/01
START DATE 10/17/2001 STOP DATE 11/15/2001

Percocet 5/325 + QID x 30d
Awaiting approval po
Sent 11/16/01 denied

ALLERGY
ASPIRIN
START DATE STOP DATE

DIAGNOSIS

PATIENT NAME
DAVILLA, NOEL
ID 212726
WING 1

NURSE'S SIGNATURE   INITIAL   NURSE'S SIGNATURE   INITIAL

DOCUMENTATION CODES =
C - Discontinued Order
O - Dose Omitted
- Medised Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other