UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

                              PRISONER
                              CIVIL ACTION CASE NO.
                              3:02CV652(MRK)(WIG)

          Plaintiff,

V.

SECURE PHARMACY PLUS

          Defendant.                   NOVEMBER 16, 2004

## DEFENDANT SECURE PHARMACY PLUS MOTION FOR ORDER COMPELLING PLAINTIFF'S PRODUCTION OF AN AUTHORIZATION ALLOWING DEFENDANT TO OBTAIN THE DOCUMENTS IDENTIFIED IN DEFENDANT'S SEPTEMBER 28, 2004 WRITTEN DISCOVERY

On September 28, 2004, defendant filed a second set of written discovery on the plaintiff

concerning Secure Pharmacy Plus documents and materials referenced in plaintiff's medical

records. Plaintiff has filed no objections or answers to date. (Copy of September 28, 2004

discovery from defendant to plaintiff attached as Exhibit A). The undersigned counsel wrote to

plaintiff on November 5, 2004 inquiring about the overdue answers pursuant to Local Rule of

Civil Procedure 9(d). (Copy of letter attached as Exhibit B). Plaintiff did not respond to this

letter as of the date of this motion. Accordingly, defendant's counsel has prepared the affidavit

required by Local Rule of Civil Procedure 9(d) setting forth that he has written the pro se plaintiff

in a good faith effort to resolve by agreement the issues raised by the motion without the

intervention of the Court and has been unable to obtain a response and, ultimately, an agreement.

(Copy of Affidavit attached as Exhibit C). The defendant request that the court order plaintiff to

provide a written authorization to obtain the requested materials within 10 days of the order as

required by Local Rule of Civil Procedure 9(d)(5). The materials are in the possession of the

State of Connecticut but they will not be released without a valid authorization.

DEFENDANT

SECURE PHARMACY PLUS

BY: _____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427


CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this

16th day of November, 2004 to:


Mr. Noel Davila (#212726)
MacDougall Correctional Institute
1153 East Street South
Suffield, CT  06078

The Honorable Mark R. Kravitz
United States Courthouse
141 Church Street
New Haven, CT  06510

_____
Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT  06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

                                       PRISONER
                               CIVIL ACTION CASE NO.
                               3:02CV652(MRK)(WIG)

                   Plaintiff,

V.

SECURE PHARMACY PLUS

                   Defendant.

                                 SEPTEMBER 28, 2004

## A. DEFENDANT'S REQUESTS FOR PRODUCTION

Pursuant to Fed. R. Civ. P. 26(f), 33 and 34 the defendant, Secure Pharmacy Plus, propounds the following requests for production on the plaintiff, Noel Davila, to be answered under oath within thirty days of the date hereof.

## REQUEST FOR PRODUCTION

(1)     Produce the variance report described in the December 26, 2001 Clinical Record of Noel Davila attached as Exhibit A.

RESPONSE:

(2)     Produce the blister pack pulled from active stock, if still available, involved in the claimed pharmacist malpractice alleged in your complaint and referenced in the December 26, 2001 Clinical Record of Noel Davila attached as Exhibit A.

RESPONSE:

(3)     Produce the report, if different from the variance report, described in the December 26, 2001 Clinical Record of Noel Davila attached as Exhibit A.

RESPONSE:

Exhibit A

(4)     If the items requested in Request for Production 1, 2 and 3 are not in plaintiff's possession, execute the attached authorization for those requested items so that they can be obtained if still available.

RESPONSE:

                                                THE DEFENDANT,
                                                SECURE PHARMACY PLUS

                                                By_____
                                                    Thomas H. Winslow
                                                        Federal Bar No.: CT 00733
                                                        The Law Office of Thomas H. Winslow,
                                                        LLC
                                                        321 Main Street
                                                        Farmington, CT 06032
                                                        Tel. No. 860-678-4425
                                                        Fax No. 860-678-4427

CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage prepaid, this 28th day of September, 2004 to:

Mr. Noel Davila (#212726)
MacDougall Correctional Institute
1153 East Street South
Suffield, CT 06080

_____

Thomas H. Winslow
Federal Bar No.: CT 00733
The Law Office of
Thomas H. Winslow, LLC
321 Main Street
Farmington, CT 06032
Tel. No. 860-678-4425
Fax No. 860-678-4427

## PLAINTIFF'S CERTIFICATION

This is to certify that I/we

plaintiff(s) in this action, have read the foregoing answers to Interrogatories and state that they are

true and accurate to the best of my/our knowledge on this            _____ day of _____

_____, _____.


_____


_____


STATE OF CONNECTICUT    )
COUNTY OF               )

The foregoing instrument was acknowledged before me on this    _____ day of _____

