UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOEL DAVILA

PRISONER
CIVIL ACTION CASE NO.
3:02CV652(MRK)(WIG)

Plaintiff,

V.

SECURE PHARMACY PLUS

Defendant.                                              NOVEMBER 16, 2004


## AFFIDAVIT OF THOMAS H. WINSLOW

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am a member in The Law Office of Thomas H. Winslow, LLC, which firm represents the defendant, Secure Pharmacy Plus.

3. On September 28, 2004, I prepared and mailed defendant's second set of written discovery directed to pro se plaintiff, Noel Davila.

4. On November 15, 2004, I wrote pro se plaintiff Noel Davila about plaintiff's need for compliance with defendant's second set of written discovery dated September 28, 2004.

5. The foregoing facts are stated on my personal knowledge based on a review of file documents and actions undertaken by the undersigned counsel.

6. Accordingly, pro se plaintiff and the undersigned counsel for defendant were not able to resolve the plaintiff's non-compliance with answers and an authorization to defendant's second set of written discovery dated September 28, 2004 and ask the United States District Court, District of Connecticut, to issue an order compelling the plaintiff to execute the authorization attached to defendant's written discovery dated September 28, 2004.

Exhibit C



Thomas H. Winslow

STATE OF CONNECTICUT

                                                    ss:

COUNTY OF HARTFORD

Personally appeared Thomas H. Winslow before me, who made oath to the truth of the matters contained in the above statement on November 16, 2004.

_____
Commissioner of the Superior Court/Notary Public
My Commission expires 8-31-08