# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

NOEL DAVILA

V.

SECURE PHARMACY PLUS

APPEARANCE

2005 JAN 31 P 3: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

CASE NUMBER: 3:02CV652(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Noel Davila

| | |
|---|---|
| January 28, 2005 | _(signature)_ |
| **Date** | **Signature** |
| ct02744 | Timothy P. Pothin |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| **Telephone Number** | **Address** |
| 203-782-0278 | 52 Trumbull Street, |
| **Fax Number** | New Haven, CT  06510 |
| tpothin@ltke.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas H. Winslow, Esq.
321 Main Street
Farmington, CT  06032

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001