UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NOEL DAVILA

    v.                                     CIV. NO.  3:02cv652(MRK)

SECURE PHARMACY

## **NOTICE TO PARTIES**

This file is now being maintained in New Haven.

You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at 141 Church Street, New Haven, CT 06510.

You should no longer include the prisoner designation over the case number on any document filed in this action.

If you have inquiries regarding the status of your case, you should contact the New Haven Clerk's Office at (203) 773-2140.

Dated this 4th day of February, 2005, at Bridgeport, Connecticut.

                                                            BY ORDER OF THE COURT
                                                            KEVIN F. ROWE, CLERK