```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT



NOEL DAVILA
                                            PRISONER
     v.                          Case No. 3:02CV652(MRK)(WIG)

SECURE PHARMACY PLUS
```

RULING ON PENDING MOTIONS

Pending before the court is a motion for appointment of counsel and "Motion for Exception."  For the reasons set forth below, the motions are denied.

The plaintiff seeks the appointment of pro bono counsel and asks the court to review his papers without regard for technicalities because he is a pro se litigant. On January 31, 2005, Attorney Timothy Pothin appeared for the plaintiff. Accordingly, the Motion for Appointment of Counsel [**doc. # 104**] and "Motion for Exception" [**doc. # 103**] are **DENIED** as moot

SO ORDERED at Bridgeport, Connecticut, this 4th day of February, 2005.

```
                           _____/s/_____
                                 William I. Garfinkel
                           United States Magistrate Judge
```