_____, _____.


_____

HR401 REV.6/94
CONNECTICUT DEPARTMENT OF CORRECTION

**CLINICAL RECORD**

INMATE NUMBER: 212726
DATE OF BIRTH: 12·30·70
INMATE NAME (LAST, FIRST, INITIAL): Davila Noel
SEX: M F  RACE/ETHNIC: B W (H) O  FACILITY: Cheshire

| DATE/TIME | |
|---|---|
| 12·12·01 BP/WC | S– Stating Paxil may be upsetting his stomach. Discussed (wanting) pink Paxil which is 20mg tab. Pharmacy sent ∅ tab green which is 20mg also but had had experience c adverse past and becomes distrustful when pill is a different color than what he is used to. Also on Tylenol #3 for leg injury. P– T#3 (cephalic) O– Codeine (upsetting) stomach P– Instructed him to have food c Tylenol #3. Will see SR at next scheduled clinic and can discuss meds further. ____ R Delease P.C. |
| 12·13·01 | URC NOTE: I/M's URC request Denied @ this time, Continue Conservative management, see urc report in Consult section ____ DS CD |
| 12·17·01 9:15 | ∅ Pain L knee. Diagnosis of Chondromalacia. He patella. quads, exercise, ice + before, + Percocet. ____ JACK MALEH, MD |
| 1/26/01 CHN | 7:30pm. S: MEDICATION VARIANCE INITIATED AFTER CALL FROM PHARMACY TO CHECK ALL BLISTER PACKS OF "PAXIL 40mg ½ tabs" O: DISCOVERED RISPERDAL 4mg (½) tabs in blister pack labeled PAXIL 40mg TAKE ½ tab PO QAM I/M STATES HE HAD BEEN feeling fine and had no c/o. But did state that the medication |

Exhibit A

**CLINICAL RECORD**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 212726 | 12/30/70 |

INMATE NAME (LAST, FIRST, INITIAL)
Davila Noel

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B W (H) O | CC-1C |

| DATE/TIME | |
|---|---|
| 12/26/01 730 pm CON | (cont) tested "funny" and that he had diarrhea several times in the last couple of weeks but thought this was "normal" d/t overall med regimen. Upon observation I/m appears in no distress - Affect mood congruent. A/o x3, Dr. Lawler m.o psychiatry paged and asked what s/s to look for when observing I/m and V VS. He said "Anti psychotics are very safe and he will be fine, there will be no problem ō any S.E." B/P 126/80 - P-82 - R-18 - T 98°C. I/m returned to his housing unit ē no further c/o after being informed of medication variance and implications / possibility of having recieved wrong medication from SECURE PHARMACY INC. P. SHEA HSA. notified of incident med blister pack pulled from active stock on cart and set aside ē report. Variance faxed to P. SHEA HSA. copy to Mr. Cooper RN/CHNS. ___ |
| 1/18/02 1020 | A "S" I need to see the Dr. I need to speak to him about my knee! O T 98.2 P 76 R 16 B/P 120/76 + pain left knee. Brace in place. Limited ROM due to pain + edema. A alteration comfort ō knee P Ref to MD for above ___ |

# Authorization for
# Release of Information
### Connecticut Department of Correction

CN 4401
10-29-96

Inmate name ✔ *Noel Davila*

Inmate no. ✔ *212726*    Race ✔ B  W  (H)  O    Sex ✔ (M)  F    Soc. sec. no. ✔    Date of birth ✔ *12/30/70*

I hereby authorize the State of Connecticut, Department of Correction and its staff at the *Cheshire CI*

Initial only the appropriate items:

____ (initial)    To *obtain* the following information from _____

✔ ____ (initial)    To *reveal* the following information to *Attorney Thomas A. Winslow*

✔ ____ (initial)    Pertinent medical and/or psychiatric information relevant to my diagnosis and/or treatment, including diagnosis.

✔ ____ (initial)    Alcohol and/or drug abuse information.

✔ ____ (initial)    Other information (be specific) *My medical records, variance report, blister pack & report.*

### Release of Information Relating to an HIV Diagnosis

✔ ____ (initial)    I may withdraw this consent at any time prior to the release of pertinent medical and/or psychiatric information relevant to a diagnosis of HIV.

"This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is *not* sufficient for this purpose." C.G.S. 19a-565

The specific purpose of this request: ✔ *Litigation*

I may withdraw my consent at any time prior to the release of the indicated information. My consent, if not withdrawn. will expire on _____ or 90 days after I have signed this form.

Return to (facility stamp):

✔ _____
Requester signature (and date)

✔ _____
Witness signature (and date)

_____
Parent or guardian signature, if requestor

THE LAW OFFICE OF

# THOMAS H. WINSLOW, LLC

November 5, 2004

Mr. Noel Davila (#212726)
MacDougall Correctional Institute
1153 East Street South
Suffield, CT 06080

Re: Davila v. Secure Pharmacy Plus

Dear Mr. Davila:

I filed written discovery dated September 28, 2004 on plaintiff and have not received any response. Accordingly, I write to request the responsive documents or an executed authorization.

I have attached another copy of the written discovery for your information.

Very truly yours,

Thomas H. Winslow

Enclosure:  Copy of September 28, 2004 written discovery

Exhibit B